K&L GATES LLP
Artoush Varshosaz (TX Bar No. 24066234)
1717 Main Street, Suite 2800
Dallas, TX 75201
Telephone: (214) 939-5659
E-mail: artoush.varshosaz@klgates.com

A. Lee Hogewood, III (*pro hac vice*)
4350 Lassiter at North Hills Ave., Suite 300
Raleigh, NC 27609
Telephone: (919) 743-7306
E-mail: lee.hogewood@klgates.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | ) | Case No. 19-34054 (SGJ11) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 21-03004 (SGJ11) |
| | ) | |
| HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P., | ) | |
| | ) | |
| Defendant. | ) | |

## K&L GATES LLP'S MOTION TO WITHDRAW AS COUNSEL
## TO HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.

K&L Gates LLP ("KLG"), by and through the undersigned attorneys, hereby moves (the

"Motion"), pursuant to Local Rule 2091-1, to withdraw as counsel to Highland Capital

Management Fund Advisors, L.P. (the "Client") in the above-captioned adversary proceeding

(the "AP"). In support, KLG represents to the Court that the Client has competent existing counsel in the AP as follows:

Davor Rukavina, Esq.
Texas Bar No. 24030781
Julian P. Vasek, Esq.
Texas Bar No. 24070790
MUNSCH HARDT KOPF & HARR, P.C.
3800 Ross Tower
500 N. Akard Street
Dallas, Texas 75202-2790
Telephone: (214) 855-7500
Facsimile: (214) 978-4375

In light of the Client's representation by Munsch Hardt Kopf & Harr, P.C., KLG's services are unnecessary in the AP.

WHEREFORE, KLG respectfully requests that the Court enter an order authorizing KLG's withdrawal as counsel to the Client in the AP.

Dated: March 8, 2021

Respectfully submitted,

/s/ A. Lee Hogewood, III
A. Lee Hogewood, III (*pro hac vice*)
K&L Gates, LLP
4350 Lassiter at North Hills Avenue, Ste. 300
Raleigh, NC 27609
Telephone: (919) 743-7306
E-mail: Lee.hogewood@klgates.com

Artoush Varshosaz (TX Bar No. 24066234)
1717 Main Street, Suite 2800
Dallas, TX 75201
Telephone: (214) 939-5659
E-mail: artoush.varshosaz@klgates.com

## CERTIFICATE OF SERVICE

I, A. Lee Hogewood, III, hereby certify that this document filed through the CM/ECF system on March 8, 2021 will be sent electronically to the registered participants of CM/ECF for the United States Bankruptcy Court for the Northern District of Texas.

*/s/ A. Lee Hogewood, III*

A. Lee Hogewood, III
