PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No.143717) (*admitted pro hac vice*)
Ira D. Kharasch (CA Bar No. 109084) (*admitted pro hac vice*)
John A. Morris (NY Bar No. 2405397) (*admitted pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
Hayley R. Winograd (NY Bar No. 5612569) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward, Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable, Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.,<br><br>Defendant. | Adversary Proceeding No.<br><br>21-03004-sgj |

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

# DEBTOR'S WITNESS AND EXHIBIT LIST WITH RESPECT TO HEARING TO BE HELD ON MAY 25, 2021

Highland Capital Management, L.P. (the "Debtor") submits the following witness and exhibit list with respect to *Defendant's Motion to Withdraw the Reference* [Docket No. 20] (status conference) which the Court has set for hearing at 1:30 p.m. (Central Time) on May 25, 2021 (the "Hearing") in the above-styled adversary proceeding (the "Adversary Proceeding").

A. **Witnesses:**

1. Any witness identified by or called by any other party; and
2. Any witness necessary for rebuttal.

B. **Exhibits:**

| Letter | Exhibit | Offered | Admitted |
|---|---|---|---|
| 1. | NexPoint Advisors, L.P. Note ($30.7 Million) | | |
| 2. | Highland Capital Management Fund Advisors, L.P. Note (2.4 Million) | | |
| 3. | Highland Capital Management Fund Advisors, L.P. Note ($5 Million) | | |
| 4. | Dondero First Note ($3.825 Million) | | |
| 5. | Dondero Second Note ($2.5 Million) | | |
| 6. | Dondero Third Note ($2.5 Million) | | |
| 7. | NexPoint Advisors, L.P. Demand Letter | | |
| 8. | Response Letter to NexPoint Advisors, L.P. re Partial Payment | | |
| 9. | Highland Capital Management Fund Advisors, L.P. Demand Letter | | |
| 10. | James Dondero Demand Letter | | |

| Letter | Exhibit | Offered | Admitted |
|---|---|---|---|
| 11. | NexPoint Advisors, L.P.'s Original Answer [Docket No. 6] | | |
| 12. | Highland Capital Management Fund Advisors, L.P.'s Original Answer [Docket No. 6] | | |
| 13. | Defendant James Dondero's Original Answer [Docket No. 6] | | |
| 14. | Defendant James Dondero's Amended Answer [Docket No. 16] | | |
| 15. | NexPoint Advisors, L.P's Objections and Responses to Plaintiff's Requests for Admissions, Interrogatories, and Requests for Production | | |
| 16. | Defendant James Dondero's Objections and Responses to Highland Capital Management, L.P.'s Second Request for Production of Documents | | |
| 17. | Defendant James Dondero's Objections and Responses to Highland Capital Management, L.P.'s First Request for Admissions | | |
| 18. | Defendant James Dondero's Objections and Responses to Highland Capital Management, L.P.'s Second Request for Admissions | | |
| 19. | Defendant James Dondero's Objections and Responses to Highland Capital Management, L.P.'s First Set of Interrogatories | | |
| 20. | Defendant James Dondero's Objections and Responses to Highland Capital Management, L.P.'s Second Set of Interrogatories | | |
| 21. | Any document entered or filed in the Adversary Proceeding, including any exhibits thereto | | |
| 22. | Any document entered or filed in the Debtor's chapter 11 bankruptcy case, including any exhibits thereto | | |
| 23. | All exhibits necessary for impeachment and/or rebuttal purposes | | |
| 24. | All exhibits identified by or offered by any other party at the Hearing | | |

Dated: May 21, 2021.                                **PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No.143717)
Ira D. Kharasch (CA Bar No. 109084)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail:  jpomerantz@pszjlaw.com
          ikharasch@pszjlaw.com
          jmorris@pszjlaw.com
          gdemo@pszjlaw.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*