# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>　　　　　　Debtor.<br><br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.<br><br>　　　　　　Plaintiff,<br>vs.<br><br>HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.,<br><br>　　　　　　Defendant. | Chapter 11<br><br>Case No. 19-34054 (SGJ)<br><br><br><br><br><br>Adv. Pro. No. 21-03004 (SGJ) |

## CERTIFICATE OF SERVICE

I, Esmeralda Aguayo, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for the Debtor in the above-captioned case.

On May 24, 2021, at my direction and under my supervision, employees of KCC caused the following documents to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **Highland Capital Management, L.P.'s Notice of Subpoena to Dennis C. Sauter, Jr.** [Docket No. 34]

- **Debtor's Amended Witness and Exhibit List with Respect to Hearing to be Held on May 25, 2021** [Docket No. 35]

Furthermore, on May 24, 2021, at my direction and under my supervision, employees of KCC caused the following document to be served via First Class Mail upon the service list attached hereto as **Exhibit B**:

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

- **Highland Capital Management, L.P.'s Notice of Subpoena to Dennis C. Sauter, Jr.**
  [Docket No. 34]

Dated: May 27, 2021

/s/ Esmeralda Aguayo
Esmeralda Aguayo
KCC
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245

# EXHIBIT A

**Exhibit A**
Adversary Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Financial Advisor to Official Committee of Unsecured Creditors | FTI Consulting | Earnestiena Cheng, Daniel H O'Brien | Earnestiena.Cheng@fticonsulting.com; Daniel.H.O'Brien@fticonsulting.com |
| Counsel for the Debtor | Hayward & Associates PLLC | Melissa S. Hayward, Zachery Z. Annable | MHayward@HaywardFirm.com; ZAnnable@HaywardFirm.com |
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Andrew Clubok, Sarah Tomkowiak | andrew.clubok@lw.com; sarah.tomkowiak@lw.com |
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Asif Attarwala, Kathryn K. George | asif.attarwala@lw.com; Kathryn.George@lw.com |
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Jeffrey E. Bjork, Kimberly A. Posin | jeff.bjork@lw.com; kim.posin@lw.com |
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Zachary F. Proulx, Jamie Wine | Zachary.Proulx@lw.com; Jamie.Wine@lw.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., Highland Income Fund, NexPoint Strategic Opportunities Fund and NexPoint Capital Inc. | Munsch Hardt Kopf & Harr, P.C. | Davor Rukavina, Esq., Julian P. Vasek, Esq. | drukavina@munsch.com; jvasek@munsch.com |
| Counsel for Official Committee of Unsecured Creditors | Sidley Austin LLP | Matthew Clemente, Alyssa Russell, Elliot A. Bromagen, Dennis M. Twomey | mclemente@sidley.com; alyssa.russell@sidley.com; ebromagen@sidley.com; dtwomey@sidley.com |
| Counsel for Official Committee of Unsecured Creditors | Sidley Austin LLP | Penny P. Reid, Paige Holden Montgomery, Juliana Hoffman, Chandler M. Rognes | preid@sidley.com; pmontgomery@sidley.com; jhoffman@sidley.com; crognes@sidley.com |

# EXHIBIT B

**Exhibit B**
Adversary Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Andrew Clubok, Sarah Tomkowiak | 555 Eleventh Street, NW, Suite 1000 | | Washington | DC | 20004 |
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Asif Attarwala, Kathryn K. George | 330 North Wabash Avenue, Ste. 2800 | | Chicago | IL | 60611 |
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Jeffrey E. Bjork, Kimberly A. Posin | 355 S. Grand Ave., Ste. 100 | | Los Angeles | CA | 90071 |
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Zachary F. Proulx, Jamie Wine | 1271 Avenue of the Americas | | New York | NY | 10020 |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., Highland Income Fund, NexPoint Strategic Opportunities Fund and NexPoint Capital Inc. | Munsch Hardt Kopf & Harr, P.C. | Davor Rukavina, Esq., Julian P. Vasek, Esq. | 3800 Ross Tower | 500 N. Akard Street | Dallas | TX | 75202 |