Davor Rukavina, Esq.
Texas Bar No. 24030781
Julian P. Vasek, Esq.
Texas Bar No. 24070790
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75202-2790
Telephone: (214) 855-7500
Facsimile: (214) 978-4375
*Counsel for Defendant Highland Capital*
*Management Fund Advisors, L.P.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** § | | **Case No. 19-34054-SGJ-11** |
| § | | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** § | | **Chapter 11** |
| § | | |
| Debtor. § | | |
| § | | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** § | | |
| § | | |
| Plaintiff. § | | |
| § | | |
| v. § | | |
| § | | **Adversary No.: 21-03004-sgj** |
| **HIGHLAND CAPITAL MANAGEMENT** § | | |
| **FUND ADVISORS, L.P.** § | | |
| § | | |
| Defendant. § | | |

**STIPULATION AND AGREED ORDER GOVERNING DISCOVERY**
**AND OTHER PRE-TRIAL ISSUES**

This stipulation and agreed order (the "Stipulation") is entered into between Highland Capital Management, L.P. (the "Debtor") and Highland Capital Management Fund Advisors, L.P. ("HCMFA"). The Debtor and HCMFA are collectively referred to herein as the "Parties."

## RECITALS

WHEREAS, on **April 13, 2021**, HCMFA filed a Motion to Withdraw the Reference.

WHEREAS, on **July 8, 2021**, the Bankruptcy Court filed its *Report and Recommendation to District Court Proposing that it (A) Grant Defendant's Motion to Withdraw the Reference at Such Time as Bankruptcy Court Certifies that Action is Trial Ready; and (B) Defer Pretrial Matters to Bankruptcy Court* [**Docket No. 50**] (the "Report").

WHEREAS, the Parties intend to complete fact and expert discovery in this adversary proceeding as governed by this Stipulation.

## STIPULATION

**NOW, THEREFORE, IN CONSIDERATION OF THE FOREGOING, THE PARTIES HEREBY AGREE AND STIPULATE AS FOLLOWS:**

1. This Stipulation supersedes any prior stipulation or scheduling order governing the above-referenced adversary proceeding.

2. The Parties agree to the following deadlines regarding discovery and other pre-trial deadlines:

- Fact depositions will take place between October 1 and October 22, 2021.

- Expert designations and disclosures of all opinions and the bases therefor, will be made by October 29, 2021, and experts will be deposed between October 29, 2021 and November 19, 2021.

3. The Parties agree that discovery taken in this case will be consolidated with discovery taken in the following adversary proceedings and all discovery in each of the adversary proceedings will be treated as if it was taken in all of the adversary proceedings listed below, so that each witness will only need to be deposed once and documents produced in any of the proceedings are usable as if received in every other proceeding:

- 4 -

- *Highland Capital Management, L.P. v. James D. Dondero*, Adv. Pro. No. 21-03003;

- *Highland Capital Management, L.P. v. NexPoint Advisors, L.P.*, Adv. Pro. No. 21-03005;

- *Highland Capital Management, L.P. v. Highland Capital Management Services, Inc.*, Adv. Pro. No. 21-03006 and

- *Highland Capital Management, L.P. v. HCRE Partners, LLC (n/k/a NexPoint Real Estate Partners, LLC)*, Adv. Pro. No. 21-03007.

IT IS SO STIPULATED.

- 5 -

Dated: August 27, 2021

CONSENTED AND AGREED TO BY:

| | |
|---|---|
| */s/ Davor Rukavina* <br> Davor Rukavina, Esq. <br> Texas Bar No. 24030781 <br> Julian P. Vasek, Esq. <br> Texas Bar No. 24070790 <br> MUNSCH HARDT KOPF & HARR, P.C. <br> 500 N. Akard Street, Suite 3800 <br> Dallas, Texas 75202-2790 <br> Telephone: (214) 855-7500 <br> Facsimile: (214) 978-4375 <br> Email: drukavina@munsch.com <br> Email: jvasek@munsch.com <br><br> **ATTORNEYS FOR DEFENDANT HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.** | */s/ John A. Morris* <br> John A. Morris <br> NY Bar No. 266326 <br> (*pro hac vice*) <br> PACHULSKI STANG ZIEHL & JONES LLP <br> 10100 Santa Monica Blvd., 13th Floor <br> Los Angeles, CA 90067 <br> Telephone: (310) 277-6910 <br> Email: jmorris@pszjlaw.com <br><br> **ATTORNEYS FOR DEBTOR HIGHLAND CAPITAL MANAGEMENT, L.P.** |

CORE/3522697.0002/168702336

- 6 -

## CERTIFICATE OF SERVICE

I certify that on August 27, 2021, a true and correct copy of the foregoing document was served via the Court's Electronic Case Filing system to the parties that are registered or otherwise entitled to receive electronic notices in this case.

                                                             */s/ Julian P. Vasek*
                                                            Julian P. Vasek