Davor Rukavina, Esq.
Texas Bar No. 24030781
Julian P. Vasek, Esq.
Texas Bar No. 24070790
MUNSCH HARDT KOPF & HARR P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas  75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: drukavina@munsch.com
Email: jvasek@munsch.com

COUNSEL FOR THE DEFENDANT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re <br><br> HIGHLAND CAPITAL MANAGEMENT, L.P., <br><br> Debtor. | § § § § § § | Chapter 11 <br><br> Case No. 19-34054-sgj11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P., <br><br> Plaintiff, <br><br> v. <br><br> HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P., <br><br> Defendant. | § § § § § § § § § § § | Adv. No. 21-03004 |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the United States Bankruptcy Court for the Northern District of Texas will conduct a hearing via WebEx on the *Defendant's Second Amended Motion for Leave to Amend Answer and Brief in Support Thereof*, to be held before the Honorable Stacey G.C. Jernigan, United States Bankruptcy Judge, on **January 10, 2022 at 9:30 a.m.**  Instructions for remote participation are below.  For more information, please visit https://www.txnb.uscourts.gov/.

NOTICE OF HEARING—Page 1

Judge Stacey Jernigan's Courtroom

https://us-courts.webex.com/meet/jerniga

Join by phone

Call-in number (US/Canada): 1-650-479-3207

Access code: 479 393 582

RESPECTFULLY SUBMITTED this 7th day of December, 2021.

        MUNSCH HARDT KOPF & HARR, P.C.

        By: /s/ *Julian P. Vasek*
            Davor Rukavina, Esq.
            Texas Bar No. 24030781
            Julian P. Vasek, Esq.
            Texas Bar No. 24070790
            500 N. Akard Street, Suite 3800
            Dallas, Texas 75201-6659
            Telephone: (214) 855-7500
            Facsimile: (214) 855-7584
            Email: drukavina@munsch.com
            Email: jvasek@munsch.com

        COUNSEL FOR THE DEFENDANTS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 7th day of December, 2021, true and correct copies of this document were electronically served by the Court's ECF system on parties entitled to notice thereof, including counsel of record for the Plaintiff.

        /s/ *Julian P. Vasek*
        Julian P. Vasek