# EXHIBIT 111

2/18/2020                                             NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



EQUAL HOUSING
LENDER

FDIC

                                              Date   6/28/19        Page    1
                                              Primary Account
                                              Enclosures

        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201

    NexBank's Privacy Notice, which has not changed, is available on our website
    at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
    Privacy Notice mailed to you, please call us at 972-934-4700.

    Checking Account/s

          Account Type:  Highland Capital Management LP

    Analysis Checking w/ Interest
    Account Number                          Statement Dates   6/03/19 thru  6/30/19



    --------------------------------------------------------------------------------

    Deposits and Additions
    Date     Description                                       Amount



    6/07     Misc Credit                               3,000,000.00

file:///G:/Accounting/Secured/1. HCMLP/1. Audit/Audit 2019/Bank Statements/NexBank 130/06-30 HCM MM NexBank 130.html                    1/5

HIGHLY CONFIDENTIAL                                                    D-CNL003528

                                                                    Appx. 02233

2/18/2020                                        NexBank SSB



MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

file:///G:/Accounting/Secured/1. HCMLP/1. Audit/Audit 2019/Bank Statements/NexBank 130/06-30 HCM MM NexBank 130.html                    2/5

HIGHLY CONFIDENTIAL

D-CNL003529

Appx. 02234

2/18/2020                                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                              Date  6/28/19      Page    2
                                              Primary Account
                                              Enclosures


     Analysis Checking w/ Interest          1614130  (Continued)

--------------------------------------------------------------------------------

     Checks and Withdrawals
     Date      Description                            Amount
```



```
End of Statement
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                  Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                  each banking day will be credited as of that date.

HIGHLY CONFIDENTIAL                                              D-CNL003530

                                                                    **Appx. 02235**

2/18/2020

NexBank SSB

| OUTSTANDING CHECKS | | RECONCILIATION INSTRUCTIONS |
|---|---|---|

**Reconciliation of Account**

Date _____

| CHECKS WRITTEN BUT NOT PAID | |
|---|---|
| NUMBER | AMOUNT |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by he bank and list the numbers and amounts of those not paid in he space provided at the left. Include any checks s ill not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | Enter bank balance from statement | | | |
|---|---|---|---|---|
| | Add deposits not credited by bank (if any) | | | |
| | | | TOTAL | |
| Total of Checks not paid | Subtract total of checks not paid | | | |
| | **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE-></b> | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on  he Web: www.nexbank.com
In your letter, give us the following information:
- Account Informa ion: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Descrip ion of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not  here has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  (1) Tell us your name and account number (if any).

HIGHLY CONFIDENTIAL

D-CNL003531

**Appx. 02236**

2/18/2020                                                                NexBank SSB

(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the
amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

file:///G:/Accounting/Secured/1. HCMLP/1. Audit/Audit 2019/Bank Statements/NexBank 130/06-30 HCM MM NexBank 130.html                                        5/5

HIGHLY CONFIDENTIAL

D-CNL003532

**Appx. 02237**

# EXHIBIT 112

**Appx. 02238**



# EASTWEST BANK Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

Direct inquiries to:
888 895 5650

**ACCOUNT STATEMENT**
Page 1 of 6
STARTING DATE: December 01, 2019
ENDING DATE: December 31, 2019
Total days in statement period: 31

( 9 )

HIGHLAND CAPITAL MANAGEMENT LP
CHAPTER 11 DEBTOR IN POSSESSION
CASE #19-12239-CSS
OPERATING ACCOUNT
300 CRESCENT CT SUITE 700
DALLAS TX 75201-0000

Have you signed up for Direct Deposits?
Get your paycheck without waiting for a
paper check and making a trip to the
bank. Payments get deposited into your
account automatically. Enrolling is easy!
Talk to your payer or call 888.895.5650
for more details!

## Commercial Analysis Checking

Account number

( 45 )
( 97 )

**CREDITS**

| Number | Date | Transaction Description | Additions |
|--------|------|------------------------|-----------|

3409     rev 05-16

HIGHLY CONFIDENTIAL

D-CNL003556
**Appx. 02239**



# EAST WEST BANK  Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

ACCOUNT STATEMENT
Page 2 of 6
STARTING DATE: December 01, 2019
ENDING DATE: December 31, 2019

HIGHLAND CAPITAL MANAGEMENT LP

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 12 23 | Wire Trans-IN | JAMES D DONDERO | 783,011.86 |

**CHECKS**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|

**DEBITS**

| Date | Transaction Description | Subtractions |
|---|---|---|



HIGHLY CONFIDENTIAL



**EAST WEST BANK** Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

HIGHLAND CAPITAL MANAGEMENT LP

ACCOUNT STATEMENT
Page 4 of 6
STARTING DATE: December 01, 2019
ENDING DATE: December 31, 2019

**OVERDRAFT/RETURN ITEM FEES**

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

## STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement…………………........... $_____

**Add** Deposits not shown
on this Statement                         $_____
                                          _____
                                          _____
                **Sub Total**……… $_____
**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL | | TOTAL | |

**Total** amount of outstanding
checks…………………………… $_____

**Balance**……….............................** $_____

**ENTER**
Present Balance in
your checkbook………………… $_____

**Subtract** any service
charges, finance or
any other charges………………… $_____

                **Sub Total** ………… $_____

**Add** Monthly Interest
Earned ……………………………… $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)……………… $_____
                                 _____
                                 _____
                                 _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)……………… $_____
                                 _____
                                 _____
                                 _____

**Balance**……….............................. $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

HIGHLY CONFIDENTIAL

# EXHIBIT 113

**BBVA** Compass

21     HIGHLAND CAPITAL MANAGEMENT LP
       MASTER OPERATING ACCOUNT
       300 CRESCENT CT STE 700
       DALLAS TX 75201-7849

## Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online   bbvacompass.com

Write   BBVA Compass
        Customer Service
        P.O. Box 10566
        Birmingham, AL 35296

# Summary of Accounts

## Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ▮▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |
| ▮▮▮▮▮▮ | | ▮▮▮▮ | ▮▮▮▮ |

HIGHLY CONFIDENTIAL

Page 2 of 13
Primary Account: ▮
Beginning May 1, 2019 - Ending May 31, 2019          31

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ▮

## Activity Summary

## Deposits and Other Credits

| Date * | Check/Serial # | Description | Deposits/Credits |
|--------|----------------|-------------|------------------|

HIGHLY CONFIDENTIAL

D-CNL003618

**Appx. 02248**

Page 3 of 13
Primary Account: ███████
Beginning May 1, 2019 - Ending May 31, 2019     31

**BBVA** Compass

| Date * | Check/Serial # | Description | | Deposits/Credits |
|--------|----------------|-------------|--|------------------|
| ██ | | ███████████ ███ | | █████ |
| ██ | | ███████████ ███ | | █████ |
| ██ | | ███████████ ███ | | █████ |
| ██ | | ███████████ ████ | | █████ |
| ██ | | ███████████ ███ | | █████ |
| ██ | | ██████████ ████ | | ███ |
| ██ | | ██████████ ███ | | █████ |
| ██ | | ████████████ █████ | | ███ |
| ██ | | ███████████ █████ | | █████ |
| ██ | | ████████████ ███ | | █████ |
| ██ | | ███████████ ███ | | █████ |
| ██ | | ███████████ ███ | | █████ |
| ██ | | ████████ ██ | | ███ |
| ██ | | ███████████ ████ | | █████ |
| ██ | | ███████████ ███ | | █████ |
| ██ | | ████████████ ██ | | █████ |
| ██ | | ███████████ ███ | | █████ |
| ██ | | ███████████ ███ | | █████ |
| ██ | | ███████████ ████ | | █████ |
| ██ | | ████████████ ███ | | ███ |

Page 4 of 13
Primary Account: ▮▮▮▮▮▮
Beginning May 1, 2019 - Ending May 31, 2019          31

**BBVA** Compass

| Date * | Check/ Serial # | Description | Deposits/ Credits |
|--------|-----------------|-------------|-------------------|

D-CNL003620

**Appx. 02250**

**BBVA** Compass



**BBVA** Compass

| Date * | Check/ Serial # | Description | | Deposits/ Credits |
|--------|-----------------|-------------|---|-------------------|



| 5/29 | | INCOMING WIRE W/ADVICE REF 20190529F2QCZ60C00298805291425FT03 ORG HIGHLAND CAPITAL M | $1,000,000.00 |

D-CNL003622

**Appx. 02252**

Page 7 of 13
Primary Account: ███
Beginning May 1, 2019 - Ending May 31, 2019          31





## Withdrawals and Other Debits



HIGHLY CONFIDENTIAL

**BBVA** Compass

| Date * | Check/ Serial # | Description | | Withdrawals/ Debits |
|---|---|---|---|---|

Page 9 of 13
Primary Account █████████
Beginning May 1, 2019 - Ending May 31, 2019          31

**BBVA** Compass



**BBVA** Compass



Page 11 of 13
Primary Account: ▮▮▮▮▮▮
Beginning May 1, 2019 - Ending May 31, 2019                    31

**BBVA** Compass



HIGHLY CONFIDENTIAL

Page 12 of 13
Primary Account: ████████
Beginning May 1, 2019 - Ending May 31, 2019                    31

**BBVA** Compass

| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|

HIGHLY CONFIDENTIAL

Page 13 of 13
Primary Account: ████████
Beginning May 1, 2019 - Ending May 31, 2019                    31

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.

• Record all automated deductions, debit card transactions and electronic bill payments.

• Record and deduct service charges, check printing charges, or other bank fees.

• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Step 4 Total | $ |

## Balancing Your Register to this Statement

| **Step 5** | • Enter the "current balance" shown on this statement |  |
|---|---|---|
|  | • Add total from Step 3 |  |
|  | • Subtotal |  |
|  | • Subtract total from Step 4 |  |
|  | • This balance should equal your register balance |  |
|  | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or  he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so  hat you will have the use of the money during the time it takes us to complete our inves igation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate**. The interest charge is computed using your annual percentage rate divided by 365 or, in  he case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement,  hen multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protec ion loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before  he posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or any  ime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or  he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
• Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

# EXHIBIT 114

Appx. 02260

10/22/2019                              FX : Accounts: Get Statement



Welcome HAYLEY ELIASON ⌄    Log Out    Contact Us    **2 Messages** ⌄    ⌂ Alerts ⌄

# Accounts



HIGHLY CONFIDENTIAL                                                                D-CNL003663

**Appx. 02261**

10/22/2019

FX : Accounts: Get Statement

Analysis Checking w/ Interest    ███████    (Continued)

-----------------------------------------------------------------------------------

Checks and Withdrawals
Date    Description                          Amount

End of Statement

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3 00 pm. Central Standard Time
                    each banking day will be credited as of that date.

| OUTSTANDING CHECKS | | | | RECONCILIATION INSTRUCTIONS | | | |
|---|---|---|---|---|---|---|---|
| **Reconciliation of Account** | | | | Date _____ | | | |
| CHECKS WRITTEN BUT NOT PAID | | | | Please examine this statement and items at once and refer any exceptions immediately. | | | |
| NUMBER | AMOUNT | | | | | | |
| | | | | Sort your checks numerically or by date issued. | | | |
| | | | | Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements. | | | |
| | | | | Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement. | | | |
| | | | | Reconcile your statement in the space provided below. | | | |
| | | | | Enter bank balance from statement | | | |
| | | | | Add deposits not credited by bank (if any) | | | |
| | | | | TOTAL | | | |
| Total of Checks not paid | | | | Subtract total of checks not paid | | | |
| | THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE-> | | | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- **Account Information:** Your name and account number.
- **Dollar Amount:** The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

HIGHLY CONFIDENTIAL

D-CNL003664

Appx. 02262

- **Description or Problem.** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

   (1) Tell us your name and account number (if any).

   (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

   (3) Tell us the dollar amount of the suspected error.

   We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HIGHLY CONFIDENTIAL

D-CNL003665

**Appx. 02263**

# EXHIBIT 115

Appx. 02264

Page 1 of 10
Primary Account: ▇▇▇▇▇▇
Beginning October 1, 2019 - Ending October 31, 2019          31



21     HIGHLAND CAPITAL MANAGEMENT LP
       MASTER OPERATING ACCOUNT
       300 CRESCENT CT STE 700
       DALLAS TX 75201-7849

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online   bbvausa.com

Write   BBVA
        Customer Service
        P.O. Box 10566
        Birmingham, AL 35296

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ▇▇▇▇▇ | ▇▇▇▇ | ▇▇▇▇ |
| ▇▇▇▇▇▇▇▇ | | ▇▇▇▇ | ▇▇▇▇ |

HIGHLY CONFIDENTIAL

Page 2 of 10
Primary Account: ██████
Beginning October 1, 2019 - Ending October 31, 2019          31

 **BBVA**

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ████████████████

## Activity Summary

## Deposits and Other Credits



| Date * | Check/<br>Serial # | Description | Deposits/<br>Credits |
|---|---|---|---|
| | | | |
| | | | |
| 10/3 | | INCOMING WIRE W/ADVICE REF<br>20191003F2QCZ60C00240510031400FT03 ORG<br>HIGHLAND CAPITAL M | $375,000.00 |

HIGHLY CONFIDENTIAL

D-CNL003667

**Appx. 02266**



| Date * | Check/<br>Serial # | Description | | Deposits/<br>Credits |
|---|---|---|---|---|



## Withdrawals and Other Debits

| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
|---|---|---|---|



HIGHLY CONFIDENTIAL

Page 4 of 10
Primary Account: ████████
Beginning October 1, 2019 - Ending October 31, 2019          31



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|
| ██ | | ██████████ | ████ |
| ██ | | ██████████ | ██████ |
| ██ | | ███████████ | ███ |
| ██ | | ██ ██ ██████ | ███ |
| ██ | | ███ ████ ██ | ███ |
| ██ | | ██ ████████ | ███ |
| ██ | | █████████ | ████ |
| ██ | | ██████████ | ██ |
| ██ | | ██████████ | ███ |
| ██ | | █████ ██ ██ | ███ |
| ██ | | ████ ██ ██ | ███ |
| ██ | | █████████ | ███ |
| ██ | | █████████ | ███ |
| ██ | | █████████ | █████ |
| ██ | | █████████ | █████ |
| ██ | | █████████ | ████ |
| ██ | | █████████ | ████ |
| ██ | | █████████ | █████ |
| ██ | | █████████ | █████ |
| ██ | | █████████ | █████ |
| ██ | | █████████ | █████ |
| ██ | | █████████ | ████ |
| ██ | | █████████ | ████ |
| ██ | | ██████████ | ████ |
| ██ | | █████████ | █████ |
| ██ | | █████████ | ████ |
| ██ | | ████████ | ███ |
| ██ | | █████████ | ████ |

HIGHLY CONFIDENTIAL

Page 5 of 10
Primary Account: ███████
Beginning October 1, 2019 - Ending October 31, 2019          31



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|

Page 6 of 10
Primary Account: ████████
Beginning October 1, 2019 - Ending October 31, 2019          31



| Date * | Check/ Serial # | Description | | Withdrawals/ Debits |
|---|---|---|---|---|

HIGHLY CONFIDENTIAL



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|
| ██ | | ██████ | ██ |
| ██ | | ██████ | ██ |
| ██ | | ██████ | ██ |
| ██ | | ██████ | ██ |
| ██ | | ██████ | ██ |
| ██ | | █████ | ██ |
| ██ | | ██████ | ██ |
| ██ | | ██████ | ██ |
| ██ | | ██████ | ██ |
| ██ | | ███████ | ██ |
| ██ | | ██ ███ | ██ |
| ██ | | ████████ | ██ |
| ██ | | ███████ | ██ |
| ██ | | ██████ | ██ |
| ██ | | ██████ | ██ |
| ██ | | ██████ | ██ |
| ██ | | ███████ | ██ |
| ██ | | ███ ███ | ██ |
| ██ | | ███ ███ | ██ |
| ██ | | ███ ████ | ██ |
| ██ | | ███ ███ | ██ |
| ██ | | ███ ███ | ██ |
| ██ | | ████████ | ██ |
| ██ | | ██ ████ | ██ |
| ██ | | ██ ███ | ██ |
| ██ | | ██████ | ██ |
| ██ | | ██████ | ██ |
| ██ | | ██████ | ██ |
| ██ | | ███ ████ | ██ |

HIGHLY CONFIDENTIAL

Page 8 of 10
Primary Account: ██████
Beginning October 1, 2019 - Ending October 31, 2019          31



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|
| ███ | | █████████ ██ | ████ |
| ███ | | ████████████ | ████ |
| ███ | | ████████████ | ████ |
| ███ | | ███ ████ | ████ |
| ███ | | ███████████ | ████ |
| ███ | | ███ █ █████ | ████ |
| ███ | | ████ ████ ████ | ██ |
| ███ | | ████ ████ ████ | ████ |
| ███ | | █████████ | ████ |
| ███ | | ██████████ | ████ |
| ███ | | ████████ | ████ |
| ███ | | ████████ | ████ |
| ███ | | ██████ | ████ |
| ███ | | ████ | ████ |
| ███ | | ██████ | ████ |
| ███ | | ███████████ | ████ |
| ███ | | █████████████ | ████ |
| ███ | | ███ | ████ |
| ███ | | ███████ | ████ |
| ███ | | ██████████ | ████ |
| ███ | | ██████████ | ████ |
| ███ | | █████████ | ████ |
| ███ | | ███████ | ████ |



Page 10 of 10
Primary Account: ██████████
Beginning October 1, 2019 - Ending October 31, 2019                    31



## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
• Record all automated deductions, debit card transactions and electronic bill payments.
• Record and deduct service charges, check printing charges, or other bank fees.
• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Step 3 Total | $ | |

| Date/Description | Check # | Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Step 4 Total | | $ | |

## Balancing Your Register to this Statement

| Step 5 | • Enter the "current balance" shown on this statement | | |
|---|---|---|---|
| | • Add total from Step 3 | | |
| | • Subtotal | | |
| | • Subtract total from Step 4 | | |
| | • This balance should equal your register balance | | |
| | If it does not agree, see steps below | $ | |

If your account does not balance, review the following:
· Check all your addition and subtraction in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or  he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so  hat you will have the use of the money during the time it takes us to complete our inves igation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in  he case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement,  hen multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protec ion loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before  he posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or any ime Saturday, Sunday or bank holidays. BBVA business days are Monday  hrough Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or  he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
• Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA and BBVA Compass are trade names of BBVA USA, a member of the BBVA Group. BBVA USA, Member FDIC.

HIGHLY CONFIDENTIAL

# EXHIBIT 116

Appx. 02275



21      HIGHLAND  CAPITAL  MANAGEMENT  LP
        MASTER  OPERATING  ACCOUNT
        300  CRESCENT  CT  STE  700
        DALLAS  TX  75201-7849

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online   bbvausa.com

Write    BBVA
         Customer Service
         P.O. Box 10566
         Birmingham, AL 35296

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ██████ | ██████ | ██████ |
| ██████████ | | ██████ | ██████ |

HIGHLY CONFIDENTIAL

Page 2 of 8
Primary Account: ▮▮▮▮
Beginning September 1, 2019 - Ending September 30, 2019                30



# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ▮▮▮▮▮▮▮▮▮

## Activity Summary

## Deposits and Other Credits



HIGHLY CONFIDENTIAL



| Date * | Check/Serial # | Description | Deposits/Credits |
|--------|----------------|-------------|------------------|
| 9/30 | | INCOMING WIRE W/ADVICE REF 20190930F2QCZ60C00512909301511FT03 ORG HCRE PARTNERS, LLC | $341,758.00 |
| ▮ | | ▮ | ▮ |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits



Page 4 of 8
Primary Account: ████
Beginning September 1, 2019 - Ending September 30, 2019                    30



| Date * | Check/Serial # | Description | | Withdrawals/Debits |
|---|---|---|---|---|

Page 5 of 8
Primary Account: ███████
Beginning September 1, 2019 - Ending September 30, 2019          30



| Date * | Check/ Serial # | Description | | Withdrawals/ Debits |
|--------|-----------------|-------------|---|---------------------|
| ██ | | ██████ | | ███ |
| ██ | | ██████ | | ███ |
| ██ | | ██████ | | ███ |
| ██ | | ██████ | | ██ |
| ██ | | ██████ | | ███ |
| ██ | | ██████ | | ███ |
| ██ | | ██████ | | ███ |
| ██ | | ██████ | | ██ |
| ██ | | ██████ | | ███ |
| ██ | | ██████ | | ███ |
| ██ | | ██████ | | ███ |
| ██ | | ██████ | | ███ |
| ██ | | ██████ | | ███ |
| ██ | | ██████ | | ██ |
| ██ | | ██ ████ | | ██ |
| ██ | | ██ ██ ████ | | ███ |
| ██ | | ███ ███ | | ██ |
| ██ | | ██████ | | ███ |
| ██ | | ███████ | | ███ |
| ██ | | ███████ | | ███ |
| ██ | | ██████ | | ███ |
| ██ | | ██ ███ ███ | | ███ |
| ██ | | ██ ███ ███ | | ███ |
| ██ | | ██ ██ ███ | | ██ |
| ██ | | ██████ | | ███ |
| ██ | | ██████ | | ███ |
| ██ | | ██████ | | ██ |
| ██ | | ██████ | | ██ |
| ██ | | ████ ████ | | ███ |
| ██ | | ██████ ████ | | ███ |

HIGHLY CONFIDENTIAL

Page 6 of 8
Primary Account: ███████
Beginning September 1, 2019 - Ending September 30, 2019          30



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|-----------------|-------------|---------------------|
| ██ | | ████████ | ██ |
| ██ | | ████████ | ██ |
| ██ | | ████████ | ██ |
| ██ | | ██ ███ ████ | ██ |
| ██ | | ██ ███ ████ | ██ |
| ██ | | ███████ | ███ |
| ██ | | ███████ | ██ |
| ██ | | ███████ | ██ |
| ██ | | ██ ███ ████ | ██ |
| ██ | | ██ ███ ████ | ██ |
| ██ | | ██ ████ | ██ |
| ██ | | ██ ███████ | ██ |
| ██ | | ███████ | ██ |
| ██ | | ████████ | ██ |
| ██ | | █████ | ██ |
| ██ | | █████ | ██ |
| ██ | | ████████ | ██ |
| ██ | | ████████ | ██ |
| ██ | | ███████ | ██ |
| ██ | | ███████ | ██ |
| ██ | | ██ ████████ | ██ |
| ██ | | ██ ██████ | ██ |
| ██ | | ████████ ██████ | ██ |
| ██ | | █████████ ███ ██ | ██ |
| ██ | | ██ ███████ | ██ |
| ██ | | █████████████ | ██ |
| ██ | | █████████████ | ██ |
| ██ | | █████████████ | ██ |
| ██ | | ██ ███ ███ | ██ |

HIGHLY CONFIDENTIAL

Page 7 of 8
Primary Account: ███████
Beginning September 1, 2019 - Ending September 30, 2019                    30



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|-----------------|-------------|---------------------|



## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
• Record all automated deductions, debit card transactions and electronic bill payments.
• Record and Deduct service charges, check printing charges, or other bank fees.
• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total |  | $ |

## Balancing Your Register to this Statement

| | | |
|---|---|---|
| **Step 5** | • Enter the "current balance" shown on this statement |  |
|  | • Add total from Step 3 |  |
|  | • Subtotal |  |
|  | • Subtract total from Step 4 |  |
|  | • This balance should equal your register balance |  |
|  | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction done in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so hat you will have the use of the money during the time it takes us to complete our inves igation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in he case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, hen multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protec ion loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before he posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or any ime Saturday, Sunday or bank holidays. BBVA business days are Monday hrough Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
• Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA and BBVA Compass are trade names of BBVA USA, a member of the BBVA Group. BBVA USA, Member FDIC.

HIGHLY CONFIDENTIAL

# EXHIBIT 117

Page 1 of 9
Primary Account: ▮▮▮▮▮▮▮
Beginning April 1, 2019 - Ending April 30, 2019          30

**BBVA** Compass

21      HIGHLAND  CAPITAL  MANAGEMENT  LP
        MASTER  OPERATING  ACCOUNT
        300  CRESCENT  CT  STE  700
        DALLAS  TX  75201-7849

## Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online  bbvacompass.com

Write   BBVA Compass
        Customer Service
        P.O. Box 10566
        Birmingham, AL 35296

# Summary of Accounts

## Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ▮▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |
| ▮▮▮▮▮▮▮ | | ▮▮▮▮ | ▮▮▮▮ |

HIGHLY CONFIDENTIAL

Page 2 of 9
Primary Account: ████████
Beginning April 1, 2019 - Ending April 30, 2019          30

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ████████████████

## Activity Summary

## Deposits and Other Credits



| Date * | Check/Serial # | Description | Deposits/Credits |
|--------|----------------|-------------|------------------|
| 4/16 | | INCOMING WIRE W/ADVICE REF 20190416F2QCZ60C00357704161647FT03 ORG NEXPOINT ADVISORS, | $1,300,000.00 |

HIGHLY CONFIDENTIAL

D-CNL003609

**Appx. 02286**

Page 3 of 9
Primary Account
Beginning April 1, 2019 - Ending April 30, 2019      30





## Withdrawals and Other Debits



HIGHLY CONFIDENTIAL

**BBVA** Compass



HIGHLY CONFIDENTIAL

**BBVA** Compass



HIGHLY CONFIDENTIAL

Page 6 of 9
Primary Account:
Beginning April 1, 2019 - Ending April 30, 2019                30

**BBVA** Compass



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

Page 8 of 9
Primary Account: 
Beginning April 1, 2019 - Ending April 30, 2019     30

**BBVA** Compass

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|



## End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|



## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|



HIGHLY CONFIDENTIAL

Page 9 of 9
Primary Account: ███████
Beginning April 1, 2019 - Ending April 30, 2019                30

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
• Record all automated deductions, debit card transactions and electronic bill payments.
• Record and deduct service charges, check printing charges, or other bank fees.
• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Step 4 Total | | $ |

## Balancing Your Register to this Statement

| **Step 5** | • Enter the "current balance" shown on this statement | |
|---|---|---|
| | • Add total from Step 3 | |
| | • Subtotal | |
| | • Subtract total from Step 4 | |
| | • This balance should equal your register balance | |
| | If it does not agree, see steps below | $ |

If your account does not balance, review the following.
· Check all your addition and subtraction in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Division, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on  he front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or  he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so  hat you will have the use of the money during the time it takes us to complete our inves igation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate**. The interest charge is computed using your annual percentage rate divided by 365 or, in  he case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement,  hen multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protec ion loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before  he posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or any  ime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or  he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
• Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group.
Compass Bank, Member FDIC.

HIGHLY CONFIDENTIAL

# EXHIBIT 118

Appx. 02294

2/18/2020                                                NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                          Date   6/28/19      Page     1
                                          Primary Account
                                          Enclosures
```

```
        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201
```

```
NexBank's Privacy Notice, which has not changed, is available on our website
at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
Privacy Notice mailed to you, please call us at 972-934-4700.
```

```
Checking Account/s

        Account Type:  Highland Capital Management LP

Analysis Checking w/ Interest
Account Number                         Statement Dates   6/03/19 thru 6/30/19
```



--------------------------------------------------------------------------------

```
Deposits and Additions
Date      Description                                            Amount
```



```
6/19      1B Transfer from D ****171 to              2,100,000.00
```

HIGHLY CONFIDENTIAL

D-CNL003639

**Appx. 02295**

2/18/2020                                                         NexBank SSB



MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                       Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                       each banking day will be credited as of that date.

file:///G:/Accounting/Secured/1. HCMLP/1. Audit/Audit 2019/Bank Statements/NexBank 130/06-30 HCM MM NexBank 130.html                    2/5

HIGHLY CONFIDENTIAL

2/18/2020                                                        NexBank SSB



**NEXBANK**™

2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com

                                              Date   6/28/19      Page      2
                                              Primary Account
                                              Enclosures

                        Analysis Checking w/ Interest          (Continued)

----------------------------------------------------------------------------

                        Checks and Withdrawals
                        Date    Description                        Amount

----------------------------------------------------------------------------

                        End of Statement

MEMBER FDIC                      NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

HIGHLY CONFIDENTIAL                                          D-CNL003641

                                                                         **Appx. 02297**

2/18/2020                                          NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

| CHECKS WRITTEN BUT NOT PAID | |
|---|---|
| NUMBER | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by he bank and list the numbers and amounts of those not paid in he space provided at the left. Include any checks s ill not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | |
|---|---|---|
| Enter bank balance from statement | | |
| Add deposits not credited by bank (if any) | | |
| | TOTAL | |
| Total of Checks not paid | Subtract total of checks not paid | |

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->**

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on  he Web: www.nexbank.com
In your letter, give us the following information:
- Account Informa ion: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Descrip ion of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not  here has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
 (1) Tell us your name and account number (if any).

HIGHLY CONFIDENTIAL

D-CNL003642

**Appx. 02298**

2/18/2020                                                                NexBank SSB

(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the
amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HIGHLY CONFIDENTIAL

D-CNL003643

**Appx. 02299**

# EXHIBIT 119

Appx. 02300

Page 1 of 8
Primary Account: ████████
Beginning July 1, 2019 - Ending July 31, 2019          31



21      HIGHLAND CAPITAL MANAGEMENT LP
        MASTER OPERATING ACCOUNT
        300 CRESCENT CT STE 700
        DALLAS TX 75201-7849

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online  bbvausa.com

Write   BBVA
        Customer Service
        P.O. Box 10566
        Birmingham, AL 35296

# Summary of Accounts

## Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ██████ | ██████ | ██████ |
| ██████ | | ██████ | ██████ |

HIGHLY CONFIDENTIAL

Page 2 of 8
Primary Account: ▮▮▮▮▮
Beginning July 1, 2019 - Ending July 31, 2019          31



# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ▮▮▮▮▮▮▮▮▮▮

## Activity Summary

## Deposits and Other Credits



| Date * | Check/Serial # | Description | Deposits/Credits |
|--------|----------------|-------------|------------------|
| 7/9 | | INCOMING WIRE W/ADVICE REF 20190709F2QCZ60C00251507091430FT03 ORG NEXPOINT ADVISORS, | $630,000.00 |

HIGHLY CONFIDENTIAL

D-CNL003645

Appx. 02302

Page 3 of 8
Primary Account: ███████
Beginning July 1, 2019 - Ending July 31, 2019          31





| Date * | Check/ Serial # | Description | Deposits/ Credits |
|--------|-----------------|-------------|-------------------|

## Withdrawals and Other Debits



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|-----------------|-------------|---------------------|

HIGHLY CONFIDENTIAL

Page 4 of 8
Primary Account: 
Beginning July 1, 2019 - Ending July 31, 2019          31

**BBVA**

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|



HIGHLY CONFIDENTIAL

Page 5 of 8
Primary Account: █████████
Beginning July 1, 2019 - Ending July 31, 2019          31





HIGHLY CONFIDENTIAL

Page 6 of 8
Primary Account: ███████
Beginning July 1, 2019 - Ending July 31, 2019          31





HIGHLY CONFIDENTIAL





## End of Business Day Balance Summary



## Summary of Checks



HIGHLY CONFIDENTIAL



## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.

• Record all automated deductions, debit card transactions and electronic bill payments.

• Record and deduct service charges, check printing charges, or other bank fees.

• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total |  | $ |

## Balancing Your Register to this Statement

| Step 5 | • Enter the "current balance" shown on this statement | |
|---|---|---|
|  | • Add total from Step 3 | |
|  | • Subtotal | |
|  | • Subtract total from Step 4 | |
|  | • This balance should equal your register balance | |
|  | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction done in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or  he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so  hat you will have the use of the money during the time it takes us to complete our inves igation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate**. The interest charge is computed using your annual percentage rate divided by 365 or, in  he case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement,  hen multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protec ion loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before  he posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or any ime Saturday, Sunday or bank holidays. BBVA business days are Monday  hrough Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or  he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
• Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA and BBVA Compass are trade names of BBVA USA, a member of the BBVA Group. BBVA USA, Member FDIC.

# EXHIBIT 120

Appx. 02309

Page 1 of 10
Primary Account: ▮▮▮▮▮▮▮
Beginning March 1, 2019 - Ending March 31, 2019     31

**BBVA** Compass

21     HIGHLAND CAPITAL MANAGEMENT LP
MASTER OPERATING ACCOUNT
300 CRESCENT CT STE 700
DALLAS TX 75201-7849

### Contacting Us

Available by phone 24/7

Phone  1-800-266-7277

Online  bbvacompass.com

Write  BBVA Compass
Customer Service
P.O. Box 10566
Birmingham, AL 35296

# Summary of Accounts

## Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ▮▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ |
| ▮▮▮▮▮▮▮▮ | | ▮▮▮▮▮ | ▮▮▮▮▮ |

HIGHLY CONFIDENTIAL

D-CNL003598

**Appx. 02310**

Page 2 of 10
Primary Account: ▮
Beginning March 1, 2019 - Ending March 31, 2019          31

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ▮

## Activity Summary



## Deposits and Other Credits

| Date * | Check/<br>Serial # | Description | Deposits/<br>Credits |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| 3/5 | | INCOMING WIRE W/ADVICE REF<br>20190305F2QCZ60C00330903051708FT01 ORG<br>HIGHLAND CAPITAL M | $1,015,000.00 |



HIGHLY CONFIDENTIAL

D-CNL003599

**Appx. 02311**

Page 3 of 10
Primary Account: ▮▮▮▮▮▮
Beginning March 1, 2019 - Ending March 31, 2019          31

**BBVA** Compass



| Date * | Check/Serial # | Description | Deposits/Credits |
|---|---|---|---|
| 3/29 | | INCOMING WIRE W/ADVICE REF 20190329F2QCZ60C00647603291634FT01 ORG NEXPOINT ADVISORS, | $725,000.00 |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|

**BBVA** Compass



Page 5 of 10
Primary Account: ████████
Beginning March 1, 2019 - Ending March 31, 2019                    31

**BBVA** Compass

| Date * | Check/Serial # | Description | | Withdrawals/Debits |
|--------|----------------|-------------|--|--------------------|

Page 6 of 10
Primary Account: ██████
Beginning March 1, 2019 - Ending March 31, 2019          31

**BBVA** Compass

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|

Page 7 of 10
Primary Account: ███████
Beginning March 1, 2019 - Ending March 31, 2019          31

**BBVA** Compass

| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|-----------------|-------------|---------------------|

HIGHLY CONFIDENTIAL

D-CNL003604

Appx. 02316

Page 8 of 10
Primary Account: ██████████
Beginning March 1, 2019 - Ending March 31, 2019          31

**BBVA** Compass

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|



HIGHLY CONFIDENTIAL



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|
| ▮ | ▮▮▮ | ▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | ▮▮▮ | ▮▮▮▮ | ▮▮▮ |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.



HIGHLY CONFIDENTIAL

Page 10 of 10
Primary Account: ▇▇▇▇▇
Beginning March 1, 2019 - Ending March 31, 2019          31

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
- Record all automated deductions, debit card transactions and electronic bill payments.
- Record and deduct service charges, check printing charges, or other bank fees.
- If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total |  | $ |

## Balancing Your Register to this Statement

| Step 5 | • Enter the "current balance" shown on this statement |  |
|---|---|---|
|  | • Add total from Step 3 |  |
|  | • Subtotal |  |
|  | • Subtract total from Step 4 |  |
|  | • This balance should equal your register balance |  |
|  | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
- Check all your addition and subtraction above in your register.
- Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
- Amounts of deposits and withdrawals on this statement should match your register entries.
- If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so hat you will have the use of the money during the time it takes us to complete our inves igation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in he case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, hen multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protec ion loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before he posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or any ime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
- Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

HIGHLY CONFIDENTIAL

# EXHIBIT 121

Appx. 02320

10/22/2019            FX : Accounts: Get Statement



Welcome HAYLEY ELIASON ˅    Log Out    Contact Us    **2 Messages** ˅    △ Alerts ˅

# Accounts



```
                                              Date   8/30/19      Page    1
                                              Primary Account
                                              Enclosures


        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201


NexBank's Privacy Notice, which has not changed, is available on our website
at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
Privacy Notice mailed to you, please call us at (972-934-4700).

Checking Account/s

        Account Type:  Highland Capital Management LP

Analysis Checking w/ Interest
Account Number                        Statement Dates    8/01/19 thru  9/02/19
```



```
-------------------------------------------------------------------------------

Deposits and Additions
Date    Description                              Amount
```



| Date | Description | Amount |
|------|-------------|--------|
| 8/09 | TB Transfer from D ****656 to D ****130 | 550,000.00 |
| 8/13 | TB Transfer from D ****171 to D ****130 | 1,300,000.00 |
| 8/21 | TB Transfer from D ****656 to D ****130 | 5,600,000.00 |

```
MEMBER FDIC              NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
            Payments received at the address indicated on this statement by 3 00 pm. Central Standard Time
            each banking day will be credited as of that date.
```





```
                                              Date   8/30/19      Page    2
                                              Primary Account
                                              Enclosures
```

HIGHLY CONFIDENTIAL          D-CNL003652

**Appx. 02321**

10/22/2019                                FX : Accounts: Get Statement



Analysis Checking w/ Interest        ▮▮▮▮        (Continued)

Deposits and Additions
Date    Description                                Amount

--------------------------------------------------------------------------------

Checks and Withdrawals
Date    Description                                Amount



MEMBER FDIC              NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
          Payments received at the address indicated on this statement by 3 00 pm. Central Standard Time
          each banking day will be credited as of that date.

**NEXBANK™**

2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com

                                        EQUAL HOUSING LENDER
                                        FDIC

                                    Date  8/30/19      Page   3
                                    Primary Account
                                    Enclosures       ▮▮▮▮

        Analysis Checking w/ Interest      ▮▮▮▮      (Continued)

        End of Statement

HIGHLY CONFIDENTIAL                                      D-CNL003653

                                                    Appx. 02322

10/22/2019 FX : Accounts: Get Statement

MEMBER FDIC NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION

Payments received at the address indicated on this statement by 3 00 pm. Central Standard Time each banking day will be credited as of that date.

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT |
|---|---|

Date _____

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | |
|---|---|
| Enter bank balance from statement | |
| Add deposits not credited by bank (if any) | |
| TOTAL | |
| Total of Checks not paid | Subtract total of checks not paid |
| THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE-> | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
 (1) Tell us your name and account number (if any).
 (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
 an error or why you need more information.
 (3) Tell us the dollar amount of the suspected error.
 We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HIGHLY CONFIDENTIAL
D-CNL003654
Appx. 02323

# EXHIBIT 122

Appx. 02324



# EASTWEST BANK Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

Direct inquiries to:
888 895 5650

**ACCOUNT STATEMENT**
Page 1 of 6
STARTING DATE: December 01, 2019
ENDING DATE: December 31, 2019
Total days in statement period: 31

( 9 )

HIGHLAND CAPITAL MANAGEMENT LP
CHAPTER 11 DEBTOR IN POSSESSION
CASE #19-12239-CSS
OPERATING ACCOUNT
300 CRESCENT CT SUITE 700
DALLAS TX 75201-0000

Have you signed up for Direct Deposits?
Get your paycheck without waiting for a
paper check and making a trip to the
bank. Payments get deposited into your
account automatically. Enrolling is easy!
Talk to your payer or call 888.895.5650
for more details!

## Commercial Analysis Checking

Account number

( 45 )
( 97 )

**CREDITS**

| Number | Date | Transaction Description | Additions |
|--------|------|-------------------------|-----------|
|  | 12 09 | Wire Trans-IN    NEXPOINT ADVISORS, LP | 1,518,575.34 |

HIGHLY CONFIDENTIAL

3409    rev 05-16

D-CNL003676
**Appx. 02325**

**EASTWESTBANK** Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

HIGHLAND CAPITAL MANAGEMENT LP

ACCOUNT STATEMENT
Page 2 of 6
STARTING DATE: December 01, 2019
ENDING DATE: December 31, 2019



| Number | Date | Transaction Description | Additions |
|---|---|---|---|
| | 12-30 | Wire Trans-IN HIGHLAND CAPITAL M ANAGEMENT SE | 65,360.49 |
| | 12-30 | Wire Trans-IN HCRE PARTNERS, LLC | 477,481.61 |
| | 12-30 | Wire Trans-IN NEXPOINT ADVISORS, LP | 530,112.36 |
| | | Wire Trans-IN BARRIER ADVISORS, INC. | |

**CHECKS**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|

**DEBITS**

| Date | Transaction Description | Subtractions |
|---|---|---|

HIGHLY CONFIDENTIAL

D-CNL003677

**Appx. 02326**



**EASTWEST BANK** Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

HIGHLAND CAPITAL MANAGEMENT LP

ACCOUNT STATEMENT
Page 3 of 6
STARTING DATE: December 01, 2019
ENDING DATE: December 31, 2019

HIGHLY CONFIDENTIAL



## EAST WEST BANK Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

HIGHLAND CAPITAL MANAGEMENT LP

ACCOUNT STATEMENT
Page 4 of 6
STARTING DATE: December 01, 2019
ENDING DATE: December 31, 2019

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

# EXHIBIT 123

Page 1 of 9
Primary Account: █████████
Beginning June 1, 2019 - Ending June 30, 2019                              30

**BBVA**

21      HIGHLAND CAPITAL MANAGEMENT LP
        MASTER OPERATING ACCOUNT
        300 CRESCENT CT STE 700
        DALLAS TX 75201-7849

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online   bbvausa.com

Write   BBVA
        Customer Service
        P.O. Box 10566
        Birmingham, AL 35296

## Your BBVA Account(s)

Please see important message regarding your
TREASURY MANAGEMENT ANALYSIS CHECKING
account

# Summary of Accounts

## Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---------|----------------|-------------------------------|-------------------------------|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ██████ | ██████ | ██████ |
| ██████████ | | ██████ | ██████ |

BBVA Compass is now BBVA. Transforming banking to put the world's opportunities in your hands.

———

HIGHLY CONFIDENTIAL



# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ▓▓▓▓▓▓▓▓▓▓

## Account Information

We have updated the Treasury Management Service Agreement. These terms and conditions will become effective as of August 1, 2019.  You can find a current version of the agreement by going to:
http://www.bbvausa.com/commercial/treasury-management/resource-central/
 The user ID is "treasury" and the password is "management."

## Activity Summary

## Deposits and Other Credits

| Date * | Check/ Serial # | Description | Deposits/ Credits |
|---|---|---|---|
| ▓ | | ▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ |
| 6/4 | | INCOMING WIRE W/ADVICE REF 20190604F2QCZ60C00344906041614FT03 ORG HIGHLAND CAPITAL M | $500,000.00 |
| 6/4 | | INCOMING WIRE W/ADVICE REF 20190604F2QCZ60C00345006041614FT03 ORG NEXPOINT ADVISORS, | $300,000.00 |
| ▓ | | ▓▓▓▓▓▓▓ | ▓▓▓ |
| ▓ | | ▓▓▓▓▓▓▓ | ▓▓▓ |
| ▓ | | ▓▓▓▓▓▓▓ | ▓▓▓ |
| ▓ | | ▓▓▓▓▓▓▓ | ▓▓▓ |
| ▓ | | ▓▓▓▓▓▓▓ | ▓▓▓ |
| ▓ | | ▓▓▓▓▓▓ | ▓▓ |
| ▓ | | ▓▓▓▓▓▓▓ | ▓▓ |

HIGHLY CONFIDENTIAL

Page 3 of 9
Primary Account: ███████
Beginning June 1, 2019 - Ending June 30, 2019                    30





| Date * | Check/Serial # | Description | | Deposits/Credits |
|--------|----------------|-------------|---|------------------|

## Withdrawals and Other Debits



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|

Page 4 of 9
Primary Account: ████████
Beginning June 1, 2019 - Ending June 30, 2019                    30



| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
|---|---|---|---|

HIGHLY CONFIDENTIAL

Page 5 of 9
Primary Account: ███████
Beginning June 1, 2019 - Ending June 30, 2019                    30



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|



D-CNL003634

Appx. 02337

Page 6 of 9
Primary Account: █████████
Beginning June 1, 2019 - Ending June 30, 2019                    30



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|------------------|-------------|---------------------|



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|---------------------|
| ██ | | ███████████ | ████ |
| ██ | | ███████████ | ████ |
| ██ | | █████████ | ███ |
| ██ | | █████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | █████████ | ████ |
| ██ | | █████████ | █████ |
| ██ | | ██████████ | ████ |
| ██ | | ██████████ | ████ |
| ██ | | █████████ | ████ |
| ██ | | ████ ███ ███ | ██ |
| ██ | | █████████ | ████ |
| ██ | | ████████ | ███ |
| ██ | | █████████ | ███ |
| ██ | | █████████ | ███ |
| ██ | | ████ ██ ███ ███ | ███ |
| ██ | | ██████████ | █████ |
| ██ | | █████████ | ████ |
| ██ | | ███ ██ ███ | ███ |
| ██ | | ███████████ | ███ |
| ██ | | █████████ | █████ |
| ██ | | ██████████ | |
| ██ | | █████████ | ████ |
| ██ | | █████████ | ████ |
| ██ | | ████████ ███ | █████ |
| ██ | | █████████ | ████ |
| ██ | | █████████ | ████ |
| ██ | | █████████ | ████ |

D-CNL003636
Appx. 02339

Page 8 of 9
Primary Account: ██████████
Beginning June 1, 2019 - Ending June 30, 2019          30





| Date * | Check/<br>Serial # | Description | | | | | Withdrawals/<br>Debits |
|---|---|---|---|---|---|---|---|

HIGHLY CONFIDENTIAL

Page 9 of 9
Primary Account: ███████
Beginning June 1, 2019 - Ending June 30, 2019          30



## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
• Record all automated deductions, debit card transactions and electronic bill payments.
• Record any service charges, check printing charges, or other bank fees.
• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Step 4 Total | | $ |

## Balancing Your Register to this Statement

| Step 5 | | |
|---|---|---|
| | • Enter the "current balance" shown on this statement | |
| | • Add total from Step 3 | |
| | • Subtotal | |
| | • Subtract total from Step 4 | |
| | • This balance should equal your register balance | |
| | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction done in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or  he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so  hat you will have the use of the money during the time it takes us to complete our inves igation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate**. The interest charge is computed using your annual percentage rate divided by 365 or, in  he case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement,  hen multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protec ion loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before  he posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or any time Saturday, Sunday or bank holidays. BBVA business days are Monday  hrough Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or  he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
• Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA and BBVA Compass are trade names of BBVA USA, a member of the BBVA Group. BBVA USA, Member FDIC.

HIGHLY CONFIDENTIAL

# EXHIBIT 124

Appx. 02342



# EAST WEST BANK · Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761 3967

**ACCOUNT STATEMENT**
Page 1 of 4
STARTING DATE: January 01, 2021
ENDING DATE: January 31, 2021
Total days in statement period: 31

( 0 )

HIGHLAND CAPITAL MANAGEMENT LP
CHAPTER 11 DEBTOR IN POSSESSION
CASE #19 12239
OPERATING ACCOUNT
300 CRESCENT CT SUITE 700
DALLAS TX 75201 0000

Have you signed up for Direct Deposits?
Get your paycheck without waiting for a
paper check and making a trip to the
bank. Payments get deposited into your
account automatically. Enrolling is easy!
Talk to your payer or call 888.895.5650
for more details!

## Commercial Analysis Checking

Account number                     Beginning balance     ( 15 )
                                                         ( 111 )

**CREDITS**

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 01-14 | Wire Trans-IN | NEXPOINT ADVISORS, LP | 1,406,111.92 |
| | 01-21 | Wire Trans-IN | HIGHLAND CAPITAL M ANAGEMENT SE | 181,226.83 |
| | 01-21 | Wire Trans-IN | HCRE PARTNERS, LLC | 665,811.09 |

**DEBITS**

| Date | Transaction Description | Subtractions |
|---|---|---|

3409    rev 05-16



# EAST WEST BANK  Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

HIGHLAND CAPITAL MANAGEMENT LP

ACCOUNT STATEMENT
Page  2  of  4
STARTING DATE: January 01, 2021
ENDING DATE: January 31, 2021

Date    Transaction Description                                                    Subtractions

HIGHLY CONFIDENTIAL

D-CNL003594
Appx. 02344

# EAST WEST BANK — Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

HIGHLAND CAPITAL MANAGEMENT LP

ACCOUNT STATEMENT
Page 3 of 4
STARTING DATE: January 01, 2021
ENDING DATE: January 31, 2021



| Date | Transaction Description | Subtractions |
|---|---|---|

HIGHLY CONFIDENTIAL



ACCOUNT STATEMENT
Page  4  of  4
STARTING DATE: January 01, 2021
ENDING DATE: January 31, 2021

9300 Flair Dr., 1St FL
El Monte, CA. 91731

HIGHLAND CAPITAL MANAGEMENT LP



D-CNL003596

Appx. 02346

## STATEMENT BALANCING
**Fill in the amounts below from the front of this statement and your checkbook**.

**ENTER**
Ending Balance of
this Statement……………........... $_____

**Add** Deposits not shown
on this Statement $_____
_____
_____

**Sub Total**………. $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL | | TOTAL | |

**Total** amount of outstanding
checks…………………………. $_____

**Balance**……...........................** $_____

**ENTER**
Present Balance in
your checkbook………………… $_____

**Subtract** any service
charges, finance or
any other charges………………… $_____

**Sub Total** ………… $_____

**Add** Monthly Interest
Earned ……………………………. $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)……………… $_____
_____
_____
_____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)……………… $_____
_____
_____
_____

**Balance**……..................................... $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

D-CNL003597
Appx. 02347

# EXHIBIT 125

Appx. 02348

Page 1 of 15
Primary Account: █████████
Beginning February 1, 2018 - Ending February 28, 2018          28

**BBVA** Compass

21     HIGHLAND  CAPITAL  MANAGEMENT  LP
       MASTER  OPERATING  ACCOUNT
       300  CRESCENT  CT  STE  700
       DALLAS  TX  75201-7849

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online   bbvacompass.com

Write   BBVA Compass
        Customer Service
        P.O. Box 10566
        Birmingham, AL 35296

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| ████████████████ | ████████ | ██████ | ██████ |
| █████████ | | ██████ | ██████ |

D-JDNL-033060

**Appx. 02349**

Page 2 of 15
Primary Account: ▮
Beginning February 1, 2018 - Ending February 28, 2018         28

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ▮ - HIGHLAND CAPITAL MANAGEMENT LP

## Activity Summary

| | |
|---|---|
| Beginning Balance on 2/1/18 | ▮ |
| Deposits/Credits (130) | ▮ |
| Withdrawals/Debits (177) | ▮ |
| **Ending Balance on 2/28/18** | ▮ |

## Deposits and Other Credits



| Date * | Check/Serial # | Description | Deposits/Credits |
|---|---|---|---|

Page 3 of 15
Primary Account:
Beginning February 1, 2018 - Ending February 28, 2018                28





| Date * | Check/<br>Serial # | Description | | Deposits/<br>Credits |
|--------|----------|-------------|---|----------|

D-JDNL-033062<br>**Appx. 02351**

Page 4 of 15
Primary Account:
Beginning February 1, 2018 - Ending February 28, 2018          28

**BBVA** Compass



CONFIDENTIAL

Page 5 of 15
Primary Account: ███████
Beginning February 1, 2018 - Ending February 28, 2018          28



| Date * | Check/ Serial # | Description | Deposits/ Credits |
|--------|-----------------|-------------|-------------------|
| ■ | | ████████████ ███████ | █████ |
| ■ | | ██████ ██████ | █████ |
| ■ | | ██ ███████ | █████ |
| ■ | | ██ ███████ | █████ |
| ■ | | ██████ ██████ | █████ |
| ■ | | ███████ ██████ | █████ |
| ■ | | ██████ ███████ | █████ |
| ■ | | █ ███████ | █████ |
| ■ | | ████ ██████ | █████ |
| ■ | | █████ ██████ | █████ |
| ■ | | █████ ██████ | █████ |
| ■ | | █████ ██████ | █████ |
| ■ | | █████ ██████ | █████ |
| ■ | | █ ██████ | █████ |
| ■ | | ████ ██████ | █████ |
| ■ | | █████ ██████ | █████ |
| ■ | | █████ ██████ | █████ |
| ■ | | █████ ██████ | █████ |
| ■ | | █████ ██████ | █████ |
| ■ | | ████ █████ | █████ |
| ■ | | █████ ██████ | █████ |
| ■ | | ███ ███████ | █████ |

Page 6 of 15
Primary Account:
Beginning February 1, 2018 - Ending February 28, 2018          28

**BBVA** Compass



Page 7 of 15
Primary Account: ███████
Beginning February 1, 2018 - Ending February 28, 2018                28

**BBVA** Compass



Page 8 of 15
Primary Account: 
Beginning February 1, 2018 - Ending February 28, 2018          28

**BBVA** Compass



| Date * | Check/Serial # | Description | | Deposits/Credits |
|--------|------|-------------|---|----------|

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
* The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|------|-------------|--------|



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|



| 2/2 | | OUT WT E-ACCESS REF 20180202F2QCZ60C002532 BNF James Dondero | $3,825,000.00 |



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|

Page 11 of 15
Primary Account: ▮▮▮▮▮
Beginning February 1, 2018 - Ending February 28, 2018          28



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|-----------------|-------------|---------------------|
| ▮ | | ▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮ | ▮▮ |
| ▮ | | ▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮ | ▮▮ |
| ▮ | | ▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮ | ▮▮ |
| ▮ | | ▮▮ ▮▮▮ | ▮▮ |
| ▮ | | ▮▮ ▮▮ ▮▮ | ▮▮▮ |
| ▮ | | ▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮ | ▮▮ |
| ▮ | | ▮▮▮▮ | ▮▮ |
| ▮ | | ▮▮▮▮ | ▮ |
| ▮ | | ▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮ | ▮▮ |
| ▮ | | ▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮ ▮▮▮ | ▮▮ |
| ▮ | | ▮▮▮▮▮ | ▮▮ |
| ▮ | | ▮▮▮ | ▮▮ |
| ▮ | | ▮▮ ▮ | ▮▮ |
| ▮ | | ▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮ | ▮▮▮ |



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|
| ██ | | ████████████████ | ████ |
| ██ | | ████████████████ | ████ |
| ██ | | ████████████████ | ████ |
| ██ | | █████████████████ | ████ |
| ██ | | █████████████████ | ████ |
| ██ | | ██████████████ | ████ |
| ██ | | █ ████ ████████ | ████ |
| ██ | | █ ████ ██████████ | ████ |
| ██ | | █ ████ ██████████ | ████ |
| ██ | | █ ████ ██████████ | ████ |
| ██ | | ██████ ████████ | ████ |
| ██ | | ███████████████████ | ████ |
| ██ | | ███████████████████ | ████ |
| ██ | | ██████ █ ██████ | ████ |
| ██ | | █████████████ | ████ |
| ██ | | ███████████ | |
| ██ | | █████ ████████ | |
| ██ | | ████████████████ | ████ |
| ██ | | ██████ ████ ██████ | |
| ██ | | ████████████████████ | ████ |
| ██ | | █████ █ ████████ | ████ |
| ██ | | ██████ ██████████ | ████ |
| ██ | | ███████████████ | ████ |
| ██ | | ███████████████ | ████ |
| ██ | | █████████████████████ | ████ |
| ██ | | ████████████████████████ | ████ |
| ██ | | ████ ████ ██████ | ████ |
| ██ | | █████ █ ████ ██████ | ████ |
| ██ | | ████████ ██████ ████ | ████ |

CONFIDENTIAL

Page 13 of 15
Primary Account:
Beginning February 1, 2018 - Ending February 28, 2018          28



| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
|--------|---------|-------------|------------------------|



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
  * The Date provided is the business day that the transaction is processed.



## End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| ██ | ███████ | ██ | ██████ | ██ | ███████ |
| ██ | ███████ | ██ | ██████ | ██ | ███████ |
| ██ | ███████ | ██ | ████████ | ██ | ███████ |
| ██ | ███████ | ██ | ████████ | ██ | ███████ |
| ██ | ███████ | ██ | ████████ | ██ | ███████ |
| ██ | ███████ | ██ | ████████ | ██ | ███████ |
| ██ | ███████ | | | | |

## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| ██ | ████ | | ██ | ████ | | ██ | ████ | ██████ |
| ██ | ████ | | ██ | ████ | | ██ | ████ | ██████ |
| ██ | ████ | ██████ | ██ | ████ | ██████ | ██ | ████ | ██████ |
| ██ | ████ | | ██ | ████ | ██████ | ██ | ████ | ██████ |
| ██ | ████ | ██████ | ██ | ████ | ██████ | ██ | ████ | ██████ |
| ██ | ████ | ██████ | ██ | ████ | ██████ | ██ | ████ | ██████ |
| ██ | ████ | ██████ | ██ | ████ | | ██ | ████ | ██████ |
| ██ | ████ | | ██ | ████ | ██████ | | | |

*Indicates break in check sequence*

CONFIDENTIAL

Page 15 of 15
Primary Account: ▮▮▮▮▮
Beginning February 1, 2018 - Ending February 28, 2018          28

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller
card (ATM) transactions in your register.
• Record all automated deductions, debit card
transactions and electronic bill payments.
• Record and deduct service charges, check printing
charges, or other bank fees.
• If you have an interest bearing account, add any
interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark
in your register each check or other transaction that is
listed on this statement.

**Step 3** • List any deposits or credits you have made that do not
appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card
transactions, electronic payments and other
deductions that do not appear on this statement (see
space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total | | $ |

## Balancing Your Register to this Statement

| Step 5 | | |
|---|---|---|
| • Enter the "current balance" shown on this statement | | |
| • Add total from Step 3 | | |
| • Subtotal | | |
| • Subtract total from Step 4 | | |
| • This balance should equal your register balance | | |
| If it does not agree, see steps below | $ | |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on
this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should
match your register entries.
· If you have questions or need assistance, please refer to the phone
number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this
statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to
BBVA Compass Bank, Operations Compliance Support, P.O. Box
10566, Birmingham, AL 35296. Or simply call your local customer
service number printed on the front of this statement. Call or write as
soon as you can, if you think your statement or receipt is wrong or if
you need more information about a transfer on the statement or
receipt. We must hear from you no later than 60 days after we sent
the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can
why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10
business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will
credit your account for the amount you think is in error, so that you will have the use of the
money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account
Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is
computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366,
which gives you the "Applicable Rate." Although we calculate the interest charge by applying the
Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying
the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on
this statement, then multiplying that sum by the number of days in the billing cycle. To get the
"Balance Subject to Interest Rate" shown on this statement we take the beginning balance of
your account less any unpaid finance charges each day, add any new advances or debits, and
subtract any payments or credits. This gives us the daily balance. Then we add all the daily
balances for the billing cycle and divide by the number of days in the billing cycle. This give us
the "average daily balance" shown on the statement as "Balance Subject to Interest Rate".
Payments. Payments to your overdraft protection loan account made through our tellers or
deposited at our automated teller machines (ATM s) Monday through Friday before the posted
cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be
posted on the next business day. Payments made through our ATM s via a funds transfer will be
posted on the date they are received or on the next business day if made after 6pm CT (6pm MT
for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime
Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through
Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your
statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box
2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA
Compass branch listed on the front of this statement to speak with a Customer Service
Representative. Please note: a telephone inquiry will not preserve your rights under federal law.
We must hear from you no later than sixty (60) days after we sent you the first statement on
which the error or problem appeared.

· Tell us your name and account number (if any).
· Describe the error or the transfer you are unsure about, and explain as clearly as you can
why you believe it is an error or what you need more information.
· Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if
you think your statement is wrong. To stop the payment, your letter must reach us three (3)
business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper
transactions on your account be reported to us as soon as reasonably possible. If you fail to
notify us of any suspected problems, errors or unauthorized transactions within the time periods
specified in the deposit account agreement, we are not liable to you for any loss related to the
problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group.
Compass Bank, Member FDIC.

# EXHIBIT 126

5/14/2021                                        NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                        Date  8/31/18          Page    1
                                        Primary Account     ██████████
                                        Enclosures
```

```
           Highland Capital Management LP
           300 Crescent Court Suite 700
           Dallas TX 75201
```

```
           NexBank's Privacy Notice, which has not changed, is available on our website
           at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
           Privacy Notice mailed to you, please call us at 972-934-4700.
```

```
   Checking Account/s

           Account Type:  Highland Capital Management LP

   Analysis Checking w/ Interest
   Account Number          ████████   Statement Dates  8/01/18 thru  9/03/18
```

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

```
   --------------------------------------------------------------------------------
```

```
   Deposits and Additions
   Date       Description                          Amount
```

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████

```
   --------------------------------------------------------------------------------
```

MEMBER FDIC                        NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                            each banking day will be credited as of that date.

CONFIDENTIAL                                                    D-JDNL-033057

Appx. 02365

5/14/2021                                             NexBank SSB

 **NEXBANK**™

2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



                                        Date  8/31/18        Page    2
                                        Primary Account
                                        Enclosures

        Analysis Checking w/ Interest        ▇▇▇▇▇    (Continued)

        Checks and Withdrawals
        Date      Description                            Amount
        8/01      IB Transfer from D ****130 to      2,500,000.00-
                  D ****884
        8/13      IB Transfer from D ****130 to      2,500,000.00-
                  D ****884

        --------------------------------------------------------------------

        Daily Balance Information
        Date        Balance      Date       Balance      Date     Balance

        End of Statement

MEMBER FDIC                NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
              each banking day will be credited as of that date.

CONFIDENTIAL                                                    D-JDNL-033058

                                                               Appx. 02366

5/14/2021 NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

**CHECKS WRITTEN BUT NOT PAID**

| NUMBER | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | |
|---|---|---|
| Enter bank balance from statement | | |
| Add deposits not credited by bank (if any) | | |
| TOTAL | | |
| Total of Checks not paid | Subtract total of checks not paid | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
 (1) Tell us your name and account number (if any).
 (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
 (3) Tell us the dollar amount of the suspected error.
 We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

CONFIDENTIAL

D-JDNL-033059

**Appx. 02367**

# EXHIBIT 127

Appx. 02368

5/18/2021                                        NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                    Date   5/29/15              Page    1
                                    Primary Account         ████████
                                    Enclosures


            Highland Capital Management LP
            300 Crescent Court Suite 700
            Dallas TX 75201



    NexBank's Privacy Policy is accessible at www.NexBank.com



    Checking Account/s

            Account Type:  Highland Capital Management LP

    Analysis Checking w/ Interest
    Account Number              ████████   Statement Dates   5/01/15 thru  5/31/15
    Last Statement Balance   ██████████   Days in the statement period   ████████
      6 Deposits/Credits     ██████████   Average Ledger          ██████████
      6 Checks/Debits        ██████████   Average Collected       ██████████
    Service Charge              ████████   Interest Earned        ████████████
    Interest Paid            ██████████   Annual Percentage Yield Earned  ████████
    This Statement Balance   ██████████   2015 Interest Paid      ██████████

    ----------------------------------------------------------------------------

    Deposits and Additions
    Date      Description                           Amount
```



```
    ----------------------------------------------------------------------------

    Checks and Withdrawals
    Date       Description                          Amount
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                          each banking day will be credited as of that date.

HCMS000094
**Appx. 02369**

5/18/2021                                            NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                        Date  5/29/15        Page    2
                                        Primary Account      ██████
                                        Enclosures
```



```
      Analysis Checking w/ Interest    ████████  (Continued)

      Checks and Withdrawals
      Date      Description                        Amount
      ████████████████          ████████████████████████
      ████████          ██████████████████████████████
      ████████████████████          ████████████████████
      ████████████████          ██████████████████████
      ██████████████          ████████████████

       5/29     IB Transfer from D ****130 to       500,000.00-
                D ****656
      ████████████████████████████████████
      ████████████████████████████

      ------------------------------------------------------------

      Daily Balance Information
      Date        Balance      Date      Balance     Date      Balance
      ████████████████████████████████████████████████████████
      ████████████████████████████████████████████████
      ████████████████████████████████

      ------------------------------------------------------------

                       Interest Rate Summary
                  Date              Rate
                  ████████████████████████████

      End of Statement
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

HCMS000095
**Appx. 02370**

5/18/2021                                                                NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

| CHECKS WRITTEN BUT NOT PAID | |
|---|---|
| NUMBER | AMOUNT |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | |
|---|---|
| Enter bank balance from statement | |
| Add deposits not credited by bank (if any) | |
| TOTAL | |
| Total of Checks not paid | Subtract total of checks not paid |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  (1) Tell us your name and account number (if any).
  (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
  (3) Tell us the dollar amount of the suspected error.
  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000096
**Appx. 02371**

# EXHIBIT 128

Appx. 02372

Page 1 of 7
Primary Account: ▓▓▓▓▓▓
Beginning October 1, 2015 - Ending October 31, 2015                 31

**BBVA** Compass

21      HIGHLAND CAPITAL MANAGEMENT LP
        MASTER OPERATING ACCOUNT
        300 CRESCENT CT STE 700
        DALLAS TX 75201-7849

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online  bbvacompass.com

Write   BBVA Compass
        Customer Service
        P.O. Box 10566
        Birmingham, AL 35296

## Summary of Accounts

**Deposit Accounts/ Other Products**

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| ▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| **Total Deposit Accounts** | | ▓▓▓ | ▓▓▓ |

Page 2 of 7
Primary Account: ███████
Beginning October 1, 2015 - Ending October 31, 2015          31

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: █████████ - HIGHLAND CAPITAL MANAGEMENT LP

## Activity Summary

| | |
|---|---|
| Beginning Balance on 10/1/15 | ███████ |
| Deposits/Credits (25) | ███████ |
| Withdrawals/Debits (154) | ███████ |
| **Ending Balance on 10/31/15** | ██████ |

## Deposits and Other Credits

| Date * | Check/ Serial # | Description | Deposits/ Credits |
|---|---|---|---|

Page 3 of 7
Primary Account: ███████
Beginning October 1, 2015 - Ending October 31, 2015          31

**BBVA** Compass



| Date * | Check/ Serial # | Description | Deposits/ Credits |
|---|---|---|---|

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|
| 10/1 | | OUT WT E-ACCESS REF  20151001F2QCZ60C001349 BNF Highland Capital M | $350,000.00 |
| 10/2 | | OUT WT E-ACCESS REF  20151002F2QCZ60C001218 BNF Jefferies LLC | $310,000.00 |



Page 5 of 7
Primary Account: ███████
Beginning October 1, 2015 - Ending October 31, 2015          31

**BBVA** Compass



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|

10/30          OUT WT E-ACCESS REF  20151030F2QCZ60C002353                    $100,000.00
               BNF Highland Capital M

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary



| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|

Page 6 of 7
Primary Account: ███████
Beginning October 1, 2015 - Ending October 31, 2015     31

**BBVA** Compass

## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | |

*\* Indicates break in check sequence*

HCMS000161

**Appx. 02378**

Page 7 of 7
Primary Account: ███████
Beginning October 1, 2015 - Ending October 31, 2015          31

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
   • Record all automated deductions, debit card transactions and electronic bill payments.
   • Record and deduct service charges, check printing charges, or other bank fees.
   • If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total |  | $ |

## Balancing Your Register to this Statement

| Step 5 | |
|---|---|
| • Enter the "current balance" shown on this statement |  |
| • Add total from Step 3 |  |
| • Subtotal |  |
| • Subtract total from Step 4 |  |
| • This balance should equal your register balance |  |
| If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
 If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
• Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

HCMS000162

Appx. 02379

# EXHIBIT 129

Appx. 02380

5/18/2021                                        NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




Date 10/30/15          Page    1
Primary Account
Enclosures


Highland Capital Management LP
300 Crescent Court Suite 700
Dallas TX 75201


NexBank's Privacy Policy is accessible at www.NexBank.com


Checking Account/s

        Account Type:  Highland Capital Management LP

Analysis Checking w/ Interest
Account Number                          Statement Dates  10/01/15 thru 11/01/15
Last Statement Balance                  Days in the statement period
   12 Deposits/Credits                  Average Ledger
    5 Checks/Debits                      Average Collected
Service Charge                          Interest Earned
Interest Paid                           Annual Percentage Yield Earned
This Statement Balance                  2015 Interest Paid

--------------------------------------------------------------------------------

Deposits and Additions



--------------------------------------------------------------------------------
MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

HCMS000166
Appx. 02381

5/18/2021                                             NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                    Date 10/30/15           Page    2
                                    Primary Account         ███████
                                    Enclosures


        Analysis Checking w/ Interest      1614130   (Continued)

        Deposits and Additions
        Date     Description                           Amount
        ████████████████████████████████████████████████
        ████████████████████████████████████████████████


        ----------------------------------------------------------------

        Checks and Withdrawals
        Date     Description                           Amount
        █████████████████████████████████
        ████████████████████████████████████████████
        █████████████████████████████████
        10/27    OUTGOING WIRE                         200,000.00-
                 HIGHLAND CAPITAL MGMT SERVICES
        ████████████████████████████████████████████
        ████████████████████████████████████████████
        █████████████████████████████████


        ----------------------------------------------------------------

        Daily Balance Information
        Date        Balance     Date       Balance    Date      Balance
        ████████████████████████████████████████████████████████████
        ██████████████████████████████████████████
        ██████████████████████████████████████████


        ----------------------------------------------------------------

                         Interest Rate Summary
                      Date            Rate
                      ██████████████████████████

        End of Statement
```



MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                  Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                  each banking day will be credited as of that date.

HCMS000167
**Appx. 02382**

5/18/2021          NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | |
|---|---|---|
| Enter bank balance from statement | | |
| Add deposits not credited by bank (if any) | | |
| TOTAL | | |
| Total of Checks not paid | Subtract total of checks not paid | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

### EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000168
**Appx. 02383**

# EXHIBIT 130

5/18/2021 NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                      Date 10/30/15           Page    1
                                      Primary Account   ███████
                                      Enclosures


        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201


    NexBank's Privacy Policy is accessible at www.NexBank.com



    Checking Account/s

        Account Type:  Highland Capital Management LP

    Analysis Checking w/ Interest
    Account Number        ████████   Statement Dates  10/01/15 thru 11/01/15
    Last Statement Balance  █████     Days in the statement period    █
       12 Deposits/Credits  ████████  Average Ledger          ████████
        5 Checks/Debits     ██████    Average Collected       ████████
    Service Charge          ███       Interest Earned
    Interest Paid           ██        Annual Percentage Yield Earned  ████████
    This Statement Balance  ██████    2015 Interest Paid

    -----------------------------------------------------------------------------

    Deposits and Additions
    Date      Description                         Amount
```



MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

HCMS000163

**Appx. 02385**

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                        Date 10/30/15        Page    2
                                        Primary Account      ████████
                                        Enclosures


        Analysis Checking w/ Interest    ███████   (Continued)

        Deposits and Additions
        Date    Description                            Amount
        ████████████████████████████████████████████████
        ███████████████████████           ███████████████████████

        ----------------------------------------------------------------

        Checks and Withdrawals
        Date    Description                            Amount
        ████████████████████████████████████
        ████████████████████████████████████████████████
        ████████████████████████████████████
        ████████████████████████████████████████████████
        ████████████████████████████████████

        10/28   OUTGOING WIRE                         200,000.00-
                HIGHLAND CAPITAL MGMT SERVICES
        ████████████████████████████████████████████████
        ████████████████████████████████████

        ----------------------------------------------------------------

        Daily Balance Information
        Date        Balance      Date      Balance    Date      Balance
        ████████████████████████████████████████████████████████
        ██████████████████████████████████████████
        ██████████████████████████████████████████

        ----------------------------------------------------------------

                        Interest Rate Summary
                        Date            Rate
                        ██████████████████████████

        End of Statement
```

MEMBER FDIC                NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                  Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                  each banking day will be credited as of that date.

HCMS000164
**Appx. 02386**

5/18/2021                                                NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

**CHECKS WRITTEN BUT NOT PAID**

| NUMBER | AMOUNT | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | |
|---|---|---|
| Enter bank balance from statement | | |
| Add deposits not credited by bank (if any) | | |
| TOTAL | | |
| Total of Checks not paid | Subtract total of checks not paid | |

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->**

---

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

---

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

---

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
   (1) Tell us your name and account number (if any).
   (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.
   We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000165
**Appx. 02387**

# EXHIBIT 131

Appx. 02388



Jefferies

**Jefferies LLC**
520 Madison Avenue, 12th Floor
New York, New York 10022-4213
*tel* 212.284.2300

SIPC

**Customer Account Number:** [redacted] **AE:** PB2 **Statement Period:** November 01, 2015 to November 30, 2015 **PAGE 1 of 5**

## MARKET INDICES

Index

[redacted]

HIGHLAND CAPITAL MANAGEMENT
SERVICES INC
ATTN CARTER CHISIM
300 CRESCEN COURT
SUITE 700
DALLAS TX 75201-7849

## ACCOUNT VALUE SUMMARY

| Description | As of 10/30/15 | This Period |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| TOTAL | [redacted] | [redacted] |

## DIVIDENDS, INTEREST, AND TAX ACTIVITY SUMMARY

| Description | This Statement | Year to Date |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| TOTAL INCOME | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| TOTAL EXPENSES | [redacted] | [redacted] |

THIS SUMMARY IS FOR INFORMATIONAL PURPOSES ONLY. IT IS NOT INTENDED AS A TAX DOCUMENT.
THIS STATEMENT SHOULD BE RETAINED FOR YOUR RECORDS.

| Customer Account Number: ███ | AE:  PB2 | Statement Period:  November 01, 2015  to  November 30, 2015 | PAGE 2 of 5 |

Please review this statement carefully.  If it does not reflect your understanding of your transactions or balances, or there are any errors or omissions on this statement, promptly notify Jefferies LLC ("Jefferies") by calling 201-761-7610.  Any oral communications should be re-confirmed in writing to further protect your rights, including those under the Securities Investors Protection Act (SIPA).  All written inquiries and re-confirmations should be addressed to Jefferies LLC Attn: Customer Reporting Group, 101 Hudson Street, 11th Floor, Jersey City, NJ 07302-3915.

- You may have received a confirmation for a trade that does not appear on this statement.  If the statement date of the trade as shown on the confirmation is later than the closing date of this statement (as shown above), that trade will appear on your next regular monthly statement.
- Transactions appearing on this statement may include those, if any, that have been executed by an affiliated broker-dealer but cleared through this account.  Please check your confirmations to identify such transactions.
- If you are subject to 1099 reporting requirements, we are required by law to report to the Internal Revenue Service ("IRS") all gross proceeds of sales transactions (including short sales), cash dividends and registered bond interest credited to your account on securities held for you in our name.  We also report coupon bond interest and interest earned on credit balances.  Your Consolidated Form 1099 rather than your monthly statements is the authoritative document for tax reporting purposes and is used to report information to the IRS.
- If this statement is for a margin account and we maintain a special miscellaneous account for you, this statement is a combined statement of your general account and the special miscellaneous account maintained for you under section 4(f)(6) of Regulation T, issued by the Board of Governors of the Federal Reserve System.  As required by Regulation T, the permanent record of the special miscellaneous account is available for your inspection upon request.
- A free credit balance represents funds payable upon demand, which although properly accounted for on Jefferies books are not segregated and may be used in the conduct of Jefferies business. Jefferies offers to routinely transfer ("sweep") your free credit balance into a money market fund at your election.  The balance in such fund may be liquidated pursuant to your order and the proceeds returned to your securities account to be held as a free credit balance or remitted to you.
- The prices of securities displayed on your statement are derived from various sources and in some cases may be higher or lower than the price that you would actually receive in the market.  Although we attempt to use reliable sources of information, we do not guarantee the accuracy of any securities prices.
- If this statement contains month-end valuations for Direct Participation Programs or Real Estate Investment Trusts, such values may be estimated, and obtained from pricing services or from the issuer in its annual report.  If this statement does not contain month-end valuations for such instruments, it may be because accurate valuation information is not available.  Please note that such securities are often illiquid and any estimated value may not be realized upon sale.  The actual value of such instruments will most likely be different from the original purchase price.
- Jefferies is a member of the Securities Investor Protection Corporation ("SIPC")  SIPC currently protects the securities and cash in your account up to $500,000 of which $250,000 may be in cash.  Jefferies has secured additional protection of up to $24,500,000 per account with an aggregate limit of $100,000,000 for all accounts.  Neither the SIPC nor the additional coverage protects against the market risks associated with investing.  Positions that are held away are not in the custody or control of Jefferies nor are they covered by SIPC or the additional protection secured by Jefferies.
- In order to assist us in maintaining current background and financial information concerning our customers, we request that you promptly advise us in writing of any material change in your investment objectives or financial situation.
- Jefferies' Financial Statements are available for your personal inspection at any of Jefferies' offices, at the regional office of the Securities and Exchange Commission in New York or a copy will be mailed to you upon your written request.  A most recent copy of the Audited and Unaudited Consolidated Statement of Financial Condition of Jefferies can be found by visiting the firm's website at www.jefferies.com and go to Investor Relations or call 1-888-JEFFERIES.
- Information with respect to commission and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you.  A summary of this information is available to you promptly upon your written request directed to your account executive.

- Exercise assignment notices for option contracts are allocated among client short positions pursuant to a procedure that randomly selects those contracts which are subject to exercise from among all client short option positions, including positions established on the day of the assignment.  All short positions are liable for assignment at any time.  A more detailed description of our random allocation procedure is available upon written request.
- In the event there has been any change in your investment objective(s), financial situation and/or risk tolerance, please contact your Account Executive.
- Call features shown on any fixed income security indicate the next regularly scheduled call date and price.  Your holdings may be subject to other redemption features, including sinking funds, extraordinary calls or other call provisions.  Unrealized gains and losses on bonds, if shown, have been adjusted to account for the accretion of original issue discount, the amortization of premium, and/or the accretion of market discount.  For foreign bonds, amounts shown are denominated in the currency of the issue, price is a function of exchange rate and market price, market value is denominated in U.S. dollars, and changes in the exchange rate will affect the face value in U.S. dollars and market value.
- With respect to estimated yield figures shown, such as Estimated Annual Interest and Estimated Yield be advised that: (i) they are estimates, not actual amounts scheduled to be paid; (ii) for certain types of securities the amounts shown could include a return of principal or capital gains, in which case those estimated figures would be overstated; and (iii) the actual income and yield paid might be lower or higher than the estimated amounts.  Estimated Yield reflects only the income generated by an investment.  It does not reflect changes in price, which may fluctuate.
- Market Linked Investments ("MLIs") are buy and hold investments and are valued at par to reflect 100% principal protection in the investment currency at maturity.  MLIs denominated in a currency other than U.S. dollars may be marked to market to reflect changes in the par value of the MLI in U.S. dollar terms.
- Please preserve this statement as it will be helpful in preparing your income tax returns and may be needed along with subsequent statements to verify activity in your account.
- For purposes of computing interest payable by you, balances in all types of accounts (except short, DVP and other) are combined.  Credit balances, where applicable, are subtracted from debit balances in determining the daily debit balance, but only to the extent such credit balances do not exceed such debit balances.
- Short accounts are marked-to-the-market.  Excess funds are credited to, and deficiencies of funds are debited from, the margin account.
- Interest charged on debit balances (and the applicable interest rate) will appear as a line item in the activity section for those accounts that incurred interest charges during any statement period. This statement should be retained and used in conjunction with the prior and next statement received to determine the amount of interest charged for each interest computation period. Interest will be charged on an average daily net debit balance computed on the basis of a 360-day year. For further information on how to compute interest, refer to the "Truth in Lending Statement".  Interest in all months, except for December, is computed two days prior to the last business day of the current month through two days prior to the last business day of the following month and will be processed in your account (debited or credited) one day prior to the last business day of each month.  In December, interest will accrue through December 31st and will be processed on the last business day of the calendar year.
- For purposes of any interest earned with respect to credit balances in your account, your statement will display an aggregate credit amount based on your net average daily free credit balance beginning with the day the credit balance begins and for each day during the period displayed.

*JEF Rev 2/2014 S1032B06*

HCMS000173

**Appx. 02390**



# Jefferies

**Jefferies LLC**
520 Madison Avenue, 12th Floor
New York, New York 10022-4213
*tel* 212.284.2300

Customer Account Number: ▅▅▅ AE: PB2    Statement Period: **November 01, 2015 to November 30, 2015**    PAGE 3 of 5

## INCOME AND DISTRIBUTION ACTIVITY

| Date | Transaction | Account Type | Quantity | Description | Rate | Debit | Amount Credit |
|------|-------------|--------------|----------|-------------|------|-------|---------------|
| 11/23 | WIRE | CASH | | WIRE IN HIGHLAND CAPITAL<br>AC 43100933<br>TwoFour TradeNumber 301033575 | | | 100,000.00 |
| | | | | | .24 | | |

**TOTAL INCOME AND DISTRIBUTION ACTIVITY:**

## OTHER ACTIVITY

| Date | Transaction | Account Type | Quantity | Description | Debit | Amount Credit |
|------|-------------|--------------|----------|-------------|-------|---------------|

**TOTAL OTHER ACTIVITY:**

## PORTFOLIO SUMMARY

Bond ratings are provided by Moody s and Standard & Poor s, respectively.  For more information about bond ratings please contact your financial advisor. Estimated figures shown are estimates and actual yield and income may differ.

**EQUITIES - LONG POSITIONS: 91.30% of Portfolio**

| Account Type | Quantity | Description | Symbol/ Cusip | Current Price | Market Value | Estimated Annual Income | Estimated Yield |
|--------------|----------|-------------|---------------|---------------|--------------|-------------------------|-----------------|

HCMS000174
**Appx. 02391**



# Jefferies

**Jefferies LLC**
520 Madison Avenue, 12th Floor
New York, New York 10022-4213
tel 212.284.2300



| Customer Account Number: ▓▓▓ | AE: PB2 | Statement Period: November 01, 2015 to November 30, 2015 | PAGE 5 of 5 |

**Customer Notice**

## IMPORTANT NOTICE

►In accordance with the requirements of the Securities and Exchange Commission (the "SEC") and the Commodity Futures Trading Commission (the "CFTC"), clients may obtain a free copy of the Unaudited Consolidated Statement of Financial Condition of Jefferies LLC (the "Company") as of May 31, 2015 by visiting our website at **http://investorrelations.jefferies.com/GenPage.aspx?IID=102756&GKP=207790** or by calling 1-888-JEFFERIES. The Statement of Financial Condition is also available for your personal inspection at Jefferies LLC's principal office at 520 Madison Avenue, New York, NY 10022 or at the regional office of the SEC or CFTC in New York.

►Jefferies LLC is subject to the SEC's Uniform Net Capital Rule (the "Rule"), which specifies minimum net capital requirements. The Company computes net capital under the alternative method of the Rule, which requires the Company to maintain net capital of not less than the greater of $1,500,000 or 2% of aggregate debit balances (primarily receivables from customer transactions), plus excess margin collateral on reverse repurchase transactions. Compliance with the Rule could limit operations of the Company, such as underwriting and trading activities that require the use of significant amounts of capital, and may also restrict loans, advances, dividends and other payments by the Company. In addition, Jefferies LLC is registered as a futures commission merchant ("FCM") following its merger with Jefferies Bache LLC in September 2014 and is therefore subject to the CFTC's minimum financial requirements under Rule 1.17. Under the minimum financial requirements, an FCM must maintain adjusted net capital equal to or in excess of the greater of $1,000,000 or the FCM's risk-based capital requirements totaling (i) eight percent of the total risk margin requirement for positions carried by the FCM in customer accounts, plus (ii) eight percent of the total risk margin requirement for positions carried by the FCM in noncustomer accounts. As a dually registered broker-dealer and FCM, Jefferies LLC is required to maintain net capital in excess of the greater of the SEC or CFTC minimum financial requirements. As of May 31, 2015, Jefferies LLC's net capital was $998,320,000 which was $913,625,000 in excess of required net capital.

*** END OF STATEMENT ***

HCMS000176

**Appx. 02393**

# EXHIBIT 132

Appx. 02394

5/18/2021                                          NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                        Date 11/30/15          Page    1
                                        Primary Account        ████████
                                        Enclosures


            Highland Capital Management LP
            300 Crescent Court Suite 700
            Dallas TX 75201


       NexBank's Privacy Policy is accessible at www.NexBank.com


       Checking Account/s

            Account Type:  Highland Capital Management LP

       Analysis Checking w/ Interest
       Account Number          ████████    Statement Dates  11/02/15 thru 11/30/15
       Last Statement Balance  ████████    Days in the statement period      ██
           8 Deposits/Credits  ████████    Average Ledger           ████████
           5 Checks/Debits     ████████    Average Collected        ████████
       Service Charge          ████████    Interest Earned      ████████████
       Interest Paid           ████████    Annual Percentage Yield Earned
       This Statement Balance  ████████    2015 Interest Paid   ████████████

       -----------------------------------------------------------------------

       Deposits and Additions
       Date    Description                        Amount
       ████████████████████████████              ████████
       ████████████████████████████████████      ████████
       ████████████████████████                  ████████
       ████████████████████████████████████████  ████████
       ████████████████████████████████          ████████
       ██████████████████████                    ████████
       ████████████████████████████████          ████████
       ██████████████████████████████            ████████
       ████████████████████████████████████      ████████
       ██████████████████████████████████        ████████
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                     Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                              each banking day will be credited as of that date.

HCMS000169

Appx. 02395

5/18/2021 NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                        Date 11/30/15        Page    2
                                        Primary Account      ████████
                                        Enclosures


        Analysis Checking w/ Interest    ████████   (Continued)

        ----------------------------------------------------------------

        Checks and Withdrawals
        Date     Description                        Amount
        ████████████████████████████
        ██████████████████████████████████████████████
        ██████████████████████████████████████████████

        11/24    IB Transfer from D ****130 to          250,000.00-
                 D ****656
        ██████████████████████████████████████████████


        ----------------------------------------------------------------

        Daily Balance Information
        Date          Balance       Date       Balance       Date       Balance
        █████████████████████████████████████████████████████████████████
        ███████████████████████████████████████████████████████████████
        ███████████████████████████████████████████████
        ███████████████████████████████████████

        ----------------------------------------------------------------

                        Interest Rate Summary
                 Date            Rate
                 ██████████████████████████████

        End of Statement
```

MEMBER FDIC             NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                each banking day will be credited as of that date.

HCMS000170
Appx. 02396

5/18/2021                                          NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**                                    Date _____

| CHECKS WRITTEN BUT NOT PAID | | |
|---|---|---|
| NUMBER | AMOUNT | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | |
|---|---|---|
| Enter bank balance from statement | | |
| Add deposits not credited by bank (if any) | | |
| TOTAL | | |
| Total of Checks not paid | Subtract total of checks not paid | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

### EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  (1) Tell us your name and account number (if any).
  (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
  (3) Tell us the dollar amount of the suspected error.
  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000171
**Appx. 02397**

# EXHIBIT 133

Appx. 02398

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                              Date   2/29/16        Page    1
                              Primary Account       ███████
                              Enclosures


        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201


     NexBank's Privacy Policy is accessible at www.NexBank.com


     Checking Account/s

          Account Type:  Highland Capital Management LP

     Analysis Checking w/ Interest
     Account Number                Statement Dates   2/01/16 thru  2/29/16
     Last Statement Balance        Days in the statement period    ████
        13 Deposits/Credits        Average Ledger
        84 Checks/Debits           Average Collected               ████████
     Service Charge                Interest Earned
     Interest Paid                 Annual Percentage Yield Earned  ████
     This Statement Balance        2016 Interest Paid              ████████

-------------------------------------------------------------------------------

     Deposits and Additions
     Date      Description                          Amount
```



---

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
               Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
               each banking day will be credited as of that date.

HCMS000072

Appx. 02399

5/18/2021 NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972,934,4700
www.NexBank.com





```
                                      Date  2/29/16        Page    2
                                      Primary Account
                                      Enclosures
```

Analysis Checking w/ Interest            (Continued)

Deposits and Additions
Date      Description                          Amount



--------------------------------------------------------------------------------

Checks and Withdrawals
Date      Description                          Amount

```
 2/10     IB Transfer from D ****130 to    2,000,000.00-
          D ****656
```



--------------------------------------------------------------------------------

MEMBER FDIC                 NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
              each banking day will be credited as of that date.

HCMS000073

Appx. 02400

5/18/2021                                       NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





                                    Date  2/29/16        Page    3
                                    Primary Account
                                    Enclosures

          Analysis Checking w/ Interest          ▮▮▮▮▮    (Continued)

          Checks and Withdrawals
          Date     Description                      Amount



MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
              each banking day will be credited as of that date.

HCMS000074
Appx. 02401

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




Date  2/29/16          Page    4
Primary Account
Enclosures

Analysis Checking w/ Interest          (Continued)

Checks and Withdrawals
Date      Description                          Amount



MEMBER FDIC          NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
each banking day will be credited as of that date.

HCMS000075
Appx. 02402

5/18/2021                                              NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



                                            Date  2/29/16        Page    5
                                            Primary Account
                                            Enclosures

       Analysis Checking w/ Interest            ████      (Continued)

       --------------------------------------------------------------------------------

       Daily Balance Information
       Date          Balance       Date         Balance      Date        Balance



       --------------------------------------------------------------------------------

                              Interest Rate Summary
                         Date              Rate

       End of Statement

----

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                 Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                 each banking day will be credited as of that date.

HCMS000076
Appx. 02403

5/18/2021        NexBank SSB

| OUTSTANDING CHECKS | | RECONCILIATION INSTRUCTIONS |
|---|---|---|

**Reconciliation of Account**      Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | Enter bank balance from statement | | | |
|---|---|---|---|---|---|
| | | Add deposits not credited by bank (if any) | | | |
| | | TOTAL | | | |
| Total of Checks not paid | | Subtract total of checks not paid | | | |

THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

## EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

## WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000077
**Appx. 02404**

# EXHIBIT 134

Appx. 02405

Page 1 of 16
Primary Account: ███████
Beginning February 1, 2016 - Ending February 29, 2016          29

**BBVA** Compass

21    HIGHLAND  CAPITAL  MANAGEMENT  LP
MASTER  OPERATING  ACCOUNT
300  CRESCENT  CT  STE  700
DALLAS  TX  75201-7849

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online   bbvacompass.com

Write    BBVA Compass
Customer Service
P.O. Box 10566
Birmingham, AL 35296

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| ████████████ | ██████ | ████ | ████ |
| **Total Deposit Accounts** | | ████ | ████ |

HCMS000056

**Appx. 02406**

Page 2 of 16
Primary Account: ███████
Beginning February 1, 2016 - Ending February 29, 2016          29

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number ███████ - HIGHLAND CAPITAL MANAGEMENT LP

## Activity Summary

| | |
|---|---|
| Beginning Balance on 2/1/16 | ████ |
| Deposits/Credits (145) | ████ |
| Withdrawals/Debits (218) | ████ |
| **Ending Balance on 2/29/16** | ████ |

## Courtesy Overdraft Amount

| | |
|---|---|
| Courtesy Overdraft Amount for All Transactions | ████ |

Any payment of an item into overdraft is completely discretionary. We will charge you an "NSF Charge Paid Item" fee of $38.00 each time we pay a transaction into overdraft. Also, if your account becomes overdrawn and continues with a negative balance for ten (10) consecutive calendar days, an extended overdraft fee of $25.00 will be charged. An additional $25.00 extended overdraft fee will be charged if the ending daily balance in your account remains negative for twenty (20) consecutive calendar days. The total of the negative balance, including any and all fees and charges, and including all non-sufficient funds/overdraft fees is due and payable immediately, without demand. If you would like to opt-out of this Courtesy Overdraft Amount, visit your local Banking Center or call 1-800 Compass.

## Deposits and Other Credits

| Date * | Check/ Serial # | Description | Deposits/ Credits |
|---|---|---|---|
| ██ | | ████████████ | ████ |
| ██ | | ████████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ████████████ | ████ |
| ██ | | █████████████ | ████ |
| ██ | | █████████████ | ████ |
| ██ | | ████████████ | ████ |
| ██ | | ██████████ | ████ |
| ██ | | █████████ | ████ |
| ██ | | █████████████ | ████ |

Page 3 of 16
Primary Account: █████████
Beginning February 1, 2016 - Ending February 29, 2016          29



| Date * | Check/Serial # | Description | | Deposits/Credits |
|---|---|---|---|---|
| ██ | | ████████████ | ███████ | ██████ |
| ██ | | ████████████ | ███████ | ██████ |
| ██ | | ████████████ | ██████████ | ██████ |
| ██ | | ████████████ | ███████ | ██████ |
| ██ | | ████████████ | █████████ | ██████ |
| ██ | | ████████████ | ██████ | ██████ |
| ██ | | ████████████ | ██████ | ██████ |
| ██ | | ████████████ | ███████ | ██████ |
| ██ | | ████████████ | █████████ | ██████ |
| ██ | | ████████████ | ██████ | ██████ |
| ██ | | ████████████ | █████████ | ██████ |
| ██ | | ████████████ | █████████ | ██████ |
| ██ | | ████████████ | ████████ | ██████ |
| ██ | | ████████████ | █████████ | ██████ |
| ██ | | ████████████ | ███████ | ██████ |
| ██ | | ████████████ | █████████ | ██████ |
| ██ | | ████████████ | █████████ | ██████ |
| ██ | | ████████████ | █████████ | ██████ |
| ██ | | ████████████ | █████████ | ██████ |
| ██ | | ████████████ | ██████████ | ██████ |
| ██ | | ████████████ | ███████ | ██████ |
| ██ | | ████████████ | █████████ | ██████ |

Page 4 of 16
Primary Account: 
Beginning February 1, 2016 - Ending February 29, 2016                    29

**BBVA** Compass



Page 5 of 16
Primary Account:
Beginning February 1, 2016 - Ending February 29, 2016          29





Page 6 of 16
Primary Account: ███████
Beginning February 1, 2016 - Ending February 29, 2016          29



| Date * | Check/ Serial # | Description | Deposits/ Credits |
|--------|-----------------|-------------|-------------------|

Page 7 of 16
Primary Account: ███████
Beginning February 1, 2016 - Ending February 29, 2016                29

**BBVA** Compass



Page 8 of 16
Primary Account:
Beginning February 1, 2016 - Ending February 29, 2016          29



| Date * | Check/<br>Serial # | Description | Deposits/<br>Credits |
|---|---|---|---|



HCMS000063

Page 9 of 16
Primary Account: ▆▆▆▆▆▆
Beginning February 1, 2016 - Ending February 29, 2016          29

**BBVA** Compass



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
* The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits





| Date * | Check/ Serial # | Description | | Withdrawals/ Debits |
|---|---|---|---|---|



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|
| 2/11 | | OUT WT E-ACCESS CSTREP REF 20160211F2QCZ60C001153 BNF Highland Capital M | $250,000.00 |

Page 13 of 16
Primary Account: 
Beginning February 1, 2016 - Ending February 29, 2016          29

Page 14 of 16
Primary Account: ▮▮▮▮
Beginning February 1, 2016 - Ending February 29, 2016          29

**BBVA** Compass

| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
|---|---|---|---|



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|



## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|

Page 15 of 16
Primary Account: ██████████
Beginning February 1, 2016 - Ending February 29, 2016          29

**BBVA** Compass

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | | ██ | ██ | ██ | ██ | ██ | ██ |

*Indicates break in check sequence*

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
- Record all automated deductions, debit card transactions and electronic bill payments.
- Record and deduct service charges, check printing charges, or other bank fees.
- If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total | | $ |

## Balancing Your Register to this Statement

| Step 5 | • Enter the "current balance" shown on this statement |  |
|---|---|---|
|  | • Add total from Step 3 |  |
|  | • Subtotal |  |
|  | • Subtract total from Step 4 |  |
|  | • This balance should equal your register balance |  |
|  | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

### Change of Address
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

### Electronic Transfers *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

### Overdraft Protection
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

### In Case of Errors or Questions About Your Statement (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
- Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

### Reporting Other Problems
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

# EXHIBIT 135

Appx. 02422

Page 1 of 12
Primary Account: ▓▓▓▓▓▓
Beginning April 1, 2016 - Ending April 30, 2016          30

**BBVA** Compass

21      HIGHLAND CAPITAL MANAGEMENT LP
        MASTER OPERATING ACCOUNT
        300 CRESCENT CT STE 700
        DALLAS TX 75201-7849

## Your BBVA Compass Account(s)

Please see important message regarding your
TREASURY MANAGEMENT ANALYSIS CHECKING
account

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online  bbvacompass.com

Write   BBVA Compass
        Customer Service
        P.O. Box 10566
        Birmingham, AL 35296

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| ▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓ | ▓▓▓ |
| **Total Deposit Accounts** | | ▓▓▓ | ▓▓▓ |

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ▮▮▮▮▮▮ - HIGHLAND CAPITAL MANAGEMENT LP

## Account Information

### Change In Terms

Correction: The fee changes and effective date listed on last month's statements were intended for other account types and are not applicable to your account.  Below are the fee changes that will go into effect July 1, 2016:
Checks Paid/Debits - $0.19; Deposited Items Drawn on BBVA Compass - $0.15; Incoming Wire - $15.00; Incoming Wire fee with fax/e-mail notification - $16.00; Incoming Wire fee with phone notification - $18.00; Incoming International wire - $15.75; Manual Outgoing repetitive wire - $20.00; Manual Outgoing non-repetitive wire - $25.00; Manual Outgoing repetitive wire fee with notification - $26.00; Outgoing Automatic Standing Transfer - $9.00; Rerun Deposited Item - $9.00; Return Deposited Item - $12.00. Call Business Relationship Services with questions regarding these changes.

## Activity Summary

Beginning Balance on 4/1/16

Deposits/Credits (53)

Withdrawals/Debits (207)

**Ending Balance on 4/30/16**

## Courtesy Overdraft Amount

Courtesy Overdraft Amount for All Transactions                                                                $5,000.00

Any payment of an item into overdraft is completely discretionary. We will charge you an "NSF Charge Paid Item" fee of $38.00 each time we pay a transaction into overdraft. Also, if your account becomes overdrawn and continues with a negative balance for ten (10) consecutive calendar days, an extended overdraft fee of $25.00 will be charged. An additional $25.00 extended overdraft fee will be charged if the ending daily balance in your account remains negative for twenty (20) consecutive calendar days. The total of the negative balance, including any and all fees and charges, and including all non-sufficient funds/overdraft fees is due and payable immediately, without demand. If you would like to opt-out of this Courtesy Overdraft Amount, visit your local Banking Center or call 1-800-Compass.

## Deposits and Other Credits

| Date * | Check/<br>Serial # | Description | Deposits/<br>Credits |
|---|---|---|---|



HCMS000083

**Appx. 02424**

Page 3 of 12
Primary Account: ▮▮▮▮▮▮
Beginning April 1, 2016 - Ending April 30, 2016          30

**BBVA** Compass





Page 5 of 12
Primary Account: ███████
Beginning April 1, 2016 - Ending April 30, 2016                    30



| Date * | Check/Serial # | Description | Deposits/Credits |
|---|---|---|---|



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
  * The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|



HCMS000086

Page 6 of 12
Primary Account: ████████ April 30, 2016          30



| Date * | Check/Serial # | Description | | Withdrawals/Debits |
|--------|------------|-------------|---|----|
| ▮ | | ▮ | ▮ | ▮ |
| ▮ | | ▮ | ▮ | ▮ |
| ▮ | | ▮ | ▮ | ▮ |
| ▮ | | ▮ | | ▮ |
| ▮ | | ▮ | | ▮ |
| 4/5 | | OUT WT E-ACCESS CSTREP REF 20160405F2QCZ60C001480 BNF Highland Capital M | | $6,000,000.00 |



HCMS000087

**Appx. 02428**

Page 7 of 12
Primary Account: ▮▮▮▮▮▮
Beginning April 1, 2016 - Ending April 30, 2016      30





| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|

Page 8 of 12
Primary Account: ███████
Beginning April 1, 2016 - Ending April 30, 2016          30



| Date * | Check/<br>Serial # | Description | | Withdrawals/<br>Debits |
|--------|-----------|-------------|---|------------------------|



Page 9 of 12
Primary Account:
Beginning April 1, 2016 - Ending April 30, 2016                    30





Page 10 of 12
Primary Account: ███████
Beginning April 1, 2016 - Ending April 30, 2016          30



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|

## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|

Page 11 of 12
Primary Account: █████████
Beginning April 1, 2016 - Ending April 30, 2016          30



| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| ██ | ██ | ███ | ██ | ███ | | ██ | ██ | ███ |
| ██ | ██ | | ██ | ███ | ██ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ███ | ███ | ██ | ███ | ███ |
| ██ | | | ██ | ███ | ███ | | | |

*Indicates break in check sequence*

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
• Record all automated deductions, debit card transactions and electronic bill payments.
• Record and deduct service charges, check printing charges, or other bank fees.
• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | | Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Step 3 Total | $ | |

| Date/Description | Check # | Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Step 4 Total | $ | |

## Balancing Your Register to this Statement

| Step 5 | • Enter the "current balance" shown on this statement | | |
|---|---|---|---|
| | • Add total from Step 3 | | |
| | • Subtotal | | |
| | • Subtract total from Step 4 | | |
| | • This balance should equal your register balance | | |
| | If it does not agree, see steps below | $ | |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
 If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
• Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

# EXHIBIT 136

Appx. 02435

5/18/2021                                        NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                        Date  5/31/16          Page    1
                                        Primary Account    ████
                                        Enclosures


        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201


   NexBank's Privacy Notice, which has not changed, is available on our website
   at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
   Privacy Notice mailed to you, please call us at 972-934-4700.

Checking Account/s

        Account Type:  Highland Capital Management LP

Analysis Checking w/ Interest
Account Number             ████      Statement Dates  5/02/16 thru  5/31/16
Last Statement Balance   ████████    Days in the statement period    ██
    9 Deposits/Credits   ████████    Average Ledger           ████████
    5 Checks/Debits      ████████    Average Collected        ████████
Service Charge              ████     Interest Earned
Interest Paid            ████████    Annual Percentage Yield Earned  ████
This Statement Balance   ████████    2016 Interest Paid       ████████

--------------------------------------------------------------------------------

Deposits and Additions
Date       Description                        Amount
```



```
MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                  Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                      each banking day will be credited as of that date.
```

HCMS000097
Appx. 02436

5/18/2021                                          NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                           Date  5/31/16         Page    2
                                           Primary Account
                                           Enclosures
```

Analysis Checking w/ Interest            ██████  (Continued)

Deposits and Additions
Date      Description                              Amount
████████████████████           ████████████████████████████████
████████████████████           ████████████████████████████████

----------------------------------------------------------------

Checks and Withdrawals
Date      Description                              Amount
 5/04     IB Transfer from D ****130 to       2,700,000.00-
          D ****656

----------------------------------------------------------------

Daily Balance Information
Date          Balance          Date      Balance      Date      Balance

----------------------------------------------------------------

                      Interest Rate Summary
                      Date             Rate

End of Statement

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                each banking day will be credited as of that date.

HCMS000098

**Appx. 02437**

5/18/2021                                          NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

| CHECKS WRITTEN BUT NOT PAID | | |
|---|---|---|
| NUMBER | AMOUNT | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | |
|---|---|---|
| Enter bank balance from statement | | |
| Add deposits not credited by bank (if any) | | |
| TOTAL | | |
| Total of Checks not paid | Subtract total of checks not paid | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

## EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

## WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
   (1) Tell us your name and account number (if any).
   (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.
   We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000099

**Appx. 02438**

# EXHIBIT 137

Appx. 02439

5/18/2021                                    NexBank SSB

 NexBank™

2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com

  FDIC

```
                                    Date  7/29/16          Page    1
                                    Primary Account        ███████
                                    Enclosures
```

Highland Capital Management LP
300 Crescent Court Suite 700
Dallas TX 75201

NexBank's Privacy Notice, which has not changed, is available on our website
at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
Privacy Notice mailed to you, please call us at 972-934-4700.

Checking Account/s

        Account Type:  Highland Capital Management LP

Analysis Checking w/ Interest
```
Account Number              ████████  Statement Dates   7/01/16 thru  7/31/16
Last Statement Balance      ████████  Days in the statement period     ██████
    13 Deposits/Credits     ████████  Average Ledger
    12 Checks/Debits        ████████  Average Collected
Service Charge                  ████  Interest Earned
Interest Paid               ████████  Annual Percentage Yield Earned   ██████
This Statement Balance      ████████  2016 Interest Paid               ██████
```

--------------------------------------------------------------------------------

Deposits and Additions
Date      Description                          Amount



--------------------------------------------------------------------------------

MEMBER FDIC                   NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

HCMS000122
**Appx. 02440**

5/18/2021 NexBank SSB





2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                              Date  7/29/16        Page    2
                                              Primary Account  ████████
                                              Enclosures
```

Analysis Checking w/ Interest  ████████  (Continued)

Deposits and Additions
Date    Description                               Amount



Checks and Withdrawals
Date    Description                               Amount
7/01    IB Transfer from D ****130 to        30,000.00-
        D ****656

---

MEMBER FDIC           NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
         Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
         each banking day will be credited as of that date.

HCMS000123
**Appx. 02441**

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                    Date  7/29/16        Page    3
                                    Primary Account      ██████████
                                    Enclosures
```

Analysis Checking w/ Interest        ████████  (Continued)

Checks and Withdrawals
Date       Description                        Amount
█████████████████████████████████████████████████████
██████████████████████████████

--------------------------------------------------------------------

Daily Balance Information
Date        Balance      Date       Balance      Date       Balance
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
█████████████████████████████████████████████

--------------------------------------------------------------------

                    Interest Rate Summary
                    Date              Rate
                    ██████████████████████████████████████

End of Statement



MEMBER FDIC              NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
              each banking day will be credited as of that date.

HCMS000124

**Appx. 02442**

5/18/2021                                                    NexBank SSB

| OUTSTANDING CHECKS | | | RECONCILIATION INSTRUCTIONS |

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | |
|---|---|---|
| Enter bank balance from statement | | |
| Add deposits not credited by bank (if any) | | |
| TOTAL | | |
| Total of Checks not paid | Subtract total of checks not paid | |

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->**

---

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

---

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

---

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000125
**Appx. 02443**

# EXHIBIT 138

Appx. 02444

Page 1 of 14
Primary Account: ███████
Beginning August 1, 2016 - Ending August 31, 2016      31

**BBVA** Compass

21     HIGHLAND  CAPITAL  MANAGEMENT  LP
MASTER  OPERATING  ACCOUNT
300  CRESCENT  CT  STE  700
DALLAS  TX  75201-7849

### Contacting Us

Available by phone 24/7

| | |
|---|---|
| Phone | 1-800-266-7277 |
| Online | bbvacompass.com |
| Write | BBVA Compass |
| | Customer Service |
| | P.O. Box 10566 |
| | Birmingham, AL 35296 |

## Your BBVA Compass Account(s)

Please see important message regarding your
TREASURY MANAGEMENT ANALYSIS CHECKING
account

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| ███████████ | ██████ | █████ | █████ |
| **Total Deposit Accounts** | | █████ | █████ |

Coming soon! Save money and go green by offering your customers online bills and payment initiation.
BBVA Compass Electronic Bill Presentment and Payment is the most efficient way to deliver your bills
using your company's webpage and accept payments online or by phone. If customers use their own
banking service to pay bills online, we can help you streamline processing using BBVA Compass
e-Lockbox. Contact your BBVA Compass Treasury Management Officer for more details.

———

HCMS000126

**Appx. 02445**

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ▮▮▮▮▮ - HIGHLAND CAPITAL MANAGEMENT LP

## Account Information

As a reminder, on September 23, 2016, the Automated Clearing House (ACH) will begin supporting interbank same day ACH credit transactions. Interbank same day ACH origination will be available through BBVA Compass at a later date on an **opt-in basis only**. Please contact your Treasury Management Officer for assistance.

To reflect this change for Interbank same day ACH through BBVA Compass, we have updated Section 3 of ACH Prepaid Services terms and conditions and added Section 18 to the ACH terms and conditions of our Treasury Management Services Agreement.

Additional terms have also been added to the ACH terms and conditions regarding NOCs in Section 6, fees for returned and disputed entries in Section 7 and third party processors in Section 12.

Please review the changes in the Treasury Management Services Agreement and print a complete copy for your records. You can find a current version of the agreement by going to:

http://www.bbvacompass.com/commercial/treasury-management/resource-central/
The user ID is "treasury" and the password is "management."

## Activity Summary

| | |
|---|---|
| Beginning Balance on 8/1/16 | ▮▮▮▮ |
| Deposits/Credits (99) | ▮▮▮▮ |
| Withdrawals/Debits (224) | ▮▮▮▮ |
| **Ending Balance on 8/31/16** | ▮▮▮▮ |

## Deposits and Other Credits



| Date * | Check/Serial # | Description | Deposits/Credits |
|---|---|---|---|

HCMS000127

**Appx. 02446**

Page 3 of 14
Primary Account:
Beginning August 1, 2016 - Ending August 31, 2016          31





Page 4 of 14
Primary Account: ▮▮▮▮▮
Beginning August 1, 2016 - Ending August 31, 2016          31





HCMS000129

**Appx. 02448**

Page 5 of 14
Primary Account:
Beginning August 1, 2016 - Ending August 31, 2016                31





Page 6 of 14
Primary Account: ███████
Beginning August 1, 2016 - Ending August 31, 2016          31





**BBVA** Compass

| Date * | Check/Serial # | Description | | | Deposits/Credits |
|---|---|---|---|---|---|



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
* The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|



Page 8 of 14
Primary Account: ███████
Beginning August 1, 2016 - Ending August 31, 2016          31



| Date * | Check/ Serial # | Description | | Withdrawals/ Debits |
|---|---|---|---|---|
| ██ | | ██ ████ | ████ | ██ |
| ██ | | ██ | | ██ |
| ██ | | █████ | | ██ |
| ██ | | █████ | | ██ |
| ██ | | ████ | | ██ |
| ██ | | ██████ | | █████ |
| ██ | | ██████ | | ██ |
| ██ | | █████ ██ | | ██ |
| ██ | | █████ ██ | | ██ |
| ██ | | ██ ████ | ████ | ██ |
| ██ | | █████ ██ | | ██ |
| ██ | | █████ ██ | | ██ |
| ██ | | █████ ██ | | ██ |
| ██ | | ██ ██ | ████ | ██ |
| ██ | | ██ ███████ | | ██ |
| ██ | | ██ ████ | | █████ |
| ██ | | ██ ██████ | | ██ |
| ██ | | ██ ███ | ████ | ██ |
| 8/5 | | OUT WT E-ACCESS CSTREP REF 20160805F2QCZ60C000943 BNF Highland Capital M | | $525,000.00 |
| ██ | | ██ | ████ | ██ |
| ██ | | ██ | ████ | ██ |
| ██ | | ██ ██████ | | ██ |
| ██ | | ███ ██ | ████ | ██ |
| ██ | | ████ ██ | ████ | ██ |
| ██ | | ██ ██ | ████ | ██ |
| ██ | | ██ ██ | ████ | ██ |
| ██ | | ██ ███ | ████ | ██ |
| ██ | 99994 | ████ | ████ | ██ |

Page 9 of 14
Primary Account:
Beginning August 1, 2016 - Ending August 31, 2016          31





Page 10 of 14
Primary Account: ███████
Beginning August 1, 2016 - Ending August 31, 2016                    31





| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|-----------------|-------------|---------------------|

Page 11 of 14
Primary Account:
Beginning August 1, 2016 - Ending August 31, 2016                    31



| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
|--------|---------|-------------|------------------------|



Page 12 of 14
Primary Account: ▮▮▮▮
Beginning August 1, 2016 - Ending August 31, 2016                    31

**BBVA** Compass



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
  * The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|

Page 13 of 14
Primary Account: ███████
Beginning August 1, 2016 - Ending August 31, 2016          31



| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | | |

## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| ██ | ██ | | ██ | ██ | ████ | ██ | ██ | ████ |
| ██ | ██ | ████ | ██ | ██ | ████ | ██ | ██ | ████ |
| ██ | ██ | ████ | ██ | ██ | ████ | ██ | ██ | ████ |
| ██ | ██ | ████ | ██ | ██ | ████ | ██ | ██ | |
| ██ | ██ | ████ | ██ | ██ | ████ | ██ | ██ | ████ |
| ██ | ██ | | ██ | ██ | ████ | ██ | ██ | ████ |
| ██ | ██ | | ██ | ██ | ████ | ██ | ██ | ████ |
| ██ | ██ | ████ | ██ | ██ | ████ | ██ | ██ | ████ |
| ██ | ██ | ████ | ██ | ██ | | ██ | ██ | ████ |
| ██ | ██ | | ██ | ██ | ████ | ██ | ██ | |
| ██ | ██ | ████ | ██ | ██ | ████ | ██ | ██ | ████ |
| ██ | ██ | ████ | ██ | ██ | ████ | ██ | ██ | ████ |
| ██ | ██ | ████ | ██ | ██ | ████ | ██ | ██ | ████ |
| ██ | ██ | ████ | ██ | ██ | ████ | ██ | ██ | ████ |
| ██ | ██ | ████ | ██ | ██ | ████ | ██ | ██ | ████ |
| ██ | ██ | | ██ | ██ | ████ | ██ | ██ | ████ |
| ██ | ██ | ████ | ██ | ██ | ████ | ██ | ██ | ████ |
| ██ | ██ | | ██ | ██ | ████ | ██ | ██ | ████ |

* Indicates break in check sequence

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.

• Record all automated deductions, debit card transactions and electronic bill payments.

• Record and deduct service charges, check printing charges, or other bank fees.

• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total |  | $ |

## Balancing Your Register to this Statement

| Step 5 | • Enter the "current balance" shown on this statement |  |
|---|---|---|
|  | • Add total from Step 3 |  |
|  | • Subtotal |  |
|  | • Subtract total from Step 4 |  |
|  | • This balance should equal your register balance |  |
|  | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

### Change of Address
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

### Electronic Transfers *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

### Overdraft Protection
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

### In Case of Errors or Questions About Your Statement (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

· Tell us your name and account number (if any).
· Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
· Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

### Reporting Other Problems
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

# EXHIBIT 139

5/18/2021                                          NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                          Date  8/31/16          Page    1
                                          Primary Account        ▇▇▇▇▇
                                          Enclosures


            Highland Capital Management LP
            300 Crescent Court Suite 700
            Dallas TX 75201


      NexBank's Privacy Notice, which has not changed, is available on our website
      at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
      Privacy Notice mailed to you, please call us at 972-934-4700.


      Checking Account/s

            Account Type:  Highland Capital Management LP

      Analysis Checking w/ Interest
      Account Number                ▇▇▇▇     Statement Dates   8/01/16 thru  8/31/16
      Last Statement Balance     ▇▇▇▇▇▇▇     Days in the statement period    ▇▇▇
         11 Deposits/Credits      ▇▇▇▇▇▇     Average Ledger              ▇▇▇▇▇▇▇
          7 Checks/Debits         ▇▇▇▇▇▇     Average Collected           ▇▇▇▇▇▇▇
      Service Charge                 ▇▇▇     Interest Earned              ▇▇▇▇▇▇
      Interest Paid               ▇▇▇▇▇▇     Annual Percentage Yield Earned ▇▇▇▇▇
      This Statement Balance     ▇▇▇▇▇▇▇     2016 Interest Paid          ▇▇▇▇▇▇

      -------------------------------------------------------------------------------

      Deposits and Additions
      Date     Description                          Amount
```



MEMBER FDIC              NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
            Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

HCMS000140
Appx. 02460

5/18/2021                                             NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                        Date  8/31/16          Page    2
                                        Primary Account
                                        Enclosures             █████████
```

Analysis Checking w/ Interest        ██████    (Continued)

Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| ██ | ████████████████████ | █████ |
| ██ | █████████████████ | █████ |
| ██ | █████████████████ | █████ |
| ██ | ██████████ | █████ |

--------------------------------------------------------------------------------

Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| ██ | ██████████ | █████ |
| ██ | ██████████ | █████ |
| ██ | ████████████████ | █████ |
| 8/19 | IB Transfer from D ****130 to D ****656 | 250,000.00- |
| ██ | ████████████████ | █████ |
| ██ | ██████████ | █████ |
| ██ | ████████████ | █████ |
| ██ | ██████████ | █████ |

--------------------------------------------------------------------------------

Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| ██ | ████████ | ██ | ████████ | ██ | ████████ |
| ██ | ████████ | ██ | ████████ | ██ | ████████ |
| ██ | ████████ | ██ | ████████ | | |

MEMBER FDIC                NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
each banking day will be credited as of that date.

HCMS000141

Appx. 02461

5/18/2021                                            NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                        Date  8/31/16        Page    3
                                        Primary Account
                                        Enclosures          ███████
```

```
         Analysis Checking w/ Interest          1614130   (Continued)

         --------------------------------------------------------------------------

                          Interest Rate Summary
                        Date                    Rate
                        ████                  █████████

         End of Statement
```

---

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                        each banking day will be credited as of that date.

HCMS000142

**Appx. 02462**

5/18/2021 NexBank SSB

| OUTSTANDING CHECKS | | | | RECONCILIATION INSTRUCTIONS | | | |
|---|---|---|---|---|---|---|---|
| **Reconciliation of Account** | | | | Date _____ | | | |
| CHECKS WRITTEN BUT NOT PAID | | | | Please examine this statement and items at once and refer any exceptions immediately. | | | |
| NUMBER | AMOUNT | | | | | | |
| | | | | Sort your checks numerically or by date issued. | | | |
| | | | | | | | |
| | | | | Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements. | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement. | | | |
| | | | | | | | |
| | | | | Reconcile your statement in the space provided below. | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Enter bank balance from statement | | | |
| | | | | Add deposits not credited by bank (if any) | | | |
| | | | | TOTAL | | | |
| Total of Checks not paid | | | | Subtract total of checks not paid | | | |
| | **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
    (1) Tell us your name and account number (if any).
    (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.
    We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000143

**Appx. 02463**

# EXHIBIT 140

Page 1 of 16
Primary Account: ▮▮▮▮
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-                    H0

**BBVA** Compass

61    I GI NADC TAPGWAN SADALdSdDM NP
      SAFMtR OPdRAMGL ATTOUDM
      H00 TRdFTdDM TM FMd 300
      CANNAF M7 3X601E3584

## Contacting Us

Availa, le , y bpone 68f8

Ppone    1E500E- - E3633

Online    , , vacomba. . xcom

K rite    BBs A Tomba. .
         Tu. tomer Fervice
         PxOxBo( 10X- -
         Birmingpam2ANHX64-

## / our BBs A Tomba. .  AccountWV

Plea. e . ee imbortant me. . age regar9ing your
MRdAFUR/ SADALdSdDMADAN/ FGF TI dTYGL
account

## Fummary of Account.

### Deposit Accounts/ Other Products

| Account | Account num, er | dn9ing , alance la. t . tatement | dn9ing , alance tpi. . tatement |
| --- | --- | --- | --- |
| ▮▮▮▮▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | |
| **Total Deposit Accounts** | | **$315,335.01** | **$1,090,753.79** |

HCMS000144

**Appx. 02465**

**BBVA** Compass

# MRdAFUR/ SADAL dS dDMADAN' FG' TI dTY⊖L

Account Dum, er:            EI ⊖I NADC TAP⊖AANS ADAL dS dDMNP

### Account Information

K e pave ub9ate9 certain term. an9 con9ition. of tpe Mrea. ury Sanagement Fervice Agreement for tpe Leneral Provi. ion. for tpe follo) ing . ection. : Autporiwe9 Rebre. entative2dligi, le Account. 2Tonfi9entiality an9 " orce Sa"eurex⊖a a99ition2t) o ne) . ection. pave al. o , een a99e9 to tpe Leneral Provi. ion. : Cefinition. an9 Mpir9 Party Proce. . or. xPlea. e revie) tpe. e . ection. of tpe Mrea. ury Sanagement Agreement online an9 brint a comblete coby for your recor9. xMpe. e term. an9 con9ition. ) ill , ecome effective a. of Cecem, er 12601- xAll otper term. an9 con9ition. of tpe Mrea. ury Sanagement Fervice Agreement ) ill continue in full force an9 effectx/ ou can fin9 a current ver. ion of tpe agreement , y going to:
pttb:H) ) ) x, vacomba. . xcomhcommercialhtrea. uryEmanagementhre. ource⊖centralh

Mpe u. er ⊖i. 9rea. ury$an9 tpe ba. . ) or9 i. $managementx$

### Activity Summary

Beginning Balance on 4HH-

Cebo. it. HTre9it. W-V

K itp9ra) al. HCe, it. WI5-V

**Ending Balance on 9/30/16**

### Deposits and Other Credits



Primary Account: ▮▮▮▮▮
Beginning Febtem, er 12601-  Edn9ing Febtem, er H02601-                    H0

**BBVA** Compass

| Cate * | T peckh Ferial # | Ce. cribtion | | Cebo. it. h T re9it. |
|--------|------------------|--------------|--|----------------------|

Page 8 of 16
Primary Account: ██████
Beginning Febtern, er 12601- Edn9ing Febtern, er H02601-                    H0

**BBVA** Compass

| Cate * | T peckh<br>Ferial # | Ce. cribtion | Cebo. it. h<br>T re9it. |
|--------|---------------------|--------------|-------------------------|
| ▄ | | ████ ███ ████ | ████ |
| ▄ | | ████ ███ ████<br>███ | ████ |
| ▄ | | ████ ███ ████ | ████ |
| ▄ | | ████ ███ ████<br>██ | ████ |
| ▄ | | ████ ███ ████ | ████ |
| ▄ | | ████ ███ ████ | ████ |
| ▄ | | ████ ███ ████ | |
| ▄ | | ████ ███ ████ | ████ |
| ▄ | | ████ ███ ████ | ████ |
| ▄ | | ████ ███ ████ | ████ |
| ▄ | | ████ ███ ████ | ████ |
| ▄ | | ████ ███ ████ | ████ |
| ▄ | | ████ ███ ████ | ████ |
| ▄ | | ████ ███ ████ | ████ |
| ▄ | | ████ ███ ████ | ████ |
| ▄ | | ████ ███ ████ | ████ |
| ▄ | | ████ ███ ████ | ████ |
| ▄ | | ████ ███ ████ | ████ |
| ▄ | | ████ ███ ████ | ████ |
| ▄ | | ████ ███ ████ | ████ |
| ▄ | | ████ ███ ████ | |

HCMS000147

Page X of 16
Primary Account: ████
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-            H0

**BBVA** Compass



Plea. e note2certain fee. an9 cparge. bo. te9 to your account may relate to . ervice. an9for activity from tpe brior . tatement cyclex
* Mpe Cate brovi9e9 i. tpe , u. ine. . 9ay tpat tpe tran. action i. broce. . e9x

## Withdrawals and Other Debits





HCMS000149

**Appx. 02470**

Page 3 of 16
Primary Account:
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-          H0

**BBVA** Compass



**BBVA** Compass



Page 4 of 16
Primary Account:
Beginning Febtern, er 12601- Edn9ing Febtern, er H02601-　　　　　H0

**BBVA** Compass



Page 10 of 16
Primary Account: ███████
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-         H0


**BBVA** Compass



Plea. e note2certain fee. an9 cparge. bo. te9 to your account may relate to . ervice. an9for activity from tpe brior . tatement cyclex
* M|e Cate brovi9e9 i. tpe , u. ine. . 9ay tpat tpe tran. action i. broce. . e9x

## End of Business Day Balance Summary



## Summary of Checks



Page 11 of 16
Primary Account: ███████
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-          H0

**BBVA** Compass

| Cate | T peck # | Amount | Cate | T peck # | Amount | Cate | T peck # | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| ██ | ███████ | █████ | | | | | | |

*Indicates break in check sequence*

HCMS000154

**Appx. 02475**

Page 16 of 16
Primary Account: ▮▮▮▮▮
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-          H0

**BBVA** Compass

## How to Balance Your Account

**Step 1** • dnter all cpeck. 29ebo. it. 2an9 otper automate9 teller car9 WMS Vtran. action. in your regi. terx
   • Recor9 all automate9 9e9uction. 29e, it car9 tran. action. an9 electronic , ill bayment. x
   • Recor9 an9 9eBc4t . ervice cparge. 2cpeck brinting cparge. 2or otper , ank fee. x
   • Gyou pave an intere. t , earing account2a99 any intere. t earne9 . po) n on tpi. . tatementx

**Step 2** • Gabblica, le2. ort cpeck. in numerical or9er an9 mark in your regi. ter eacp cpeck or otper tran. action tpat i. li. te9 on tpi. . tatementx

**Step 3** • N. t any 9ebo. it. or cre9it. your pave ma9e tpat 9o not abbear on tpi. . tatement Wee . bace brovi9e9 , elo) \k

**Step 4** • N. t any cpeck . pave ) ritten29e, it car9 tran. action. 2electronic bayment. an9 otper 9e9uction. tpat 9o not abbear on tpi. . tatement Wee . bace brovi9e9 , elo) \k

| CatetCe. cribtion | Amount |
|---|---|
| | j |
| | j |
| | j |
| | j |
| | j |
| Fteb HMbtal | Q |

| CatetCe. cribtion | Tpeck # | Amount |
|---|---|---|
| | | j |
| | | j |
| | | j |
| | | j |
| | | j |
| Fteb 8 Mbtal | | Q |

## Balancing Your Register to this Statement

**Step 5** | dnter tpe Scurrent , alanceS. po) n on tpi. . tatement | | j |
   | A99 total from Fteb H | j |
   | Fu, total | j |
   | Fu, tract total from Fteb 8 | j |
   | Mpi. , alance . poul9 e• ual your regi. ter , alance | j |
   | Git 9oe. not agree2e. e. teb. , elo) | Q j |

Gyour account 9oe. not , alance2revie) tpe follo) ing:
· Tpeck all your a99ition an9 . u, traction a, ove in your regi. terx
· Sake . ure you remem, ere9 to . u, tract . ervice cparge. li. te9 on tpi. . tatement an9 a99 any intere. t earne9 to your regi. terx
· Amount. of 9ebo. it. an9 ) itp9ra) al. on tpi. . tatement . poul9 matcp your regi. ter entrie. x
· Gyou pave • ue. tion. or nee9 a. . i. tance2blea. e refer to tpe bpone num, er on tpe front of tpi. . tatementx

## Change of Address
Plea. e call u. at tpe telepbone num, er li. te9 on tpe front of tpi. . tatement to tell u. a, out a cpange of a99re. . x

## Electronic Transfers *(for consumer accounts only)*
Gi ca. e of error. or • ue. tion. a, out your d1ectronic Wan. fer. 2) rite to BBs A Tomba. . Bank2Oberation. Tombliance Fubtot2POxBo( 10X- 2Birmingpam2ANHM64- xOr. imbly call your local cu. tomer . ervice num, er brinte9 on tpe front of tpi. . tatementxTall or ) rite a. . oon a. you can2if you tpink your . tatement or receibt i. ) rong or if you nee9 more information a, out a tran. fer on tpe . tatement or receibtxK e mu. t pear from you no later tpan - 0 9ay. after ) e . ent tpe fir. t . tatement on ) picp tpe error or bro, lem abbeare9x

| Mell u. your name an9 account num, er W any\k
| Ce. cri, e tpe error or tpe tran. fer you are un. ure a, out2an9 e(blain a. clearly a. you can ) py you , elieve it i. an error or ) py you nee9 more informationx
| Mell u. tpe 9ollar amount of tpe . u. becte9 errorx

K e ) ill inve. tigate your complaint an9 ) ill correct any error brombtlyx(S) e take more tpan 10 , u. ine. . 9ay. V80 on claim. on account. obene9 le. . tpan H0 calen9ar 9ay. Vto 9o tpi. 2) e ) ill cre9it your account for tpe amount you tpink i. in error2. o tpat you ) ill pave tpe u. e of tpe money 9uring tpe time it take. u. to complete9 our inve. tigationx

*" or DonET on. umer Account cu. tomer. 2blea. e refer to your current DonET on. umer Account Agreement for 9etail. regar9ing d1ectronic " un9 Wan. fer. x

## Overdraft Protection
**Calculation of Interest Charge and Balance Subject to Interest Rate**xMpe intere. t cparge i. combute9 u. ing your annual bercentage rate 9ivi9e9 , y H X or2in tpe ca. e of a leab year2H - 2 ) picp give. you tpe zAbblica, le RateX Altpougp ) e calculate your intere. t cparge , y abblying tpe Abblica, le Rate to eacp 9aily , alance2tpe intere. t cparge can al. o , e calculate9 , y multiblying tpe Abblica, le Rate , y tpe zaverage 9aily , alanceVBalance Fu, "ect to Gtere. t RateV. po) n on tpi. . tatement2tpen multiblying tpat . um , y tpe num, er of 9ay. in tpe , illing cyclexMb get tpe zBalance Fu, "ect to Gtere. t Rate" , po) n on tpi. . tatement ) e take tpe , eginning , alance of your account le. . any unbai9 finance cparge. eacp 9ay2a99 any ne) a9vance. or 9e, it. 2an9 . u, tract any bayment. or cre9it. xMpi. give. u. tpe 9aily , alancexMpen ) e a99 all tpe 9aily , alance. for tpe , illing cycle an9 9ivi9e , y tpe num, er of 9ay. in tpe , illing cyclexMpi. give u. tpe zaverage 9aily , alance" , po) n on tpe . tatement a. zBalance Fu, "ect to Gtere. t Rate"x Payment. xPayment. to your over9raft brotection loan account ma9e tprougp our teller. or 9ebo. ite9 at our automate9 teller macpine. WMS . VS on9ay tprougp " ri9ay , efore tpe bo. te9 cutEoff time ) ill , e bo. te9 to your account on tpe 9ate tpey are accebte9xOtper) i. e2tpey ) ill , e bo. te9 on tpe ne(t , u. ine. . 9ayxPayment. ma9e tprougp our AMS . via a fun9. tran. fer ) ill , e bo. te9 on tpe 9ate tpey are receive9 or on tpe ne(t , u. ine. . 9ay if ma9e after - bm T MWbm S M for Arizona account. an9 - bm PMfor Talifornia account. VS on9ay tprougp " ri9ay or anytime Fatur9ay2Fun9ay or , ank poli9ay. xBBs A Tomba. . Bank , u. ine. . 9ay. are S on9ay tprougp " ri9ay2e( clu9ing poli9ay. x

**In Case of Errors or Questions About Your Statement** VOver9raft Protection OnlyV
Gyou tpink your . tatement i. ) rong2or if you nee9 more information a, out a tran. action on your . tatement2) rite your i. . ue on a . ebarate 9ocument an9 . en9 it to Bankcar9 Tenter2POxBo( 66102Cecatur2ANHX- 44E0001xMelebpone in• uirie. may . e ma9e , y calling your local BBs A Tomba. . rancp li. te9 on tpe front of tpi. . tatement to . beak ) itp a Tu. tomer Fervice Rebre. entativexPlea. e note: a telebpone in• uiry i. not a written re• ue. txK e mu. t pear from you no later tpan . i(ty W0V9ay. after ) e . ent you tpe fir. t . tatement on ) picp tpe error or bro, lem abbeare9x

· Mell u. your name an9 account num, er W any\k
· Ce. cri, e tpe error or tpe tran. fer you are un. ure a, out2an9 e(blain a. clearly a. you can ) py you , elieve it i. an error or ) pat you nee9 more informationx
· Mell u. tpe 9ollar amount of tpe . u. becte9 errorx

/ ou can . tob tpe automatic 9e9uction of tpe S inimum Payment from your cpecking account if you tpink your . tatement i. ) rongxMb . tob tpe bayment2your letter mu. t reacp u. tpree WM V , u. ine. . 9ay. , efore tpe automatic 9e9uction i. . cpe9ule9 to occurx

## Reporting Other Problems
Plea. e revie) your . tatement carefullyxGi. e. . ential tpat any account error. or any imbrober tran. action. on your account. or reborte9 to u. a. . oon a. . oon a. rea. ona, ly bo. . i, lexGyou fail to notify u. of any . u. becte9 bro, lem, 2error. or unautporive9 tran. action. ) itpin tpe time berio9. . becifie9 in tpe 9ebo. it account agreement2) e are not lia, le to you for any lo. . relate9 to tpe bro, lem2error or unautporive9 tran. actionx

BBs A Tomba. . i. a tra9e name of Tomba. . Bank2a mem, er of tpe BBs A L roubx Tomba. . Bank2S em, er " CGx

HCMS000155

Appx. 02476

# EXHIBIT 141

Appx. 02477

NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                    Date 12/30/16          Page    1
                                    Primary Account
                                    Enclosures
```

```
          Highland Capital Management LP
          300 Crescent Court Suite 700
          Dallas TX 75201
```

```
     NexBank's Privacy Notice, which has not changed, is available on our website
     at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
     Privacy Notice mailed to you, please call us at 972-934-4700.
```

```
Checking Account/s

          Account Type:  Highland Capital Management LP

Analysis Checking w/ Interest
Account Number                        Statement Dates  12/01/16 thru 12/31/16
Last Statement Balance                Days in the statement period
   14 Deposits/Credits                Average Ledger
   11 Checks/Debits                   Average Collected
Service Charge                        Interest Earned
Interest Paid                         Annual Percentage Yield Earned
This Statement Balance                2016 Interest Paid
```



```
Deposits and Additions
Date        Description                           Amount
```

MEMBER FDIC            NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
            Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                        each banking day will be credited as of that date.



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                    Date 12/30/16          Page    2
```

HCMS000177

**Appx. 02478**

NexBank SSB

Primary Account
Enclosures ███

Analysis Checking w/ Interest ███ (Continued)

Deposits and Additions
Date        Description                                      Amount

--------------------------------------------------------------------------------

Checks and Withdrawals
Date        Description                                      Amount

12/12       IB Transfer from D ****130 to          7,700,000.00-
            D ****656



MEMBER FDIC                 NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                 Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                         each banking day will be credited as of that date.



**NEXBANK**™

2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



Date 12/30/16              Page    3
Primary Account
Enclosures ███

Analysis Checking w/ Interest ███ (Continued)

--------------------------------------------------------------------------------

Daily Balance Information



file:///G|/.../1.%20Audit/Audit%202016/Bank%20Statements/NexBank%20MM%20130/12-16%20HCM%20MM%20NexBank%20130.html[3/15/2019 4:45:15 PM]

HCMS000178

**Appx. 02479**

NexBank SSB

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| ████ | ██████ | ████ | ██████ | ███ | █████ |

------------------------------------------------------------------------

Interest Rate Summary

Date          Rate

End of Statement



MEMBER FDIC      NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time each banking day will be credited as of that date.

| OUTSTANDING CHECKS | | RECONCILIATION INSTRUCTIONS |
|---|---|---|

**Reconciliation of Account**

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT |
|--------|--------|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Date _____

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

Enter bank balance from statement

Add deposits not credited by bank (if any)

TOTAL

file:///G|/.../1.%20Audit/Audit%202016/Bank%20Statements/NexBank%20MM%20130/12-16%20HCM%20MM%20NexBank%20130.html[3/15/2019 4:45:15 PM]

HCMS000179

Appx. 02480

NexBank SSB

| Total of Checks not paid | | | | Subtract total of checks not paid | | | |
|---|---|---|---|---|---|---|---|
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

### EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
    (1) Tell us your name and account number (if any).
    (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
    an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.
    We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000180

**Appx. 02481**

# EXHIBIT 142

5/18/2021                                              NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                    Date   3/31/17          Page    1
                                    Primary Account         ██████████
                                    Enclosures


          Highland Capital Management LP
          300 Crescent Court Suite 700
          Dallas TX 75201


     NexBank's Privacy Notice, which has not changed, is available on our website
     at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
     Privacy Notice mailed to you, please call us at 972-934-4700.

Checking Account/s

        Account Type:  Highland Capital Management LP

Analysis Checking w/ Interest
Account Number             ████████     Statement Dates    3/01/17 thru  4/02/17
Last Statement Balance     ████████     Days in the statement period       ████
   5 Deposits/Credits      ████████     Average Ledger
  20 Checks/Debits         ████████     Average Collected
Service Charge             ████████     Interest Earned          ████████████
Interest Paid              ████████     Annual Percentage Yield Earned  ████████
This Statement Balance     ████████     2017 Interest Paid       ████████

--------------------------------------------------------------------------------

Deposits and Additions
Date       Description                          Amount
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

--------------------------------------------------------------------------------
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                          each banking day will be credited as of that date.

HCMS000078
Appx. 02483

5/18/2021 NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                             Date  3/31/17        Page    2
                                             Primary Account
                                             Enclosures            ████████

         Analysis Checking w/ Interest     ██████   (Continued)

         Checks and Withdrawals
         Date     Description                        Amount
         ████████████████████████████
         ██████████████████████████████████████████
         ██████████████████████████████████████████
         ██████████████████████████████████████████
         ██████████████████████████████████████████
         ██████████████████████████████████████████
         ██████████████████████████████████████████
         ██████████████████████████████████████████
         ██████████████████████████████████████████
         ██████████████████████████████████████████
         ██████████████████████████████████████████
         ██████████████████████████████████████████
         ██████████████████████████████████████████
         ██████████████████████████████████████████
         ██████████████████████████████████████████
         ██████████████████████████████████████████
         ██████████████████████████
         ██████████████████████████████████████████
         ████████████████████████████████
         ██████████████████████████████████████████
          3/31     IB Transfer from D ****130 to      150,000.00-
                   D ****656

         ----------------------------------------------------------------

         Daily Balance Information
         Date        Balance      Date      Balance      Date      Balance
         ████████████████████████████████████████████████████████████████
         ████████████████████████████████████████████████████████████████

         ----------------------------------------------------------------
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
              each banking day will be credited as of that date.

HCMS000079

**Appx. 02484**

5/18/2021                                             NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                        Date   3/31/17        Page    3
                                        Primary Account       ███████
                                        Enclosures
```

        Analysis Checking w/ Interest        ████████  (Continued)

                        Interest Rate Summary
                        Date                Rate
                        ████████████████████████████

        End of Statement

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

HCMS000080
**Appx. 02485**

5/18/2021                                                    NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | | |
|---|---|---|---|
| Enter bank balance from statement | | | |
| Add deposits not credited by bank (if any) | | | |
| TOTAL | | | |
| Total of Checks not paid | Subtract total of checks not paid | | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
    (1) Tell us your name and account number (if any).
    (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.
    We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000081
Appx. 02486

# EXHIBIT 143

Appx. 02487

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                      Date   3/30/18          Page    1
                                      Primary Account    ████████
                                      Enclosures


          Highland Capital Management Services Inc
          Attn Kristin Hendrix
          300 Crescent Court Suite 700
          Dallas TX 75201


      NexBank's Privacy Notice, which has not changed, is available on our website
      at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
      Privacy Notice mailed to you, please call us at 972-934-4700.

      Checking Account/s

              Account Type:  Highland Capital Management Services Inc
                             Attn Kristin Hendrix

      Business Checking
      Account Number          ████████  Statement Dates   3/01/18 thru  4/01/18
      Last Statement Balance  ████████  Days in the statement period   ████
          1 Deposits/Credits  ████████  Average Ledger           ████████
          5 Checks/Debits      ███████  Average Collected      ████████
      Service Charge               ███
      Interest Paid
      This Statement Balance  ████████
```



```
      ------------------------------------------------------------------------

      Deposits and Additions
      Date     Description                        Amount
      3/26     IB Transfer from D ****130 to      150,000.00
               D ****656

      ------------------------------------------------------------------------

      Checks and Withdrawals
      Date     Description                        Amount
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                each banking day will be credited as of that date.

file:///C:/Users/JDonohue/Development Specialists, Inc/Highland Capital Management - Documents (1)/General/Legal/Demand Note Collections/2. Ba...    1/3

HCMS000181
Appx. 02488

5/18/2021                                        NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                      Date   3/30/18          Page      2
                                      Primary Account
                                      Enclosures              ███████
```

Business Checking              █████████     (Continued)

--------------------------------------------------------------------------------

                        --- CHECKS IN NUMBER ORDER ---
        Date     Check No              Amount
        █████████████████████████████████████
        ███████████████████████████████

--------------------------------------------------------------------------------

        Daily Balance Information
        Date           Balance      Date        Balance      Date        Balance
        ████████████████████████████████████████████████████████████████████
        ████████████████████████████████████████████████████████████████████

        End of Statement

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

HCMS000182

**Appx. 02489**

5/18/2021                                                    NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

**CHECKS WRITTEN BUT NOT PAID**

| NUMBER | AMOUNT | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | | | |
|---|---|---|---|---|
| | Enter bank balance from statement | | | |
| | Add deposits not credited by bank (if any) | | | |
| | TOTAL | | | |
| Total of Checks not paid | Subtract total of checks not paid | | | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000183
**Appx. 02490**

# EXHIBIT 144

5/18/2021                                      NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                    Date   6/29/18            Page      1
                                    Primary Account
                                    Enclosures
```

```
         Highland Capital Management Services Inc
         Attn Kristin Hendrix
         300 Crescent Court Suite 700
         Dallas TX 75201
```

```
         NexBank's Privacy Notice, which has not changed, is available on our website
         at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
         Privacy Notice mailed to you, please call us at 972-934-4700.
```

```
         Checking Account/s

                 Account Type:  Highland Capital Management Services Inc
                                Attn Kristin Hendrix

         Business Checking
         Account Number                      ████████   Statement Dates   6/01/18 thru  7/01/18
         Last Statement Balance       ████████████████   Days in the statement period    ████
  ████████████████████        ████████████████   Average Ledger
                                    Average Collected      ██████████████
         Service Charge                      █████████
         Interest Paid
         This Statement Balance      ████████████████
```

```
         --------------------------------------------------------------------------------

         Deposits and Additions
         Date     Description                           Amount
          6/25    IB Transfer from D ****130 to          200,000.00
                  D ****656

         --------------------------------------------------------------------------------

         Checks and Withdrawals
         Date     Description                           Amount
  ██████████████████████████████████████████████████████████
  ██████████████████████████████████████████████████████████
  ██████████████████████████████████

         --------------------------------------------------------------------------------
```

MEMBER FDIC              NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                 Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                              each banking day will be credited as of that date.

HCMS000184
**Appx. 02492**

5/18/2021 NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                           Date   6/29/18      Page    2
                                           Primary Account
                                           Enclosures          ████████
```

Business Checking    ██████  (Continued)

Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| ████████████████████████████████████████████████████████████████ | | | | | |

End of Statement

---

MEMBER FDIC         NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
         Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
               each banking day will be credited as of that date.

HCMS000185
**Appx. 02493**

5/18/2021         NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**      Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT | | |
|---|---|---|---|

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | | |
|---|---|---|---|
| Enter bank balance from statement | | | |
| Add deposits not credited by bank (if any) | | | |
| TOTAL | | | |
| Total of Checks not paid | Subtract total of checks not paid | | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

## EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

## WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000186
**Appx. 02494**

# EXHIBIT 145

Page 1 of 16
Primary Account: ███████
Beginning F ay 1b, 210 - Ending F ay 61b, 210          61

**BBVA** Compass

, 1   9 HI 9 GALN  DAPHCAG  F ALAI  EF ELC  GP
      F ATCEM  SPEMACHLI   ADDSRLC
      622  DMETDELC  DC  TCE  O22
      NAGGAT  CU  O3, 21-O7 X0

### Contacting Us

A5ai8i48z 4y vI one , XjiO

Pl one   1-722-, hh-Q OO

Sn8ne   445acomva/ / scom

, rite   BBWA Domva/ /
        Du/ tomer Ter5ice
        PsS sBoV 123hh
        Birmingl ambAG63, 0h

## Tummary of Account/

### Deposit Accounts/ Other Products

| Account | Account num4er | Ending 4a8ance 8i/ t / tatement | Ending 4a8ance tl i/ / tatement |
|---------|----------------|---------------------------------|---------------------------------|
| ██████████████ | ████████ | ██████ | ██████ |
| **Total Deposit Accounts** | | ██████ | ██████ |

Page , of 16
Primary Account: █████████
Beginning F ay 1b, 210 - Ending F ay 61b, 210          61

**BBVA** Compass

# CMEATRMx F AL AI EF EL C AL AGx THT D9 EDYHLI

Account Lum4er █████████ - 9HI 9GALN DAPHCAGF AL AI EF EL CGP

## Activity Summary

| | |
|---|---|
| Beginning Balance on 3ป่ıpı0 | ████████ |
| Nevo/ it/ pDredit/ KOQ| | ███████ |
| . itl dra) a8ฺpNe4it/ KICh( | ███████ |
| **Ending Balance on 5/31/19** | ███████ |

## Deposits and Other Credits

| Nate " | DI ecwp Teria8" | Ne/ crivtion | Nevo/ it/ p Dredit/ |
|---|---|---|---|
| ██ | | ████████████ | ████ |
| ██ | | ████████████ | ████ |
| ██ | | █████ | ████ |
| ██ | | █████ | ████ |
| ██ | | ██████████ | ████ |
| ██ | | ██████████ | ███ |
| ██ | | █████████ | ████ |
| ██ | | █████████ | ████ |
| ██ | | █████████████ | ████ |
| ██ | | ████████████ | ████ |
| ██ | | █████████████ | ████ |
| ██ | | █████████ | ████ |
| ██ | | ██████████ | |
| ██ | | █████████ | ████ |

BBVA Compass



Page X of 16
Primary Account: ▮▮▮▮▮
Beginning F ay 1b, 210 - Ending F ay 61b, 210          61

**BBVA** Compass



Page 3 of 16
Primary Account: ███████
Beginning F ay 1b, 210 - Ending F ay 61b, 210          61

**BBVA** Compass



HCMS000104

**Appx. 02500**

Page h of 16
Primary Account: ███████
Beginning F ay 1b, 210 - Ending F ay 61b, 210          61





Page Oof 16
Primary Account: ██████
Beginning F ay 1b, 210 - Ending F ay 61b, 210　　　　61



Pl8ea/ e notebcertain fee/ and cl arge/ vo/ ted to your account may re8ate to / er5ice/ andpor acti5ity from tl e v rior / tatement cyc8es
" Cl e Nate vro5ided i/ tl e 4u/ ine/ / day tl at tl e tran/ action i/ vroce/ / eds

## Withdrawals and Other Debits



Page 7 of 16
Primary Account: ████
Beginning F ay 1b, 210 - Ending F ay 61b, 210       61



| Nate " | Dl ecwp Teria8" | Ne/ crivtion | . itl dra) a8 p Ne4it/ |
|---|---|---|---|
| ██ | | | ██ |
| ██ | | | ██ |
| ██ | | | |
| ██ | | | ██ |
| ██ | | | ██ |
| ██ | | | ██ |
| ██ | | | ██ |
| ██ | | | ██ |
| ██ | | | ██ |
| ██ | | | ██ |
| ██ | | | ██ |
| ██ | | | ██ |
| ██ | | | ██ |
| ██ | | | ██ |
| ██ | | | ██ |
| ██ | | | ██ |
| ██ | | | ██ |
| ██ | | | ██ |
| ██ | | | ██ |
| ██ | | | ██ |
| ██ | | | ██ |
| ██ | | | ██ |
| ██ | | | ██ |
| ██ | | | ██ |
| ██ | | | ██ |



HCMS000108

**Appx. 02504**

Page 12 of 16
Primary Account: ██████
Beginning F ay 1b, 210 - Ending F ay 61b, 210                61

BBVA Compass



**BBVA** Compass



Page 1, of 16
Primary Account: ██████
Beginning F ay 1b, 210 - Ending F ay 61b, 210          61





Plea/ e notebcertain fee/ and cl arge/ vo/ ted to your account may re8ate to / er5ice/ andpr acti5ity from tl e vrior / tatement cyc8es
" Cl e Nate vro5ided i/ tl e 4u/ ine/ / day tl at tl e tran/ action i/ vroce/ / eds

## End of Business Day Balance Summary



## Summary of Checks

| Nate | Dl ecw'' | Amount | Nate | Dl ecw'' | Amount | Nate | Dl ecw'' | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| █ | █ | █ | █ █ | █ | █ | █ | | █ |
| █ | █ | █ | █ █ | █ | | █ | | █ |
| █ | █ | █ | █ █ | | | █ | | █ |
| █ | █ | █ | █ | | | | | █ |
| █ | █ | █ | █ | | | | | █ |
| █ | █ | | █ | | | | | █ |
| █ | █ | | █ | █ | █ | █ | █ | █ |

*Indicates break in check sequence*

**BBVA** Compass

## How to Balance Your Account

**Step 1**
- Enter a8cl ecw/ bdevo/ it/ band otl er automated teller card HACF( tran/ action/ in your regi/ ters
- Mecord a8automated deduction/ bde4it card tran/ action/ and e8ectronic 4i88vayment/ s
- Mecord and deduct / er8ice cl arge/ bcl ecwvrinting cl arge/ bor otl er 4anwfee/ s
- Hl you l a5e an intere/ t 4earing accountbadd any intere/ t earned / l o) n on tl i/ / tatements

**Step 2**
- Hl avw8ca4&b/ or/ cl ecw/ in numerica8order and marw in your regi/ ter eacl cl ecwor otl er tran/ action tl at i/ 8/ ted on tl i/ / tatements

**Step 3**
- G/ t any devo/ it/ or credit/ your l a5e made tl at do not avvear on tl i/ / tatement Kee / vace vro5ided 4e8) (s

**Step 4**
- G/ t any cl ecw/ you l a5e ) rittenbde4it card tran/ action/ be8ectronic vayment/ and otl er deduction/ tl at do not avvear on tl i/ / tatement Kee / vace vro5ided 4e8) (s

| Nate/Ne/ crivtion | Amount |
|---|---|
| | q |
| | q |
| | q |
| | q |
| | q |
| **Ttev 6 Cota8** # | q |

| Nate/Ne/ crivtion | Dl ecw" | Amount |
|---|---|---|
| | | q |
| | | q |
| | | q |
| | | q |
| | | q |
| | | q |
| **Ttev X Cota8** # | | q |

## Balancing Your Register to this Statement

| Step 5 | | |
|---|---|---|
| ZEnter tl e "current 4a8ance" / l o) n on tl i/ / tatement | | q |
| ZAdd tota8from Ttev 6 | | q |
| ZTu4tota8 | | q |
| ZTu4tract tota8from Ttev X | | q |
| ZCl i/ 4a8ance / l ou8 equa8your regi/ ter 4a8ance | | q |
| Hlit doe/ not agreeb/ ee / tev/ 4e8) # | | q |

Hl your account doe/ not 4a8ncebre5ie) tl e fo88o) ing:
- Dl ecwa8your addition and / u4traction a4o5e in your regi/ ters
- F awe / ure tl at you remem4ered to / u4tract / er5ice cl arge/ 8/ ted on tl i/ / tatement and add any intere/ t earned to your regi/ ter
- Amount/ of devo/ it/ and / l it dra) a8 on tl i/ / tatement / l ou8 matcl your regi/ ter entrie/ s
- Hl you l a5e Que/ tion/ or need a/ / i/ tancebv8ea/ e refer to tl e vl one num4er on tl e front of tl i/ / tatements

**Change of Address**
P8ea/ e ca88u/ at tl e te8evl one num4er 8/ ted on tl e front of tl i/ / tatement to te88u/ a4out a cl ange of addre/ / s

**Electronic Transfers** *(for consumer accounts only)*
H4 ca/ e of error/ or Que/ tion/ a4out your E8ectronic Cran/ fer/ b) rite to BBVA Domva/ / BanwbS5eration/ Domv8ance Tuvvort•PS s8oV 123hhbBirmingl ambAG63, 0hsS r / imv8y ca88your 8ca8cu/ tomer er5ice num4er vrinted on tl e front of tl i/ / tatementsDa88or ) rite a/ / oon a/ you canbif you tl inwyour / tatement or receivt i/ / rong or if you need more information a4out a tran/ fer on tl e / tatement or receiv/ s. e mu/ t l ear from you no 8ater tl an 60 day/ after ) e / ent tl e fir/ t / tatement on ) l icl tl e error or vro48em avveareds

Z Ce88u/ your name and account num4er Kif any(s
Z Ne/ cri4e tl e error or tl e tran/ fer you are un/ ure a4outand e88v8ain a/ c8ear8y a/ you can ) l y you 4e8ie5e it i/ an error or ) l y you need more informations
Z Ce88u/ tl e do88ar amount of tl e / u/ vected errors

. e ) i88in5e/ tigate your comv8aint and ) i88correct any error vromvt8yslHi) e tawe more tl an 10 4u/ ine/ / day/ K) 2 on c8aim/ on account/ ovened 8/ / tl an 62 ca8endar day/ ( to do tl i/ b) e ) i88 credit your account for tl e amount you tl inwi/ in error/ o tl at you ) i88l a5e tl e u/ e of tl e money during tl e time it tawe/ u/ to comv8ete our in5e/ tigations

"$or L on-Don/ umer Account cu/ tomer/ bv8ea/ e refer to your current L on-Don/ umer Account Agreement for detai8/ regarding E8ectronic $und Cran/ fer/ s

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rates**Cl e intere/ t cl arge i/ comvuted u/ ing your annua8vercentage rate di5ided 4y 6h3 orbin tl e ca/ e of a 8eav yearb6hhb ) l icl gi5e/ you tl e •Avv8ca48e Mate8/ A88 ougl ) e ca8cu8ate tl e intere/ t cl arge 4y anv8ying tl e Avv8ca48 Mate to eacl daily 4a8ancebtl e intere/ t cl arge can a8/ o 4e ca8cu8ated 4y mu8tiv8ying tl e Avv8ca48e Mate 4y tl e •a5erage daily 4a8anceKb8a8ance Tu4ject to intere/ t Mate( / l o) n on tl i/ / tatementbi/ on mu8tiv8ying tl at/ um 4y tl e num4er of day/ in tl e 4i88ing cyc8esCo get tl e •Ba8ance Tu4ject to Mtere/ t Mate( / l o) n on tl i/ / tatement ) e tawe tl e 4eginning 4a8ance of your account 8n/ / any unvaid finance cl arge/ eacl daybadd any ne) ad5ance/ or de4it/ band / u4tract any vayment/ or credit/ sCl i/ gi5e/ u/ tl e daily 4a8ancesCl en ) e add a88tl e daily 4a8ance/ for tl e 4i88ing cyc8e and di5ide 4y tl e num4er of day/ in tl e 4i88ing cyc8esCl i/ gi5e u/ tl e •a5erage daily 4a8anceKb8a8ance Tu4ject to Mtere/ t Mate(s Payment/ sPayment/ to your o5erdraft vrotection 8oan account made tl rougl our te88er/ or devo/ ited at our automated te88er macl ine/ HACF / ( F onday tl rougl $riday 4efore tl e vo/ ted cut-off time ) i884e vo/ ted to your account on tl e date tl ey are accevtedsStl er) i/ ebtl ey ) i884e vo/ ted on tl e ne8t 4u/ ine/ / daysPayment/ made tl rougl our ACF / $ia a fund/ tran/ fer) i884e vo/ ted on tl e date tl ey are recei5ed or on tl e ne8t 4u/ ine/ / day if made after hvm DC Mvm F C for Arizona account/ and hvm PC for Ca8ifornia account/ ( F onday tl rougl $riday or anytime Taturdayb Tunday or 4anwl o8iday/ sBBVA Domva/ / Banw4u/ ine/ / day/ are F onday tl rougl $ridaybe8c8uding l o8iday/ s

**In Case of Errors or Questions About Your Statement** KS5erdraft Protection Sn8) (
Hl you tl inwyour / tatement i/ ) rongbor if you need more information a4out a tran/ action on your / tatementb) rite your i/ / ue on a / evarate document / and end it to Banwcard DenterbPS s8oV , , 12bNecaturbAG63h00-2221sCe8evl one inQuire/ may 4e made 4y ca88ing your 8ca8BBVA Domva/ / 4rancl 8/ ted on tl e front of tl i/ / tatement to / veaw) itl a Du/ tomer Ter5ice Mevre/ entati5esP8ea/ e note: a te8evl one inQuiry ) i88not e8tend your rigl t / under federa88a) / s. e mu/ t l ear from you no 8ater tl an / i8ty Kb0( day/ after ) e / ent you tl e fir/ t / tatement on ) l icl tl e error or vro48em avveareds

- Ce88u/ your name and account num4er Kif any(s
- Ne/ cri4e tl e error or tl e tran/ fer you are un/ ure a4outand e88v8ain a/ c8ear8y a/ you can ) l y you 4e8ie5e it i/ an error or ) l at you need more informations
- Ce88u/ tl e do88ar amount of tl e / u/ vected error/ s

x ou can / tov tl e automatic deduction of tl e F inimum Payment from you cl ecwing account if you tl inwyour / tatement i/ ) rongsCo / tov tl e vaymentbyour 8etter mu/ t reacl u/ tl ree K6( 4u/ ine/ / day/ 4efore tl e automatic deduction i/ / cl edu8ed to occurs

**Reporting Other Problems**
P8ea/ e re5ie) your / tatement carefu88yslHi/ i/ / e/ entia8tl at any account error/ or any imvrover tran/ action/ on your account 4e revorted to u/ a/ / oon a/ / ea/ ona48y vo/ / i4e8slHf you fai8to notify u/ of any i/ / vected vro48em/ berror/ or unautl orized tran/ action/ ) itl in tl e time veriod/ / vecified in tl e devo/ it account agreementb) e are not 8ia48e to you for any 8o/ / re8ated to tl e vro48embierror or unautl orized tran/ actions

BBVA Domva/ / i/ a trade name of Domva/ / Banwba mem4er of tl e BBVA I rouvs
Domva/ / Banw•F em4er $NHDs

# EXHIBIT 146

Appx. 02509

Page 1 of 9
Primary Account: ▓▓▓▓▓▓
Beginning June 1, 2019 - Ending June 30, 2019          30

**BBVA**

21    HIGHLAND CAPITAL MANAGEMENT LP
MASTER OPERATING ACCOUNT
300 CRESCENT CT STE 700
DALLAS TX 75201-7849

**Contacting Us**

Available by phone 24/7

Phone   1-800-266-7277

Online   bbvausa.com

Write   BBVA
Customer Service
P.O. Box 10566
Birmingham, AL 35296

## Your BBVA Account(s)

Please see important message regarding your
TREASURY MANAGEMENT ANALYSIS CHECKING
account

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| ███████████████ | ████████ | ██████ | ██████ |
| **Total Deposit Accounts** | | ██████ | ██████ |

BBVA Compass is now BBVA. Transforming banking to put the world's opportunities in your hands.

———

Page 2 of 9
Primary Account: ▮▮▮▮
Beginning June 1, 2019 - Ending June 30, 2019                30



# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ▮▮▮▮ - HIGHLAND CAPITAL MANAGEMENT LP

## Account Information

We have updated the Treasury Management Service Agreement. These terms and conditions will become effective as of August 1, 2019.  You can find a current version of the agreement by going to:
http://www.bbvausa.com/commercial/treasury-management/resource-central/
 The user ID is "treasury" and the password is "management."

## Activity Summary

| | |
|---|---|
| Beginning Balance on 6/1/19 | ▮▮▮▮ |
| Deposits/Credits (26) | ▮▮▮▮ |
| Withdrawals/Debits (154) | ▮▮▮▮ |
| **Ending Balance on 6/30/19** | ▮▮▮▮ |

## Deposits and Other Credits

| Date * | Check/Serial # | Description | Deposits/Credits |
|---|---|---|---|
| ▮ | | ▮▮▮▮ | ▮▮▮▮ |
| ▮ | | ▮▮▮▮ | ▮▮▮▮ |
| ▮ | | ▮▮▮▮ | ▮▮▮▮ |
| ▮ | | ▮▮▮▮ | ▮▮▮▮ |
| ▮ | | ▮▮▮▮ | ▮▮▮▮ |
| ▮ | | ▮▮▮▮ | ▮▮▮▮ |
| ▮ | | ▮▮▮▮ | ▮▮▮▮ |
| ▮ | | ▮▮▮▮ | ▮▮▮▮ |
| ▮ | | ▮▮▮▮ | ▮▮▮▮ |
| ▮ | | ▮▮▮▮ | ▮▮▮▮ |
| ▮ | | ▮▮▮▮ | ▮▮▮▮ |

HCMS000114

**Appx. 02511**

Page 3 of 9
Primary Account:
Beginning June 1, 2019 - Ending June 30, 2019                30



| Date * | Check/Serial # | Description | Deposits/Credits |
|--------|----------------|-------------|------------------|



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|



Page 4 of 9
Primary Account: ████████
Beginning June 1, 2019 - Ending June 30, 2019                    30





| Date * | Check/ Serial # | Description | | Withdrawals/ Debits |
|--------|-----------------|-------------|---|---------------------|

Page 5 of 9
Primary Account: ████████
Beginning June 1, 2019 - Ending June 30, 2019                     30



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|-----------------|-------------|---------------------|
| ███ | | ██████████ | ████ |
| ███ | | █████████████ | ████ |
| ███ | | █████████████ | ████ |
| ███ | | █ | ████ |
| ███ | | ████ ████ | ████ |
| ███ | | █████ ████ | ████ |
| ███ | | █ █████ | |
| ███ | | █ █████ | |
| ███ | | █ ████ | |
| ███ | | ██████ | ████ |
| ███ | | ██████████ █████ | ████ |
| ███ | | ██████ ███████ | ████ |
| ███ | | █████████ █████ | ████ |
| ███ | | █████ █████ | |
| ███ | | █████████████ | ████ |
| ███ | | ██████████ | ████ |
| ███ | | █████████████████ | ████ |
| ███ | | █████████████████ | ████ |
| ███ | | █████████ | ████ |
| ███ | | █████ ████ | |
| ███ | | █ | |
| ███ | | █████ ███████ | |
| ███ | | █████ ███████ | ████ |
| ███ | | ███████ █████ | ████ |
| ███ | | █████ █████ | ████ |
| ███ | | █████ █████ | ████ |
| ███ | | █████ █████ | ████ |
| ███ | | █████ █████ | ████ |
| ███ | | ████████████ | ████ |
| ███ | | █████████████ | ████ |
| ███ | | ██████████ █████ | ████ |

HCMS000117

**Appx. 02514**

Page 6 of 9
Primary Account: ▮▮▮▮▮
Beginning June 1, 2019 - Ending June 30, 2019          30





Page 7 of 9
Primary Account: █████████
Beginning June 1, 2019 - Ending June 30, 2019          30



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|
| █████ | | ████████████████ | ████ |
| █████ | | ████████████████ | ████ |
| █████ | | ████████ | ████ |
| █████ | | ████████████ | ████ |
| █████ | | ████████████ | ████ |
| █████ | | ████████ | ████ |
| 6/26 | | OUT WT EBANKING REF 20190626F2QCZ60C003151 BNF Highland Capital M | $150,000.00 |
| █████ | | ██████████████████ | ████ |
| █████ | | ██████████████████ | ████ |
| █████ | | ████████████ | ████ |
| █████ | | ██ ████ ████ | ██ |
| █████ | | ██████████████ | ████ |
| █████ | | ██████████████ | ██ |
| █████ | | ████████████████ | ████ |
| █████ | | ████████████ | ████ |
| █████ | | ██████████████ | ████████ |
| █████ | | ████████████ | ████ |
| █████ | | ██ ████ ████ | ██ |
| █████ | | ████████████████ | ████ |
| █████ | | ████████ | ████ |
| █████ | | ████████████ | ████ |
| █████ | | ████████████ | ████ |
| █████ | | ████████████ | ████ |
| █████ | | ██████████ | ████ |
| █████ | | ████████ | ████ |
| █████ | | ████████████ | ████ |
| █████ | | ████████ | ████ |
| █████ | | ████████ | ████ |

Page 8 of 9
Primary Account: ████████
Beginning June 1, 2019 - Ending June 30, 2019                30



| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
|---|---|---|---|



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|



## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|

* Indicates break in check sequence

Page 9 of 9
Primary Account:
Beginning June 1, 2019 - Ending June 30, 2019          30



## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
• Record all automated deductions, debit card transactions and electronic bill payments.
• Record and deduct service charges, check printing charges, or other bank fees.
• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total | | $ |

## Balancing Your Register to this Statement

| Step 5 | • Enter the "current balance" shown on this statement | |
|---|---|---|
|  | • Add total from Step 3 | |
|  | • Subtotal | |
|  | • Subtract total from Step 4 | |
|  | • This balance should equal your register balance | |
|  | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate**. The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

· Tell us your name and account number (if any).
· Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
· Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA and BBVA Compass are trade names of BBVA USA, a member of the BBVA Group. BBVA USA, Member FDIC.

# EXHIBIT 147

Appx. 02519

Page 1 of 13
Primary Account: ▓▓▓▓▓▓
Beginning May 1, 2019 - Ending May 31, 2019                    31

**BBVA** Compass

21    HIGHLAND CAPITAL MANAGEMENT LP
      MASTER OPERATING ACCOUNT
      300 CRESCENT CT STE 700
      DALLAS TX 75201-7849

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online   bbvacompass.com

Write   BBVA Compass
        Customer Service
        P.O. Box 10566
        Birmingham, AL 35296

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ▓▓▓▓▓ | $3,117,777.78 | $1,004,810.25 |
| **Total Deposit Accounts** | | **$3,117,777.78** | **$1,004,810.25** |

Appx. 02520

Page 2 of 13
Primary Account: ██████████

██████████ May 31, 2019          31

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ██████████ - HIGHLAND CAPITAL MANAGEMENT LP

## Activity Summary

| | |
|---|---|
| Beginning Balance on 5/1/19 | ██████████ |
| Deposits/Credits (97) | ██████████ |
| Withdrawals/Debits (176) | ██████████ |
| **Ending Balance on 5/31/19** | ██████████ |

## Deposits and Other Credits

| Date * | Check/Serial # | Description | Deposits/Credits |
|---|---|---|---|



**BBVA** Compass



| Date * | Check/Serial # | Description | | Deposits/Credits |
|---|---|---|---|---|

**BBVA** Compass



Page 5 of 13
Primary Account: █████████
Beginning May 1, 2019 - Ending May 31, 2019       31

**BBVA** Compass

| Date * | Check/ Serial # | Description | | Deposits/ Credits |
|---|---|---|---|---|



**BBVA** Compass





**BBVA** Compass

| Date * | Check/Serial # | Description | | Deposits/Credits |
|---|---|---|---|---|

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits



5/2   OUT WT EBANKING REF  20190502F2QCZ60C001496
      BNF Highland Capital M                          $2,400,000.00

5/3   OUT WT EBANKING REF  20190503F2QCZ60C004047
      BNF Highland Capital M                          $5,000,000.00

**Appx. 02526**

Page 8 of 13
Primary Account: ███████
Beginning May 1, 2019 - Ending May 31, 2019          31

**BBVA** Compass

| Date * | Check/ Serial # | Description | | | Withdrawals/ Debits |
|---|---|---|---|---|---|



**BBVA** Compass



**BBVA** Compass



| Date * | Check/ Serial # | Description | | | Withdrawals/ Debits |
|---|---|---|---|---|---|

**BBVA** Compass

| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|



Page 12 of 13
Primary Account: ▮▮▮▮
Beginning May 1, 2019 - Ending May 31, 2019    31

**BBVA** Compass



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|

## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|

*Indicates break in check sequence*

Appx. 02531

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
• Record all automated deductions, debit card transactions and electronic bill payments.
• Record and deduct service charges, check printing charges, or other bank fees.
• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Step 4 Total | $ |

## Balancing Your Register to this Statement

| Step 5 | |
|---|---|
| • Enter the "current balance" shown on this statement | |
| • Add total from Step 3 | |
| • Subtotal | |
| • Subtract total from Step 4 | |
| • This balance should equal your register balance | |
| If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

### Change of Address
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

### Electronic Transfers *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

### Overdraft Protection
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquiries may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

· Tell us your name and account number (if any).
· Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
· Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

### Reporting Other Problems
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

# EXHIBIT 148

Appx. 02533



13455 NOEL ROAD, 22nd Floor
DALLAS, TEXAS 75240
972-934-4700
www.NexBank.com



```
     HIGHLAND CAPITAL MANAGEMENT LP        Date  11/29/13        Page  1
     300 CRESCENT COURT SUITE 700          Account Number
     DALLAS TX 75201                       Enclosures                  ████████


                    ---- CHECKING ACCOUNT ----


          For 24-hour service please
          call our telephone banking
          number 877-538-BANK (2265)
BUSINESS ANALYSIS W/ INTEREST            Item Truncation
Account Number                           Statement Dates 11/01/13 thru 11/30/13
Previous Balance                         Days in the statement period
   5 Deposits/Credits                    Average Ledger
   3 Checks/Debits                       Average Collected
Service Charge
Interest Paid
Ending Balance                           2013 Interest Paid
```

Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|



Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| 11/27 | WIRE TRANSFER CHICAGO TITLE CO. | 100,000.00 |

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION

https://nbdtx.secure.fundsxpress.com/piles/fxweb.pile/accounts/get_statement?_request_id...   2/12/2014

CONFIDENTIAL                                                          D-HCRE-000114

                                                                    **Appx. 02534**



13455 NOEL ROAD, 22nd Floor
DALLAS, TEXAS 75240
972-934-4700
www.NexBank.com



```
        HIGHLAND CAPITAL MANAGEMENT LP       Date  11/29/13       Page  2
        300 CRESCENT COURT SUITE 700         Account Number    ██████
        DALLAS TX 75201                      Enclosures
```



```
        BUSINESS ANALYSIS W/ INTEREST   ██████      (Continued)
        Checks and Withdrawals
            Date   Description                       Amount
          ███    ████████              █████
                 ███████████
        Daily Balance Information
            Date      Balance       Date      Balance       Date      Balance
          ███  ████████      ███  ████████      ███  ████████
          ███  ████████      ███  ████████      ███  ████████
                             Interest Rate Summary
                          ██████        ████
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION

NexBank SSB                                                                    Page 3 of 3

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**                    Date _____

| CHECKS WRITTEN BUT NOT PAID | |
|---|---|
| NUMBER | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | Enter bank balance from statement | |
| | Add deposits not credited by bank (if any) | |
| | TOTAL | |
| Total of Checks not paid | | Subtract total of checks not paid | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**

### EXPLANATION OF BALANCE ON WHICH FINANCE CHARGE IS COMPUTED

We calculate the **FINANCE CHARGE** on your account by multiplying the daily balance of your account, including current transactions, by the daily periodic rate each day during the billing cycle. This gives us a daily finance charge. Then we add together each daily finance charge to derive a total FINANCE CHARGE for the billing cycle. To get the daily balance on which each daily finance charge is computed, we take the beginning balance of your account each day, add any new advances and subtract any payments or credits and unpaid finance charges.

The "average daily balance" shown on the front of this statement is for purposes of illustration only. To validate the amount of your finance charge, multiply the number of days in the billing cycle by the average daily balance shown, then multiply the product by the daily periodic rate.

*Note: If the statement closing date falls on a Friday or on any business day immediately prior to a non-business day, the number of days in the billing cycle will include the subsequent number of non-business days until the next business day,and the finance charge will continue to accrue. However, the number of days in the next billing cycle will not include any days included in the prior cycle.

### BILLING RIGHTS SUMMARY

**In Case of Errors or Questions About Your Account Statement**
If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In your letter, give us the following information.
  1. Your name and account number.
  2. The dollar amount of the suspected error.
  3. Describe the error and explain, if you can, why you believe there is an error. If you need more information,
  describe the item you are unsure about.
You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question.
While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question.

### IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

If you need more information about an electronic transfer appearing on this statement, or if you think your statement or receipt is wrong, please telephone or write us as soon as possible at the phone number or address designated on the front of this statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  1. Tell us your name and account number (if any).
  2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is
  an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.
  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.
  If you would like to confirm that an automatic deposit to your account has been made as scheduled, you may call us during normal business hours at the phone number designated on the front of this statement.

CONFIDENTIAL

D-HCRE-000116

**Appx. 02536**

# EXHIBIT 149

Page 1 of 7
Primary Account: ███████
Beginning Canuary 1b, 210 5- nEing Canuary d1b, 210                    d1



, 1    3HI 3GALN DAPHCAG TALAI - T- LC GP
       TAMC- S RP- SACHLI   ADDRULC
       d22 DS- MD- LC DC MC-  722
       NAGGAM CX  78, 2157409

## Contacting Us

Available py h/ one , 0‏6

P/ one    15‎‎4225 ss‎57, 77

Rnline    ppvacomha. . Vobm

V rite    BBx A Domha. .
          Du. tomer Mervice
          PVRVBoY 128ss
          Birming/ ambAGd8, 9s

# Mummary of Account.

## Deposit Accounts/ Other Products

| Account | Account numper | - nEing palance la. t. tatement | - nEing palance t/ i. . tatement |
|---|---|---|---|
| ██████████████ | ████████ | ██████ | ██████ |
| **Total Deposit Accounts** | | ██████ | ██████ |

D-HCRE-000100
Appx. 02538

Page , of 7
Primary Account: ███████
Beginning Oanuary 1b, 210 5- nEing Oanuary d1b, 210          d1

**BBVA** Compass

# CS- AMUSK T ALAI - T - LC AL AGKMHMD3 - D( HLI

Account Lumper: ███████  53  Hl 3 GAL N DAPHCAGT ALAI - T - LCGP

## Activity Summary

| | |
|---|---|
| Beginning Balance on 16 l 80 | ████████ |
| Neho. it. (DreEit. )d1w | ██████ |
| V it/ Erak al. 6 Nepit. )10, w | ██████ |
| **Ending Balance on 1/31/14** | ██████ |

## Transaction History )eYcluEing c/ ec*. w



| Nate # | D/ ec*6 Merial F | Ne. crihtion | Neho. it. 6 DreEit. | V it/ Erak al. 6 Nepit. |
|---|---|---|---|---|
| 1 6 9 | | RUC V C - 5ADD- MM S- Q , 2102129Q Z D$s2D221794 BL Q RIE Sehuplic L atio | | J122 b 222 W2 |

CONFIDENTIAL

Page d of 7
Primary Account: ████████
Beginning Oanuary 1b, 210 5- nEing Oanuary d1b, 210          d1



| Nate # | D/ ec*6 Merial F | Ne. crihtion | Neho. it. 6 DreEit. | V it/ Erak al. 6 Nepit. |
|---|---|---|---|---|
| ██ | | ███████████████ | | ████ |
| ██ | | ████████████ | | ███ |
| ██ | | █████████████ | | ███ |
| ██ | | ███████████████ | | ████ |
| ██ | | █████████ | | █████ |
| ██ | | ████ | | ████ |
| ██ | | ██████████████ | | █████ |
| ██ | | ███████████ | ██ | |
| ██ | | ███████████████ | | ████ |
| ██ | | ███████████████ | | ████ |
| ██ | | ███████████████ | | ███ |
| ██ | | ███████████████ | | ███ |
| ██ | | ████████████ | | ████ |
| ██ | | ██████████ | | █████ |
| ██ | | ████████████ | ███ | |
| ██ | | ██████████ | ██ | |
| ██ | | ██████████████ | ███ | |
| ██ | | █████████████ | | ███ |
| ██ | | ████████████ | | ████ |
| ██ | | ██████████████ | | █████ |
| ██ | | █████████ | ██ | |
| ██ | | ███████ | | ███ |
| ██ | | ██████ ████████ | ██ | |
| ██ | | ████████ | ████ | |
| ██ | | ██████████ | | ████ |
| ██ | | ███ █████ | | ███ |
| ██ | | █████████████ | | ████ |

CONFIDENTIAL

Page 0 of 7
Primary Account: 
Beginning Qanuary 1b, 210 5- nEing Qanuary d1b, 210      d1

BBVA Compass



Page 8 of 7
Primary Account: ██████
Beginning Oanuary 1b, 210 5- nEing Oanuary d1b, 210                    d1





Plea. e notebcertain fee. anE c/ arge.  ho. teE to your account may relate to . ervice.  anEor activity from t/ e hrior . tatement cycleW
#O/ e Nate hroviEeE i. t/ e pu. ine. .  Eay t/ at t/ e tran. action i.  hroce. . eEW

## End of Business Day Balance Summary



## Summary of Checks



Page s of 7
Primary Account: ▮▮▮▮▮▮
Beginning Qanuary 1b, 210 5- nEing Qanuary d1b, 210                    d1

**BBVA** Compass

| Nate | D/ ec* F | Amount | Nate | D/ ec* F | Amount | Nate | D/ ec* F | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| ▮ | ▮ | | ▮ | ▮ | | ▮ | ▮ | ▮ |
| ▮ | ▮ | | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

*\* Indicates break in check sequence*

**BBVA** Compass

Page 7 of 7
Primary Account: ▉▉▉▉▉
Beginning Oanuary 1b, 210 5- nEing Oanuary d1b, 210                    d1

## How to Balance Your Account

**Step 1** • - nter all c/ ec*. bEeho. it. banE ot/ er automateE teller
carE )ACT wtran. action. in your regi. terW
• SecorE all automateE EeEuction. bEepit carE
tran. action. anE electronic pill hayment. W
• SecorE anE EeEuct . ervice c/ arge. bc/ ec* hrinting
c/ arge. bor ot/ er pan* fee. W
• Hf you / ave an intere. t pearing accountbaEE any
intere. t earneE . / ok n on t/ i. . tatementW

**Step 2** • Hf ahhlicapleb. ort c/ ec*. in numerical orEer anE mar*
in your regi. ter eac/ c/ ec* or ot/ er tran. action t/ at i.
li. teE on t/ i. . tatementW

**Step 3** • G. t any Eeho. it. or creEit. your / ave maEe t/ at Eo not
ahhear on t/ i. . tatement ). ee . hace hroviEeE pelok wW

**Step 4** • G. t any Eeho. it. or creEit. your / ave k rittenbEepit carE
tran. action. belectronic hayment. anE ot/ er
EeEuction. t/ at Eo not ahhear on t/ i. . tatement ). ee
. hace hroviEeE pelok wW

| NateNe. crihtion | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  | Meh d Cotal ⌐ |

| NateNe. crihtion | D/ ec* F | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | Meh 0 Cotal ⌐ |

## Balancing Your Register to this Statement

**Step 5** • - nter t/ e "current palance" . / ok n on t/ i.
. tatement |

• AEE total from Meh d |

• Muptotal |

• Muptract total from Meh 0 |

• C/ i. palance . / oulE equal your regi. ter
palance |

Hfit Eoe. not agreeb. ee . teh. pelok ⌐

Hf your account Eoe. not palancebreviek t/ e follok ing:
- D/ ec* all your aEEition anE . uptraction apove in your regi. terW
- T a*e . ure you remempereE to . uptract . ervice c/ arge. li. teE on
t/ i. . tatement anE aEE any intere. t earneE to your regi. terW
- Amount. of Eeho. it. anE k it/ Erak al. on t/ i. . tatement . / oulE
matc/ your regi. ter entrie. W
- Hf you / ave que. tion. or neeE a. . i. tancebhlea. e refer to t/ e h/ one
numper on t/ e front of t/ i. . tatementW

## Change of Address

Plea. e call u. at t/ e teleh/ one numper li. teE on t/ e front of t/ i.
. tatement to tell u. apout a c/ ange of aEEre. . W

## Electronic Transfers *(for consumer accounts only)*

Hn ca. e of error. or que. tion. apout your - lectronic Cran. fer. bk rite to
BBx A Domha. . Ban* bR heration. Domhliance Muhhortb PAH VBoY
128ssbBBirming/ ambAGd8, 9sWR r. imhly call your local cu. tomer
. ervice numper hrinteE on t/ e front of t/ i. . tatementWball or k rite a.
. oon a. you cambif you t/ in* your. tatement or receiht i. k rong or if
you neeE more information apout a tran. fer on t/ e . tatement or
receihtW e mu. t / ear from you no later t/ an s2 Eay. after k e . ent
t/ e fir. t. tatement on k /ic/ t/ e error or hroplem ahheareEW

• Cell u. your name anE account numper )if anyW
• Ne. cripe t/ e error or t/ e tran. fer you are un. ure apoutbanE e Yhlain a. clearly a. you can
k / y you pelieve it i. an error or k / y you neeE more informationW
• Cell u. t/ e Eollar amount of t/ e . u. hecteE errorW

V e k ill inve. tigate your comhlaint anE k ill correct any error hromhtlyWHk e ta*e more t/ an 12
pu. ine. . Eay. ), 2 on claim. on account. oheneE le. . t/ an d2 calenEar Eay. wto Eo t/ i. bk e k ill
creEit your account for t/ e amount you t/ in* i. in error. o t/ at you k ill / ave t/ e u. e of t/ e
money Euring t/ e time it ta*e. u. to comhlete our inve. tigationW

#Qor L onEDon. umer Account cu. tomer. bhlea. e refer to your Current L onEDon. umer Account
Agreement for Eetail. regarEing - lectronic QunE Cran. fer. W

## Overdraft Protection

**Calculation of Interest Charge and Balance Subject to Interest Rate**WC/ e in. t c/ arge i.
comhuteE u. ing your annual hercentage rate EiviEeE py ds8 orbin t/ e ca. e of a leah yearbdssb
k / ic/ give. you t/ e "Ahhlicaple SateWAIt/ oug/ k e calculate t/ e intere. t c/ arge py ahhlying t/ e
Ahhlicaple Sate to eac/ Eaily palancebt/ e intere. t c/ arge can al. o pe calculateE py multihlying
t/ e Ahhlicaple Sate py t/ e "average Eaily palance"bBalance Mupject to Mtere. t Satewv. / ok n on
t/ i. . tatementbt/ en multihlying t/ at . um py t/ e numper of Eay. in t/ e pilling cycleWCo get t/ e
"Balance Mupject to Mtere. t Sate" . / ok n on t/ i. . tatement k e ta*e t/ e peginning palance of
your account le. . any unhaiE finance c/ arge. eac/ EaybaEE any nek aEvance. or Eepit. banE
. uptract any hayment. or creEit. WC/ i. give. u. t/ e Eaily palanceWC/ en k e aEE all t/ e Eaily
palance. for t/ e pilling cycle anE EiviEe py t/ e numper of Eay. in t/ e pilling cycleWC/ i. give. u.
t/ e "average Eaily palance" . / ok n on t/ e . tatementWA "Balance Mupject to Mtere. t Sate"W
Payment. WPayment. to your overEraft hrotection loan account maEe t/ roug/ our teller. or
Eeho. iteE at our automateE teller mac/ ine. )ACT . wT onEay t/ roug/ QriEay pefore t/ e ho. teE
cut5off time k ill pe ho. teE to your account on t/ e Eate t/ ey are accehteEVRt/ erk i. ebt/ ey k ill pe
ho. teE on t/ e neYt pu. ine. . EayWPayment. maEe t/ roug/ our ACT . via a funE. tran. fer k ill pe
ho. teE on t/ e Eate t/ ey are receiveE or on t/ e neYt pu. ine. . Eay. if maEe after shm DC )shm T C
for Arizona account. anE shm PC for California account. wT onEay t/ roug/ QriEay or anytime
MaturEaybMunEay or pan* / oliEay. WBBx A Domha. . Ban* pu. ine. . Eay. are T onEay t/ roug/
QriEaybeYcluEing / oliEay. W

## In Case of Errors or Questions About Your Statement )RverEraft Protection Rnlyw

Hf you t/ in* your . tatement i. k rongbor if you neeE more information apout a tran. action on your
. tatementbk rite your i. . ue on a . eharate Eocument anE . enE it to Ban*carE DenterbPAH VBoY
, , 12bNecaturbAGd8s9952221WCeleh/ one inquire. may pe maEe py calling your local BBx A
Domha. . pranc/ li. teE on t/ e front of t/ i. . tatement to . hea* k it/ a Du. tomer Mervice
Sehre. entativeWPlea. e note: a teleh/ one inquiry k ill not hre. erve your rig/ t. unEer feEeral lak W
V e mu. t / ear from you no later t/ an . iYty )s2wEay. after k e . ent you t/ e fir. t. tatement on
k / ic/ t/ e error or hroplem ahheareEW

• Cell u. your name anE account numper )if anyW
• Ne. cripe t/ e error or t/ e tran. fer you are un. ure apoutbanE e Yhlain a. clearly a. you can
k / y you pelieve it i. an error or k / y you neeE more informationW
• Cell u. t/ e Eollar amount of t/ e . u. hecteE errorW

Kou can . toh t/ e automatic EeEuction of t/ e T inimum Payment from you c/ ec*ing account if
you t/ in* your . tatement i. k rongWCo . toh t/ e haymentbyour letter mu. t reac/ u. t/ ree )dw
pu. ine. . Eay. pefore t/ e automatic EeEuction i. . c/ eEuleE to occurW

## Reporting Other Problems

Plea. e reviek your . tatement carefullyWHf i. . e. . ential t/ at any account error. or any imhroher
tran. action. on your account pe rehorteE to u. a. . oon a. . ona. onaply ho. . ipleWHf you fail to
notify u. of any . u. hecteE hroplem. berror. or unaut/ orizeE tran. action. k it/ in t/ e time herioE.
. hecifieE in t/ e Eeho. it account agreementbk e are not liaple to you for any lo. . relateE to t/ e
hroplemberror or unaut/ orizeE tran. actionW

BBx A Domha. . i. a traEe name of Domha. . Ban* ba memper of t/ e BBx A I rouhW
Domha. . Ban* bT emper QNHDW

# EXHIBIT 150

Appx. 02545

5/18/2021 NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
          HIGHLAND CAPITAL MANAGEMENT LP      Date    1/31/14    Page    1
          300 CRESCENT COURT SUITE 700        Account Number
          DALLAS TX  75201                    Enclosures

                  ---- CHECKING ACCOUNT ----
          For 24-hour service please
          call our telephone banking
          number 877-538-BANK (2265)
BUSINESS ANALYSIS W/ INTEREST          Item Truncation
Account Number                         Statement Dates  1/01/14 thru  1/31/14
Previous Balance                       Days in the statement period
     4 Deposits/Credits                Average Ledger
     4 Checks/Debits                   Average Collected
Service Charge
Interest Paid
Ending Balance                         2014 Interest Paid
```



NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
          Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
          each banking day will be credited as of that date.

file:///C:/Users/JDonohue/Development Specialists, Inc/Highland Capital Management - Documents (1)/General/Legal/Demand Note Collections/2. Ba…   1/3

CONFIDENTIAL                                          D-HCRE-000060
                                                     **Appx. 02546**

5/18/2021                                            NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
HIGHLAND CAPITAL MANAGEMENT LP          Date   1/31/14    Page    2
300 CRESCENT COURT SUITE 700            Account Number
DALLAS TX  75201                        Enclosures
```

```
BUSINESS ANALYSIS W/ INTEREST        1614130   (Continued)
Checks and Withdrawals
Date    Description                              Amount
1/30    IB Transfer from D ****130 to          500,000.00
        D ****415
```

Daily Balance Information
Date        Balance        Date        Balance        Date        Balance

Interest Rate Summary

MEMBER FDIC                        NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

CONFIDENTIAL                                         D-HCRE-000061
                                                     **Appx. 02547**

5/18/2021 NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT | | |
|---|---|---|---|
| | | | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | | | |
|---|---|---|---|---|
| | Enter bank balance from statement | | | |
| | Add deposits not credited by bank (if any) | | | |
| | TOTAL | | | |
| Total of Checks not paid | Subtract total of checks not paid | | | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

### EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  (1) Tell us your name and account number (if any).
  (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
  (3) Tell us the dollar amount of the suspected error.
  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

CONFIDENTIAL

D-HCRE-000062

**Appx. 02548**

# EXHIBIT 151

**BBVA** Compass

21    I GI NADC TAPGWAN FADAL dF dDM NP
      FASMdR OPdRAMGL ATTOUDM
      H00 TRdSTdDM TM SMd 600
      CANNAS MB 67201 EX- 5

## Contacting Us

A8ai4av4e vy I bone 2- p6

Pbone   1 B00 B2hh B266

On4ne   vv8acoml a// scom

. rite   BBWA Toml a//
        Tu/ tomer Ser8ice
        PsOsBoV 107hh
        Birmingbam, ANH725h

## Summary of Account/

### Deposit Accounts/ Other Products

| Account | Account numver | dn9ing va4ance 4a/ t/ tatement | dn9ing va4ance tbi/ / tatement |
|---|---|---|---|
| ██████████ | ████ | ████ | ████ |
| **Total Deposit Accounts** | | ████ | ████ |

D-HCRE-000107
**Appx. 02550**

Page 2 of 6
Primary Account: ████
Beginning F arcb 1, 201- Edn9ing F arcb H1, 201-                    H1

**BBVA** Compass

# MRd ASURx F ADAL d F d DMADAN x SGS T I d TY GL

Account Dumver: ████

## Activity Summary

| | |
|---|---|
| Beginning Ba4ance on Hɟpt - | ████ |
| Cel o/ it/ pTre9it/ K11( | ████ |
| . itb9ra) a4ɟCevit/ K1X2( | ████ - |
| **Ending Balance on 1/13/34** | ████ |

## Transaction History K\Vc4u9ing cbecw (



| Cate " | Tbecvp Seria4" | Ce/ cril tion | Cel o/ it/ p Tre9it/ | . itb9ra) a4 p Cevit/ |
|---|---|---|---|---|

D-HCRE-000108
**Appx. 02551**

Page H of 6
Primary Account: 
Beginning F arcb 1, 201-  Edn9ing F arcb Hl, 201-                    Hl

**BBVA** Compass

Page - of 6
Primary Account:
Beginning F arcb 1, 201- Edn9ing F arcb H1, 201-          H1





Page 7 of 6
Primary Account: ███████
Beginning F arcb 1, 201-  Edn9ing F arcb H1, 201-                    H1



| Cate " | T becwp Seria4" | Ce/ cril tion | Cel o/ it/ p T re9it/ | . itb9ra) a4 p Cevit/ |



P4a/ e note, certain fee/  an9 cbarge/  I o/ te9 to your account may re4te to / er8ice/  an9ppr acti8ity from tbe I rior / tatement cyc4es
 " Mbe Cate I ro8i9e9 i/  tbe vu/ ine/ /  9ay tbat tbe tran/ action i/  I roce/ / e9s

## End of Business Day Balance Summary

| Cate | Ba4nce | Cate | Ba4nce | Cate | Ba4nce |
|---|---|---|---|---|---|

## Summary of Checks

| Cate | T becw" | Amount | Cate | T becw" | Amount | Cate | T becw" | Amount |
|---|---|---|---|---|---|---|---|---|

D-HCRE-000111
Appx. 02554

Page h of 6
Primary Account: ███████
Beginning F arcb 1, 201-  Edn9ing F arcb Hf, 201-                    Hf

**BBVA** Compass

| Cate | T becw" | Amount | Cate | T becw" | Amount | Cate | T becw" | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| █ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | |
| ██ | ██ | | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | | ██ | ██ | ██ | ██ | ██ | |

*\* Indicates break in check sequence*

CONFIDENTIAL

Page 6 of 6
Primary Account: █████████
Beginning F arcb 1, 201-  Edn9ing F arcb H1, 201-                              H1

**BBVA** Compass

## How to Balance Your Account

**Step 3** • dnter a4fcbecw/ , 9el o/ it/ , an9 otber automate9 te4er car9 KAMF ( tran/ action/ in your regi/ ters
• Recor9 a4fautomate9 9e9uction/ , 9evit car9 tran/ action/ an9 e4ectronic vi4ll ayment/ s
• Recor9 an9 9e9uct / er8ice cbarge/ , cbecwl rinting cbarge/ , or otber vanwfee/ s
• Gyou ba8e an intere/ t vearing account, a99 any intere/ t earne9/ bo) n on tbi/ /tatements

**Step 2** • Gall 4cav4, / ort cbecw/ in numerica4or9er an9 marw in your regi/ter eacb cbecwor otber tran/ action tbat i/ 4/ te9 on tbi/ /tatements

**Step 1** • N/ t any 9el o/ it/ or cre9it/ your ba8e ma9e tbat 9o not al l ear on tbi/ /tatement Kee /l ace l ro8i9e9 ve4) (s

**Step 4** • N/ t any cbecw/ , e4ectronic l ayment/ an9 otber 9e9uction/ tbat 9o not al l ear on tbi/ /tatement Kee /l ace l ro8i9e9 ve4) (s

| CateçCe/ cril tion | Amount |   |
|---|---|---|
|  |  | q |
|  |  | q |
|  |  | q |
|  |  | q |
|  |  | q |
|  | Stel HMbta4 # | q |

| CateçCe/ cril tion | Tbecw" | Amount |   |
|---|---|---|---|
|  |  |  | q |
|  |  |  | q |
|  |  |  | q |
|  |  |  | q |
|  |  |  | q |
|  |  | Stel - Mbta4 # | q |

## Balancing Your Register to this Statement

| **Step 5** | Zdnter the "current va4ance"/ bo) n on tbi/ / tatement | | q |
|---|---|---|---|
|  | ZA99 tota4from Stel H | | q |
|  | ZSuvtota4 | | q |
|  | ZSuvtract tota4from Stel - | | q |
|  | ZMbi/ va4ance / bou9 eQua4your regi/ ter va4ance | | q |
|  | Git 9oe/ not agree, / ee / tel / ve4) | # | q |

Gyour account 9oe/ not va4ance, re8ie) the fo4b) ing:
· Tbecwa4your a99ition an9 / uvtraction avo8e in your regi/ ters
· Fawe / ure you rememvere9 to / uvtract / er8ice cbarge/ 4/ te9 on tbi/ / tatement an9 a99 any intere/ t earne9/ bo) n
· Amount/ of 9el o/ it/ an9 / it b9ra) a4 on tbi/ / tatement / bou4 matcb your regi/ ter entrie/ s
· Gyou ba8e Que/ tion/ or nee9 a// i/ tance, l 4ea/ e refer to tbe l bone numver on tbe front of tbi/ / tatements

## Change of Address

P4ea/ e ca4l u/ at tbe te4el bone numver 4/ te9 on tbe front of tbi/ / tatement to te4l u/ avout a cbange of a99re/ / s

## Electronic Transfers *(for consumer accounts only)*

Gi ca/ e of error/ or Que/ tion/ avout your d4ectronic Man/ fer/ , ) rite to BBVA Toml a// Banw Ol eration/ Toml 4ance Sul l ort PsOsBoV 107bb, Birmingbam, AN H7'25bsOr / im! 4y ca4fyour 4ca4cu/ tomer / er8ice numver l rinte9 on tbe front of tbi/ / tatementsTa4or ) rite a/ /oon a/ you can, if you tbinwyour / tatement or receil t i/ ) rong or if you nee9 more information avout a tran/ fer on tbe / tatement or receil ts. ) e mu/ t bear from you no 4ater tban h0 9ay/ after ) e / ent tbe fir/ t / tatement on ) bicb tbe error or l rov4em al l eare9s

Ζ Me4l u/ your name an9 account numver Kf any(s
Ζ Ce/ cribe tbe error or tbe tran/ fer you are un/ ure avout, an9 e M 4ain a/ c4ear4/ a/ you can ) by you ve4e8e it l/ an error or ) by you nee9 more informations
Ζ Me4l u/ the 9o4ar amount of tbe / u/ l ecte9 errors

. e ) i4in8e/ tigate your coml 4aint an9 ) i4correct any error l roml t4y s(5) e tawe more tban 10 vu/ ine// 9ay/ K2O on c4im/ on account/ ol ene9 4e/ / tban f0 ca4en9ar 9ay/ ( to 9o tbi/ , ) e ) i4 cre9it your account for tbe amount you tbinwi/ in error, / o tbat you ) i4ba8e tbe u/ e of tbe money 9uring tbe time it tawe/ u/ to coml 4ete our in8e/ tigations

"$or DonET on/ umer Account cu/ tomer/ , l 4ea/ e refer to your current DonET on/ umer Account Agreement for 9etai4/ regar9ing d4ectronic $un9 Man/ fer/

## Overdraft Protection

**Calculation of Interest Charge and Balance Subject to Interest Rate**sMbe intere/ t cbarge i/ coml ute9 u/ ing your annua4l ercentage rate 9i89e9 vy Hh7 or, in tbe ca/ e of a 4eal year, Hhh, ) bicb gi8e/ you tbe •Al l 4cav4e Rate% A4bougb ) e ca4su4ate tbe intere/ t cbarge vy al l 4ying tbe Al l 4cav4e Rate to eacb 9ai4y va4ance, tbe intere/ t cbarge can a4/ o ve ca4su4ate9 vy mu4til 4ying tbe Al l 4cav4e Rate vy tbe •a8erage 9ai4y va4ance(%Ba4ance Suvject to 9atere/ t Rate( / bo) n on tbi/ / tatement, tben mu4til 4ying tbat / um vy tbe numver of 9ay/ in tbe vi4ling cyc4esMb get tbe •Ba4ance Suvject to 9atere/ t Rate( / bo) n on tbi/ / tatement ) e tawe tbe veginning va4ance of your account 4e/ / any/ unl ai9 finance cbarge/ eacb 9ay, a99 any ne) a98ance/ or 9evit/ , an9 /uvtract any l ayment/ or cre9it/ sMbi/ gi8e/ u/ tbe 9ai4/ va4ancesMben ) e a99 a4tbe 9ai4/ va4ance/ for tbe vi4ling cyc4e an9 9i8i9e vy tbe numver of 9ay/ in tbe vi4ling cyc4esMbi/ gi8e u/ tbe •a8erage 9ai4/ va4ance( 9ai/ va4ance( Ba4ance Suvject to 9atere/ t Rate(s
Payment's Payment/ to your o8er9raft l rotection 4oan account ma9e tbrougb our te4er/ or 9el o/ ite9 at our automate9 te4er macbine/ KAMF / ( F on9ay tbrougb $ri9ay vefore tbe l o/ te9 cutEoff time ) i4tve l o/ te9 to your account on tbe 9ate tbey are accel te9sOtber) i/ e, tbey ) i4tve l o/ te9 on tbe ne4t vu/ ine// 9aysPayment/ ma9e tbrougb our AMF / 8ia a fun9/ tran/ fer ) i4tve l o/ te9 on tbe 9ate tbey are recei8e9 or on tbe ne4t vu/ ine// 9ay/ if ma9e after h1 m TMK6l im F M for Arizona account/ an9 hl m PMfor Ta4fornia account/ ( F on9ay tbrougb $ri9ay or anytime Satur9ay, Sun9ay or vanwbo49ay/ sBBVA Toml a// Banwvu/ ine// 9ay/ are F on9ay tbrougb $ri9ay, e4c4u9ing bo49ay/ s

**In Case of Errors or Questions About Your Statement** lO8er9raft Protection On4(
Gyou tbinwyour / tatement i/ ) rong, or if you nee9 more information avout a tran/ action on your / tatement, ) rite your i/ / ue on a / el arate 9ocument an9 / en9 it to Banwcar9 Tenter, PsOsBoV 2210, Cecatur, ANH7'h55E0001sM4el tbone inQuire/ may ve ma9e vy ca4ng your 4oca4BBVA Toml a// / vrancb 4/ te9 on tbe front of tbi/ / tatement to / l eaw) itb a Tu/ tomer Ser8ice Rel re/ entati8esP4ea/ e note: a te4el bone inQuiry ) i4not l re/ er8e your rigbt/ un9er fe9era4 4a) s. e mu/ t bear from you no 4ater tban / i4ty K60( 9ay/ after ) e / ent you tbe fir/ t / tatement on ) bicb tbe error or l rov4em al l eare9s

• Me4l u/ your name an9 account numver Kf any(s
• Ce/ cribe tbe error or tbe tran/ fer you are un/ ure avout, an9 e M 4ain a/ c4ear4/ a/ you can ) by you ve4e8e it l/ an error or ) bat you nee9 more informations
• Me4l u/ tbe 9o4ar amount of tbe / u/ l ecte9 errors

x ou can / tol tbe automatic 9e9uction of tbe F inimum Payment from you cbecwing account if you tbinwyour / tatement i/ ) rongsMb / tol tbe l ayment, your 4etter mu/ t reacb u/ tbree K3( vu/ ine// 9ay/ vefore tbe automatic 9e9uction i/ / cbe9u4e9 to occurs

## Reporting Other Errors

P4ea/ e re8ie) your / tatement carefu4ysGi/ e/ / entia4tbat any account error/ or any iml rol er tran/ action/ on your account ve rel orte9 to u/ al / / oon a/ rea/ onav4y l o/ / iv4esGyou fai4to notify u/ of any i/ / ue/ or / tatement error/ or/ or/ or unautborize9 tran/ action/ ) itbin tbe time l erio9/ / l ecifie9 in tbe 9el o/ it account agreement, ) e are not 4av4e to you for any 4o/ / re4ate9 to tbe l rov4em, error or unautborize9 tran/ actions

BBVA Toml a// i/ a tra9e name of Toml a// Banw, a memver of tbe BBVA L roul s Toml a// Banw F emver $CG's

# EXHIBIT 152

Appx. 02557

5/18/2021 NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                    Date  1/30/15          Page    1
                                    Primary Account     ████████
                                    Enclosures


           Highland Capital Management LP
           300 Crescent Court Suite 700
           Dallas TX 75201



       NexBank's Privacy Policy is accessible at www.NexBank.com



       Checking Account/s

             Account Type:  Highland Capital Management LP

       Analysis Checking w/ Interest
       Account Number          ██████     Statement Dates  1/01/15 thru  2/01/15
       Last Statement Balance  ████████   Days in the statement period
           6 Deposits/Credits  ████████   Average Ledger          ████████
           2 Checks/Debits     ████       Average Collected       ████████
       Service Charge          ████       Interest Earned
       Interest Paid           ██████     Annual Percentage Yield Earned ████████
       This Statement Balance  ██████     2015 Interest Paid

       --------------------------------------------------------------------

       Deposits and Additions
       Date     Description                              Amount
```

MEMBER FDIC      NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
each banking day will be credited as of that date.

CONFIDENTIAL

D-HCRE-000063
Appx. 02558

5/18/2021                                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                              Date  1/30/15           Page    2
                                              Primary Account   ████████
                                              Enclosures
```

Analysis Checking w/ Interest      ████████      (Continued)

Checks and Withdrawals
Date    Description                              Amount
████████████████████████████████████████████

  1/26    wire request- Loan from HCMLP            1,500,000.00-
          approved by F. Waterhouse

----------------------------------------------------------------------

Daily Balance Information
Date      Balance      Date      Balance      Date      Balance
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████

----------------------------------------------------------------------

                    Interest Rate Summary
                    Date            Rate
                 ████████████████████████████

End of Statement

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
               Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
               each banking day will be credited as of that date.

CONFIDENTIAL

D-HCRE-000064

Appx. 02559

5/18/2021                                                      NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | | |
|---|---|---|---|
| Enter bank balance from statement | | | |
| Add deposits not credited by bank (if any) | | | |
| | TOTAL | | |
| Total of Checks not paid | Subtract total of checks not paid | | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

### EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
   (1) Tell us your name and account number (if any).
   (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.
   We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

CONFIDENTIAL

D-HCRE-000065
**Appx. 02560**

# EXHIBIT 153

Appx. 02561



CONFIDENTIAL                                                                D-HCRE-000066

**Appx. 02562**



Primary Account:
Page 4 of 10
Primary Account:
Beginning April 1, 2015 - Ending April 30, 2015

Deposits and Other Credits - continued

*The Date provided is the business day that the transaction is processed.

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.

Withdrawals and Other Debits





Doughert

[redacted]

1
+@ Primary Account: [redacted]
Page 5 of 10
Primary Account: [redacted]
Beginning April 1, 2015 - Ending April 30, 2015

Withdrawals and Other Debits - continued

| Date* | Serial# | Description | Withdrawals/ Debits |
|---|---|---|---|
| [redacted] | | [redacted] | [redacted] |
| 4/2 | | OUT WT E-ACCESS REF 20150402F2QCZ60C002636 BNF HCRE Partners, LLC | $1,500,000.00 |
| [redacted] | | [redacted] | [redacted] |

1
+@ Primary Account: [redacted]
Page 6 of 10
Primary Account: [redacted]
Beginning April 1, 2015 - Ending April 30, 2015

Withdrawals and Other Debits - continued

| Date* | Serial# | Description | Withdrawals/ Debits |
|---|---|---|---|
| [redacted] | | [redacted] | [redacted] |

```
+@ Primary Account:
Page 7 of 10
Primary Account:
Beginning April 1, 2015 - Ending April 30, 2015

Withdrawals and Other Debits - continued

Date*    Serial#    Description                                         Withdrawals/
                                                                             Debits
```

```
+@ Primary Account:
Page 8 of 10
Primary Account:
Beginning April 1, 2015 - Ending April 30, 2015

Withdrawals and Other Debits - continued

Date*    Serial#    Description                                         Withdrawals/
                                                                             Debits
```

CONFIDENTIAL                                                              D-HCRE-000069

                                                                          Appx. 02565

Shawn Raver



*The Date provided is the business day that the transaction is processed.

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.

End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|



+@ Primary Account:
Page 9 of 10
Primary Account:
Beginning April 1, 2015 - Ending April 30, 2015

Summary of Checks

| Date | Check# | Amount | Date | Check# | Amount | Date | Check# | Amount |
|------|--------|--------|------|--------|--------|------|--------|--------|
| 4/10 | 15325 | $271.03 | 4/14 | 15475* | $2,992.50 | 4/2 | 15484* | $1,900.50 |

CONFIDENTIAL
D-HCRE-000070
Appx. 02566



```
+@ Primary Account:
Page 10 of 10
Primary Account:
Beginning April 1, 2015 - Ending April 30, 2015

Summary of Checks - continued

Date      Check#           Amount     Date      Check#           Amount     Date      Check#           Amount
======================================   ======================================   ======================================
4/21      15624        $6,500.00        4/23      15625          $550.00        4/21      15626        $3,157.38
```

* Indicates break in check sequence

CONFIDENTIAL                                                        D-HCRE-000071

                                                                   **Appx. 02567**

# EXHIBIT 154

**BBVA** Compass

, 1   HIGHLyND  Cy PITy L  MyNy GEMENT  LP
MySTER  BPERyTING  yCCBONT
922  CRESCENT  CT  STE  022
DyLLyS  TU  03, 21-07X5

## Contacting Us

y 8ar4F4e Fmvl oue , X0

Pl oue   1-722-, hh-0, 00

Bu4ue   FF8aAoi va/ / s^oi

. 6me   : : Vy Coi va/ /
Cc/ roi e6SeeB^e
PsBs: oV123hh
: r6 rugl ai by L 93, 5h

## Sci i a6mof y AAocun/

### Deposit Accounts/ Other Products

| y AAocun | y AAocunuci  Fe6 | Eudrug Fa4auAe 4a/ n/ rarei  eun | Eudrug Fa4auAe rl r/ / rarei  eun |
|---|---|---|---|
| ███████████████████ | ███████ | ███████ | ███████ |
| **Total Deposit Accounts** | | ███████ | ███████ |

CONFIDENTIAL

**BBVA** Compass

# TREy SORx  My Ny GEMENT y Ny Lx SIS CHECYING

y AAocunNci Feê▮▮▮▮▮▮▮ - HIGHLy ND Cy PITy L My Ny GEMENT LP

### Actil itf  muv v arf

| | |
|---|---|
| : egruurug : a4uAe ou 12pípt0 | ███████ |
| Devo/ mí pCêedmí K3h( | ███████ |
| . mí dêa) a4 pDeFmí K77( | ███████ |
| y nding Salance on EB/4E/E3 | ███████0 |

### Deposits and Other Credits

| Dare " | Cl eAwp Seêa4" | De/ Aêvnrou | | | Devo/ mí p Cêedmí |
|---|---|---|---|---|---|
| ███ | | ████████████████ | ███████ | | ██████ |
| ███ | | ████████████████ | ███████ | | ██████ |
| ███ | | ████████████████ | ████████████ | | ██████ |
| ███ | | ████████████████ | ███████ | | ██████ |
| ███ | | █████████ | ███████ | | ██████ |
| ███ | | ████████████████ | ███████ | | ██████ |
| ███ | | ████████████████ | ███████ | | ██████ |
| ███ | | ██████████████ | | | ██████ |
| ███ | | ████████████████ | ████████████ | | ██████ |
| ███ | | ██████████ | | | ██████ |
| ███ | | ███████████████ | ████ | | ██████ |
| ███ | | ██████████████ | ███ | | ██████ |
| ███ | | █████████ | ███████ | | ██████ |
| ███ | | ███████ | ███████ | | ██████ |

CONFIDENTIAL

D-HCRE-000081

**Appx. 02570**

**BBVA** Compass

| Dane " | Cl eAvp Se6a4" | De/ A6vnou | Devo/ m˙ p C6edm˙ |
|---|---|---|---|
| ███ | | ████████ | ███ |
| ███ | | ███████ | ███ |
| ███ | | ████ | |
| ███ | | ███████ | ███ |
| ███ | | ████████ | ███ |
| ███ | | ██████ | ██ |
| ███ | | ████████ | |
| ██ | | ████████ | ███ |
| ███ | | ██████ | ███ |
| ███ | | ███████ | ███ |
| ███ | | ████████ | ███ |
| ███ | | ██████ | ███ |
| ██ | | █████████ | |
| ███ | | ██████ | ██ |
| ███ | | ███████ | ██ |
| ███ | | ████████ | ███ |
| ██ | | ██████ | ███ |
| ███ | | █████ | ███ |
| ██ | | ████ | ███ |
| ███ | | ██████ | ██ |

**BBVA** Compass

: egruurug BAroFe61b, 210 - Eudrug BAroFe691b, 210      91

Page 3 of 11
P6i a6ny AAocurt
: egruurug B AroFe61b, 210 - Eudrug B AroFe691b, 210          91

**BBVA** Compass



P4ea/ e uorebAe6naru fee/ aud Al a6ge/ vo/ red ro ntoc6aAAocuni am6e4are ro / e6&Ae/ audpp6aAn8rnmf6bi rl e v6o6/ narei eunAmAes
" Tl e Dare v6o8rded rl rl e Fc/ rue/ / damnl anrl e n6ou/ aAmou rl' v6oAe/ / eds

## 1 ithdra6 als and Other DeWts



D-HCRE-000084
**Appx. 02573**

**BBVA** Compass





**BBVA** Compass



CONFIDENTIAL

**BBVA** Compass

Page 12 of 11



P6i a8ny AAocur
: egruurug B AroFe61b, 210 - Eudrug B AroFe691b, 210          91



P4ba/ e uorebAe6naru fee/ aud Al a6ge/ vo/ red ro rroc6aAAocuni ami6a4re ro / e6oAe/ audpo6aAn8rrmf6i rl e v6o6/ ranei eunArnAes
" Tl e Dare v6o8ided tl' rl e Fc/ rue/ / damri anri e r6au/ aArrou tl' v6oAe/ / eds

## y nd owSusiness Daf Salance muv v arf



## muv v arf owChecbs



* Indicates break in check sequence

**BBVA** Compass

## k o6 to Salance Hour Account

**mtep E** Y Eure6a4Al eAw/ bdevo/ rl baud orl e6acroi ared re4b6
Aa6d Ky TM( rßau/aArou/ ru rroc66egr/ re6s
Y ReAo6d a4acroi ared dedcArou/ bdeFrnAa6d
rßau/aArou/ aud e4eArburuA Fr4lvani eurl s
Y ReAo6d aud dedcAn/ e6/e2e Al a6ge/ bAl eAwv4unug
Al a6ge/ bo6orl e6Fauwfee/ s
Y If rroc l a8e au rure6a/ rFea6ug aAAocurbadd aum
rure6e/ nea6ued / l o) u ou rl rl / rarei eurs

**mtep •** Y If avv4Fa4Feb/ o6hAl eAw/ ru uci e6a4o6d6eaud i a6w
ru rroc66egr/ re6ea6Al Al eAwo6orl e6rßau/aArou rl anr/
4l red ou rl rl / rarei eurs

**mtep 4** Y Lrl/ naumdevo/ rl o6a6adrnl rnoc6l a8e i ade rl ando uon
avvea6ou rl rl / rarei eunKee / vaAe v6o8rded Fe4) (s

**mtep 0** Y Lrl/ naumAl eAw/ rroc l a8e ) 6rrreubudeFrnAa6d
rßau/aArou/ aud e4eArburuA vani eurl/ aud orl e6
dedcArou/ rl ando uonavvea6ou rl rl / rarei eunKee
/ vaAe v6o8rded Fe4) (s

| DarepDe/ A6vnrou | yi ocun |
|---|---|
|  | q |
|  | q |
|  | q |
|  | q |
|  | q |
| Srev 9 Tora4 | q |

| DarepDe/ A6vnrou | Cl eAw" | yi ocun |
|---|---|---|
|  |  | q |
|  |  | q |
|  |  | q |
|  |  | q |
|  |  | q |
| Srev X Tora4 | | $ q |

## Salancing Hour Register to this ntatev ent

**mtep 5** ZEure6rl e "AcfßeunFa4uAe" / l o) u ou rl rl /
rarei eurs q

Zy dd rora4f6oi Srev 9 q

ZScFrora4 q

ZScFr6aAnrora4f6oi Srev X q

ZTl rl/ Fa4uAe / l o4l eQca4rnoc66egr/ re6
Fa4uAe q

If mdoe/ uonag6eeb/ ee/ rev/ Fe4) $ q

If rroc6aAAocundoe/ uonFa4uAeb68re) rl e fo46) rugt
• Cl e4va4rnoc6addrnou aud / cFr6aAnrou aFo8e ru rroc66egr/ re6s
• Mawe / c6e 6ei ei Fe6ed ro / cFr6aAn/ e6/e2e Al a6ge/ 4l red ou
rl rl / rarei eunaud add aurnure6e/ nea6ued ru rroc66egr/ re6s
• yi ocun/ of devo/ rrl aud) rl rdda) a4l ou rl rl / rarei eun/ l oc4l
i anAl rroc66egr/ re6eur6e/s
• If rroc l a8e Qce/ rrou/ o6ueed a/ / rl muAebv4ea/ e6fe6rorl e vl oue
uci Fe6ou rl e 6rbunof rl rl / rarei eurs

B AroFe691b, 210    91

## Change owAddress

P4ßa/e Aa4c/ anrl e re4vl oue uci Fe64l red ou rl e 6bunof rl rl /
rarei eunro re4tc/ aFocna Al auge of add6e/ / s

## y lectronic Transfers (for consumer accounts only)

lu Aa/ e of e686el 66Qce/ rrou/ aFocnrrioc6E4eAnburuA T6au/ fe6/ b) 6rre ro
: : Wy Coi va/ l / : auwbEv4ea6ou/ Coi va4ue Scvvo6bPsBs: oV
123hhb: 6l rugl ai byL 93, 5hsB6/ il v4nAa4rnoc64Aa4Ac/ rloi e6
/ e68oAe uci Fe6v6ured ou rl e 6bunof rl rl / rarei eursCa46o6) 6rre a/
/ oou a/ rroc Aaubrf rroc rl ruwrroc6/ rarei euno66eAervnr/ ) 6bug o6rl
rroc ueed i o6a rufo6l arou aFocna rßau/ fe6ou rl e / rarei eun6
6eAenvrs. e i c/ rl ea6f6bi rroc ao 4re6rl au h2 dan4l afre6) / eun
rl e fr6rl/ rarei eunou ) l rAl rl e e68o6rb4Fei avvea6ds

Z Te44c/ rroc6uai e aud aAAccunuci Fe6Kf aunrts

Z De/ A6Fe rl e e66o6o6rl e rßau/ fe6mrc a6c/ c6e aFocrbaud eW4aru a/ Ae4a6rna/ rroc Aau
) l rnrroc Fe4e8e rnr/ au e66o6o6) l annrnoc ueed i o6a rufo6l arous

Z Te44c/ rl e do46ai ocunof rl e c/ veAred e68o6s

. e ) r4ru8e/ ngare rroc6Aoi v4rrunaud ) r44Ao86eAnaume6o6v6oi vrnrslf ) e rnawe i o6e6rl au 12
Fc/ rue/ / danrl K2 ou Aari / ou aAAocurl oveued e6/ / rl au 92 4a6euda6danr( ro do rl r/ b) e ) r4l
A6edmrnoc6aAAocunfo6rl e ai ocunrroc rl ruwr/ aud rl annrnc ) r44l a8e ri e c/ e of rl e
i ouerndc8ug rl e rni e rnawe/ c/ ro mo Aoi v4re oc6ru8e/ rrganous

"k o6Nou-Cou/ ci e6y AAocunAc/ roi e6/ cva4re6fe6mo Ac68eunNou-Cou/ ci e6y AAocun
y g6ei eunfo6derani ße6a6trug e4eArbuurAk cud T6au/ fe6/s

## Oi erdraw Protection

**Calculation ow2nterest Charge and Salance mu2ject to 2nterest Rates** Tl e rure6a/ nAl a6ge rl/
Aoi vcred c/ rug rroc6aauuca4ve66eurnage 6are d86rded Fm9h3 o6bru rl e Ae/ e of a 4av rnea6b9hhb
) l rAl / gr8e/ rroc rl e •yvv4Fa4Fe Rare6] y4l ocgl ) e Aa4Ca4re rl e rure6a/ nAl a6ge Fmavv4rnug rl e
y vv4Aa4Fe Rare ro eaAl da4rnFa4uAebrl e rure6a/ nAl a6ge Aau a4l o Fe Aa4Ca4red Fmi c4rv4nug
rl e yvv4Aa4Fe Rare Frnrl e ea8e6age da4rnFa4uAeK] K4auAe ScFje/Anro lure6a/ nRare( / l o) u oci
rl / rarei euofrl eu c/ rnnci Fe6of danrl rl e Frnrug AnAesTl e ) ruci Fe6of danrl ru i e a Feg6ruruug Fa4uAe/ of
rnoc6aAAocun4e// aumcuvarl fruauAe Al a6ge/ eaAl dan4add aumue) ad8auAe/ o6deFmi baud
/ cFr6aAnaumvani euri o6A6admr sTl r/ gr8e/ c/ rl e da6mFa4uAesTl eu ) e add a44rl e dan4rn
Fa4uAe/ fo6rl e Fr4rnug AnrAe aud d8rde Frnrl e uci Fe6of danri ru rl e Fr4rnug AnrAesTl rl / gr8e c/
rl e •a8e6age da4rnFa4uAeK] K4auAe ScFje/Anro luree6a/ nRatesTl eu ) e i c4rrv4m6rl e •a8e6age
da4rnFa4uAe byrl e da4rm)/ e6roc6ic de rnrl e i outl rn the Ferrodic nRare6s
Pami eurl sPami eunl ro rroc6o6e88fanv8reAnou 4au aAAocuni ade rl 6bcgl o6c6ne48e6) o6
devo/ red anoc6acroi ared re46oi aAl rue/ Ky TM/ ( Moudamrl 6bcgl k6bdamFefo6e rl e vo/ red
Acnoff rni e ) r44Fe vo/ red ou rroc6aAAocunou rl e dare rl emaße a4evredsBrl e6) r44Fe
vo/ red ou rl e vAnvl nFc/ rue// dansPami euri ade rl 6bcgl oc6y TM/ / 8a a fcud/ rßau/ fe6) r44Fe
vo/ red ou rl e dare rl ema8e 6e4r8ed o6ou rl e uvhFc/ rue// damrl ade a4rvAchi i CTHvvi MT
fo6y6tzoua aAAocunl aud hvi PT fo6Ca46o4ura aAAocurl ( Moudamrl 6bcgl k6damo6aumi e
SaredambScudamo6Fauwl o4danrl s: : Wy Coi va/ l / : auwFc/ rue/ / danr a6e Moudamrl 6bcgl
k6dam8eVAedug l o4danrl s

## 2n Case owyrrors and Questions AWout Hour ntatev ent

If rroc rl ruwrroc6/ rarei eunl / 6bugbo6rl rroc ueed i o6a rufo6l arou aFocna rßau/ a6nou ou rroc6
/ rarei eurb) 6rre rroc6f / ce ou a / eva6are doAci eunaud / eud mro : auw6a6d Ceureo6PsBs: oV
, , 12bDeAandby L 93h55-2221sTe4evl oue ruQc6b/ i amFe i ade FmAe44ug rnoc64Aa4: Wy
Coi va/ l / TßauAl 4l red ou rl e 6bunof rl rl / rarei eunro / veaw) rl a Cc/ roi e6Se68rAe
Rev8e/ eurnam8esP6a/ e uornr a re4vl oue ruQc6m) r44uonv8e/ e68e rnoc66tgl rl cude6fedea6a4) s
. e i c/ rl ea6f6bi rroc uo 4re6rl au / Vrrnh42( danrl afre6) e / eunrnoc rl e rrl 6rl/ rarei eunou
) l rAl rl e e68o6rb4Fei avvea6ds

• Te44c/ rroc6uai e aud aAAccunuci Fe6Kf aunts
• De/ A6Fe rl e e66o6o6rl e rßau/ fe6/ rroc a6e i c/ c6e aFocrbaud eW4aru a/ Ae4a6rna/ rroc Aau
) l mroc Fe4e8e mr/ au e66o6o6) l annrnoc ueed i o6a rufo6l arous
• Te44c/ rl e do46ai ocunof rl e c/ veAred e68o6s

x oc Aau/ rov rl e acroi arnAdedcArou of rl e Muuri c/ Pami eunf6bi rroc Al eAwrug aAAocurnf
rroc rl ruwrnoc6/ rarei eunl / 6bug6oo6) / i o6 / rov rl e vani eurbnnoc6e4men 6( nße aAl c/ rl 6ee l9(
Fc/ rue/ / danrl Fefo6e rl e acroi arnAdedcArou rl / Al edc4ed ro oAAc6s

## Reporting Other ProWev s

P4ßa/e e88o6) rnoc6/ arei eunaAße6fc4fersInr/ e/ / eurna4rl anaumaAAocune6ßob/ o6aumri v6o8ve6
rßau/ a4nrou/ ou rnoc6aAAocunaußße 6vo68red ro c/ a/ / oou a/ 6ßa/ oua F4rnvo/ / rfdr44l rnoc fan4rno
uonrfnrc/ of a4url/ c/ veAred v6oFre/ / be66bo6 o6cuacrl o6tzed rßau/ aArou/ ) rl ru rl enfi e ve6rod/
/ ve4fed ru rl e devo/ rnaAAocunaußßei eurb) a6e uon4aF4e ro rnoc fo6aumbl r/ 6a4red rore vl a
vßeF4bi 6be66bo6o6cuacrl o6tzed rßau/ a/ 4rnous

: : Wy Coi va/ l / rl a r6ade uai e of Coi va/ / : auwba i ei Fe6of rl e : : Wy G6bcvs
Coi va/ l / : : auwbMei Fe6kbDlCs

# EXHIBIT 155

Appx. 02580

Page 1 of 6
Primary Account: ███████
Beginning F ctober 1, 201-  Edn9ing F ctober H1, 201-          H1

**BBVA** Compass

21   I GLI NADC TAPGWAN SADAL dSdDM NP
     SARMdO FPdOAMGL ATTFUDM
     H00 TOdRTdDM TM RMd 300
     CANNAR M7 3X201E3- 56

### Contacting Us

A8ai4b4e by vl one 25p8

Pl one   1E 00E2VVE3233

F n4ne   bb8acomvass×com

K rite   BB/ A Tomvass
         Tustomer Rer8ice
         P×F xBo( 10XVV
         Birmingl am, ANH×26V

## h our BB/ A Tomvass Account.sW

P4ease see imvortant message regar9ing your
MOdARUOh SADAL dSdDMADANhRGR TI dTYGL
account

## Rummary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | dn9ing ba4ance 4ast statement | dn9ing ba4ance tl is statement |
|---|---|---|---|
| MOdARUOh SADAL dSdDMADANhRGR TI dTYGL | ███████ | ███████ | ███████ |
| **Total Deposit Accounts** | | ███████ | ███████ |

Page 2 of 6
Primary Account: ███████
Beginning F ctober 1, 201-  Edn9ing F ctober H1, 201-                    H1

**BBVA** Compass

# MOdARUOh SADAL dS dDMADANhRGR TI dTYGL

Account Dumber: ███████ El G.I NADC TAPGKANS ADAL dS dDMNP

## Account Information

K e l a8e uv9ate9 tl e Measury Sanagement Rer8ice AgreementxM ese terms an9
con9itions ) i4become effecti8e as of Do8ember H0, 201- x hou can fin9 a current 8ersion
of tl e agreement by going to:

l ttv:p) ) )bb8acomvassxcomp commercia4 treasuryE managementp resourceE centra4p

M e user GC is wtreasurywan9 tl e vass) or9 is wmanagementxw

## Activity Summary

| | |
|---|---|
| Beginning Ba4nce on 10p1p1- | |
| Cevositsp Tre9its .22W | |
| K itl 9ra) a4pCebits .1V3W | |
| **Ending Balance on 10/31/18** | |

## Deposits and Other Credits

| Cate" | TI ec"p Reria4$ | Cescrivtion | | Cevositsp Tre9its |
|---|---|---|---|---|



D-HCRE-000092

Appx. 02582





P4ease note, certain fees an9 cl arges voste9 to your account may re4te to ser8ices an9por acti8ity from tl e vrior statement cyc4x
" M e Cate vro8i9e9 is tl e business 9ay tl at tl e transaction is vrocesse9x

## Withdrawals and Other Debits



Page 5 of 6
Primary Account: ███████
Beginning F ctober 1, 201-  Edn9ing F ctober H1, 201-        H1

**BBVA** Compass

| Cate " | TI ec" p Reria4$ | Cescrivtion | K itl 9ra) a4p Cebits |
|---|---|---|---|

CONFIDENTIAL

Page X of 6
Primary Account: ███████
Beginning F ctober 1, 201-  Edn9ing F ctober H1, 201-                    H1

**BBVA Compass**

| Cate " | Tl ec" p Reria4$ | Cescrivtion | K itl 9ra) a4p Cebits |
|---|---|---|---|

10plX        F UM. F GL  K Gd K pAC/ G'd Odk                        * 3X0,000x00
             201- 101Xk2# TQV0T00HXV0 BDk I TOd Partners NNT





Page - of 6
Primary Account: 
Beginning F ctober 1, 201-  Edn9ing F ctober H1, 201-                    H1



| Cate " | Tl ec"p Reria4$ | Cescrivtion | | K itl 9ra) a4p Cebits |
|---|---|---|---|---|



P4ease note, certain fees an9 cl arges voste9 to your account may re4ate to ser8ices an9por acti8ity from tl e vrior statement cyc4ex
" M e Cate vro8i9e9 is tl e business 9ay tl at tl e transaction is vrocesse9x

## End of Business Day Balance Summary

| Cate | Ba4ance | Cate | Ba4ance | Cate | Ba4ance |
|---|---|---|---|---|---|



## Summary of Checks

| Cate | Tl ec" $ | Amount | Cate | Tl ec" $ | Amount | Cate | Tl ec" $ | Amount |
|---|---|---|---|---|---|---|---|---|



* Indicates break in check sequence

D-HCRE-000098
**Appx. 02588**

Page 6 of 6
Primary Account: ███████
Beginning F ctober 1, 201-  Edn9ing F ctober H1, 201-                    H1

**BBVA** Compass

## How to Balance Your Account

**Step 1** • dnter a4cl ec" s, 9evosits, an9 otl er automate9 te48r car9 . AMS Wtransactions in your registerx
• Oecor9 a44automate9 9e9uctions, 9ebit car9 transactions an9 e4ectronic bi44vaymentsx
• Oecor9 an9 9e9uct ser8ice cl arges, cl ec" vrinting cl arges, or otl er ban" feesx
• Cyou l a8e an interest bearing account, a99 any interest earne9 sl o) n on tl is statementx

**Step 2** • Cavv4cab4e, sort cl ec" s in numerica4or9er an9 mar" in your register eacl cl ec" or otl er transaction tl at is 4ste9 on tl is statementx

**Step 3** • Nst any 9evosits or cre9its your l a8e ma9e tl at 9o not avvear on tl is statement .see svace vro8i9e9 be4) W

**Step 4** • Nst any cl ec" s you l a8e ) ritten, 9ebit car9 transactions, e4ectronic vayments an9 otl er 9e9uctions tl at 9o not avvear on tl is statement .see svace vro8i9e9 be4)

| Cate, Cescrivtion | Amount |
|---|---|
| | • |
| | • |
| | • |
| | • |
| | • |
| | • |
| **Rtev** HMbta4 | • |

| Cate, Cescrivtion | Tl ec" $ | Amount |
|---|---|---|
| | | • |
| | | • |
| | | • |
| | | • |
| | | • |
| | | • |
| **Rtev** 5 Mbta4 | • | • |

## Balancing Your Register to this Statement

**Step 5**
| qdnter tl e vcurrent ba4ance vsl o) n on tl is statement | • |
|---|---|
| qA99 tota4from Rtev H | • |
| qRubtota4 | • |
| qRubtract tota4from Rtev 5 | • |
| qM is ba4ance sl ou49 eZua4your register ba4ance | • |
| qGit 9oes not agree, see stevs be4) | * • |

Cyour account 9oes not ba4ance, re8ie) tl e fo4o) ing:
• Tl ec" a94your a99ition an9 subtraction abo8e in your registerx
• Sa"e sure you remembere9 to subtract ser8ice cl arges 4ste9 on tl is statement an9 a99 any interest earne9 to your registerx
• Amounts of 9evosits an9 ) itl 9ra) a4s on tl is statement sl ou49 matcl your register entriesx
• Cyou l a8e Zuestions or nee9 assistance, v4ease refer to tl e vl one number on tl e front of tl is statementx

## Change of Address
P4ease ca44us at tl e te4ev4 one number 4ste9 on tl e front of tl is statement to te44us about a cl ange of a99ressx

## Electronic Transfers *(for consumer accounts only)*
G case of errors or Zuestions about your e4ectronic Mansfers, ) rite to BB/ A Tomvass Ban", F verations Tomv4ance Ruvvort, P*F xBo( 10X/V, Birmin9 am, AN HX26VxF r simv4y ca44your 4ca4customer ser8ice number vrinte9 on tl e front of tl is statementxTa4or ) rite as soon as you can, if you tl in" your statement or receivt is ) rong or if you nee9 more information about a transfer on tl e statement or receivtxK e must l ear from you no 4ter tl an V0 9ays after ) e sent tl e first statement on ) l icl tl e error or vrob4em avveare9x

Q Me44us your name an9 account number .if any W
Q Cescribe tl e error or tl e transfer you are unsure about, an9 e(v4ain as c4ear4y as you can ) l y you be48e it is an error or ) l y you nee9 more informationx
Q Me44us tl e 9o44ar amount of tl e susvecte9 errorx

K e ) i44in8estigate your comv4aint an9 ) i44correct any error vromvt4yx Gi ) e ta"e more tl an 10 business 9ays .20 on c4aims on accounts ovene9 4ess tl an H0 ca4en9ar 9aysWto 9o tl is, ) e ) i44cre9it your account for tl e amount you tl in" is in error, so tl at you ) i44l a8e tl e use of tl e money 9uring tl e time it ta"es us to comv4ete our in8estigationx

"kor DonE"onsumer Account customers, v4ease refer to your current DonE"onsumer Account Agreement for 9etai4s regar9ing e4ectronic kun9 Mransfersx

## Overdraft Protection
**Calculation of Interest Charge and Balance Subject to Interest Rate** xM e interest cl arge is comvute9 using your annua4vercentage rate 9i8i9e9 by HVX or, in tl e case of a 4eav year, H/V, ) l icl gi8es you tl e |Avv4cab4e Oate| x A44 ougl ) e ca4cu4ate tl e interest cl arge by avv4ying tl e Avv4cab4e Oate to eacl 9ai4y ba4ance, tl e interest cl arge can a4so be ca4cu4ate9 by mu4tiv4ying tl e Avv4cab4e Oate by tl e |a8erage 9ai4y ba4ance|. Ba4ance Rubuect to Gnterest OateVM4o) n on tl is statement, it con mu4ti v4ying tl e sum by tl e number of 9ays in tl e bi44ng cyc4exMb get tl e |Ba4ance Rubuect to Gnterest Oate| sl o) n on tl is statement ) ta"e tl e beginning ba4ance of your account 4ess any unvai9 finance cl arges eacl 9ay, a99 any ne) a98ances or 9ebits, an9 subtract any vayments or cre9itsxM is gi8es us tl e 9ai4y ba4ancexM en ) e a99 a44tl e 9ai4y ba4ances for tl e bi44ng cyc4e an9 9i8i9e by tl e number of 9ays in tl e bi44ng cyc4exM is gi8e us tl e |a8erage 9ai4y ba4ance| sl o) n on tl e statement as |Ba4ance Rubuect to Gnterest Oate|x PaymentsxPayments to your o8er9raft vrotection 4oan account ma9e tl rougl our te44ers or 9evosite9 at our automate9 te44er macl ines .AMS sWsl on9ay tl rougl kri9ay before tl e voste9 cutEoff time ) i44be voste9 to your account on tl e 9ate tl ey are accevte9xF tl er) ise, tl ey ) i44be voste9 on tl e ne(t business 9ayxPayments ma9e tl rougl our AMS s 8ia a fun9s transfer ) i44be voste9 on tl e 9ate tl ey are recei8e9 or on tl e ne(t business 9ay if ma9e after Vvm T M.Vvm S M for Ari"ona accounts an9 Vvm PMfor Ta4ifornia accountsVSon9ay tl rougl kri9ay or anytime Ratur9ay, Run9ay or ban" l o49aysxBB/ A Tomvass Ban" business 9ays are S on9ay tl rougl kri9ay, e(c4u9ing l o49aysx

## In Case of Errors or Questions About Your Statement .F 8er9raft Protection F n4yW
Cyou tl in" your statement is ) rong, or if you nee9 more information about a transaction on your statement, ) rite your issue on a sevarate 9ocument an9 sen9 it to Ban" car9 Tenter, P*F xBo( 2210, Cecatur, AN HXV66E001xMe4ev4 one inZuires may be ma9e by ca44ng your 4ca4BB/ A Tomvass brancl 4ste9 on tl e front of tl is statement to svea" ) itl a Tustomer Rer8ice Oevresentati8exP4ease note: a te4ev4 one inZuiry ) i44not vreser8e your rigl ts un9er tl e4ev4e44a4) x K e must l ear from you no 4ter tl an si(t .V0W9ays after ) e sent you tl e first statement on ) l icl tl e error or vrob4em avveare9x

• Me44us your name an9 account number .if anyW
• Cescribe tl e error or tl e transfer you are unsure about, an9 e(v4ain as c4ear4y as you can ) l y you be48e it is an error or ) l at you nee9 more informationx
• Me44us tl e 9o44ar amount of tl e susvecte9 errorx

hou can stov tl e automatic 9e9uction of tl e S inimum Payment from your cl ec" ing account if you tl in" your statement is ) rongxMb stov tl e vayment, your 4etter must reacl us tl ree .HW business 9ays before tl e automatic 9e9uction is scl e9u4e9 to occurx

## Reporting Other Problems
P4ease re8ie) your statement carefu44yxGis essentia4tl at any account errors or any imvrover transactions on your account be revorte9 to us as soon as reasonab4y vossib4exCyou fai4to notify us of any susvecte9 vrob4ems, errors or unautl ori"e9 transactions ) itl in tl e time verio9s svecifie9 in tl e 9evosit account agreement, ) e are not 4ab4e to you for any 4oss re4te9 to tl e vrob4em, error or unautl ori"e9 transactionx

BB/ A Tomvass is a tra9e name of Tomvass Ban" , a member of tl e BB/ A L rouvx Tomvass Ban", S ember kCGTx

# EXHIBIT 156

Appx. 02590

Page 1 of 6
Primary Account: ▆▆▆▆▆▆
Beginning Febtem, er 120- 1E d9nHng Febtem, er I - 20- 1E          I -



01   GINGDACT  MAPLSAD  RACAN9R9CS  DP
RAFS9O  UP9OASLCN  AMMU3CS
I - -  MO9FM9CS  MS  FS9  7 - -
TADDAF  SX  750- 1d768E

## Contacting Us

A4aína, ve , y bl one 08ρ̃

Pl one    1d̃6- - d0hhd̃7077

Unvine   , , 4au/ ascom

. rite    BBVA
Mu/ tomer Fer4ice
PsUsBoV 1- 5hh
Birmingl am2ADI 50Eh

# Fummary of Account/

## Deposit Accounts/ Other Products

| Account | Account num, er | 9nHng , avance va/ t / tatement | 9nHng , avance tl i/ / tatement |
|---|---|---|---|
| SO9 AF3 Ox R ACAN9 R 9CS ACADx FLF MG9 MYLCN | ▆▆▆▆▆ | ▆▆▆▆ | ▆▆▆▆ |
| **Total Deposit Accounts** | | ▆▆▆▆ | ▆▆▆▆ |

Page 0 of 6
Primary Account: █████
Beginning Febtem, er 120- 1E d9nHng Febtem, er I - 20- 1E                    I -



# SO9 AF 3 Ox  R ACAN9 R 9 CS ACADx FLF MG9 MYLCN

Account Cum, er: █████  dGINGDACT MAPLSAD R ACAN9 R 9 CS DP

## Activity Summary

| | |
|---|---|
| Beginning Bavance on EpfpfE | ████ |
| Tebo/ it/ pMreHt/ K0- ( | ████ |
| . itl Hra) av pTe, it/ K80( | ████ |
| **Ending Balance on 9/30/19** | ████ |

## Deposits and Other Credits



Page I of 6
Primary Account: 
Beginning Febtem, er 120- 1E d9nHng Febtem, er I - 20- 1E                    I -





Pvea/ e note2certain fee/ anHcl arge/ bo/teHto your account may revate to / er4ice/ anHpor acti4ity from tl e brior / tatement cycves
" Sl e Tate bro4iHeHi/ tl e , u/ ine/ / Hay tl at tl e tran/ action i/ broce/ / eHs

## Withdrawals and Other Debits



Page 8 of 6
Primary Account: ████
Beginning Febtem, er 120- 1E d9nHng Febtem, er I - 20- 1E          I -





CONFIDENTIAL

Page 5 of 6
Primary Account: ███████
Beginning Febtem, er 120- 1E d9nHng Febtem, er I - 20- 1E          I -











Pʋea/ e note2certain fee/ anHcl arge/ bo/ teHto your account may revæte to / er4ice/ anHþor acti4ity from tl e brior / tatement cyc⅄s
" Sl e Tate bro4iHeHi/ tl e , u/ ine// Hay tl at tl e tran/ action i/ broce/ / eHs

## End of Business Day Balance Summary



## Summary of Checks



* Indicates break in check sequence

Page 6 of 6
Primary Account: ▮▮▮▮▮▮
Beginning Febtem, er 120- 1E d9nHng Febtem, er I - 20- 1E



## How to Balance Your Account

**Step 1** • 9nter awcl ecw/ 2Hebo/ it/ 2anHotl er automateHtewer carHKASR ( tran/ action/ in your regi/ ters
• OecorHawautomateHHeHuction/ 2He, it carH tran/ action/ anHelectronic, iwbayment/ s
• OecorHanHHeHuct / er4ice cl arge/ 2cl ecwbrinting cl arge/ 2or otl er, anwfee/ s
• Lf you l a4e an intere/ t, earing account2aHHany intere/ t earneH/ I o) n on tl i/ / tatements
**Step 2** • Lf abbivca, e2/ ort cl ecw/ in numericavorHer anHmarw in your regi/ ter eacl cl ecwor otl er tran/ action tl at i/ w/ teHon tl i/ / tatements
**Step 3** • D/ t any Hebo/ it/ or creHt/ your l a4e maHe tl at Hb not abbear on tl i/ / tatement Kee / bace bro4iHeH, ew) (s
**Step 4** • D/ t any bayment/ you l a4e ) ritten2He, it carH tran/ action/ 2evectronic bayment/ anHotl er HeHuction/ tl at Hb not abbear on tl i/ / tatement Kee / bace bro4iHeH, ew) (s

| TatepTe/ cribtion | Amount | |
|---|---|---|
| | | q |
| | | q |
| | | q |
| | | q |
| | | q |
| Fteb I Sotav | # | q |

| TatepTe/ cribtion | MI ecw" | Amount | |
|---|---|---|---|
| | | | q |
| | | | q |
| | | | q |
| | | | q |
| | | | q |
| Fteb 8 Sotav | # | | q |

## Balancing Your Register to this Statement

**Step 5** Z9nter tl e "current , avance"/ I o) n on tl i/ / tatement

| | |
|---|---|
| Z9nter tl e "current , avance"/ I o) n on tl i/ / tatement | q |
| ZAHH totav from Fteb I | q |
| ZFu, totav | q |
| ZFu, tract totav from Fteb 8 | q |
| ZSI i/ , avance / I ounHeQauvyour regi/ ter , avance | q |
| Lf it Hbe/ not agree2ee / ee / teb/ , ew) | # q |

Lf your account Hbe/ not , avance2ree4ie) tl e fow o) ing):
- MI ecwavyour aHHition anH/ u, traction a, o4e in your regi/ ters
- Rawe / ure you remem, erHto / u, tract / er4ice cl arge/ w/ teHon tl i/ / tatement anHaHHany intere/ t earneHto your regi/ ter
- Amount/ of Hebo/ it/ anH) itl Hra) av/ on tl i/ / tatement / I ounH matcl your regi/ ter entrie/ s
- Lf you l a4e Que/ tion/ or neeHa/ / i/ tance2bvea/ e refer to tl e bl one num, er on tl e front of tl i/ / tatements

## Change of Address

Pvea/ e cawu/ at tl e tevebl one num, er vi/ teHon tl e front of tl i/ / tatement to tewu/ a, out a cl ange of aHHre/ /s

## Electronic Transfers (for consumer accounts only)

In ca/ e of error/ or Que/ tion/ a, out your 9vectronic Sran/ fer/ 2) rite to BBWA2LUberation/ Hebbone Fubbot2PsUsBoV1-5hh2 Birmingl am2AD1 50EhsUr/ imby cawyour vocavcu/ tomer / er4ice num, er brinteHon tl e front of tl i/ / tatementsMawor ) rite a/ / oon a/ you can2if you tl inwyour / tatement or receibt i/ ) rong or if you neeH more information a, out a tran/ fer on tl e/ tatement or receibts. e mu/ t l ear from you no vater tl an Ho- Hay/ after ) e / ent tl e fir/ t / tatement on ) l icl tl e error or bro, vem abbeareHs

Z Sewu/ your name anHaccount num, er Kf any(s
Z Te/ cri, e tl e error or tl e tran/ fer you are un/ ure a, out2anHeVbvain a/ cvearvy a/ you can ) l y you, e4e4e it i/ / an error or ) l y you neeHmore informations
Z Sewu/ tl e Hbwar amount of tl e / / becteHerrors

. e ) iwin4e/ tigate your combvaint anH) iwcorrect any error brombtvysLf ) e tawe more tl an 1- , u/ ine/ / Hay/ K0- on cvaim/ on account/ obeneHe/ / tl an l - cavenHar Hay/ ( to Ho tl i/ 2) e ) iw creHit your account for tl e amount you tl inwi/ in error2/ o tl at you ) iwl a4e tl e u/ e of tl e money Huring tl e time it tawe/ u/ to combvete our in4e/ tigations

*$or CondVon/ umer Account cu/ tomer/ 2bvea/ e refer to your current CondVon/ umer Account Agreement for Hetaiv/ regarHng 9vectronic $unHSran/ fer/ s

## Overdraft Protection

**Calculation of Interest Charge and Balance Subject to Interest Rates** SI e intere/ t cl arge i/ combuteHu/ ing your annuavbercentage rate H4iHeH, y l h5 or2in tl e ca/ e of a veab year2l hh2 ) l icl gi4e/ you tl e •Abbivca, ve Oate$ Astl ougl ) e cavcuvate tl e intere/ t cl arge , y abbvying tl e Abbivca, ve Oate to eacl Haivy , avance2tl e intere/ t cl arge can av/ o , e cavcuvateH, y muvtibvying tl e Abbivca, ve Oate , y tl e •a4erage Haivy , avance(Hbavance Fu, ject to Intere/ t Oate( / I o) n on tl i/ / tatement2tl en muvtibvying tl at / um , y tl e num, er of Hay/ in tl e , iwing cyceeSo get tl e •Bavance Fu, ject to Intere/ t Oate( / I o) n on tl i/ / tatement ) e tawe tl e , eginning , avance of your account we/ / any unbaiHfinance cl arge/ eacl Hay2aHHany ne) aHHance/ or He, it/2anH / u, tract any bayment/ or creHit/ sSI i/ gi4e/ u/ tl e Haivy , avances SI en ) e aHHawtl e Haivy , avance/ for tl e , iwing cycve anHH4iiHe , y tl e num, er of Hay/ in tl e , iwing cycvesSI i/ gi4e u/ tl e •a4erage Haivy , avance( / I o) n on tl e / tatement a/ •Bavance Fu, ject to Intere/ t Oate(s Payment/ sPayment/ to your o4erHaft brotection voan account maHe tl rougl our tewer / Hebo/ iteHat our automateHtewer macl ine/ HASR ( ( RonHay tl rougl $riHay , efore tl e bo/ teH cutoff time ) iw, e bo/ teHto your account on tl e Hate tl ey are accebteHsUtl er) i/ e2tl e/ y iw, e bo/ teHon tl e ne\t , u/ ine/ / HaysPayment/ maHe tl rougl our ASR / 4ia a funH/ tran/ fer) iw, e bo/ teHon tl e Hate tl ey are recei4eHor ) on tl e ne\t , u/ ine/ / Hay if maHe after Hb- MS Hbm RS for Arizona account/ anHHbm PS for Mavifornia account/ ( RonHay tl rougl $riHay or anytime FaturHay2FunHay or , anwl oviHay/ sBBWA , u/ ine/ / Hay/ are RonHay tl rougl $riHay2e\cvuHing l oviHay/ s

## In Case of Errors or Questions About Your Statement KU4erHraft Protection Unw(

Lf you tl inwyour / tatement i/ ) rong2or if you neeHmore information a, out a tran/ action on your / tatement2) rite your i/ / ue on a / ebarate Hbcument anH enH it to BanwcarHMenter2PsUsBoV 001- 2Tecatur2AD1 5hEEd- - 1sSevebl one inQuire/ may , e maHe , y cawing your vocavBBWA , rancl w/ teHon tl e front of tl i/ / tatement to ) beaw) itl a Mu/ tomer Fer4ice Oebre/ entati4es Pvea/ e note: a tevebl one inQuiry ) iwnot bre/ er4e your rigl t/ unHer tHeHeravea) s. e mu/ t l ear from you no vater tl an i/Vty Hb- ( Hay/ after ) e/ ent you tl e fir/ t / tatement on ) l icl tl e error or bro, vem abbeareHs

- Sewu/ your name anHaccount num, er Kf any(s
- Te/ cri, e tl e error or tl e tran/ fer you are un/ ure a, out2anHeVbvain a/ cvearvy a/ you can ) l y you, e4e4e it i/ / an error or ) l y you neeHmore informations
- Sewu/ tl e Hbwar amount of tl e / / becteHerrors

x ou can / tob tl e automatic HeHuction of tl e R inimum Payment from your cl ecwing account if you tl inwyour / tatement i/ ) rongsSo / tob tl e bayment2your vetter mu/ t reacl u/ tl ree K ( , u/ ine/ / Hay/ , efore tl e automatic HeHuction i/ / cl eHuveHto occurs

## Reporting Other Problems

Pvea/ e re4ie) your / tatement carefuwysLf i/ e/ entiavtl at any account error/ or any imbrober tran/ action/ on your account , e reborteHto u/ a/ / oon a/ on4e / a, vo/ i/ , ve2Lf you faivto notify u/ of any i/ / becteHbro, vem/ 2error/ or unautl orizeHtran/ action/ ) itl in tl e time berioH/ / becifieH in tl e Hebo/ it account agreement2) e are not va, ve to you for any vo/ / / revateHto tl e bro, vem2error or unautl orizeHtran/ actions

BBWA anHBBWA Momba/ / are trade name/ of BBWA 3 FA2a mem, er of tl e BBWA Nroubs
BBWA 3 FA2Rem, er $TLWs

CONFIDENTIAL

# EXHIBIT 157

Appx. 02599

5/18/2021                                               NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                    Date   8/29/14          Page   1
                                    Primary Account
                                    Enclosures


          Highland Capital Management LP
          300 Crescent Court Suite 700
          Dallas TX 75201


     Checking Account/s

        Account Type:  Highland Capital Management LP

     Analysis Checking w/ Interest
     Account Number                     Statement Dates  8/01/14 thru  9/01/14
     Last Statement Balance             Days in the statement period
        14 Deposits/Credits             Average Ledger
         4 Checks/Debits                Average Collected
     Service Charge                     Interest Earned
     Interest Paid                      Annual Percentage Yield Earned
     This Statement Balance             2014 Interest Paid

     -------------------------------------------------------------------

     Deposits and Additions
     Date     Description                          Amount
```



5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                    Date  8/29/14        Page    2
                                    Primary Account
                                    Enclosures            ██████████
```



```
        Analysis Checking w/ Interest      ██████████    (Continued)

        Deposits and Additions
        Date     Description                        Amount
        ████████████████████████████               ██████████████████
        ████████████████████                       ██████████████████
        ████████████████████████████               ██████████████████
        ████████████████████████████████████       ██████████████████
        ████████████████████████████████████       ██████████████████

        ---------------------------------------------------------------

        Checks and Withdrawals
        Date     Description                        Amount
        ████████████████████████████               ██████████████████

         8/21    IB Transfer from D ****130 to        4,000,000.00-
                 D ****171
        ████████████████████████████████████████    ██████████████████
        ████████████████████                       ██████████████████
        ████████████████████████████████            ██████████████████

        ---------------------------------------------------------------

        Daily Balance Information
        Date         Balance      Date      Balance      Date      Balance
        ██████████████████████████████████████████████████████████████████
        ██████████████████████████████████████████████████████████████████
        ██████████████████████████████████████████████████████████████████

        ---------------------------------------------------------------

                    Interest Rate Summary
                    Date              Rate
                    ██████████████████████████
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

CONFIDENTIAL                                    D-NNL-029157

                                                    Appx. 02601

5/18/2021                                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                              Date  8/29/14        Page    3
                                              Primary Account
                                              Enclosures         ███████
```

Analysis Checking w/ Interest        ███████    (Continued)

End of Statement

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                each banking day will be credited as of that date.

CONFIDENTIAL                                                              D-NNL-029158

**Appx. 02602**

5/18/2021                                                    NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | |
|---|---|---|
| Enter bank balance from statement | | |
| Add deposits not credited by bank (if any) | | |
| | TOTAL | |
| Total of Checks not paid | Subtract total of checks not paid | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
    (1) Tell us your name and account number (if any).
    (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.
    We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

CONFIDENTIAL

D-NNL-029159

**Appx. 02603**

# EXHIBIT 158



# Jefferies

**Jefferies LLC**
520 Madison Avenue, 12th Floor
New York, New York 10022-4213
tel 212.284.2300

| Customer Account Number: | AE: PB2 | Statement Period: October 01, 2014 to October 31, 2014 | PAGE 1 of 7 |

**MARKET INDICES**

Index

HIGHLAND CAPITAL MANAGEMENT LP
300 CRESCENT COURT
SUITE 700
DALLAS TX 75201-7849

**ACCOUNT VALUE SUMMARY**

| Description | As of 09/30/14 | This Period |

Subtotal
Margin
TOTAL

**DIVIDENDS, INTEREST, AND TAX ACTIVITY SUMMARY**

| Description | This Statement | Year to Date |

TOTAL INCOME

TOTAL EXPENSES

THIS SUMMARY IS FOR INFORMATIONAL PURPOSES ONLY. IT IS NOT INTENDED AS A TAX DOCUMENT.
THIS STATEMENT SHOULD BE RETAINED FOR YOUR RECORDS.

| Customer Account Number: ▓▓▓▓ | AE: PB2 | Statement Period: October 01, 2014 to October 31, 2014 | PAGE 2 of 7 |

Please review this statement carefully. If it does not reflect your understanding of your transactions or balances, or there are any errors or omissions on this statement, promptly notify Jefferies LLC ("Jefferies") by calling 201-761-7610. Any oral communications should be re-confirmed in writing to further protect your rights, including those under the Securities Investors Protection Act (SIPA). All written inquiries and re-confirmations should be addressed to Jefferies LLC Attn: Customer Reporting Group, 101 Hudson Street, 11th Floor, Jersey City, NJ 07302-3915.

- You may have received a confirmation for a trade that does not appear on this statement. If the statement date of the trade as shown on the confirmation is later than the closing date of this statement (as shown above), that trade will appear on your next regular monthly statement.
- Transactions appearing on this statement may include those, if any, that have been executed by an affiliated broker-dealer but cleared through this account. Please check your confirmations to identify such transactions.
- If you are subject to 1099 reporting requirements, we are required by law to report to the Internal Revenue Service ("IRS") all gross proceeds of sales transactions (including short sales), cash dividends and registered bond interest credited to your account on securities held for you in our name. We also report coupon bond interest and interest earned on credit balances. Your Consolidated Form 1099 rather than your monthly statements is the authoritative document for tax reporting purposes and is used to report information to the IRS.
- If this statement is for a margin account and we maintain a special miscellaneous account for you, this statement is a combined statement of your general account and the special miscellaneous account maintained for you under section 4(f)(6) of Regulation T, issued by the Board of Governors of the Federal Reserve System. As required by Regulation T, the permanent record of the special miscellaneous account is available for your inspection upon request.
- A free credit balance represents funds payable upon demand, which although properly accounted for on Jefferies books are not segregated and may be used in the conduct of Jefferies business. Jefferies offers to routinely transfer ("sweep") your free credit balance into a money market fund at your election. The balance in such fund may be liquidated pursuant to your order and the proceeds returned to your securities account to be held as a free credit balance or remitted to you.
- The prices of securities displayed on your statement are derived from various sources and in some cases may be higher or lower than the price that you would actually receive in the market. Although we attempt to use reliable sources of information, we do not guarantee the accuracy of any securities prices.
- If this statement contains month-end valuations for Direct Participation Programs or Real Estate Investment Trusts, such values may be estimated, and obtained from pricing services or from the issuer in its annual report. If this statement does not contain month-end valuations for such instruments, it may be because accurate valuation information is not available. Please note that such securities are often illiquid and any estimated value may not be realized upon sale. The actual value of such instruments will most likely be different from the original purchase price.
- Jefferies is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the securities and cash in your account up to $500,000 of which $250,000 may be in cash. Jefferies has secured additional protection of up to $24,500,000 per account with an aggregate limit of $100,000,000 for all accounts. Neither the SIPC nor the additional coverage protects against the market risks associated with investing. Positions that are held are not in the custody or control of Jefferies nor are they covered by SIPC or the additional protection secured by Jefferies.
- In order to assist us in maintaining current background and financial information concerning our customers, we request that you promptly advise us in writing of any material change in your investment objectives or financial situation.
- Jefferies' Financial Statements are available for your personal inspection at any of Jefferies' offices, at the regional office of the Securities and Exchange Commission in New York or a copy will be mailed to you upon your written request. A most recent copy of the Audited and Unaudited Consolidated Statement of Financial Condition of Jefferies can be found by visiting the firm's website at www.jefferies.com and go to Investor Relations or call 1-888-JEFFERIES.
- Information with respect to commission and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your account executive.

- Exercise assignment notices for option contracts are allocated among client short positions pursuant to a procedure that randomly selects those contracts which are subject to exercise from among all client short option positions, including positions established on the day of the assignment. All short positions are subject to exercise at any time. A more detailed description of our random allocation procedure is available upon written request.
- In the event there has been any change in your investment objective(s), financial situation and/or risk tolerance, please contact your Account Executive.
- Call features shown on any fixed income security indicate the next regularly scheduled call date and price. Your holdings may be subject to other redemption features, including sinking funds, extraordinary calls or other call provisions. Unrealized gains and losses on bonds, if shown, have been adjusted to account for the accretion of original issue discount, the amortization of premium, and/or the accretion of market discount. For foreign bonds, amounts shown are denominated in the currency of the issue, price is a function of exchange rate and market price, market value is denominated in U.S. dollars, and changes in the exchange rate will affect the face value in U.S. dollars and market value.
- With respect to estimated yield figures shown, such as Estimated Annual Interest and Estimated Yield be advised that: (i) they are estimates, not actual amounts scheduled to be paid; (ii) for certain types of securities the amounts shown could include a return of principal or capital gains, in which case those estimated figures would be overstated; and (iii) the actual income and yield paid might be lower or higher than the estimated amounts. Estimated Yield reflects only the income generated by an investment. It does not reflect changes in price, which may fluctuate.
- Market Linked Investments ("MLIs") are buy and hold investments and are valued at par to reflect 100% principal protection in the investment currency at maturity. MLIs denominated in a currency other than U.S. dollars may be marked to market to reflect changes in the par value of the MLI in U.S. dollar terms.
- Please preserve this statement as it will be helpful in preparing your income tax returns and may be needed along with subsequent statements to verify activity in your account.
- For purposes of computing interest payable by you, balances in all types of accounts (except short, DVP and other) are combined. Credit balances, where applicable, are subtracted from debit balances in determining the daily debit balance, but only to the extent such credit balances do not exceed such debit balances.
- Short accounts are marked-to-the-market. Excess funds are credited to, and deficiencies of funds are debited from, the margin account.
- Interest charged on debit balances (and the applicable interest rate) will appear as a line item in the activity section for those accounts that incurred interest charges during any statement period. This statement should be retained and used in conjunction with the prior and next statement received to determine the amount of interest charged for each interest computation period. Interest will be charged on an average daily net debit balance computed on the basis of a 360-day year. For further information on how to compute interest, refer to the "Truth in Lending Statement". Interest in all months, except for December, is computed two days prior to the last business day of the current month through two days prior to the last business day of the following month and will be processed in your account (debited or credited) one day prior to the last business day of each month. In December, interest will accrue through December 31st and will be processed on the last business day of the calendar year.
- For purposes of any interest earned with respect to credit balances in your account, your statement will display an aggregate credit amount based on your net average daily free credit balance beginning with the day the credit balance begins and for each day during the period displayed.

JEF Rev 2/2014 S1032B06



# Jefferies

**Jefferies LLC**
520 Madison Avenue, 12th Floor
New York, New York 10022-4213
*tel* 212.284.2300

| Customer Account Number: ▮ | AE: PB2 | Statement Period: October 01, 2014 to October 31, 2014 | PAGE 3 of 7 |
|---|---|---|---|

**BUY SELL TRANSACTIONS**

Credit ratings are subjective opinions and not statements of fact and should not be relied on as investment advice. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, legal fees, or losses (including lost income or profits and opportunity costs or losses caused by negligence) in connection with any use of credit ratings.

| Date | Transaction | Account Type | Quantity | Description | Price | Debit | Amount Credit |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| **TOTAL BUY SELL TRANSACTIONS:** | | | | | | **$65,203.60** | |

**INCOME AND DISTRIBUTION ACTIVITY**

| Date | Transaction | Account Type | Quantity | Description | Rate | Debit | Amount Credit |
|---|---|---|---|---|---|---|---|
| 10/1 | WIRE | MARGIN | | FUNDS WIRE<br>NEXBANK SSB<br>NEXPOINT ADVISORS LP<br>REF# B1Q8154C009052 | | $6,000,000.00 | |

| **TOTAL INCOME AND DISTRIBUTION ACTIVITY:** | | | | | | | |

D-NNL-029162

**Appx. 02607**



Customer Account Number: ▮▮▮▮   AE: PB2    Statement Period:  October 01, 2014  to  October 31, 2014                    PAGE 4 of 7

**OTHER ACTIVITY**

| Date | Transaction | Account Type | Quantity | Description | Debit | Amount Credit |
|------|-------------|--------------|----------|-------------|-------|--------|
| | | | | | | |

**TOTAL OTHER ACTIVITY:** $4,908.89

**PORTFOLIO  SUMMARY**

Bond ratings are provided by Moody s and Standard & Poor s, respectively.  For more information about bond ratings please contact your financial advisor. Estimated figures shown are estimates and actual yield and income may differ.

**EQUITIES - LONG POSITIONS: 85.00% of Portfolio**

| Account Type | Quantity | Description | Symbol/ Cusip | Current Price | Market Value | Estimated Annual Income | Estimated Yield |
|--------------|----------|-------------|---------------|---------------|--------------|-------------------------|-----------------|
| | | | | | | | |

**Appx. 02608**



# Jefferies

**Jefferies LLC**
520 Madison Avenue, 12th Floor
New York, New York 10022-4213
*tel* 212.284.2300

SIPC

| Customer Account Number: ▮▮▮▮ | AE: PB2 | Statement Period: October 01, 2014 to October 31, 2014 | PAGE 5 of 7 |

**EQUITIES - LONG POSITIONS (Continued)**

| Account Type | Quantity | Description | Symbol/ Cusip | Current Price | Market Value | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

MARKET VALUE OF EQUITIES - LONG POSITIONS

**CORPORATE BONDS**

| Account Type | Quantity | Description | Bond Ratings | Current Price | Market Value | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

MARKET VALUE OF CORPORATE BONDS

CONFIDENTIAL



Customer Account Number: █████ AE: PB2 Statement Period: October 01, 2014 to October 31, 2014 PAGE 6 of 7

**US AGENCY SECURITIES**

**MARKET VALUE OF US AGENCY SECURITIES**

**MUTUAL FUNDS: 14.90% of Portfolio**

**TOTAL - MUTUAL FUNDS**

CONFIDENTIAL

D-NNL-029165

**Appx. 02610**

# Jefferies

**Jefferies LLC**
520 Madison Avenue, 12th Floor
New York, New York 10022-4213
*tel* 212.284.2300



| Customer Account Number: | AE: PB2 | Statement Period: October 01, 2014 to October 31, 2014 | PAGE 7 of 7 |
|---|---|---|---|

**Customer Notice**

## IMPORTANT NOTICE

► In accordance with the requirements of the Securities and Exchange Commission (the "Commission") clients may obtain a free copy of the Unaudited Consolidated Statement of Financial Condition of Jefferies LLC as of May 31, 2014 by visiting our website at http://investor-relations.jefferies.com/GenPage.aspx?IID=102756&GKP=207790 or by calling 1-888-JEFFERIES.  The Statement of Financial Condition is also available for your personal inspection at Jefferies' principal office at 520 Madison Avenue, New York, NY 10022 or at the regional office of the Securities and Exchange Commission in New York.

Jefferies is subject to the Commission's Uniform Net Capital Rule (the "Rule"), which specifies minimum net capital requirements. Jefferies computes net capital under the alternative method of the rule, which requires the Company to maintain net capital of not less than the greater of $1,500,000 or 2% of aggregate debit balances (primarily receivables from customer transactions). Compliance with the Rule could limit operations of Jefferies, such as underwriting and trading activities that require the use of significant amounts of capital, and may also restrict loans, advances, dividends and other payments by Jefferies. As of May 31, 2014, Jefferies' net capital was $1,090,453,000 which was 33% of aggregate debit balances and $1,016,424,000 in excess of required net capital.

*** END OF STATEMENT ***

CONFIDENTIAL

D-NNL-029166

**Appx. 02611**

# EXHIBIT 159

Appx. 02612

5/18/2021                                      NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                  Date 11/28/14          Page    1
                                  Primary Account        ██████
                                  Enclosures


        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201


        NexBank's Privacy Policy is accessible at www.NexBank.com


        Checking Account/s

            Account Type:  Highland Capital Management LP

        Analysis Checking w/ Interest
        Account Number            ██████    Statement Dates  11/03/14 thru 11/30/14
        Last Statement Balance  ████████    Days in the statement period    ████
            8 Deposits/Credits  ████████    Average Ledger
            6 Checks/Debits     ████████    Average Collected       ████████
        Service Charge            ██████    Interest Earned
        Interest Paid           ████████    Annual Percentage Yield Earned  ████████
        This Statement Balance  ████████    2014 Interest Paid

        ------------------------------------------------------------------------

        Deposits and Additions
        Date    Description                        Amount
        █████████████████████████████████████████████████████
        █████████████████████████████████████████████████████
        █████████████████████████████████████████████████████
        █████████████████████████████████████████████████████
        █████████████████████████████████████████████████████
        █████████████████████████████████████████████████████
        █████████████████████████████████████████████████████
        █████████████████████████████████████████████████████
        ███████████████████████████████████████
        █████████████████████████████████████████████
        ████████████████████████████████████
        █████████████████████████████████████████████
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

CONFIDENTIAL                                            D-NNL-029167

                                                        **Appx. 02613**

5/18/2021                                          NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                        Date 11/28/14        Page    2
                                        Primary Account    ████████
                                        Enclosures


        Analysis Checking w/ Interest   ████████  (Continued)

        --------------------------------------------------------------

        Checks and Withdrawals
        Date    Description                      Amount
        11/14   IB Transfer from D ****130 to    2,500,000.00-
                D ****171
```



```
        --------------------------------------------------------------

        Daily Balance Information
        Date        Balance      Date      Balance      Date      Balance




        --------------------------------------------------------------

                    Interest Rate Summary
                    Date          Rate


        End of Statement
```

MEMBER FDIC              NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
            Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
            each banking day will be credited as of that date.

CONFIDENTIAL                                           D-NNL-029168

**Appx. 02614**

5/18/2021                                                    NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | |
|---|---|---|
| Enter bank balance from statement | | |
| Add deposits not credited by bank (if any) | | |
| TOTAL | | |
| Total of Checks not paid | Subtract total of checks not paid | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | |

*Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable*
*Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.*

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

CONFIDENTIAL

D-NNL-029169

**Appx. 02615**

# EXHIBIT 160

Appx. 02616



ERD Report Filename - 7202015031004573.TXT
Batch # - 2015031004573
Printed on Feb 02, 2015 at 07:40 AM

CLOSE

1
+@ Primary Account: [redacted]
Page 1 of 7
Primary Account:[redacted]
Beginning January 1, 2015 - Ending January 31, 2015

HIGHLAND CAPITAL MANAGEMENT LP
MASTER OPERATING ACCOUNT
300 CRESCENT CT STE 700
DALLAS TX 75201-7849

Contacting Us

Phone: 1-800-266-7277

S u m m a r y o f A c c o u n t s

Deposit Accounts/Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | [redacted] | [redacted] | [redacted] |
| Total Deposit Accounts | | [redacted] | [redacted] |

1
+@ Primary Account: [redacted]
Page 2 of 7
Primary Account:[redacted]
Beginning January 1, 2015 - Ending January 31, 2015

T R E A S U R Y M A N A G E M E N T A N A L Y S I S C H E C K I N G
Account Number: 0025876342 - HIGHLAND CAPITAL MANAGEMENT LP

Activity Summary

| | |
|---|---|
| Beginning Balance on 1/1/15 | [redacted] |
| Deposits/Credits (23) | [redacted] |
| Withdrawals/Debits (130) | [redacted] |
| Ending Balance on 1/31/15 | [redacted] |

Deposits and Other Credits

| Date* | Serial# | Description | Deposits/ Credits |
|---|---|---|---|
| [redacted] | | [redacted] | [redacted] |

1
+@ Primary Account:[redacted]
Page 3 of 7
Primary Account:[redacted]
Beginning January 1, 2015 - Ending January 31, 2015

Deposits and Other Credits - continued

Compass e-Access



Date*    Serial#    Description                                                    Deposits/
                                                                                   Credits

*The Date provided is the business day that the transaction is processed.

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.

Withdrawals and Other Debits

Date*    Serial#    Description                                                    Withdrawals/
                                                                                   Debits

*@ Primary Account:
Page 4 of 7
Primary Account
Beginning January 1, 2015 - Ending January 31, 2015

Withdrawals and Other Debits - continued

Date*    Serial#    Description                                                    Withdrawals/
                                                                                   Debits

CONFIDENTIAL                                              D-NNL-029153

Appx. 02618





| | | |
|---|---|---|
| 1/29 | OUT WT E-ACCESS REF 20150129F2QCZ60C001505 BNF NexPoint Advisors | $3,100,000.00 |

| | |
|---|---|
| | $10,000.00 |

*The Date provided is the business day that the transaction is processed.

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.

End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| | | | | | |

+@ Primary Account:
Page 7 of 7
Primary Account:
Beginning January 1, 2015 - Ending January 31, 2015

Summary of Checks

| Date | Check# | Amount | Date | Check# | Amount | Date | Check# | Amount |
|---|---|---|---|---|---|---|---|---|
| 1/16 | 14386 | $2,304.00 | 1/26 | 14959* | $13.83 | 1/6 | 15110* | $40.00 |

* Indicates break in check sequence

CONFIDENTIAL

D-NNL-029155

Appx. 02620

# EXHIBIT 161

Appx. 02621

5/18/2021                                                                NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                    Date  7/31/15           Page    2
                                    Primary Account    ▮▮▮▮▮▮▮
                                    Enclosures
```

Analysis Checking w/ Interest          ▮▮▮▮▮▮   (Continued)

Checks and Withdrawals

```
Date    Description                            Amount
 7/22   IB Transfer from D ****130 to       1,250,000.00-
        D ****171
```



------------------------------------------------------------------------

Daily Balance Information

```
Date        Balance       Date        Balance       Date        Balance
```

------------------------------------------------------------------------

                        Interest Rate Summary
                    Date              Rate

End of Statement

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
              each banking day will be credited as of that date.

CONFIDENTIAL                                                          D-NNL-029171

                                                                    Appx. 02622

5/18/2021                                          NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                         Date  8/31/15        Page    2
                                         Primary Account
                                         Enclosures          ███████
```

```
        Analysis Checking w/ Interest    ███████    (Continued)

        ------------------------------------------------------------

        Checks and Withdrawals
        Date     Description                      Amount
        ████████████████████████████████████████████████

         8/18    IB Transfer from D ****130 to    1,500,000.00-
                 D ****171
        ████████████████████████████████████████████████


        ------------------------------------------------------------

        Daily Balance Information
        Date       Balance     Date      Balance    Date     Balance
        ████████████████████████████████████████████████████████████


        ------------------------------------------------------------

                       Interest Rate Summary
                   Date            Rate
                   ██████████████████████████

        End of Statement
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

CONFIDENTIAL                                                        D-NNL-029172

                                                                   Appx. 02623

Page 5 of 7
Primary Account ▮▮▮▮▮▮▮▮
Beginning October 1, 2015 - Ending October 31, 2015          31



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|--------|--------|--------|



| 10/22 | | OUT WT E-ACCESS REF  20151022F2QCZ60C000688 BNF NexPoint Advisors, | $200,000.00 |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
  * The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|



CONFIDENTIAL

D-NNL-029173
**Appx. 02624**

5/18/2021                                                    NexBank SSB





2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com

```
                                             Date 11/30/15        Page    2
                                             Primary Account
                                             Enclosures        ██████████


        Analysis Checking w/ Interest      ██████████  (Continued)

        ------------------------------------------------------------------

        Checks and Withdrawals
        Date      Description                          Amount

        ████████████████████████████████████████████████

        11/23     IB Transfer from D ****130 to        325,000.00-
                  D ****171
        ████████████████████████████████████████████████



        ------------------------------------------------------------------

        Daily Balance Information
        Date         Balance      Date      Balance    Date     Balance
        ██████████████████████████████████████████████████████



        ------------------------------------------------------------------

                       Interest Rate Summary
                       Date            Rate
                       ██████████████████████████

        End of Statement
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                each banking day will be credited as of that date.

CONFIDENTIAL                                                      D-NNL-029174

                                                                 Appx. 02625

5/18/2021                                              NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                      Date 12/31/15          Page     2
                                      Primary Account        ▓▓▓▓▓▓▓
                                      Enclosures


        Analysis Checking w/ Interest    ▓▓▓▓▓▓   (Continued)

        Deposits and Additions
        Date    Description                        Amount
        ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

        ------------------------------------------------------------------

        Checks and Withdrawals
        Date    Description                        Amount
        12/02   IB Transfer from D ****130 to       500,000.00-
                D ****171
```



```
        ------------------------------------------------------------------

        Daily Balance Information
        Date         Balance      Date      Balance     Date      Balance
        ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
```

MEMBER FDIC              NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
             Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
             each banking day will be credited as of that date.

CONFIDENTIAL

D-NNL-029175

Appx. 02626

Page 6 of 9
Primary Account: ███████
Beginning December 1, 2015 - Ending December 31, 2015          31

**BBVA** Compass



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|-----------------|-------------|---------------------|
| 12/22 | | OUT WT E-ACCESS REF  20151222F2QCZ60C003170 BNF NexPoint Advisors, | $150,000.00 |



Page 7 of 11
Primary Account: ███████
Beginning January 1, 2016 - Ending January 31, 2016          31

**BBVA** Compass

| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|
| 1/15 | | OUT WT E-ACCESS REF  20160115F2QCZ60C001287 BNF NexPoint Advisors, | $325,000.00 |

**Appx. 02628**

5/18/2021                                              NexBank SSB







```
                                        Date   2/29/16        Page    2
                                        Primary Account
                                        Enclosures
```

Analysis Checking w/ Interest    ░░░░░░  (Continued)

Deposits and Additions
Date     Description                          Amount



--------------------------------------------------------------------------------

Checks and Withdrawals
Date     Description                          Amount



```
2/18     IB Transfer from D ****130 to        600,000.00-
         D ****171
```



MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                each banking day will be credited as of that date.

CONFIDENTIAL                                    D-NNL-029178

                                                                **Appx. 02629**

5/18/2021                                                NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                          Date   3/31/16      Page     2
                                          Primary Account
                                          Enclosures          ███████
```

Analysis Checking w/ Interest     ████████    (Continued)

Deposits and Additions
Date      Description                           Amount



--------------------------------------------------------------------------------

Checks and Withdrawals
Date      Description                           Amount

```
  3/15    IB Transfer from D ****130 to          325,000.00-
          D ****171
  3/29    IB Transfer from D ****130 to          425,000.00-
          D ****171
```

MEMBER FDIC                   NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

CONFIDENTIAL                                            D-NNL-029179

**Appx. 02630**

5/18/2021                                            NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                        Date  4/29/16        Page    2
                                        Primary Account
                                        Enclosures
```

Analysis Checking w/ Interest         ▮▮▮▮▮▮   (Continued)

Deposits and Additions
Date      Description                              Amount



--------------------------------------------------------------------------------

Checks and Withdrawals
Date      Description                              Amount

```
  4/22     IB Transfer from D ****130 to        475,000.00-
           D ****171
```

--------------------------------------------------------------------------------

Daily Balance Information
Date         Balance      Date        Balance      Date       Balance

--------------------------------------------------------------------------------

MEMBER FDIC              NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
             Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
             each banking day will be credited as of that date.

CONFIDENTIAL                                                        D-NNL-029180

                                                                              Appx. 02631

5/18/2021                                                      NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                          Date  5/31/16        Page    2
                                          Primary Account
                                          Enclosures         ██████████
```

Analysis Checking w/ Interest      ██████████   (Continued)

Deposits and Additions
```
Date      Description                          Amount
████████████████████████████████████████████████████
```
--------------------------------------------------------------

Checks and Withdrawals
```
Date      Description                          Amount
████████████████████████████████████████████████████


  5/25     IB Transfer from D ****130 to         425,000.00-
           D ****171
```
--------------------------------------------------------------

Daily Balance Information
```
Date          Balance      Date      Balance      Date      Balance
██████████████████████████████████████████████████████████████████
```
--------------------------------------------------------------

```
              Interest Rate Summary
              Date          Rate
              █████████████████████████
```

End of Statement

---

MEMBER FDIC                  NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
              each banking day will be credited as of that date.

CONFIDENTIAL                                                      D-NNL-029181

                                                                    Appx. 02632

5/18/2021                                        NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



Date   6/30/16          Page    2
Primary Account
Enclosures

Analysis Checking w/ Interest          ▮▮▮▮▮▮     (Continued)

Deposits and Additions
Date      Description                              Amount



--------------------------------------------------------------------------------

Checks and Withdrawals
Date      Description                              Amount

6/15      IB Transfer from D ****130 to           675,000.00-
          D ****171

--------------------------------------------------------------------------------

Daily Balance Information
Date           Balance         Date         Balance        Date        Balance

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                each banking day will be credited as of that date.

CONFIDENTIAL                                                                D-NNL-029182
                                                                        Appx. 02633

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                    Date  7/29/16        Page    2
                                    Primary Account
                                    Enclosures
```

```
        Analysis Checking w/ Interest          ███████   (Continued)

        Deposits and Additions
        Date     Description                          Amount
```



```
        --------------------------------------------------------------------

        Checks and Withdrawals
        Date     Description                          Amount
```



```
        7/18     IB Transfer from D ****130 to        100,000.00-
                 D ****171
```



MEMBER FDIC                NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
            Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
            each banking day will be credited as of that date.

CONFIDENTIAL                                                        D-NNL-029183
                                                                   Appx. 02634

5/18/2021                                         NexBank SSB



**NEXBANK**™

2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



**FDIC**

```
                                        Date 11/30/16          Page    2
                                        Primary Account
                                        Enclosures          ▮▮▮▮▮▮


        Analysis Checking w/ Interest      ▮▮▮▮▮    (Continued)

        --------------------------------------------------------------------

        Checks and Withdrawals
        Date      Description                            Amount
        11/21     IB Transfer from D ****130 to          500,000.00-
                  D ****171

        --------------------------------------------------------------------

        Daily Balance Information
        Date        Balance       Date        Balance     Date      Balance
```



```
                            Interest Rate Summary
                        Date            Rate
```

```
        End of Statement
```

---

MEMBER FDIC                  NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

CONFIDENTIAL                                                    D-NNL-029184

                                                                          **Appx. 02635**

Page 8 of 13
Primary Account
Beginning May 1, 2017 - Ending May 31, 2017          31

**BBVA** Compass



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|
| 5/11 | | OUT WT E-ACCESS CSTREP REF 20170511F2QCZ60C002038 BNF NexPoint Advisors | $4,200,000.00 |

CONFIDENTIAL

D-NNL-029185

**Appx. 02636**

# EXHIBIT 162

**PACHULSKI STANG ZIEHL & JONES LLP**

146276

| | RHL | | ROBERT HALF LEGAL | | 6/15/2021 | |
|---|---|---|---|---|---|---|
| 0122935C | | 6/15/2021 | CLIENT COSTS - 36027.002 | 500-04 | | 187.50 |
| 0123564C | | 6/15/2021 | CLIENT COSTS - 30627.002 | 500-04 | | 1,762.50 |

**Check Amount:** $1,950.00

SUPERIOR PRESS (888) 590-7998 J84219631

D-CNL003821
Appx. 02638

 **Robert Half**

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 05/06/2021 |
| Invoice Number: | 0122935C |
| Customer Number: | 002445092 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

**Personal & Confidential**
John A Morris
HIGHLAND CAPITAL MANAGEMENT
Suite 700
300 Crescent Court
Dallas TX 75201

**Please Remit To:**
Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

**Pay Online:** https://www.roberthalf.com/pay

Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Description | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Crane,Geoffrey J | 04/30/2021 | Morris,John A | Sr. Attorney | 2.50 | HRS | REG | $ 75.00 | $ | 187.50 |
| | Subtotal: | | | | 2.50 | HRS | | | $ | 187.50 |

| | | |
|---|---|---|
| Invoice Subtotal: | $ | 187.50 |
| TOTAL AMOUNT DUE: | $ | 187.50 |

ACC PAC ADVISED

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.
Any questions regarding this invoice, please call or email:
(800) 356-1994 / inquiries.srm@roberthalf.com

 **Robert Half**®

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 05/20/2021 |
| Invoice Number: | 0123564C |
| Customer Number: | 002445092 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
John A Morris
HIGHLAND CAPITAL MANAGEMENT
Suite 700
300 Crescent Court
Dallas TX 75201

**Please Remit To:**
Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

**Pay Online:** https://www.roberthalf.com/pay

## Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Description | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Crane,Geoffrey J | 05/07/2021 | Morris,John A | Sr. Attorney | 8.75 | HRS | REG | $ 75.00 | $ | 656.25 |
| 2 | Crane,Geoffrey J | 05/14/2021 | Morris,John A | Sr. Attorney | 14.75 | HRS | REG | $ 75.00 | $ | 1,106.25 |
| | Subtotal: | | | | 23.50 | HRS | | | $ | 1,762.50 |

| | | |
|---|---|---|
| Invoice Subtotal: | $ | 1,762.50 |
| **TOTAL AMOUNT DUE:** | $ | 1,762.50 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.
Any questions regarding this invoice, please call or email:
(800) 356-1994 / inquiries.srm@roberthalf.com

Please return stub with your payment.

D-CNL003823

**Appx. 02640**

# EXHIBIT 163

**PACHULSKI STANG ZIEHL & JONES LLP**

146345

| RHL | | ROBERT HALF LEGAL | | 6/24/2021 |
| 0126707C | 6/24/2021 | CLIENT COSTS - 36027.002 | 500-04 | 937.50 |

**Check Amount:** $937.50

SUPERIOR PRESS (888) 590-7998 JB4219631

D-CNL003824

**Appx. 02642**

 **Robert Half**®

Page: 1
Invoice Date: 06/17/2021
Invoice Number: 0126707C
Customer Number: 002445092
Fed Tax ID: 94-1648752

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
John A Morris
HIGHLAND CAPITAL MANAGEMENT
Suite 700
300 Crescent Court
Dallas TX 75201

**Please Remit To:**
Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

**Pay Online:** https://www.roberthalf.com/pay

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Description | Qty | UOM | | Bill Rate | | Amount |
|------|---------------|-----------|------------------------|-------------|-----|-----|---|-----------|---|--------|
| 1 | Crane,Geoffrey J | 06/11/2021 | Morris,John A | Sr. Attorney | 12.50 | HRS REG | $ | 75.00 | $ | 937.50 |
| | Subtotal: | | | | 12.50 | HRS | | | $ | 937.50 |

**Project/Engagement: Highland/Pachulski Discovery Assistance**

| | | | |
|--|--|--|--|
| Invoice Subtotal: | | $ | 937.50 |
| **TOTAL AMOUNT DUE:** | | $ | 937.50 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice, please call or email:
(800) 356-1994 / inquiries.srm@roberthalf.com

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

| Customer Number | Invoice Number | Total Amount |
|-----------------|----------------|--------------|
| 00000002445092 | 0126707C | $ 937.50 |

00000002445092012670?C000937503

HIGHLY CONFIDENTIAL

D-CNL003825

Appx. 02643

# EXHIBIT 164

Appx. 02644

**PACHULSKI STANG ZIEHL & JONES LLP**

146534

| | RHL | | ROBERT HALF LEGAL | | 7/13/2021 | |
|---|---|---|---|---|---|---|
| 0127289C | | 7/13/2021 | CLIENT COSTS - 36027.002 | 500-02 | | 6,000.00 |

Check Amount: $6,000.00

SUPERIOR PRESS (888) 590-7998  JB4219631

HIGHLY CONFIDENTIAL

 **Robert Half**®

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 07/01/2021 |
| Invoice Number: | 0127289C |
| Customer Number: | 002445092 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

**Personal & Confidential**
John A Morris
HIGHLAND CAPITAL MANAGEMENT
Suite 700
300 Crescent Court
Dallas TX 75201

**Please Remit To:**
Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

**Pay Online:** https://www.roberthalf.com/pay

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Description | Qty | UOM | Bill Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | Crane,Geoffrey J | 06/18/2021 | Morris,John A | Sr. Attorney | 40.00 | HRS REG | $ 75.00 | $ 3,000.00 |
| 2 | Crane,Geoffrey J | 06/25/2021 | Morris,John A | Sr. Attorney | 40.00 | HRS REG | $ 75.00 | $ 3,000.00 |
| | Subtotal: | | | | 80.00 | HRS | | $ 6,000.00 |

**Project/Engagement: Highland/Pachulski Discovery Assistance**

ACC PAC ADVISED

| | | |
|---|---|---|
| Invoice Subtotal: | $ | 6,000.00 |
| **TOTAL AMOUNT DUE:** | $ | **6,000.00** |

We provide you timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice, please call or email:
(800) 356-1994 / inquiries.srm@roberthalf.com

# EXHIBIT 165

Appx. 02647

**PACHULSKI STANG ZIEHL & JONES LLP**

146596

| RHL | | ROBERT HALF LEGAL | | 7/20/2021 |
|---|---|---|---|---|
| 0128616C | 7/20/2021 | CLIENT COSTS - 36027.002 | 500-04 | 5,062.50 |

**Check Amount:** $5,062.50

SUPERIOR PRESS  (888) 590-7998  JB4219631

HIGHLY CONFIDENTIAL

 **Robert Half**

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 07/15/2021 |
| Invoice Number: | 0128616C |
| Customer Number: | 002445092 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
John A Morris
HIGHLAND CAPITAL MANAGEMENT
Suite 700
300 Crescent Court
Dallas TX 75201

**Please Remit To:**
Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

**Pay Online:** https://www.roberthalf.com/pay

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Description | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Crane,Geoffrey J | 07/02/2021 | Morris,John A | Sr. Attorney | 27.50 | HRS REG | $ | 75.00 | $ | 2,062.50 |
| 2 | Crane,Geoffrey J | 07/09/2021 | Morris,John A | Sr. Attorney | 40.00 | HRS REG | $ | 75.00 | $ | 3,000.00 |
| | Subtotal: | | | | 67.50 | HRS | | | $ | 5,062.50 |

**Project/Engagement: Highland/Pachulski Discovery Assistance**

| | | |
|---|---|---|
| Invoice Subtotal: | $ | 5,062.50 |
| **TOTAL AMOUNT DUE:** | $ | 5,062.50 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice, please call or email:
(800) 356-1994 / inquiries.srm@roberthalf.com

D-CNL003829

Appx. 02649

# EXHIBIT 166

**PACHULSKI STANG ZIEHL & JONES LLP**

146925

| | RHL | | ROBERT HALF LEGAL | | 8/25/2021 | |
| --- | --- | --- | --- | --- | --- | --- |
| 0132912C | | 8/25/2021 | CLIENT COSTS - 36027.003 | 500-04 | | 3,243.75 |

**Check Amount:**  $3,243.75

SUPERIOR PRESS  (888) 590-7998  JB4219631

HIGHLY CONFIDENTIAL



Page: 1
Invoice Date: 08/19/2021
Invoice Number: 0132912C
Customer Number: 002445092
Fed Tax ID: 94-1648752

**Labor Invoice – DUE UPON RECEIPT**

**Personal & Confidential**
John A Morris
HIGHLAND CAPITAL MANAGEMENT
Suite 700
300 Crescent Court
Dallas TX 75201

**Please Remit To:**
Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

**Pay Online:** https://www.roberthalf.com/pay

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Description | Qty | UOM | | Bill Rate | | Amount |
|------|---------------|-----------|------------------------|-------------|------|---------|----|-----------|----|----------|
| 1 | Crane,Geoffrey J | 08/06/2021 | Morris,John A | Sr. Attorney | 37.50 | HRS REG | $ | 75.00 | $ | 2,812.50 |
| 2 | Crane,Geoffrey J | 08/13/2021 | Morris,John A | Sr. Attorney | 5.75 | HRS REG | $ | 75.00 | $ | 431.25 |
| | Subtotal: | | | | 43.25 | HRS | | | $ | 3,243.75 |

**Project/Engagement: Highland/Pachulski Discovery Assistance**

| | | |
|--|--|--|
| Invoice Subtotal: | $ | 3,243.75 |
| **TOTAL AMOUNT DUE:** | $ | 3,243.75 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice, please call or email:
(800) 356-1994 / inquiries.srm@roberthalf.com

D-CNL003831
Appx. 02652

# EXHIBIT 167

Appx. 02653

**PACHULSKI STANG ZIEHL & JONES LLP**

147165

| RHL | | ROBERT HALF LEGAL | | 9/22/2021 |
| --- | --- | --- | --- | --- |
| 0136354C | 9/22/2021 | CLIENT COSTS - 36027.003 | 500-03 | 3,693.75 |

Check Amount: $3,693.75

SUPERIOR PRESS (888) 590-7998 JB4219631

D-CNL003832

Appx. 02654

 **Robert Half**®

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 09/16/2021 |
| Invoice Number: | 0136354C |
| Customer Number: | 002445092 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
John A Morris
HIGHLAND CAPITAL MANAGEMENT
Suite 700
300 Crescent Court
Dallas TX 75201

**Please Remit To:**
Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

**Pay Online:**https://www.roberthalf.com/pay

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Description | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Crane,Geoffrey J | 09/03/2021 | Morris,John A | Sr. Attorney | 32.50 | HRS REG | $ | 75.00 | $ | 2,437.50 |
| 2 | Crane,Geoffrey J | 09/10/2021 | Morris,John A | Sr. Attorney | 16.75 | HRS REG | $ | 75.00 | $ | 1,256.25 |
| | Subtotal: | | | | 49.25 | HRS | | | $ | 3,693.75 |

**Project/Engagement: Highland/Pachulski Discovery Assistance**

| | | |
|---|---|---|
| Invoice Subtotal: | $ | 3,693.75 |
| **TOTAL AMOUNT DUE:** | $ | 3,693.75 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.
Any questions regarding this invoice, please call or email:
(800) 356-1994 / inquiries.srm@roberthalf.com

HIGHLY CONFIDENTIAL

# EXHIBIT 168

Appx. 02656

**PACHULSKI STANG ZIEHL & JONES LLP**

147320

| | RHL | | ROBERT HALF LEGAL | | 10/8/2021 | |
|---|---|---|---|---|---|---|
| O134543C | 10/7/2021 | CLIENT COSTS - 36027.003 | 500-04 | | 5,737.50 |
| O138413C | 10/7/2021 | CLIENT COSTS - 36027.003 | 500-04 | | 6,000.00 |

**Check Amount:** $11,737.50

SUPERIOR PRESS (888) 590-7998 J84219631

HIGHLY CONFIDENTIAL

D-CNL003834

Appx. 02657

 **Robert Half**®

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 09/02/2021 |
| Invoice Number: | 0134543C |
| Customer Number: | 002445092 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
John A Morris
HIGHLAND CAPITAL MANAGEMENT
Suite 700
300 Crescent Court
Dallas TX 75201

**Please Remit To:**
Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

**Pay Online:**https://www.roberthalf.com/pay

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Description | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Crane,Geoffrey J | 08/20/2021 | Morris,John A | Sr. Attorney | 36.50 | HRS REG | $ | 75.00 | $ | 2,737.50 |
| 2 | Crane,Geoffrey J | 08/27/2021 | Morris,John A | Sr. Attorney | 40.00 | HRS REG | $ | 75.00 | $ | 3,000.00 |
| | Subtotal: | | | | 76.50 | HRS | | | $ | 5,737.50 |

Project/Engagement: Highland/Pachulski Discovery Assistance

| | | | |
|---|---|---|---|
| Invoice Subtotal: | | $ | 5,737.50 |
| **TOTAL AMOUNT DUE:** | | $ | 5,737.50 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice, please call or email:
(800) 356-1994 / inquiries.srm@roberthalf.com

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 00000002445092 | 0134543C | $    5,737.50 |

=

0000000244509201345 43C005737504

 **Robert Half**®

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 09/30/2021 |
| Invoice Number: | 0138413C |
| Customer Number: | 002445092 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
John A Morris
HIGHLAND CAPITAL MANAGEMENT
Suite 700
300 Crescent Court
Dallas TX 75201

**Please Remit To:**
Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

**Pay Online:**https://www.roberthalf.com/pay

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Description | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Crane,Geoffrey J | 09/17/2021 | Morris,John A | Sr. Attorney | 40.00 | HRS | REG | $ 75.00 | $ | 3,000.00 |
| 2 | Crane,Geoffrey J | 09/24/2021 | Morris,John A | Sr. Attorney | 40.00 | HRS | REG | $ 75.00 | $ | 3,000.00 |
| | Subtotal: | | | | 80.00 | HRS | | | $ | 6,000.00 |

Project/Engagement: Highland/Pachulski Discovery Assistance

| | | |
|---|---|---|
| Invoice Subtotal: | $ | 6,000.00 |
| **TOTAL AMOUNT DUE:** | $ | 6,000.00 |

We provide you more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice, please call or email:
(800) 356-1994 / inquiries.srm@roberthalf.com

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 00000002445092 | 0138413C | $ 6,000.00 |

00000002445092013841 3C006000009

HIGHLY CONFIDENTIAL

D-CNL003836

Appx. 02659

# EXHIBIT 169

Appx. 02660

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

Board of Directors
Highland Capital Management LP
300 Crescent Court ste. 700
Dallas, TX 75201

December 31, 2020
Invoice    126769
Client     36027
Matter     00002
**JNP**

RE: Postpetition

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2020**



Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:   21
Invoice 126769
December 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| ▉ | ▉ | BL | ▉ | ▉ | ▉ | ▉ |
| 12/05/2020 | GIG | BL | Research re bankruptcy court jurisdiction over note claims | 2.20 | 895.00 | $1,969.00 |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ | | | |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |



D-CNL000980

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 22
Invoice 126769
December 31, 2020



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/07/2020 | IDK | BL | E-mails with G Glazer on status of Stern issues re demand note litigation vs Dondero related entities. | 0.10 | 1145.00 | $114.50 |

D-CNL000981

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:   24
Invoice 126769
December 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | █████████ | | | |
| 12/07/2020 | GIG | BL | Research re bankruptcy court jurisdiction over note claims | 5.50 | 895.00 | $4,922.50 |
| 12/07/2020 | GIG | BL | Research re bankruptcy court jurisdiction over note claims | 4.30 | 895.00 | $3,848.50 |
| ███ | ██ | ██ | █████████ | ██ | ██ | ███ |
| ███ | ██ | ██ | █████████ | ██ | ██ | ███ |
| ███ | ██ | █████████ | ██ | ██ | ███ | |
| ███ | ██ | █████████ | ██ | ██ | ███ | |
| ███ | ██ | ██ | █████████ | ██ | ██ | ███ |
| ███ | ██ | ██ | █████████ | ██ | ██ | |
| ███ | ██ | ██ | █████████ | ██ | ██ | |
| ███ | ██ | ██ | █████████ | ██ | ██ | |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027  - 00002

Page:    26
Invoice 126769
December 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/08/2020 | GIG | BL | Research re bankruptcy court jurisdiction over note claims | 1.20 | 895.00 | $1,074.00 |
| 12/08/2020 | GIG | BL | Prepare memo re jurisdiction issue | 6.90 | 895.00 | $6,175.50 |
| 12/08/2020 | GIG | BL | Emails Ira D. Kharasch re jurisdiction memo | 0.10 | 895.00 | $89.50 |
| 12/09/2020 | IDK | BL | Attend conference call with J. Pomerantz, others, on , demand note upcoming litigation, | 1.30 | 1145.00 | $1,488.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    31
Invoice 126769
December 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|



| 12/10/2020 | GIG | BL | Emails Ira D. Kharasch re jurisdiction memo | 0.10 | 895.00 | $89.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    33
Invoice 126769
December 31, 2020



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/11/2020 | GIG | BL | Emails with Gregory V. Demo re jurisdiction question, review memo re same | 0.20 | 895.00 | $179.00 |
| 12/11/2020 | GVD | BL | Review research re bankruptcy jurisdiction | 0.30 | 825.00 | $247.50 |

D-CNL000985

**Appx. 02667**

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027　- 00002

Page:　40
Invoice 126769
December 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| ███ | ██ | █ | ███████ | ██ | ██ | ██ |
| ███ | ██ | █ | ██████ | ██ | ██ | ██ |
| ███ | ██ | █ | ███████ | ██ | ██ | ██ |
| ███ | ██ | █ | ██████ | ██ | ██ | ██ |
| ███ | ██ | █ | ███████ | ██ | ██ | ██ |
| ███ | ██ | █ | ███████ | ██ | ██ | ██ |
| ███ | ██ | █ | ███████ | ██ | ██ | ██ |
| 12/15/2020 | BEL | BL | Telephone conference with John A. Morris regarding complaint regarding demand notes. | 0.20 | 825.00 | $165.00 |
| 12/15/2020 | BEL | BL | Review demand notes. | 0.50 | 825.00 | $412.50 |
| ███ | ██ | ███████ | | ██ | ██ | ██ |
| ███ | ██ | ██████ | | ██ | ██ | ██ |
| ███ | ██ | BL | ████████ | ██ | ██ | ██ |
| 12/15/2020 | JAM | BL | ████████ | 9.20 | 1075.00 | $9,890.00 |

telephone conference with B. Levine re: collection actions on demand notes (0.1);

D-CNL000986

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/16/2020 | BEL | BL | Review notes and draft complaint. | 3.70 | 825.00 | $3,052.50 |

D-CNL000987

Appx. 02669

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    46
Invoice 126769
December 31, 2020

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | ██████████; review/revise complaint against Dondero for breach of demand notes (0.8); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd, B. Levine re: complaint against Dondero (0.1). |  |  |  |
| 12/20/2020 | HRW | BL | Draft HarbourVest 9019 motion (9.9). | 9.90 | 625.00 | $6,187.50 |
| ████ | ██ | ██ | ████████████ |  |  |  |
| ████ | ██ | ██ | ████████████ |  |  |  |
| ████ | ██ | ██ | ████████████ |  |  |  |
| ████ | ██ | ██ | ████████████ |  |  |  |
| ████ | ██ | ██ | ████████████ |  |  |  |
| ████ | ██ | ██ | ████████████ |  |  |  |
| ████ | ██ | ██ | ████████████ |  |  |  |
| ████ | ██ | ██ | ████████████ |  |  |  |
| 12/21/2020 | JNP | BL | Review draft complaint against Dondero for demand notes. | 0.10 | 1075.00 | $107.50 |
| ████ | ██ | ██ | ████████████ |  |  |  |
| ████ | ██ | ██ | ████████████ |  |  |  |
| 12/21/2020 | JAM | BL | Telephone conference with J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: ██████, demand notes, ██████████); e-mail to J. Seery, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: complaint against Dondero (demand notes) (0.1). |  | 1075.00 |  |
| ████ | ██ | ██ | ████████████ |  |  |  |
| ████ | ██ | ██ | ████████████ |  |  |  |

D-CNL000988

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    54
Invoice 126769
December 31, 2020



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/27/2020 | GVD | BL | Review and revise complaint re demand notes | 0.50 | 825.00 | $412.50 |

# EXHIBIT 170

Appx. 02672

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

Board of Directors
Highland Capital Management LP
300 Crescent Court ste. 700
Dallas, TX  75201

January 31, 2021
Invoice    127125
Client     36027
Matter     00002
**JNP**

RE:   Postpetition

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   01/31/2021



Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    24
Invoice 127125
January 31, 2021



|  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/07/2021 | JAM | BL | 12.10 | 1245.00 | $15,064.50 |

e-mail to M. Clemente, P. Montgomery, J. Pomerantz, G. Demo re: complaint against defaulting demand note parties (0.2);

D-CNL000996

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:   26
Invoice 127125
January 31, 2021

| | | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|



01/09/2021   IDK   BL                               Attend
conference call with internal team on
, prosecution of demand notes,

D-CNL000997

Appx. 02675

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/10/2021 | IDK | BL | E-mails with K Brown re overseeing demand note complaints and related litigation (.2). | 0.20 | 1325.00 | $265.00 |

D-CNL000998

**Appx. 02676**

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/11/2021 | IDK | BL | Telephone conference and e-mails with K Brown re prosecuting demand notes vs Dondero (.2). | 0.20 | 1325.00 | $265.00 |
| 01/11/2021 | IDK | BL | E-mails with B Levine re demand notes and need to commence actions and prior draft of complaint (.2); E-mails with local counsel re same re writs of attachment for same (.3). | 0.50 | 1325.00 | $662.50 |



Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002



Page:    30
Invoice 127125
January 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|



| 01/12/2021 | IDK | BL | E-mails with K Brown, H Winograd re getting complaints filed on demand notes and logistics (.2). | 0.20 | 1325.00 | $265.00 |

D-CNL001000

Appx. 02678

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    31
Invoice 127125
January 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| ██ | ██ | █ | ████████ | █ | █ | ██ |
| ██ | ██ | █ | █████████ | █ | █ | ██ |
| 01/12/2021 | KHB | BL | Emails with I. Kharasch and Hayley R. Winograd re complaints on promissory notes and writs of attachment. | 0.20 | 1225.00 | $245.00 |
| ██ | ██ | █ | ███████ | █ | █ | ██ |



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| ██ | ██ | █ | ████████ | █ | █ | ██ |
| ██ | ██ | █ | █████████ | █ | █ | ██ |
| 01/12/2021 | GVD | BL | Correspondence with PSZJ litigation team re demand letters | 0.20 | 950.00 | $190.00 |
| 01/12/2021 | HRW | BL | █████ █████ | 8.60 | 695.00 | $5,977.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027  - 00002

Page:    32
Invoice 127125
January 31, 2021

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|



Review Dondero demand note complaint (0.2); Review demand letters (0.3);

01/13/2021  IDK  BL   E-mails with K Brown, others re legal issues, including Stern, turnover, on draft complaint vs Dondero entities on notes, and prior memo on Stern vs Marshall (.4).   0.40   1325.00   $530.00

**Appx. 02680**

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027     - 00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

| 01/13/2021 | KHB | BL | Review complaint and demand letters re promissory notes (.4); consider jurisdictional and Stern issues and emails to Hayley Winpograd (HG) and Greg Demo (GD) re same (.4); review authorities re jurisdictional and Stern issues (.5); conference call with HG and GD re complaints on promissory notes and applications for writs of attachment (.6); | 6.10 | 1225.00 | $7,472.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002



|  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/13/2021 | BEL | BL | Emails regarding draft Dondero complaint. | 0.20 | 950.00 | $190.00 |

D-CNL001004

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 35
Invoice 127125
January 31, 2021



| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/13/2021 | GVD | BL | Conference with K. Brown and H. Winograd re demand note issues | 0.80 | 950.00 | $760.00 |
| 01/13/2021 | HRW | BL | Call with G. Demo and K. Brown re: demand note complaints (0.6); Call with G. Demo re: demand note complaints (0.1); Review Demand Notes and related documents (0.8) Draft Demand Note Complaints against Dondero and related entities (4.5). | 9.00 | 695.00 | $6,255.00 |
| 01/14/2021 | IDK | BL | E-mails with H Winograd and J Morris re next steps on complaints on demand notes (.1). | 0.10 | 1325.00 | $132.50 |
| 01/14/2021 | JNP | BL | Review email regarding suits against noteholders and next steps. | 0.10 | 1295.00 | $129.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:   36
Invoice 127125
January 31, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

01/14/2021   KHB   BL   call with Greg Demo (GD), J. Morris (JM) and Hayley Winograd ("HG") re litigation strategy on promissory notes (.4); confer with HG re form of complaints (.2); review and revise complaint (1.6); emails with HG re revisions to complaints (.5).

01/14/2021   JAM   BL   9.70   1245.00   $12,076.50

telephone conference with G. Demo re: complaints against makers of notes (0.2); telephone conference with K. Brown, H. Winograd, G. Demo (partial participation) re: complaints against makers of notes

D-CNL001006

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 37
Invoice 127125
January 31, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/14/2021 | HRW | BL | Draft Demand Note Complaints against Dondero and related entities (5.5); ▮▮▮ ; PSZJ call re: Demand Note Complaints and litigation strategy (0.5); Review Demand Notes and related documents (1.0); Call with K. Brown re: Demand Note Complaints (0.1); ▮▮▮ | 9.60 | 695.00 | $6,672.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027  - 00002

Page:   38
Invoice 127125
January 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | ██████ | | | | |
| 01/15/2021 | KHB | BL | Work on complaints on promissory notes (4.4). emails with G. Demo re payment on NPA note (.2); review draft letter to NPA re same (.2); email from J. Pomerantz re writs of attachment (.1); email from I. Kharasch re same (.1); emails with H. Winograd and G. Demo re complaints (.2). | 5.20 | 1225.00 | $6,370.00 |
| ██ | ██ | ██ | ██████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ███████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | █████████ | ██ | ██ | ██ |
| 01/15/2021 | JAM | ██ | ████████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ████████████ | ██ | ██ | ██ |
| 01/15/2021 | GVD | BL | Review and revise demand note complaint | 0.30 | 950.00 | $285.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 39
Invoice 127125
January 31, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/15/2021 | HRW | BL | Draft Demand Note Complaints against Dondero and related entities (7.5). | 8.20 | 695.00 | $5,699.00 |
| 01/16/2021 | HRW | BL | Draft complaints against Dondero and related entities re: demand notes (4.8). | 4.80 | 695.00 | $3,336.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    40
Invoice 127125
January 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|



01/17/2021   HRW   BL   ██████    Draft complaints against Dondero and related entities re: demand notes (4.5).

01/18/2021   JNP   BL   Conference with Sidley, John A. Morris, Ira D. Kharasch and Gregory V. Demo regarding litigation matters including notes, ██████████████

D-CNL001010

Appx. 02688

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    41
Invoice 127125
January 31, 2021



|  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/18/2021 | KHB | BL | | | |

review comments to complaints on promissory notes by J. Morris and email to J. Morris and H. Winograd re same (.2); work on complaints (.7); call with Committee counsel, J. Morris and J. Pomerantz re litigation strategy (.7).

| 01/18/2021 | JAM | BL | 8.00 | | |

review/revise draft Complaint against Dondero for recovery under demand notes (0.9); e-mail to K. Brown, H. Winograd, J. Pomerantz, I. Kharasch, G. Demo re: revisions to draft Complaint against Dondero for recovery under demand notes (0.2);

e-mails to Sidley, J. Pomerantz, G. Demo, H. Winograd re: complaints for recovery under demand notes (0.3);

D-CNL001011

Appx. 02689

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 42
Invoice 127125
January 31, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/18/2021 | HRW | BL | Draft complaints against Dondero and related entities re: demand notes (7.5); Call with Committee re: litigation strategy (0.8). | 8.30 | 695.00 | $5,768.50 |

D-CNL001012

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

| | Hours | Rate | Amount |
|---|---|---|---|



D-CNL001013

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

Page:    45

Invoice 127125

January 31, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/22/2021 | KHB | BL | Emails with H. Winograd and J. Morris re complaints on promissory notes. | 0.20 | 1225.00 | $245.00 |
| 01/22/2021 | JAM | BL | review complaints concerning demand notes and send e-mail to Z. Annable, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd concerning the same (0.2); | | | |

D-CNL001014

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

| | Hours | Rate | Amount |
|---|---|---|---|



e-mail to Z. Annable re: note complaints and cover
sheets (0.1); telephone conference with J. Seery re:
note complaints (0.1);

D-CNL001015

Appx. 02693

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    53
Invoice 127125
January 31, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/28/2021 | JMF | BL | Review complaints and background re notes receivables re HCMS, HCRE, and HCMFA. | 1.10 | 1050.00 | $1,155.00 |

D-CNL001016

# EXHIBIT 171

Appx. 02695

## Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

Board of Directors
Highland Capital Management LP
300 Crescent Court ste. 700
Dallas, TX  75201

February 28, 2021
Invoice    127314
Client     36027
Matter     00002
**JNP**

RE:   Postpetition

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  02/28/2021



Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002



| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|

| 02/02/2021 | HRW | BL | Draft letters to HCRE and HCMS re: partial payments and | 1.90 | 695.00 | $1,320.50 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

| | Hours | Rate | Amount |
|---|---|---|---|

demand letters (1.3).

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/06/2021 | IDK | BL | E-mails with G Demo re correspondence with Gov Re reps on counsel, as well as with CEO on demand notes (.2). | 0.20 | 1325.00 | $265.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    27
Invoice 127314
February 28, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/08/2021 | HRW | BL | Draft follow-up to demand letters for HCRE and HCSM | 0.20 | 695.00 | $139.00 |
| | | BL | | 4.30 | 1245.00 | $5,353.50 |

D-CNL000994

Appx. 02700

# EXHIBIT 172

Appx. 02701

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

Board of Directors
Highland Capital Management LP
300 Crescent Court ste. 700
Dallas, TX 75201

March 31, 2021
Invoice    127522
Client     36027
Matter     00002
         **JNP**

RE:  Postpetition

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  03/31/2021

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:     13
Invoice 127522
March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/02/2021 | GVD | BL | Draft checklist of open litigation items | 0.50 | 950.00 | $475.00 |
| 03/02/2021 | GVD | BL | Conference with PSZJ team re status of UBS settlement | 0.40 | 950.00 | $380.00 |
| 03/02/2021 | HRW | BL | Prepare joint proposed scheduling order for demand note adversary proceedings involving HCMFA and NPA (1.2); PSZJ WIP call (0.8); Review adversary proceedings and critical dates (0.6); Review NPA and HCMFA answer to complaints (0.4); Review Advisors motion to stay pending appeal (0.6). | 3.60 | 695.00 | $2,502.00 |
| 03/03/2021 | IDK | BL | Attend conference call with J Pomerantz, R Feinstein, G Demo on UBS latest markup and problems with same (1.4). | 1.40 | 1325.00 | $1,855.00 |
| 03/03/2021 | IDK | BL | Review of correspondence from UBS re its new markup of settlement, and brief review (.2); E-mails with J Pomerantz, R Feinstein re problems with same, as well as J Pomerantz list of issues on same and need for call (.2). | 0.40 | 1325.00 | $530.00 |
| 03/03/2021 | JNP | BL | Emails with Robert J. Feinstein, Ira D. Kharasch and Gregory V. Demo regarding call to discuss UBS settlement agreement. | 0.10 | 1295.00 | $129.50 |
| 03/03/2021 | JNP | BL | Email to Board with latest UBS settlement agreement. | 0.10 | 1295.00 | $129.50 |
| 03/03/2021 | JNP | BL | Review and comment on latest UBS settlement agreement. | 0.30 | 1295.00 | $388.50 |
| 03/03/2021 | JNP | BL | Review emails regarding SOHC and authority issues. | 0.10 | 1295.00 | $129.50 |
| 03/03/2021 | JNP | BL | Lengthy call with Ira D. Kharasch, Robert J. Feinstein and Gregory V. Demo regarding UBS settlement agreement. | 1.40 | 1295.00 | $1,813.00 |
| 03/03/2021 | JNP | BL | Review and respond to email regarding outstanding notes litigation. | 0.10 | 1295.00 | $129.50 |
| 03/03/2021 | JNP | BL | Conference with J. Seery regarding UBS, Plan issues and related. | 0.50 | 1295.00 | $647.50 |
| 03/03/2021 | JNP | BL | Review Dondero response to Committee preservation motion. | 0.10 | 1295.00 | $129.50 |
| 03/03/2021 | RJF | BL | Review UBS markup of settlement agreement. | 0.60 | 1395.00 | $837.00 |
| 03/03/2021 | RJF | BL | Internal call regarding UBS agreement. | 1.40 | 1395.00 | $1,953.00 |
| 03/03/2021 | JAM | BL | Analysis of Hunter Mountain claim and related notes litigation and send e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: same (0.8); draft amended deposition notices for HCRE litigation (0.2); e-mails with Z. Annable, H. | 1.80 | 1245.00 | $2,241.00 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027 - 00002

Page: 14

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Winograd re: amended deposition notices for HCRE litigation (0.1);e-mails with J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: Hunter Mountain claim, Rand guaranty, and default under the notes (0.2); telephone conference with J. Seery re: litigation update (0.5). | | | |
| 03/03/2021 | EAW | BL | Draft discovery requests (RCT) and related email to R. Feinstein. | 5.50 | 925.00 | $5,087.50 |
| 03/03/2021 | EAW | BL | Emails to/from G. Demo re: UBS judgment against Funds. | 0.10 | 925.00 | $92.50 |
| 03/03/2021 | GVD | BL | Correspondence with Z. Annable re scheduling order | 0.10 | 950.00 | $95.00 |
| 03/03/2021 | GVD | BL | Conference with PSZJ team re status of UBS settlement agreement and next steps | 1.40 | 950.00 | $1,330.00 |
| 03/03/2021 | GVD | BL | Review revised UBS settlement agreement | 0.30 | 950.00 | $285.00 |
| 03/03/2021 | GVD | BL | Schedule board call re UBS settlement | 0.10 | 950.00 | $95.00 |
| 03/03/2021 | HRW | BL | Prepare joint proposed scheduling order for demand note adversary proceedings (0.8); | 0.80 | 695.00 | $556.00 |
| 03/04/2021 | IDK | BL | Review briefly G Demo markup of UBS settlement agreement, including feedback of J Pomerantz re same | 0.40 | 1325.00 | $530.00 |
| 03/04/2021 | IDK | BL | Attend part of call with CEO, J Dubel, J Pomerantz, others on how to respond to UBS markup and our proposed counter markup (1.0); E-mails with J Pomerantz, others re his draft response to UBS on our settlement issues (.2). | 1.20 | 1325.00 | $1,590.00 |
| 03/04/2021 | IDK | BL | E-mails with G Demo re Gov Re payment re Sentinel and consider (.2). | 0.20 | 1325.00 | $265.00 |
| 03/04/2021 | JNP | BL | Review and comment on redline of UBS settlement agreement. | 0.10 | 1295.00 | $129.50 |
| 03/04/2021 | JNP | BL | Conference with J. Seery, J. Dubel, Robert J. Feinstein, Ira D. Kharasch and Gregory V. Demo regarding UBS settlement agreement. | 1.60 | 1295.00 | $2,072.00 |
| 03/04/2021 | JNP | BL | Draft email to Latham regarding issues on settlement agreement. | 0.60 | 1295.00 | $777.00 |
| 03/04/2021 | RJF | BL | Review revised settlement agreement. | 0.40 | 1395.00 | $558.00 |
| 03/04/2021 | RJF | BL | Internal call regarding revised settlement agreement. | 1.40 | 1395.00 | $1,953.00 |
| 03/04/2021 | RJF | BL | Call BOD regarding revised settlement agreement. | 0.50 | 1395.00 | $697.50 |
| 03/04/2021 | JAM | BL | Review/revise model scheduling order for notes litigation (0.3); e-mails with H. Winograd re: model scheduling order for notes litigation (0.1); e-mail to L. Hogewood, D. Rukavina re: proposed scheduling | 0.60 | 1245.00 | $747.00 |

D-CNL001082

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

Page:    15

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | orders for HCMFA and Nexpoint notes litigation (0.2). | | | |
| 03/04/2021 | EAW | BL | Draft 2004 motion (RCT). | 4.30 | 925.00 | $3,977.50 |
| 03/04/2021 | GVD | BL | Conference with J. Morris re subpoena and follow up re same | 0.30 | 950.00 | $285.00 |
| 03/04/2021 | GVD | BL | Revise UBS settlement agreement | 1.30 | 950.00 | $1,235.00 |
| 03/04/2021 | GVD | BL | Further revise UBS settlement agreement re changes from J. Pomerantz and R. Feinstein | 0.30 | 950.00 | $285.00 |
| 03/04/2021 | GVD | BL | Attend conference with J. Seery and J. Dubel re UBS settlement | 1.60 | 950.00 | $1,520.00 |
| 03/04/2021 | GVD | BL | Review draft email to UBS re settlement | 0.10 | 950.00 | $95.00 |
| 03/04/2021 | HRW | BL | Prepare joint proposed scheduling order for demand note adversary proceedings (1.8); | 1.80 | 695.00 | $1,251.00 |
| 03/05/2021 | JNP | BL | Conference with John A. Morris regarding subpoena and response. | 0.20 | 1295.00 | $259.00 |
| 03/05/2021 | JMF | BL | Review opposition to motion to dismiss (.3) and scheduling stipulation and order re upcoming hearing (.1). | 0.40 | 1050.00 | $420.00 |
| 03/05/2021 | JAM | BL | Review United Development subpoena (0.2); telephone conference with T. Surgent re: United Development subpoena (0.4); telephone conference with J. Pomerantz re: United Development subpoena (0.2); e-mail to N. Stephens, J. Pomerantz re: United Development subpoena (0.2); analysis and preparation of cross-examination for Dondero in connection with contempt hearing (2.3); e-mail to L. Drawhorn, H. Winograd re: proposed scheduling orders for HCRE and HCMS notes litigation (0.2); e-mail to D. Rukavina re: proposed scheduling orders for Nexpoint and HCMFA notes litigation (0.1). | 3.60 | 1245.00 | $4,482.00 |
| 03/05/2021 | EAW | BL | Research and draft 2004 motion (RCT). | 5.60 | 925.00 | $5,180.00 |
| 03/07/2021 | JAM | BL | Review/revise proposed scheduling orders for HCMFA and NexPoint notes litigation (0.4); e-mail to D. Rukavina, L. Hogewood, H. Winograd re: revised proposed scheduling orders for HCMFA and NexPoint notes litigation (0.2); review Hunter Mountain note, Rand guaranty, and draft default letters (0.7); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: Hunter Mountain default under Note (0.3); work on cross-examination for J. Dondero for contempt hearing (2.1). | 3.70 | 1245.00 | $4,606.50 |
| 03/07/2021 | GVD | BL | Correspondence with J. Morris re term note defaults | 0.20 | 950.00 | $190.00 |

D-CNL001083

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    16
Invoice 127522
March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/08/2021 | IDK | BL | Review of Reid Collins reply to UBS opposition to its withdrawal motion. | 0.10 | 1325.00 | $132.50 |
| 03/08/2021 | IDK | BL | Review briefly Dondero petition for writ of mandamus, and related E-mails with J Pomerantz, H Winograd re same. | 0.30 | 1325.00 | $397.50 |
| 03/08/2021 | JNP | BL | Conference with John A. Morris and lawyers regarding third party subpoena. | 0.30 | 1295.00 | $388.50 |
| 03/08/2021 | JNP | BL | Conference with John A. Morris regarding promissory note litigation issues. | 0.10 | 1295.00 | $129.50 |
| 03/08/2021 | JNP | BL | Review Reid Collins reply regarding motion to withdraw. | 0.10 | 1295.00 | $129.50 |
| 03/08/2021 | JNP | BL | Review Writ of Mandamus regarding Dondero preliminary injunction and emails regarding same. | 0.20 | 1295.00 | $259.00 |
| 03/08/2021 | RJF | BL | Review Reid Collins reply on motion to withdraw. | 0.20 | 1395.00 | $279.00 |
| 03/08/2021 | JMF | BL | Review scheduling orders re adversary motions and opposition to preservation of documents re 3/22 hearing. | 0.40 | 1050.00 | $420.00 |
| 03/08/2021 | JAM | BL | Telephone conference with J. Pomerantz re: litigation matters (0.1); e-mails with D. Rukavina, H. Winograd, Z. Annable re: scheduling orders for NexPoint and HCMFA notes litigation (0.2); telephone conference with P. Keiffer re: Hunter Mountain adversary proceeding (0.1); telephone conference with D. Klos, G. Demo re: HCRE deal structure concerning litigation (0.7); telephone conference with G. Demo re: HCRE deal structure concerning litigation (0.1); telephone conference with J. Pomerantz, counsel to United re: subpoena (0.3); communications with J. Seery, J. Pomerantz, J. Bonds re: Dondero request for extension of time to respond to notes litigation (0.2); communications with J. Seery, J. Kathman re: status of Daugherty settlement documents (0.1). | 1.80 | 1245.00 | $2,241.00 |
| 03/08/2021 | EAW | BL | Draft 2004 motion (RCT). | 2.10 | 925.00 | $1,942.50 |
| 03/08/2021 | GVD | BL | Review filed response of Reid Collins to withdrawal motion | 0.20 | 950.00 | $190.00 |
| 03/08/2021 | HRW | BL | Review and draft joint proposed scheduling orders for Demand Note adversary proceedings relating to HCRE, HCMFA, NPA, HCMS (1.5); Research issues relating to Dondero petition for writ of mandamus (0.6); Review adversary proceeding and appeals critical deadlines and dates (1.0). | 2.10 | 695.00 | $1,459.50 |
| 03/09/2021 | JNP | BL | Conference with J. Dubel regarding call with | 0.10 | 1295.00 | $129.50 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027 - 00002

Page: 17

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Latham. | | | |
| 03/09/2021 | JNP | BL | Conference with DSI, Gregory V. Demo, Robert J. Feinstein and J. Seery in preparation for call with Latham. | 0.50 | 1295.00 | $647.50 |
| 03/09/2021 | JNP | BL | Participate on call with Latham, J. Seery, J. Dubel and Robert J. Feinstein regarding settlement and related issues. | 1.80 | 1295.00 | $2,331.00 |
| 03/09/2021 | JNP | BL | Review proposed request for production. | 0.10 | 1295.00 | $129.50 |
| 03/09/2021 | RJF | BL | Internal calls regarding UBS settlement. | 0.60 | 1395.00 | $837.00 |
| 03/09/2021 | RJF | BL | Call with UBS counsel regarding settlement. | 1.90 | 1395.00 | $2,650.50 |
| 03/09/2021 | JAM | BL | Review exhibit lists for Dondero contempt hearing and send e-mail to L. Canty re: specific exhibit for review (0.5); e-mails with H. Winograd, Z. Annable re: scheduling orders for the HCRE and HCMS adversary proceedings (0.2); e-mails with H. Winograd, Z. Annable re: scheduling orders for NexPoint and HCMFA adversary proceedings (0.1); review Dondero motion for Writ of Mandamus (0.7); e-mails with H. Winograd, Z. Annable re: issues concerning opposition brief to Dondero motion for Writ of Mandamus (0.4). | 4.80 | 1245.00 | $5,976.00 |
| 03/09/2021 | EAW | BL | Draft 2004 motion (RCT). | 1.60 | 925.00 | $1,480.00 |
| 03/09/2021 | EAW | BL | Review exhibits to letter and potential exhhibits to 2004 motion | 1.20 | 925.00 | $1,110.00 |
| 03/09/2021 | LSC | BL | Preparation of materials for upcoming hearings for J. Morris. | 3.20 | 460.00 | $1,472.00 |
| 03/09/2021 | GVD | BL | Review writ of mandamus | 0.30 | 950.00 | $285.00 |
| 03/09/2021 | GVD | BL | Conference with J. Seery, J. Romey, J. Pomerantz, and R. Feinstein re preparation for UBS call | 0.90 | 950.00 | $855.00 |
| 03/09/2021 | GVD | BL | Compile and send exhibits to UBS | 0.40 | 950.00 | $380.00 |
| 03/09/2021 | HRW | BL | Review adversary proceeding and appeals critical deadlines and dates (1.0); Draft response to Dondero petition for writ of mandamus (6.8); Call with J. Morris re: Dondero petition for writ of mandamus (0.1); Review joint proposed scheduling orders for Demand Note adversary proceedings relating to HCRE, HCMFA, NPA, HCMS (0.8). | 8.70 | 695.00 | $6,046.50 |
| 03/10/2021 | IDK | BL | Review of J Morris memo to Board on Dondero writ and our potential response, as well as CEO feedback re same and re other litigation (.2). | 0.20 | 1325.00 | $265.00 |
| 03/10/2021 | JNP | BL | Conference with J. Seery and Gregory V. Demo regarding Arizona and employee. | 0.30 | 1295.00 | $388.50 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027 - 00002

Page: 18

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/10/2021 | JNP | BL | Conference with John A. Morris regarding contempt motion hearing and email from J. Bonds and call regarding continue to continue. | 0.20 | 1295.00 | $259.00 |
| 03/10/2021 | JNP | BL | Conference with J. Dubel regarding UBS. | 0.20 | 1295.00 | $259.00 |
| 03/10/2021 | JNP | BL | Review motion for continuance of contempt hearing and emails regarding same. | 0.10 | 1295.00 | $129.50 |
| 03/10/2021 | RJF | BL | Review and comment on draft 2004 request | 0.40 | 1395.00 | $558.00 |
| 03/10/2021 | JMF | BL | Review writ of mandamus and motion to continue 3/22 hearing. | 0.50 | 1050.00 | $525.00 |
| 03/10/2021 | JAM | BL | Telephone conference with J. Kathman re: comments to Daugherty draft settlement agreements (0.4); telephone conference with B. Sharp, Sidley re: document preservation issues (0.7); communications with J. Pomerantz, J. Bonds re: Dondero request for continuance of Contempt Hearing (0.2); review Dondero's motion for continuance of Contempt Hearing (0.1); e-mail to Board, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: Dondero petition for writ of mandamus and motion for continuance (0.2); communications with Z. Annable, D. Rukavina, H. Winograd re: scheduling matters for notes litigation (0.2); prepare for contempt hearing (0.5). | 2.30 | 1245.00 | $2,863.50 |
| 03/10/2021 | EAW | BL | Draft 2004 motion (RCT). | 1.90 | 925.00 | $1,757.50 |
| 03/10/2021 | GVD | BL | Review stipulation re transfer of privilege | 0.20 | 950.00 | $190.00 |
| 03/10/2021 | GVD | BL | Review motion to continue hearing | 0.20 | 950.00 | $190.00 |
| 03/10/2021 | HRW | BL | Draft response to Dondero petition for writ of mandamus (9.5). | 9.50 | 695.00 | $6,602.50 |
| 03/11/2021 | EAW | BL | Draft 2004 motion (RCT). | 0.60 | 925.00 | $555.00 |
| 03/11/2021 | GVD | BL | Conference with J. Morris re open litigation issues | 0.10 | 950.00 | $95.00 |
| 03/12/2021 | JAM | BL | E-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: stipulations withdrawing proofs of claim and dismissing adversary proceeding without prejudice for Hunter Mountain (0.2). | 0.20 | 1245.00 | $249.00 |
| 03/12/2021 | LSC | BL | Research discovery documents, conduct legal research, and prepare hearing materials for G. Demo and J. Pomerantz. | 4.80 | 460.00 | $2,208.00 |
| 03/13/2021 | JAM | BL | Work in connection with admittance to Fifth Circuit for Dondero petition for writ of mandamus (0.3); e-mail to L. Canty, J. Pomerantz, G. Demo, Z. Annable re: UBS designations for appeal of Acis settlement (0.2); e-mails with G. Demo, T. Surgent, | 0.70 | 1245.00 | $871.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    21
Invoice 127522
March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/17/2021 | JMF | BL | Review reply to Motion to dismiss complaint against advisors. | 0.30 | 1050.00 | $315.00 |
| 03/17/2021 | JAM | BL | Telephone conference with J. Seery re: status of litigation (0.2); e-mails with J. Pomerantz, I. Kharasch, G. Demo re: Leventon request for documents (0.1); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: discovery of Dondero on notes litigation (0.7). | 1.00 | 1245.00 | $1,245.00 |
| 03/17/2021 | EAW | BL | Emails to/from R. Feinstein re: 9019 motion (UBS). | 0.10 | 925.00 | $92.50 |
| 03/17/2021 | GVD | BL | Conference with J. Morris re open litigation issues | 0.20 | 950.00 | $190.00 |
| 03/17/2021 | GVD | BL | Conference with Latham, J. Pomerantz, and R. Feinstein re draft settlement agreement | 1.10 | 950.00 | $1,045.00 |
| 03/17/2021 | GVD | BL | Multiple conferences with J. Seery re UBS settlement issues | 0.20 | 950.00 | $190.00 |
| 03/17/2021 | GVD | BL | Conference with R. Feinstein re UBS settlement issues | 0.10 | 950.00 | $95.00 |
| 03/17/2021 | HRW | BL | Review Dondero answer to demand note complaint (0.4); Draft email to Seery re: demand note litigation scheduling (1.0); Draft discovery demands directed to Dondero for demand note litigation (2.5). | 3.90 | 695.00 | $2,710.50 |
| 03/18/2021 | IDK | BL | E-mails with J Pomerantz re his correspondence with UBS on their further markup of settlement and issues (.2). | 0.20 | 1325.00 | $265.00 |
| 03/18/2021 | IDK | BL | Review of Dondero motion to disqualify judge, related correspondence re same and my feedback re same (.4). | 0.40 | 1325.00 | $530.00 |
| 03/18/2021 | JNP | BL | Email to J. Dubel and J. Seery  regarding UBS. | 0.10 | 1295.00 | $129.50 |
| 03/18/2021 | JNP | BL | Conference with Robert J. Feinstein regarding UBS email regarding filing and other issues (2x). | 0.30 | 1295.00 | $388.50 |
| 03/18/2021 | JNP | BL | Conference with J. Seery regarding UBS, litigation and other case issues. | 0.40 | 1295.00 | $518.00 |
| 03/18/2021 | JNP | BL | Email to J. Seery regarding status of UBS Settlement Agreement. | 0.10 | 1295.00 | $129.50 |
| 03/18/2021 | JNP | BL | Conference with J. Dubel regarding UBS, motion to recuse. | 0.30 | 1295.00 | $388.50 |
| 03/18/2021 | JNP | BL | Briefly review motion to recuse and emails regarding same. | 0.20 | 1295.00 | $259.00 |
| 03/18/2021 | JNP | BL | Conference with Ira D. Kharasch regarding claims transfer issues, motion to recuse and UBS. | 0.20 | 1295.00 | $259.00 |
| 03/18/2021 | JNP | BL | Email to and from A. Clubock regarding Settlement Agreement. | 0.10 | 1295.00 | $129.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    22
Invoice 127522
March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/18/2021 | JNP | BL | Review emails regarding provision of information to UBS. | 0.10 | 1295.00 | $129.50 |
| 03/18/2021 | RJF | BL | Several calls with Jeffrey N. Pomerantz, Seery regarding impending UBS motion. | 0.80 | 1395.00 | $1,116.00 |
| 03/18/2021 | RJF | BL | Prepare draft response to UBS motion. | 0.40 | 1395.00 | $558.00 |
| 03/18/2021 | RJF | BL | Telephone conferences and emails with Seery regarding documents delivered to UBS. | 0.50 | 1395.00 | $697.50 |
| 03/18/2021 | RJF | BL | Review UBS exhibits for privilege, related emails. | 0.40 | 1395.00 | $558.00 |
| 03/18/2021 | RJF | BL | Emails with Gregory V. Demo, Jeffrey N. Pomerantz regarding privileged documents. | 0.80 | 1395.00 | $1,116.00 |
| 03/18/2021 | JAM | BL | E-mail to J. Seery re: promissory notes' litigation (0.1); review/revise draft document request for Dondero (notes litigation) (0.2); e-mail to G. Demo, H. Winograd re: requests to admit for Dondero (notes litigation) (0.3); review draft witness and exhibit list (0.2); communications w/ J. Pomerantz, I. Kharasch, G. Demo, H. Winograd, L. Canty re: draft witness and exhibit list (0.2); e-mails w/ H. Winograd, Z. Annable re: discovery requests for Dondero (permanent injunction hearing) (0.2); prepare for contempt hearing (1.5); quick review of Dondero's recusal motion (0.4). | 3.10 | 1245.00 | $3,859.50 |
| 03/18/2021 | LSC | BL | Prepare witness and exhibit list and exhibits (3.1); research and prepare attorneys' materials in connection with upcoming hearing (3.3). | 6.40 | 460.00 | $2,944.00 |
| 03/18/2021 | GVD | BL | Correspondence with Latham re exhibits to UBS pleading | 0.20 | 950.00 | $190.00 |
| 03/18/2021 | GVD | BL | Review proposed exhibits to UBS pleading and correspondence with J. Pomerantz and R. Feinstein re same | 1.00 | 950.00 | $950.00 |
| 03/18/2021 | HRW | BL | Draft discovery demands directed to Dondero for demand note litigation (2.8); Prepare exhibits for hearing on motion to stay confirmation order pending appeal (0.4); Review discovery schedules in various adversary proceedings (0.8); Draft discovery demands directed to Dondero for injunctive relief litigation (1.9); Review Dondero's motion to recuse (0.7). | 6.60 | 695.00 | $4,587.00 |
| 03/19/2021 | IDK | BL | E-mails with J Pomerantz, G Demo re their markups on UBS settlement, including brief review of same (.3). | 0.30 | 1325.00 | $397.50 |
| 03/19/2021 | JNP | BL | Conference with Robert J. Feinstein regarding upcoming call with Latham and Board regarding | 0.10 | 1295.00 | $129.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    23
Invoice 127522
March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | UBS. | | | |
| 03/19/2021 | JNP | BL | Conference with Gregory V. Demo regarding UBS Settlement Agreement and upcoming call. | 0.10 | 1295.00 | $129.50 |
| 03/19/2021 | JNP | BL | Email to and from L. Lambert regarding call to discuss litigation. | 0.10 | 1295.00 | $129.50 |
| 03/19/2021 | JNP | BL | Conference with J. Dubel, J Seery, Robert J. Feinstein, Gregory V. Demo and John A. Morris regarding UBS issues in advance of call. | 0.30 | 1295.00 | $388.50 |
| 03/19/2021 | JNP | BL | Conference with Latham, J. Seery, J. dubel, Gregory V. Demo and Robert J. Feinstein regarding UBS issues. | 0.80 | 1295.00 | $1,036.00 |
| 03/19/2021 | JNP | BL | Review and comment on latest draft of UBS Settlement Agreement. | 0.40 | 1295.00 | $518.00 |
| 03/19/2021 | JNP | BL | Conference with Robert J. Feinstein and L. Lambert regarding potential litigation. | 0.50 | 1295.00 | $647.50 |
| 03/19/2021 | RJF | BL | Emails regarding privileged documents with Clubock, internally. | 0.40 | 1395.00 | $558.00 |
| 03/19/2021 | RJF | BL | Call with Seery, Abel, Jeffrey N. Pomerantz et al regarding UBS issues. | 0.40 | 1395.00 | $558.00 |
| 03/19/2021 | RJF | BL | Call with Jeffrey N. Pomerantz, Seery et al regarding UBS call. | 0.40 | 1395.00 | $558.00 |
| 03/19/2021 | RJF | BL | Review Jeffrey N. Pomerantz comments to settlement agreement. | 0.30 | 1395.00 | $418.50 |
| 03/19/2021 | JMF | BL | Review preservation motion and motion to continue. | 0.40 | 1050.00 | $420.00 |
| 03/19/2021 | JAM | BL | Review/revise discovery requests to Dondero re: permanent injunction (0.2); review/revise discovery requests to Dondero re: notes litigation (0.3); e-mails to J. Seery, J. Pomernatz, I. Kharasch, G. Demo, H. Winograd re: discovery requests to Dondero re: notes litigation (0.2); review/revise and send e-mail to J. Seery, PSZJ team re: scheduling of notes litigation (0.2);  follow-up call with J. Seery, J. Dubel, PSZJ team re: next steps, contempt hearing (0.7); e-mails with H. Winograd re: exhibit list (0.2); telephone conference with J. Seery, J. Dubel, J. Pomerantz, R. Feinstein, G. Demo re: UBS issues (0.4); prepare for contempt hearing (2.5). | 4.70 | 1245.00 | $5,851.50 |
| 03/19/2021 | LSC | BL | Research document productions for categories of documents for G. Demo and transmit same. | 2.70 | 460.00 | $1,242.00 |
| 03/19/2021 | GVD | BL | Review discovery re assignment agreement | 0.40 | 950.00 | $380.00 |
| 03/19/2021 | GVD | BL | Review draft UBS settlement agreement | 0.60 | 950.00 | $570.00 |
| 03/19/2021 | GVD | BL | Revise UBS settlement agreement | 1.00 | 950.00 | $950.00 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027 - 00002

Page: 25

Invoice 127522

March 31, 2021

| Date | | | | Hours | Rate | Amount |
|------|---|---|---|-------|------|--------|
| 03/20/2021 | JAM | BL | Prepare for contempt hearing, including preparation of cross-examinations for Dondero and Ellington (7.5); telephone conference with J. Seery re: various litigation matters (0.4); telephone conference with G. Demo re: various litigation matters (0.1); telephone conference with J. Pomerantz, I. Kharasch, G. Demo re: UBS litigation matters, contempt hearing, bond hearing (0.6); communications with appellants' counsel, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: deposition schedule (0.2). | 8.80 | 1245.00 | $10,956.00 |
| 03/20/2021 | GVD | BL | Conference with Latham re additional discovery issues and next steps | 0.80 | 950.00 | $760.00 |
| 03/20/2021 | GVD | BL | Review and further revise UBS settlement agreement | 0.30 | 950.00 | $285.00 |
| 03/20/2021 | GVD | BL | Conference with PSZJ team re UBS settlement agreement | 1.30 | 950.00 | $1,235.00 |
| 03/20/2021 | GVD | BL | Review J. Pomerantz revisions to UBS settlement agreement | 0.20 | 950.00 | $190.00 |
| 03/20/2021 | GVD | BL | Conference with UST re potential litigation issues | 0.60 | 950.00 | $570.00 |
| 03/20/2021 | GVD | BL | Review settlement agreement re P. Daugherty | 0.70 | 950.00 | $665.00 |
| 03/21/2021 | IDK | BL | Review briefly extensive correspondence with Board, J Pomerantz, G Demo re questions/issues for UBS settlement agreement and new drafts of same. | 0.40 | 1325.00 | $530.00 |
| 03/21/2021 | JNP | BL | Review emails regarding call with Board to discuss UBS Settlement Agreement. | 0.10 | 1295.00 | $129.50 |
| 03/21/2021 | JNP | BL | Review latest settlement agreement and email to Board regarding same. | 0.30 | 1295.00 | $388.50 |
| 03/21/2021 | JNP | BL | Conference with J. Seery, Robert J. Feinstein, and Gregory V. Demo regarding UBS Settlement Agreement. | 1.00 | 1295.00 | $1,295.00 |
| 03/21/2021 | JNP | BL | Review emails re call to discuss litigation issues. | 0.10 | 1295.00 | $129.50 |
| 03/21/2021 | RJF | BL | Revise statement regarding UBS motion and related emails. | 0.80 | 1395.00 | $1,116.00 |
| 03/21/2021 | RJF | BL | Review and comment on revised UBS settlement agreement, related emails. | 0.50 | 1395.00 | $697.50 |
| 03/21/2021 | RJF | BL | Call with BOD regarding settlement agreement. | 1.00 | 1395.00 | $1,395.00 |
| 03/21/2021 | RJF | BL | Further revisions to settlement agreement. | 1.00 | 1395.00 | $1,395.00 |
| 03/21/2021 | RJF | BL | Telephone conference with Jeffrey N. Pomerantz, Seery and Gregory V. Demo regarding settlement agreement. | 1.30 | 1395.00 | $1,813.50 |

D-CNL001090

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 26
Invoice 127522
March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/21/2021 | JAM | BL | Review Daugherty proposed changes to settlement agreement and revise the same (1.6); e-mail to J. Pomerantz, I. Kharasch, G. Demo re: revisions to draft Daugherty settlement agreement and open issues concerning the same (0.2); prepare for contempt hearing (3.7); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: legal fees for "fee shifting" in connection with contempt motion (0.5); draft Notice of Replacement Exhibits (0.4); communications with Z. Annable, L. Canty re: Notice of Replacement Exhibits (0.1); telephone conference with L. Canty re: contempt hearing (0.1); e-mail to J. Seery, H. Winograd, L. Canty re: contempt hearing (0.4). | 7.00 | 1245.00 | $8,715.00 |
| 03/21/2021 | LSC | BL | Prepare replacement exhibits and coordinate filing of same (.4); preparation for 3/22 hearing (1.3). | 1.70 | 460.00 | $782.00 |
| 03/21/2021 | GVD | BL | Conference with J. Pomerantz (partial attendance), R. Feinstein, and J. Seery re revisions to UBS settlement agreement | 1.20 | 950.00 | $1,140.00 |
| 03/21/2021 | GVD | BL | Further revise UBS settlement agreement per comments from J. Seery, J. Pomerantz, and R. Feinstein | 0.70 | 950.00 | $665.00 |
| 03/21/2021 | GVD | BL | Revise and circulate (internally) UBS settlement agreement in advance of board call | 0.60 | 950.00 | $570.00 |
| 03/21/2021 | GVD | BL | Conference with J. Seery re revisions to UBS settlement agreement | 0.20 | 950.00 | $190.00 |
| 03/21/2021 | GVD | BL | Review and revise non opposition to UBS TRO | 0.30 | 950.00 | $285.00 |
| 03/21/2021 | HRW | BL | Review appeals and critical dates (0.4); Research issues re: briefing schedules and designation of record (0.5); Review outline of direct and cross for contempt hearing (0.3). | 1.20 | 695.00 | $834.00 |
| 03/22/2021 | IDK | BL | Attend part of Dondero contempt hearing. | 4.50 | 1325.00 | $5,962.50 |
| 03/22/2021 | JNP | BL | Participate in hearing regarding Dondero contempt motion. | 8.50 | 1295.00 | $11,007.50 |
| 03/22/2021 | JNP | BL | Conference with Latham, Gregory V. Demo, Robert J. Feinstein and others regarding potential litigation. | 0.40 | 1295.00 | $518.00 |
| 03/22/2021 | JNP | BL | Conference with J. Seery, Gregory V. Demo and Robert J. Feinstein regarding litigation. | 0.30 | 1295.00 | $388.50 |
| 03/22/2021 | JNP | BL | Review chart regarding pending litigation and email to H. Winograd regarding same. | 0.10 | 1295.00 | $129.50 |
| 03/22/2021 | RJF | BL | Zoom call with AUSA, Jeffrey N. Pomerantz, Clubok et al regarding TRO proceeding. | 0.40 | 1395.00 | $558.00 |

Pachulski Stang Ziehl & Jones LLP

Page: 27

Highland Capital Management LP

Invoice 127522

36027    - 00002

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/22/2021 | RJF | BL | Review revise draft of settlement agreement and related emails. | 0.50 | 1395.00 | $697.50 |
| 03/22/2021 | RJF | BL | Follow up call regarding potential litigation with Jeffrey N. Pomerantz. | 0.30 | 1395.00 | $418.50 |
| 03/22/2021 | JMF | BL | Draft memorandum re pending case and review litigation/appeal matters. | 1.20 | 1050.00 | $1,260.00 |
| 03/22/2021 | JAM | BL | Prepare for contempt hearing (4.1): telephone conference with G. Demo re: contempt hearing and related matters (0.2); telephone conference with J. Seery re: contempt hearing (0.1); contempt hearing (morning session) (3.8); telephone conference with J. Pomerantz, I. Kharasch, G. Demo re: contempt hearing (0.1); telephone conference with M. Hartmann re: Ellington and Leventon (0.1); contempt hearing (afternoon session) (4.5); telephone conference with J. Seery, J. Pomerantz, I. Kharasch, G. Demo re: contempt hearing, bond hearing (0.3); telephone conference with H. Winograd re: contempt hearing, HCRE deposition (0.1). | 13.30 | 1245.00 | $16,558.50 |
| 03/22/2021 | LSC | BL | Prepare for and provide assistance at Dondero contempt hearing. | 8.50 | 460.00 | $3,910.00 |
| 03/22/2021 | GVD | BL | Conference with Latham and PSZJ re status of potential litigation | 0.40 | 950.00 | $380.00 |
| 03/22/2021 | GVD | BL | Conference with J. Morris re bankruptcy litigation issues | 0.20 | 950.00 | $190.00 |
| 03/22/2021 | GVD | BL | Revise and circulate UBS settlement motion | 0.20 | 950.00 | $190.00 |
| 03/22/2021 | GVD | BL | Conference with PSZJ team re status of hearing on Dondero contempt | 0.10 | 950.00 | $95.00 |
| 03/22/2021 | GVD | BL | Correspondence with J. Morris re follow up to contempt hearing | 0.20 | 950.00 | $190.00 |
| 03/22/2021 | GVD | BL | Conference with PSZJ and J. Seery re follow up to hearing on Dondero contempt | 0.30 | 950.00 | $285.00 |
| 03/22/2021 | GVD | BL | Conference with J. Pomerantz and R. Feinstein re potential UBS litigation | 0.30 | 950.00 | $285.00 |
| 03/22/2021 | GVD | BL | Attend hearing re Dondero contempt | 7.50 | 950.00 | $7,125.00 |
| 03/22/2021 | HRW | BL | Hearing on Dondero contempt motion (7.0); Review Highland Adversary Proceedings and critical dates (1.8). | 7.80 | 695.00 | $5,421.00 |
| 03/23/2021 | IDK | BL | Review of court decision denying recusal. | 0.10 | 1325.00 | $132.50 |
| 03/23/2021 | JNP | BL | Review order on motion to recuse and emails regarding same. | 0.20 | 1295.00 | $259.00 |

D-CNL001092

Appx. 02714

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/23/2021 | JNP | BL | Emails regarding call with UBS regarding status. | 0.10 | 1295.00 | $129.50 |
| 03/23/2021 | JNP | BL | Conference with Robert J. Feinstein regarding UBS and related. | 0.20 | 1295.00 | $259.00 |
| 03/23/2021 | JNP | BL | Emails with Latham and internal regarding status. | 0.10 | 1295.00 | $129.50 |
| 03/23/2021 | RJF | BL | Call regarding TRO with UBS counsel. | 1.00 | 1395.00 | $1,395.00 |
| 03/23/2021 | RJF | BL | Telephone conference with Jeffrey N. Pomerantz regarding UBS issues. | 0.30 | 1395.00 | $418.50 |
| 03/23/2021 | JMF | BL | Review recusal pleadings and court order re motion. | 0.30 | 1050.00 | $315.00 |
| 03/23/2021 | JMF | BL | Review updated litigation chart. | 0.30 | 1050.00 | $315.00 |
| 03/23/2021 | JAM | BL | Prepare for closing argument on contempt motion (1.8); telephone conference with J. Pomerantz re: various litigation matters (0.2); telephone conference with J. Seery re: contempt hearing (0.2). | 2.20 | 1245.00 | $2,739.00 |
| 03/23/2021 | LSC | BL | Prepare supplemental list for 3/24 hearing and correspondence regarding the same. | 0.20 | 460.00 | $92.00 |
| 03/23/2021 | GVD | BL | Conference with Latham re Multi Strat Allocations | 0.30 | 950.00 | $285.00 |
| 03/23/2021 | GVD | BL | Attend deposition of J. Seery (partial) | 1.30 | 950.00 | $1,235.00 |
| 03/23/2021 | GVD | BL | Review order on motion to recuse | 0.20 | 950.00 | $190.00 |
| 03/23/2021 | GVD | BL | Conference with L. Hogewood and J. Pomerantz re bond issues | 0.20 | 950.00 | $190.00 |
| 03/23/2021 | GVD | BL | Conference with HCMLP team and J. Morris re SE Multi Family deposition issues | 0.50 | 950.00 | $475.00 |
| 03/23/2021 | GVD | BL | Conference with K. George re common interest privilege | 0.20 | 950.00 | $190.00 |
| 03/23/2021 | GVD | BL | Conference with J. Seery re UBS settlement agreement | 0.20 | 950.00 | $190.00 |
| 03/23/2021 | GVD | BL | Conference with Latham and R. Feinstein re additional litigation issues | 1.20 | 950.00 | $1,140.00 |
| 03/23/2021 | HRW | BL | Review Highland Adversary Proceedings and critical dates (0.7); Review order denying Dondero Motion to Recuse (0.2). | 0.90 | 695.00 | $625.50 |
| 03/24/2021 | IDK | BL | Review briefly Dondero motion to reopen contempt hearing for evidence, and feedback of J Pomerantz, J Morris re same (.3); Attend part of continuation of contempt hearing vs Dondero (1.2). | 1.50 | 1325.00 | $1,987.50 |
| 03/24/2021 | IDK | BL | E-mails with R Feinstein, J Pomerantz, G Demo re UBS upcoming adversary re Multistrat and various issues re same (.2). | 0.20 | 1325.00 | $265.00 |
| 03/24/2021 | JNP | BL | Participate in contempt hearing. | 2.30 | 1295.00 | $2,978.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 29
Invoice 127522
March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/24/2021 | JNP | BL | Follow-up call with Board regarding contempt hearing and litigation. | 0.50 | 1295.00 | $647.50 |
| 03/24/2021 | JNP | BL | Review pleading regarding upcoming litigation and conference with Robert J. Feinstein regarding same. | 0.20 | 1295.00 | $259.00 |
| 03/24/2021 | JNP | BL | Review latest turn of settlement agreement. | 0.10 | 1295.00 | $129.50 |
| 03/24/2021 | JNP | BL | Conference with Robert J. Feinstein regarding UBS Settlement Agreement and next steps. | 0.30 | 1295.00 | $388.50 |
| 03/24/2021 | JNP | BL | Email to Iain A. W. Nasatir regarding UBS Settlement Agreement. | 0.10 | 1295.00 | $129.50 |
| 03/24/2021 | JNP | BL | Conference with T. Silva, Gregory V. Demo and Robert J. Feinstein regarding fund issues and related matters. | 0.70 | 1295.00 | $906.50 |
| 03/24/2021 | JNP | BL | Email to L. Lambert regarding call. | 0.10 | 1295.00 | $129.50 |
| 03/24/2021 | JNP | BL | Conference with Robert J. Feinstein and then with U. S. Trustee regarding litigation. | 0.30 | 1295.00 | $388.50 |
| 03/24/2021 | JNP | BL | Conference with J. Seery regarding UBS and information to creditors. | 0.20 | 1295.00 | $259.00 |
| 03/24/2021 | JNP | BL | Conference with Board, Robert J. Feinstein and Gregory V. Demo regarding UBS Settlement Agreement. | 0.80 | 1295.00 | $1,036.00 |
| 03/24/2021 | JNP | BL | Review and forward Iain A. W. Nasatir comments regarding settlement agreement. | 0.10 | 1295.00 | $129.50 |
| 03/24/2021 | JNP | BL | Conference with Robert J. Feinstein regarding UBS Settlement Agreement (2x). | 0.30 | 1295.00 | $388.50 |
| 03/24/2021 | JNP | BL | Review latest versions of settlement agreement and emails regarding same. | 0.30 | 1295.00 | $388.50 |
| 03/24/2021 | JNP | BL | Review emails regarding scheduling of preliminary injunction hearing regarding advisors action. | 0.10 | 1295.00 | $129.50 |
| 03/24/2021 | RJF | BL | Call with Jeffrey N. Pomerantz, Rasnak of UST's office regarding TRO application. | 0.30 | 1395.00 | $418.50 |
| 03/24/2021 | RJF | BL | Telephone conference with Latham, Greg V. Demo regarding seal motion. | 0.40 | 1395.00 | $558.00 |
| 03/24/2021 | RJF | BL | Revise statement regarding TRO. | 0.30 | 1395.00 | $418.50 |
| 03/24/2021 | RJF | BL | Revise UBS settlement agreement, review comments and redrafts. | 2.50 | 1395.00 | $3,487.50 |
| 03/24/2021 | RJF | BL | Call with Jeffrey N. Pomerantz, Gregory V. Demo regarding UBS settlement agreement. | 0.40 | 1395.00 | $558.00 |
| 03/24/2021 | RJF | BL | Email to Board regarding TRO papers. | 0.20 | 1395.00 | $279.00 |
| 03/24/2021 | RJF | BL | Revise statement regarding TRO. | 0.50 | 1395.00 | $697.50 |

D-CNL001094

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027 - 00002

Page: 30

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/24/2021 | RJF | BL | Call with BOD regarding TRO, etc. | 0.50 | 1395.00 | $697.50 |
| 03/24/2021 | RJF | BL | Call with Wilmer Hale, Jeffrey N. Pomerantz, Gregory V. Demo regarding Multi-Strat. | 0.70 | 1395.00 | $976.50 |
| 03/24/2021 | JMF | BL | Review motion to reopen evidence. | 0.40 | 1050.00 | $420.00 |
| 03/24/2021 | JAM | BL | E-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: discovery in connection with objection to employee claims (0.4); e-mail to H. Winograd re: objection to Dondero motion for continuance of contempt hearing (0.2); prepare for closing argument on contempt hearing (2.0); review Dondero motion to reopen evidence for rebuttal testimony (0.2); court hearing on contempt motion and related matters (2.2); telephone conference with J. Seery re: contempt hearing (0.2); telephone conference with Board, J. Pomerantz, I. Kharasch, G. Demo, R. Feinstein re: contempt hearing, UBS issues (0.5); telephone conference with M. Hankin re: contempt hearing and related matters (0.2); review/revise Daugherty settlement agreement (0.7); e-mail to J. Seery, J. Pomerantz, I. Kharasch, G. Demo re: revised Daugherty agreement (0.2); telephone conference with G. Demo re: HCRE documents and facts (0.3); telephone conference with H. Winograd re: HCRE facts and depositions (0.2); communications with L. Drawhorn re: depositions and scheduling (0.2); e-mail to A. Russell, M. Clemente re: scheduling of litigation matters (0.1). | 7.60 | 1245.00 | $9,462.00 |
| 03/24/2021 | LSC | BL | Assist at closing arguments re Dondero contempt motion. | 2.00 | 460.00 | $920.00 |
| 03/24/2021 | GVD | BL | Review claim transfers | 0.30 | 950.00 | $285.00 |
| 03/24/2021 | GVD | BL | Review revisions to UBS settlement agreement | 0.30 | 950.00 | $285.00 |
| 03/24/2021 | GVD | BL | Review Dondero motion to re-open evidence | 0.20 | 950.00 | $190.00 |
| 03/24/2021 | GVD | BL | Attend Dondero contempt hearing | 2.00 | 950.00 | $1,900.00 |
| 03/24/2021 | GVD | BL | Conference with Board and PSZJ team re UBS settlement agreement and Dondero contempt hearing | 0.60 | 950.00 | $570.00 |
| 03/24/2021 | GVD | BL | Conference with K. George re UBS settlement agreement and next steps | 0.20 | 950.00 | $190.00 |
| 03/24/2021 | GVD | BL | Conference with J. Pomerantz, R. Feinstein, and T. Silva re UBS settlement agreement | 0.70 | 950.00 | $665.00 |
| 03/24/2021 | GVD | BL | Conference with J. Morris re HCRE deposition prep | 0.20 | 950.00 | $190.00 |
| 03/24/2021 | GVD | BL | Conference with J. Winograd re HCRE deposition prep | 0.20 | 950.00 | $190.00 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027 - 00002

Page: 31

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/24/2021 | GVD | BL | Conference with R. Feinstein and K. George re additional UBS discovery | 0.50 | 950.00 | $475.00 |
| 03/24/2021 | GVD | BL | Conference with Board re UBS settlement agreement | 0.90 | 950.00 | $855.00 |
| 03/24/2021 | GVD | BL | Review R. Feinstein revisions to UBS settlement agreement | 0.30 | 950.00 | $285.00 |
| 03/24/2021 | HRW | BL | Review Advisors' reply to motion to dismiss complaint for injunctive relief and related research (1.8); Draft response to Dondero's motion for a continuance of demand note proceeding (0.4). | 2.20 | 695.00 | $1,529.00 |
| 03/25/2021 | JNP | BL | Conference with Robert J. Feinstein and Gregory V. Demo regarding latest version of UBS Settlement Agreement, changes and review same. | 0.50 | 1295.00 | $647.50 |
| 03/25/2021 | JNP | BL | Conference with John A. Morris regarding Hunter Mountain and other litigation issues. | 0.20 | 1295.00 | $259.00 |
| 03/25/2021 | JNP | BL | Review emails from B. Assink regarding motion to continue schedule for Dondero litigation. | 0.10 | 1295.00 | $129.50 |
| 03/25/2021 | JNP | BL | Conference with John A. Morris, Gregory V. Demo and DSI for part regarding document issues and litigation issues. | 0.50 | 1295.00 | $647.50 |
| 03/25/2021 | JNP | BL | Conference with J. Dubel regarding UBS status. | 0.30 | 1295.00 | $388.50 |
| 03/25/2021 | JNP | BL | Review proposed extension of time regarding UBS appeal of Redeemer settlement brief and emails with team regarding same. | 0.20 | 1295.00 | $259.00 |
| 03/25/2021 | RJF | BL | Emails Latham, Jeffrey N. Pomerantz regarding TRO motion, confidentiality. | 0.40 | 1395.00 | $558.00 |
| 03/25/2021 | JAM | BL | Telephone conference with J. Seery re: litigation matters (0.3); review/revise response to Dondero motion for continuance of contempt hearing (0.2); e-mails with Z. Annable, H. Winograd re: response to Dondero motion for continuance of contempt hearing (0.1); communications with J. Bonds, L. Drawhorn re: schedule for HCRE-related depositions (0.4); prepare amended deposition notices for the HCRE litigation (0.3); communications with Z. Annable, H. Winograd re: amended deposition notices for the HCRE litigation (0.2); telephone conference with J. Pomerantz re: litigation matters (0.1); e-mails w/ B. Assink re: discovery and trial date for permanent injunction against Dondero (0.3); review/revise documents for Hunter Mountain dismissal (0.2); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: Hunter Mountain dismissal (0.2); telephone | 3.80 | 1245.00 | $4,731.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    32
Invoice 127522
March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | conference with J. Seery re: Hunter Mountain dismissal (0.1); review documents re: HCRE deposition (1.4). | | | |
| 03/25/2021 | JAM | BL | E-mails to Bonds Ellis re: Debtor's discovery demands re Dondero notes litigation (0.3). | 0.30 | 1245.00 | $373.50 |
| 03/25/2021 | LSC | BL | Research document productions for certain categories of documents and retrieve same. | 2.90 | 460.00 | $1,334.00 |
| 03/25/2021 | GVD | BL | Conference with PSZJ team and B. Sharp re document preservation issues | 0.50 | 950.00 | $475.00 |
| 03/25/2021 | GVD | BL | Conference with K. George re UBS settlement agreement issues and follow up correspondence with PSZJ team re same | 0.50 | 950.00 | $475.00 |
| 03/25/2021 | GVD | BL | Review draft objections to administrative claims | 0.70 | 950.00 | $665.00 |
| 03/25/2021 | GVD | BL | Conference with J. Pomerantz and R. Feinstein re UBS settlement agreement | 0.50 | 950.00 | $475.00 |
| 03/26/2021 | IDK | BL | Attend conference call with J Pomerantz, R Feinstein re UBS settlement agreement (.4). | 0.40 | 1325.00 | $530.00 |
| 03/26/2021 | JNP | BL | Conference with John A. Morris regarding litigation issues including notes and Hunter Mountain. | 0.10 | 1295.00 | $129.50 |
| 03/26/2021 | JNP | BL | Conference with DSI and John A. Morris regarding record retention and related issues. | 0.40 | 1295.00 | $518.00 |
| 03/26/2021 | JNP | BL | Conference with Iain A. W. Nasatir regarding UBS settlement and insurance issues. | 0.10 | 1295.00 | $129.50 |
| 03/26/2021 | JNP | BL | Email to and from J. Seery regarding UBS settlement and insurance issues. | 0.10 | 1295.00 | $129.50 |
| 03/26/2021 | JNP | BL | Email to Latham regarding insurance issues and settlement agreement. | 0.10 | 1295.00 | $129.50 |
| 03/26/2021 | JNP | BL | Conference with Iain A. W. Nasatir regarding UBS agreement and insurance issues. | 0.10 | 1295.00 | $129.50 |
| 03/26/2021 | JNP | BL | Review UBS Settlement Agreement. | 0.20 | 1295.00 | $259.00 |
| 03/26/2021 | JNP | BL | Email to Latham regarding insurance issues and UBS Settlement Agreement. | 0.10 | 1295.00 | $129.50 |
| 03/26/2021 | JNP | BL | Review Dondero motion for continuance of note lawsuit. | 0.10 | 1295.00 | $129.50 |
| 03/26/2021 | JNP | BL | Review latest turn of UBS Settlement Agreement. | 0.30 | 1295.00 | $388.50 |
| 03/26/2021 | JNP | BL | Conference with Robert J. Feinstein and Ira D. Kharasch regarding UBS Settlement Agreement. | 0.40 | 1295.00 | $518.00 |
| 03/26/2021 | JNP | BL | Review emails regarding Dondero note litigation | 0.10 | 1295.00 | $129.50 |
| 03/26/2021 | JNP | BL | Review and respond to Gregory V. Demo email | 0.10 | 1295.00 | $129.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:     33
Invoice 127522
March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | regarding UBS. | | | |
| 03/26/2021 | JMF | BL | Review motion to extend briefing deadline. | 0.20 | 1050.00 | $210.00 |
| 03/26/2021 | JAM | BL | Telephone conference with J. Seery re: Dondero request for extension of trial date in notes litigation (0.2); telephone conference with J. Pomerantz re: status of notes litigation, Dondero request for extension of schedule (0.1); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: Dondero request for extension of trial date in notes litigation (0.1); e-mail to B. Assink re: Dondero request for extension of trial date in notes litigation (0.1); review Dondero demand notes and e-mail to D. Klos, B. Sharp, J. Pomerantz, G. Demo, H. Winograd re: same (0.5); review documents concerning Dondero demand notes (0.8); e-mail to K. Hendricks, D. Klos, B. Sharp, J. Pomerantz, G. Demo, H. Winograd re: facts/documents concerning Dondero demand notes (0.3); review Dondero motion to extend trial date in Notes litigation and emergency motion for expedited hearing (0.4); e-mail to J. Seery, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: Dondero motion to extend trial date in Notes litigation and emergency motion for expedited hearing (0.1); telephone conference with H. Winograd re: facts/objection to Dondero motion to extend trial date (0.2); telephone conference with J. Seery re: objection to Dondero motion to adjourn trial date (0.1). | 2.90 | 1245.00 | $3,610.50 |
| 03/26/2021 | JAM | BL | E-mails with T. Ellison, L. Hogewood, D. Rukavina, J. Pomerantz re: rescheduling of hearing concerning Funds and Advisors (0.1); draft amended notices of hearings concerning Funds and Advisors (0.2); telephone conference with G. Demo re: litigation matters (0.1); e-mail to Z. Annable, H. Winograd re: amended notices of hearings concerning Funds and Advisors (0.1); communications with P. Keiffer, J. Pomerantz, G. Demo re: documents for withdrawal of Hunter Mountain claim and adversary proceeding (0.2); e-mail to J. Bonds re: Dondero deposition (0.1); e-mails with T. Surgent re: status of e-mails searches in response to United subpoena (0.1); | 0.90 | 1245.00 | $1,120.50 |
| 03/26/2021 | LSC | BL | Conduct research and retrieve and transmit numerous documents in connection with Dondero/Dondero entities and transmit same for G. Demo. | 4.30 | 460.00 | $1,978.00 |
| 03/26/2021 | GVD | BL | Correspondence with R. Feinstein re UBS settlement agreement | 0.10 | 950.00 | $95.00 |

D-CNL001098

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 34
Invoice 127522
March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/26/2021 | GVD | BL | Draft summary of Dondero Entity litigation | 3.70 | 950.00 | $3,515.00 |
| 03/26/2021 | GVD | BL | Conference with J. Morris re demand note issues | 0.20 | 950.00 | $190.00 |
| 03/26/2021 | GVD | BL | Correspondence with UBS re litigation issues | 0.20 | 950.00 | $190.00 |
| 03/26/2021 | GVD | BL | Research service addresses re potential litigation | 0.20 | 950.00 | $190.00 |
| 03/26/2021 | GVD | BL | Conference with J. Donohue re service addresses for potential litigation | 0.10 | 950.00 | $95.00 |
| 03/26/2021 | GVD | BL | Conference with R. Feinstein and J. Pomerantz re revisions to UBS settlement agreement | 0.40 | 950.00 | $380.00 |
| 03/26/2021 | GVD | BL | Revise UBS settlement agreement and circulate same | 0.30 | 950.00 | $285.00 |
| 03/26/2021 | HRW | BL | Call with J. Morris re: objection to Dondero emergency motion for continuance of demand note proceeding (0.1); Review Dondero emergency motion for continuance of demand note proceeding (0.2); Draft request for admission directed to James Dondero in demand note proceeding (1.8). | 2.10 | 695.00 | $1,459.50 |
| 03/27/2021 | IDK | BL | E-mails with J Pomerantz, G Demo on Gov Re issues and next steps (.1). | 0.10 | 1325.00 | $132.50 |
| 03/27/2021 | JNP | BL | Conference with Latham, Gregory V. Demo and Robert J. Feinstein regarding settlement agreement issues. | 0.60 | 1295.00 | $777.00 |
| 03/27/2021 | JNP | BL | Review latest version of UBS Settlement Agreement. | 0.10 | 1295.00 | $129.50 |
| 03/27/2021 | JAM | BL | Review documents and draft objection to Dondero motion for continuance in notes litigation (4.4); e-mails to H. Winograd, L. Canty re: draft objection to Dondero motion for continuance in notes litigation (0.3); e-mail to D. Klos, K. Hendricks, J. Pomerantz, G. Demo, H. Winograd, B. Sharp re: facts concerning Notes litigation against Dondero (0.2). | 4.90 | 1245.00 | $6,100.50 |
| 03/27/2021 | LSC | BL | Review documents and retrieve and prepare exhibits in connection with Dondero Motion for Continuance in Notes Actions. | 4.40 | 460.00 | $2,024.00 |
| 03/27/2021 | GVD | BL | Draft summary of Dondero entity litigation | 1.30 | 950.00 | $1,235.00 |
| 03/27/2021 | GVD | BL | Conference with Latham and PSZJ re UBS settlement agreement | 0.60 | 950.00 | $570.00 |
| 03/27/2021 | GVD | BL | Correspondence with J. Seery re status of UBS settlement agreement | 0.20 | 950.00 | $190.00 |
| 03/27/2021 | GVD | BL | Correspondence with J. Morris re Cayman counsel | 0.10 | 950.00 | $95.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    35
Invoice 127522
March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/27/2021 | GVD | BL | Review Latham revisions to UBS settlement agreement and revise and circulate same | 0.30 | 950.00 | $285.00 |
| 03/27/2021 | HRW | BL | Draft objection to Dondero's emergency motion to continue demand note proceedings (5.0). | 5.00 | 695.00 | $3,475.00 |
| 03/28/2021 | JAM | BL | E-mails with D. Klos, K. Hendricks, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: facts relating to Dondero loans and notes (0.3); review/revise draft objection to Dondero motion to modify scheduling order (4.8); communications with J. Pomerantz, I. Kharasch, G. Demo, H. Winograd, L. Canty re: objection to Dondero motion to modify scheduling order (0.3); communications with H. Winograd, L. Canty re: RFAs directed to Dondero (notes litigation) (0.2). | 5.60 | 1245.00 | $6,972.00 |
| 03/28/2021 | LSC | BL | Continued preparation of exhibits in connection with Dondero Motion for Continuance in Notes Actions. | 1.20 | 460.00 | $552.00 |
| 03/28/2021 | GVD | BL | Review correspondence from Latham re service addresses re potential litigation | 0.60 | 950.00 | $570.00 |
| 03/28/2021 | HRW | BL | Draft objection to Dondero's emergency motion to continue demand note proceedings (4.5); Research contact information for serving litigation hold notices on Maples FS Limited and CIBC First Caribbean International Bank (0.3). | 4.80 | 695.00 | $3,336.00 |
| 03/29/2021 | IDK | BL | Review of various correspondence with UBS, others on UBS new upcoming papers on adversary and motion to seal. | 0.20 | 1325.00 | $265.00 |
| 03/29/2021 | JNP | BL | Review opposition to motion by Dondero to continue trial on note litigation. | 0.10 | 1295.00 | $129.50 |
| 03/29/2021 | JNP | BL | Review issues and emails regarding UBS settlement. | 0.30 | 1295.00 | $388.50 |
| 03/29/2021 | JNP | BL | Conference with M. Hankin regarding UBS filings. | 0.30 | 1295.00 | $388.50 |
| 03/29/2021 | JNP | BL | Conference with John A. Morris and Gregory V. Demo regarding SCRE litigation issues and Wick Phillips conflict. | 0.20 | 1295.00 | $259.00 |
| 03/29/2021 | JNP | BL | Review latest changes to UBS Settlement Agreement. | 0.10 | 1295.00 | $129.50 |
| 03/29/2021 | JNP | BL | Review and respond to email regarding Wick Phillips and SE Multi Family issues. | 0.10 | 1295.00 | $129.50 |
| 03/29/2021 | JNP | BL | Review email from T. Ellison regarding UBS filings and email regarding same. | 0.10 | 1295.00 | $129.50 |
| 03/29/2021 | JNP | BL | Conference with Gregory V. Demo regarding UBS litigation and email regarding same. | 0.10 | 1295.00 | $129.50 |
| 03/29/2021 | JNP | BL | Emails and conference with M. Clemente regarding | 0.20 | 1295.00 | $259.00 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027  - 00002

Page:   36

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | UBS litigation and Plan issues. | | | |
| 03/29/2021 | JNP | BL | Emails regarding pending litigation filed by UBS and court response; Conference with Gregory V. Demo regarding same. | 0.30 | 1295.00 | $388.50 |
| 03/29/2021 | JNP | BL | Emails regarding UBS 9019. | 0.10 | 1295.00 | $129.50 |
| 03/29/2021 | JNP | BL | Review UBS 9019 motion. | 0.20 | 1295.00 | $259.00 |
| 03/29/2021 | JNP | BL | Conference with Robert J. Feinstein regarding UBS 9019 motion. | 0.20 | 1295.00 | $259.00 |
| 03/29/2021 | JNP | BL | Conference with J. Dubel regarding UBS issues, status and timing. | 0.30 | 1295.00 | $388.50 |
| 03/29/2021 | JNP | BL | Review emails with Court and others regarding UBS litigation. | 0.10 | 1295.00 | $129.50 |
| 03/29/2021 | JNP | BL | Review of UBS litigation papers. | 0.50 | 1295.00 | $647.50 |
| 03/29/2021 | RJF | BL | Review UBS motion to seal and TRO papers. | 1.00 | 1395.00 | $1,395.00 |
| 03/29/2021 | RJF | BL | Draft response to motion to seal. | 0.50 | 1395.00 | $697.50 |
| 03/29/2021 | RJF | BL | Review and comment on draft debtor motion to seal. | 0.30 | 1395.00 | $418.50 |
| 03/29/2021 | RJF | BL | Emails regarding Chambers conference. | 0.30 | 1395.00 | $418.50 |
| 03/29/2021 | JMF | BL | Review UBS seal motion. | 0.20 | 1050.00 | $210.00 |
| 03/29/2021 | JAM | BL | Review and send RFAs for Dondero's notes litigation (0.2); revise objection to Dondero's motion to modify scheduling order (0.9); e-mails to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd, L. Canty re: revised objection to Dondero's motion to modify scheduling order and exhibits in support thereof (0.2); review exhibits and e-mail to L. Canty re: redactions and related matters (0.5); e-mails to J. Seery, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: draft objection to Dondero's motion to modify scheduling order and exhibits in support thereof (0.1); review/revise objection to Dondero motion to modify scheduling order (0.2); review/revise JAM declaration in support of objection to Dondero motion to modify scheduling order (0.3). | 2.40 | 1245.00 | $2,988.00 |
| 03/29/2021 | JAM | BL | Prepare for HCRE/Dondero depositions (2.6); telephone conference with G. Demo re: HCRE facts (0.2); e-mail to counsel re: Zoom instructions for HCRE deposition (0.1) telephone conference with G. Demo re: Wicks Phillips' conflicts (0.2); telephone conference with J. Pomerantz, I. Kharasch, G. Demo re: Wicks Phillips' conflicts telephone conference with J. Seery, G. Demo re: Wicks Phillips' conflicts (0.2); draft e-mail to L. | 4.50 | 1245.00 | $5,602.50 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027 - 00002

Page: 37

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Drawhorn re: Wicks' Phillips' conflicts (0.4); e-mails with J. Seery, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: draft e-mail to L. Drawhorn (0.1); communications to all counsel, TSG, PSZJ team re: adjournment of HCRE depositions (0.2); draft amended deposition notices for HCRE and Dondero (0.1); e-mails with Z. Annable, G. Demo, H. Winograd re: amended deposition notices for HCRE and Dondero (0.1); telephone conference with J. Seery re: Wicks Phillips' conflicts (0.1); telephone conference with H. Winograd re: HCRE litigation matters (0.1); telephone conference with J. Bonds re: Dondero deposition and related matters (0.1). | | | |
| 03/29/2021 | LSC | BL | Prepare redacted exhibits for Objection to Dondero motion to modify scheduling order. | 0.50 | 460.00 | $230.00 |
| 03/29/2021 | GVD | BL | Conference with J. Pomerantz re filing of stay pending appeal in District Court | 0.10 | 950.00 | $95.00 |
| 03/29/2021 | GVD | BL | Conference with J. Morris re preparation for HCRE/SEMF deposition | 0.70 | 950.00 | $665.00 |
| 03/29/2021 | GVD | BL | Conference with J. Morris and J. Seery re HCRE conflict of interest | 0.20 | 950.00 | $190.00 |
| 03/29/2021 | GVD | BL | Conference with J. Morris and D. Klos re HCRE issues re deposition | 0.20 | 950.00 | $190.00 |
| 03/29/2021 | GVD | BL | Correspondence with Hunton re deficiency bond issues | 0.10 | 950.00 | $95.00 |
| 03/29/2021 | GVD | BL | Review draft objection to Dondero motion to continue hearing | 0.50 | 950.00 | $475.00 |
| 03/29/2021 | GVD | BL | Attend to multiple issues re filing of UBS response under seal | 2.60 | 950.00 | $2,470.00 |
| 03/29/2021 | GVD | BL | Review exhibits to Dondero objection for confidentiality | 0.30 | 950.00 | $285.00 |
| 03/29/2021 | GVD | BL | Prepare back up information re UBS claim issues | 0.60 | 950.00 | $570.00 |
| 03/29/2021 | HRW | BL | Edit and review objection to Dondero's emergency motion to continue demand note proceedings (2.5). | 2.50 | 695.00 | $1,737.50 |
| 03/30/2021 | JNP | BL | Conference with J. Dubel regarding UBS 9019 motion. | 0.30 | 1295.00 | $388.50 |
| 03/30/2021 | JNP | BL | Review and revise UBS 9019. | 0.50 | 1295.00 | $647.50 |
| 03/30/2021 | JNP | BL | Review emails regarding litigation hold letter and respond. | 0.10 | 1295.00 | $129.50 |
| 03/30/2021 | JNP | BL | Conference with John A. Morris regarding document issues and pursuit of claims issues. | 0.30 | 1295.00 | $388.50 |
| 03/30/2021 | JNP | BL | Review of Settlement Agreement with Siepe. | 0.20 | 1295.00 | $259.00 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

Page:    38

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/30/2021 | JNP | BL | Review and respond to email regarding Wick Phillips conflict. | 0.10 | 1295.00 | $129.50 |
| 03/30/2021 | JNP | BL | Conference with Robert J. Feinstein regarding  2004. | 0.20 | 1295.00 | $259.00 |
| 03/30/2021 | JNP | BL | Conference with J. Seery and John A. Morris regarding litigation issues, sharing information with Committee and related matters. | 0.30 | 1295.00 | $388.50 |
| 03/30/2021 | JNP | BL | Emails regarding Court ruling on extending Dondero note litigation trial date. | 0.10 | 1295.00 | $129.50 |
| 03/30/2021 | RJF | BL | Telephone conference with Jeffrey N. Pomerantz regarding Reid Collins. | 0.20 | 1395.00 | $279.00 |
| 03/30/2021 | RJF | BL | Review document presentation notices, related emails. | 0.30 | 1395.00 | $418.50 |
| 03/30/2021 | JMF | BL | Review updated litigation chart. | 0.30 | 1050.00 | $315.00 |
| 03/30/2021 | JAM | BL | Telephone conference with G. Demo re: litigation matters (0.2); telephone conference with J. Pomerantz re: litigation matters (0.3). | 0.50 | 1245.00 | $622.50 |
| 03/30/2021 | JAM | BL | Review/revise objection to Dondero motion to modify scheduling order (0.2); e-mails with Z. Annable, H. Winograd, L. Canty re: exhibits to objection to Dondero motion to modify scheduling order (0.1); e-mail to B. Assink, Bonds Ellis, J. Pomerantz, G. Demo, H. Winograd re: timing of discovery (0.2); e-mails with Z. Annable, G. Demo, H. Winograd re: objection to Dondero motion to modify scheduling order (0.2); communications with J. Seery, J. Pomerantz re: court's ruling on Dondero motion to modify scheduling order (0.2); e-mails with T. Surgent, J. Sommer re: results from e-mail searches in response to United subpoena (0.2). | 1.10 | 1245.00 | $1,369.50 |
| 03/30/2021 | LSC | BL | Redact additional exhibits (.3); research and review document productions for J. Morris and correspondence regarding the same (2.9). | 3.20 | 460.00 | $1,472.00 |
| 03/30/2021 | GVD | BL | Review and revise draft 9019 motion re UBS settlement | 1.40 | 950.00 | $1,330.00 |
| 03/30/2021 | GVD | BL | Review redacted exhibits to Dondero objection re confidentiality | 0.20 | 950.00 | $190.00 |
| 03/30/2021 | GVD | BL | Conference with J. Morris re litigation issues | 0.30 | 950.00 | $285.00 |
| 03/30/2021 | GVD | BL | Review UBS litigation hold notice and correspondence with T. Surgent re same | 0.20 | 950.00 | $190.00 |
| 03/30/2021 | GVD | BL | Finalize UBS settlement agreement | 0.30 | 950.00 | $285.00 |
| 03/30/2021 | GVD | BL | Conference with J. Morris re litigation hold notice re UBS | 0.40 | 950.00 | $380.00 |

D-CNL001103

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

Page:    39

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/30/2021 | GVD | BL | Conference with J. Seery re UBS settlement issues | 0.20 | 950.00 | $190.00 |
| 03/30/2021 | GVD | BL | Further revise and circulate UBS 9019 motion re changes from J. Pomerantz and R. Feinstein | 1.20 | 950.00 | $1,140.00 |
| 03/30/2021 | GVD | BL | Correspondence with PSZJ team re letter from Reid Collins re UBS litigation hold | 0.10 | 950.00 | $95.00 |
| 03/30/2021 | HRW | BL | Review pending adversary proceedings (0.5). | 0.50 | 695.00 | $347.50 |
| 03/31/2021 | IDK | BL | E-mails with J Pomerantz, others on UBS litigation holds and Dondero counsel feedback on same. | 0.20 | 1325.00 | $265.00 |
| 03/31/2021 | JNP | BL | Review emails regarding litigation hold. | 0.10 | 1295.00 | $129.50 |
| 03/31/2021 | JNP | BL | Conference with Robert J. Feinstein regarding next steps after court ruling on UBS and Debtor seal motion. | 0.30 | 1295.00 | $388.50 |
| 03/31/2021 | JNP | BL | Email to Board regarding Court ruling on UBS and Debtor seal motions. | 0.10 | 1295.00 | $129.50 |
| 03/31/2021 | JNP | BL | Email to Latham regarding call to discuss next steps regarding UBS litigation. | 0.10 | 1295.00 | $129.50 |
| 03/31/2021 | JNP | BL | Conference with J. Seery regarding UBS issues and related. | 0.30 | 1295.00 | $388.50 |
| 03/31/2021 | JNP | BL | Conference with J. Dubel regarding UBS 9019 motion and stay pending appeal issues. | 0.40 | 1295.00 | $518.00 |
| 03/31/2021 | JNP | BL | Review email from C. Taylor regarding litigation under seal. | 0.10 | 1295.00 | $129.50 |
| 03/31/2021 | JNP | BL | Review C. Taylor email regarding litigation hold and review litigation hold. | 0.10 | 1295.00 | $129.50 |
| 03/31/2021 | JNP | BL | Conference with John A. Morris regarding Wick Phillips conflicts. | 0.10 | 1295.00 | $129.50 |
| 03/31/2021 | JNP | BL | Conference with Robert J. Feinstein regarding call with Latham. | 0.10 | 1295.00 | $129.50 |
| 03/31/2021 | JNP | BL | Participate In call with Latham, John A. Morris, Robert J. Feinstein and Gregory V. Demo regarding status of UBS lawsuit and related issues. | 0.70 | 1295.00 | $906.50 |
| 03/31/2021 | MDJ | BL | Email exchanges with L. Canty, G. Demo and copy personnel re litigation hold letters; Revisions to letterhead and delivery; Prepare Express Mail/FedX labels and coordinate delivery; Call with copy personnel re Cayman FedXs; Vfile letters. | 3.20 | 395.00 | $1,264.00 |
| 03/31/2021 | RJF | BL | Call with Latham regarding TRO proceedings. | 0.70 | 1395.00 | $976.50 |
| 03/31/2021 | RJF | BL | Review and comment on litigation hold letter and related emails. | 0.30 | 1395.00 | $418.50 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027 - 00002

Page: 40

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/31/2021 | RJF | BL | Telephone conference with Jeffrey N. Pomerantz regarding TRO proceeding. | 0.30 | 1395.00 | $418.50 |
| 03/31/2021 | RJF | BL | Revise draft statement regarding TRO, related emails. | 0.30 | 1395.00 | $418.50 |
| 03/31/2021 | RJF | BL | Review proposed revisions to draft 9019 motion, emails Gregory V. Demo regarding same. | 0.30 | 1395.00 | $418.50 |
| 03/31/2021 | JMF | BL | Review UBS complaint and seal motion. | 0.30 | 1050.00 | $315.00 |
| 03/31/2021 | JAM | BL | Review/revise draft litigation hold letter concerning sealed litigation (0.6); communications with J. Pomerantz, I. Kharasch, G. Demo, R. Feinstein re: litigation hold letter concerning sealed litigation (0.2); telephone conference with J. Pomerantz, R. Feinstein, G. Demo, L& W attorneys re: UBS adversary proceeding and related matters (0.7); e-mails with B. Assink, H. Winograd re: modified scheduling order in Dondero's notes litigation (0.1)., | 1.60 | 1245.00 | $1,992.00 |
| 03/31/2021 | GVD | BL | Conference with PSZJ and UBS re next steps re adversary proceeding | 0.70 | 950.00 | $665.00 |
| 03/31/2021 | GVD | BL | Further revise UBS 9019 motion re comments from J. Dubel | 0.40 | 950.00 | $380.00 |
| 03/31/2021 | GVD | BL | Draft and send litigation hold notices | 2.90 | 950.00 | $2,755.00 |
| 03/31/2021 | GVD | BL | Draft and circulate order on motion to seal | 0.20 | 950.00 | $190.00 |
| 03/31/2021 | GVD | BL | Conference with J. Pomerantz re UBS conference | 0.10 | 950.00 | $95.00 |
| | | | | **448.20** | | **$451,649.00** |

**Case Administration [B110]**

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/01/2021 | BMK | CA | Prepared daily memo narrative and coordinated client distribution. | 0.40 | 375.00 | $150.00 |
| 03/01/2021 | GVD | CA | Attend to issues re scheduling calls | 0.20 | 950.00 | $190.00 |
| 03/02/2021 | IDK | CA | Review of updated WIP list (.1); Attend WIP call on open issues (1.0). | 1.10 | 1325.00 | $1,457.50 |
| 03/02/2021 | JNP | CA | Participate in WIP call. | 1.00 | 1295.00 | $1,295.00 |
| 03/02/2021 | KKY | CA | Review and revise critical dates | 2.50 | 460.00 | $1,150.00 |
| 03/02/2021 | JEO | CA | Participate in PSZJ WIP Call | 0.80 | 1050.00 | $840.00 |
| 03/02/2021 | JMF | CA | Draft memorandum re pending case issues (.4); telephone call with G. Demo, I. Kharasch and J.N, Pomerantz re same (.7). | 1.10 | 1050.00 | $1,155.00 |
| 03/02/2021 | JAM | CA | Internal WIP call (J. Pomerantz, I. Kharasch, G. Demo, J. Fried, J. O'Neill, H. Wonograd) (0.8). | 0.80 | 1245.00 | $996.00 |

D-CNL001105

# EXHIBIT 173

**Pachulski Stang Ziehl & Jones LLP**

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

|  |  |
|---|---|
| Board of Directors | April 30, 2021 |
| Highland Capital Management LP | Invoice    127680 |
| 300 Crescent Court ste. 700 | Client    36027 |
| Dallas, TX  75201 | Matter    00002 |
|  | **JNP** |

RE:  Postpetition

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   04/30/2021**

_____

D-CNL000923

**Appx. 02729**

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 13
Invoice 127680
April 30, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**Bankruptcy Litigation [L430]**

| 04/01/2021 | IDK | BL | E-mails with J Pomerantz, G Demo, CEO re | 0.20 | 1325.00 | $265.00 |

D-CNL000924

**Appx. 02730**

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 14
Invoice 127680
April 30, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | Dondero counsel correspondence re their intent to file motion to withdraw reference on collection actions and opposition (.2). |  |  |  |
| ███ | ██ | ██ | ████████ | ██ | ██ | ███ |
| 04/01/2021 | JNP | BL | Emails to and from Gregory V. Demo regarding D. Rukavina email regarding withdrawal of the reference. | 0.10 | 1295.00 | $129.50 |
| 04/01/2021 | JNP | BL | Review and respond to email regarding withdrawal of reference for note lawsuits. | 0.10 | 1295.00 | $129.50 |
| ███ | ██ | ██ | ████████ | ██ | ██ | ███ |
| ███ | ██ | ██ | ████████ | ██ | ██ | ███ |
| ███ | ██ | ██ | ████████ | ██ | ██ | ███ |
| ███ | ██ | ██ | ████████ | ██ | ██ | ███ |
| ███ | ██ | ██ | ████████ | ██ | ██ | ███ |
| ███ | ██ | ██ | ████████ | ██ | ██ | ███ |
| 04/01/2021 | JAM | BL | Telephone conference with H. Winograd re: discovery in AP against Advisors (notes litigation) (0.1); prepare discovery document requests and interrogatories for AP against Advisors (notes litigation) (0.9); review/revise requests for admission for AP against Advisors (notes litigation) (0.3); e-mails with H. Winograd re: discovery requests for AP against Advisors (notes litigation) (0.2); ████████ e-mail to D. Rukavina, H. Winograd re: discovery in AP against Advisors (notes litigation) (0.1). | 1.70 | 1245.00 | $2,116.50 |
| ███ | ██ | ██ | ████████ | ██ | ██ | ███ |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027 - 00002

Page: 15

Invoice 127680

April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 04/01/2021 | HRW | BL | Call with J. Morris re: discovery in NPA demand note litigation (0.1); Draft discovery demands in NPA demand note litigation (1.0); Review adversary proceeding critical dates (0.6). | 1.70 | 695.00 | $1,181.50 |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 04/02/2021 | JNP | BL | Review witness list and reply brief regarding Committee's motion regarding Dondero discovery. | 0.20 | 1295.00 | $259.00 |

D-CNL000926

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|



| 04/04/2021 | JAM | BL | E-mail to H. Winograd re: notes litigation (0.1); | 0.10 | 1245.00 | $124.50 |

D-CNL000927

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    17
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | ██ | ██ | ██ | ██ | ██ | ██ |
| | ██ | ██ | ██ | ██ | ██ | ██ |
| | ██ | ██ | ██ | ██ | ██ | ██ |
| | ██ | ██ | ██ | ██ | ██ | ██ |
| | ██ | ██ | ██ | ██ | ██ | ██ |
| | ██ | ██ | ██ | ██ | ██ | ██ |
| | ██ | ██ | ██ | ██ | ██ | ██ |
| | ██ | ██ | ██ | ██ | ██ | ██ |
| | ██ | ██ | ██ | ██ | ██ | ██ |
| | ██ | ██ | ██ | ██ | ██ | ██ |
| | ██ | ██ | ██ | ██ | ██ | ██ |
| 04/05/2021 | HRW | BL | Review amended scheduling order for Dondero demand note proceeding (0.5). | 0.50 | 695.00 | $347.50 |
| | ██ | ██ | ██ | ██ | ██ | ██ |
| 04/06/2021 | IDK | BL | E-mails with G Demo re Dondero withdrawal of reference motion and our prior research on jurisdiction issues re same | 0.30 | 1325.00 | $397.50 |
| | ██ | ██ | ██ | ██ | ██ | ██ |
| | ██ | ██ | ██ | ██ | ██ | ██ |
| | ██ | ██ | ██ | ██ | ██ | ██ |
| | ██ | ██ | ██ | ██ | ██ | ██ |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

Page:     19

Invoice 127680

April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/07/2021 | JAM | BL | Review Dondero's amended answer in notes litigation (0.1); draft document requests relating to Dondero's amended answer in notes litigation (0.3); draft interrogatories relating to Dondero's amended answer in notes litigation (0.3); draft requests for admission relating to Dondero's amended answer in notes litigation (0.3); e-mails to H. Winograd, J. Pomerantz, I. Kharasch, G. Demo re: discovery demands relating to Dondero's amended answer in notes litigation (0.2); review revised discovery requests (Winograd versions) relating to Dondero's amended answer in notes litigation (0.2); e-mail to B. Assink, C. Taylor, J. Pomerantz, G. Demo, H. Winograd re: discovery and timing of Dondero's deposition (0.1); e-mails to J. Seery, J. Pomerantz, I. Kharasch, G. Demo re: Dondero's amended answer and related discovery (0.2). | 1.70 | 1245.00 | $2,116.50 |
| 04/07/2021 | HRW | BL | Draft discovery demands for Dondero demand note adversary proceeding (0.9). | 0.90 | 695.00 | $625.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    20
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | disqualification of Wick Phillips (1.5); telephone conference with T. Surgent, G. Demo re: document production and related issues (0.7); telephone conference with G. Demo re: document production issues (0.1); telephone conference with J. Pomerantz re: various litigation matters relating to the Advisors (0.8); communications with C. Wilkins, J. Pomerantz, G. Demo re: Bermuda counsel (0.1). | | | |
| ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ |
| ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ |
| ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ |
| ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ |
| ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ |
| ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ |
| ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ |
| ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ |
| ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ |
| ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ |
| 04/08/2021 | HRW | BL | Review demand note adversary proceeding complaints (0.3). | 0.30 | 695.00 | $208.50 |
| ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ |
| 04/09/2021 | IDK | BL | E-mails with G Demo, others on Plan provisions re note collection/litigation issues | 0.30 | 1325.00 | $397.50 |
| ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ |
| ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ |
| 04/09/2021 | JMF | BL | Review notes receivable litigation and amounts due from noteholders re plan implementation (2.1) | 2.10 | 1050.00 | $2,205.00 |
| ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ |
| 04/09/2021 | JAM | BL | Review of rules re: withdrawal of the reference (0.4); telephone conference with Z. Annable re: rules | 1.00 | 1245.00 | $1,245.00 |

D-CNL000930

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 21
Invoice 127680
April 30, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | for withdrawal of the reference (0.1); | | | |
| 04/09/2021 | GVD | BL | Review issues re notes litigation | 0.60 | 950.00 | $570.00 |

D-CNL000931

**Appx. 02737**

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 22
Invoice 127680
April 30, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/12/2021 | GVD | BL | Review issues re prepayment of notes | 0.60 | 950.00 | $570.00 |
| | | | | | | 75.00 |

D-CNL000932
Appx. 02738

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/13/2021 | JMF | BL | Review motion and brief for withdrawal of | 0.50 | 1050.00 | $525.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    24
Invoice 127680
April 30, 2021



| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | references re demand notes. | | | |
| 04/13/2021 | JAM | | | | |
| 04/13/2021 | JAM | BL | Review Answers to complaints filed by Advisors in notes litigation, and send e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: same (0.4); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: Advisors' motion to withdraw the reference for notes litigation (0.2) | 0.60 | 1245.00 | $747.00 |

D-CNL000934

Appx. 02740

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

Page:    26

Invoice 127680

April 30, 2021

| | | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 04/14/2021 | JNP | BL | | Email to D. Rukavina regarding scheduling for motion to withdraw reference. | 0.10 | 1295.00 | $129.50 |
| 04/14/2021 | JNP | BL | | Email to and from D. Rukavina regarding hearing on motion to withdraw reference. | 0.10 | 1295.00 | $129.50 |
| 04/14/2021 | JNP | BL | | Conference with John A. Morris regarding hearing on motion to withdraw reference. | 0.10 | 1295.00 | $129.50 |
| 04/14/2021 | JNP | BL | | Review motion to withdraw reference. | 0.20 | 1295.00 | $259.00 |
| 04/14/2021 | JAM | BL | | | 4.80 | 1245.00 | $5,976.00 |

e-mails with D. Rukavina, J. Pomerantz re: scheduling issues concerning adversary proceeding against Advisors and Funds (0.5); e-mail to Court, D. Rukavina, L. Hogewood, J. Pomerantz re: scheduling issues

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027  - 00002



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | concerning adversary proceeding against Advisors and Funds (0.3;) | | | |
| 04/14/2021 | GVD | BL | Correspondence re note and discovery request | 0.10 | 950.00 | $95.00 |
| 04/14/2021 | HRW | BL | Draft Rule 26 disclosures for Dondero demand note adversary proceeding (2.0). | 2.00 | 695.00 | $1,390.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 28
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  | | | | | | |
| | | | | | | |
| 04/15/2021 | IDK | BL | Review and consider G Demo's memo on prepayment issues on Dondero related p-notes and how prepayments are allocated and default issues (.3); E-mails with G Demo, others re same (.1). | 0.40 | 1325.00 | $530.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

<div align="right">

Page:    29
Invoice 127680
April 30, 2021

</div>

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮▮▮▮▮▮▮▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮▮▮▮▮▮▮▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮▮▮▮▮▮▮▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮▮▮▮▮▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮▮▮▮▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮▮▮▮▮▮▮▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮▮▮▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮▮▮▮▮▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮▮▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮▮▮▮▮▮▮ | ▮ | ▮ | ▮ |
| 04/15/2021 | HRW | BL | Prepare Rule 26 disclosures for Dondero demand note adversary proceeding (0.6). | 0.60 | 695.00 | $417.00 |
| 04/16/2021 | IDK | BL | E-mail and telephone conference with J Pomerantz re Dondero withdrawal of reference motions and logistics on response to same and J Kim (.2); E-mail and telephone conference with G Demo re same and relevant pleadings (.2); E-mails with J Kim re need for responses to Dondero withdrawal of reference motions (.2). | 0.60 | 1325.00 | $795.00 |
| 04/16/2021 | JJK | BL | Research re: reference withdrawal, core matter, Stern, related issues. | 3.70 | 995.00 | $3,681.50 |
| ▮ | ▮ | ▮ | ▮▮▮▮▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮▮▮▮▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮▮▮▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮▮▮▮▮▮▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮▮▮▮▮▮▮ | ▮ | ▮ | ▮ |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    30
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/16/2021 | JNP | BL | Conference with Ira D. Kharasch regarding motion to withdraw reference response. | 0.20 | 1295.00 | $259.00 |
| 04/16/2021 | JNP | BL | Review Dondero motion to stay pending withdrawal of the reference  and email regarding same. | 0.20 | 1295.00 | $259.00 |
| ███ | ███ | ██ | █████████████████ | ██ | ██ | ███ |
| ███ | ███ | ██ | █████████████████ | ██ | ██ | ███ |
| ███ | ███ | ██ | █████████████████ | ██ | ██ | ███ |
| ███ | ███ | ██ | █████████████████ | ██ | ██ | ███ |
| ███ | ███ | ██ | █████████████████ | ██ | ██ | ███ |
| ███ | ███ | ██ | █████████████████ | | | |
| | | | ███████████████ | | | |
| ███ | ███ | ██ | █████████████████ | ██ | ██ | ██ |
| ███ | ███ | ██ | █████████████████ | ██ | ██ | ██ |
| ███ | ███ | ██ | █████████████ | ██ | ██ | ██ |
| 04/16/2021 | GVD | BL | Review Dondero motion re withdrawal of the reference | 0.20 | 950.00 | $190.00 |
| 04/16/2021 | GVD | BL | Conference with I. Kharasch re motions to withdraw the reference and follow up items re same | 0.20 | 950.00 | $190.00 |
| ███ | ███ | ██ | ████████ | ██ | ██ | ███ |
| 04/16/2021 | HRW | BL | Review Dondero withdrawal of reference filed in demand note adversary proceeding (0.5). | 0.50 | 695.00 | $347.50 |
| 04/16/2021 | HRW | BL | Review Dondero's motion to stay demand note | 0.30 | 695.00 | $208.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027  - 00002

Page:   31
Invoice 127680
April 30, 2021



|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | adversary proceeding pending motion to withdraw reference (0.3). |  |  |  |
| 04/17/2021 | JAM | BL | Review Dondero motion to expedite stay motion (0.3); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: analysis of Dondero motion to expedite stay motion (0.4); draft objection to Dondero motion to expedite motion for stay (2.7). | 3.40 | 1245.00 | $4,233.00 |
| 04/17/2021 | HRW | BL | Draft demand note discovery requests (2.5). | 2.50 | 695.00 | $1,737.50 |
| 04/18/2021 | JNP | BL | Review and comment on opposition to motion for stay of discovery and emails regarding same. | 0.20 | 1295.00 | $259.00 |
| 04/18/2021 | JAM | BL | Review and revise initial draft objection to Dondero's motion to expedite motion for stay (2.9); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re:  initial draft objection to Dondero's motion to expedite motion for stay (0.1); draft JAM declaration in support of objection to Dondero's motion to expedite motion for stay (0.5); e-mail to Z. Annable, G. Demo, H. Winograd re: declaration and objection concerning Dondero's motion to expedite (0.1). | 3.60 | 1245.00 | $4,482.00 |
| 04/18/2021 | GVD | BL | Review objection to motion to expedite | 0.30 | 950.00 | $285.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 32
Invoice 127680
April 30, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/18/2021 | HRW | BL | Draft demand note discovery requests (3.5). | 3.50 | 695.00 | $2,432.50 |
| 04/19/2021 | JJK | BL | Research/analysis reference withdrawal, core matters, Stern issues. | 7.80 | 995.00 | $7,761.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 33
Invoice 127680
April 30, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/19/2021 | JAM | BL | Review/revise objection to Dondero motion to expedite motion for stay pending motion to withdraw the reference (0.8); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: revised objection to Dondero motion to expedite motion for stay pending motion to withdraw the reference (0.1); e-mail to J. Seery, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: objection to Dondero motion to expedite motion for stay pending motion to withdraw the reference (0.2); review/revise interrogatories, RFAs, document requests, and Rule 30(b)(6) deposition notice for the Advisors re: notes litigation (0.7); communications with H. Winograd re: discovery for the Advisors in notes litigation (0.1); communications with J. Seery, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: discovery for Advisors in notes litigation (0.1). | 2.00 | 1245.00 | $2,490.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    34
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| ▮▮▮ | ▮▮ | ▮ | ▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮▮ | ▮▮ | ▮ | ▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮▮ | ▮▮ | ▮ | ▮▮▮ | ▮ | ▮ | ▮ |
| 04/19/2021 | HRW | BL | Draft discovery demands for HCMFA demand note proceeding (1.2). | 1.20 | 695.00 | $834.00 |
| ▮▮▮ | ▮ | | ▮▮▮ | ▮ | | ▮ |
| ▮▮▮ | ▮▮ | ▮ | ▮▮▮ | | | |
| ▮▮▮ | ▮▮ | ▮ | ▮▮▮ | ▮ | ▮ | ▮ |
| 04/20/2021 | JJK | BL | Research/analysis of Stern, jurisdiction, reference, related issues. | 3.10 | 995.00 | $3,084.50 |
| 04/20/2021 | JJK | BL | Analysis/research jurisdiction, Stern, reference issues. | 4.30 | 995.00 | $4,278.50 |
| 04/20/2021 | JJK | BL | Research Stern, jurisdiction, reference, related issues. | 3.10 | 995.00 | $3,084.50 |
| 04/20/2021 | JNP | BL | Conference with John A. Morris regarding funds/ advisor adversary proceeding and related. | 0.20 | 1295.00 | $259.00 |
| ▮▮▮ | ▮▮ | ▮ | ▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮▮ | ▮▮ | ▮ | ▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮▮ | ▮▮ | ▮ | ▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮▮ | ▮▮ | ▮ | ▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮▮ | ▮▮ | ▮ | ▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮▮ | ▮▮ | ▮ | ▮▮▮ | ▮ | ▮ | ▮ |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:     36
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/21/2021 | JJK | BL | Research and prepare objection to NexPoint reference withdrawal motion. | 2.10 | 995.00 | $2,089.50 |
| 04/21/2021 | JJK | BL | Research and prepare objection to NexPoint/HCMFA reference motions. | 5.40 | 995.00 | $5,373.00 |
| 04/21/2021 | JJK | BL | Research/draft objection to HCMFA reference withdrawal motion. | 3.00 | 995.00 | $2,985.00 |
| 04/21/2021 | JNP | BL | Research regarding withdrawal reference and conference with Ira D. Kharasch and review of complaint and emails with Jeffrey H. Davidson regarding same. | 0.40 | 1295.00 | $518.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    37
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

04/22/2021   JJK   BL   Research re reference withdrawal issues.   0.80   995.00   $796.00

04/22/2021   JNP   BL   Review of memo regarding withdrawal of the reference.   0.20   1295.00   $259.00

D-CNL000945

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027  - 00002

Page:    38
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/22/2021 | LAF | BL | Legal research re: "Tax loan" & withdrawal of reference. | 0.50 | 475.00 | $237.50 |



| 04/22/2021 | JAM | BL | Review Dondero discovery requests (0.2); review Advisors' discovery requests (0.1); draft amended deposition notice for Dondero (0.1); e-mails with Z. Annable, H. Winograd re: amended deposition notice for Dondero (0.1). | 0.50 | 1245.00 | $622.50 |

| 04/22/2021 | GVD | BL | Review Dondero discovery requests | 0.20 | 950.00 | $190.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 39
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|



| Date | Staff | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/23/2021 | LAF | BL | Citecheck & edit memos on withdrawal of reference. | 5.80 | 475.00 | $2,755.00 |

D-CNL000947

Appx. 02753

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    40
Invoice 127680
April 30, 2021



|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | e-discovery (0.1); review docket and send e-mail to |  |  |  |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 04/25/2021 | JAM | BL | E-mails to L. Drawhorn, J. Seery, J. Pomerantz re: HCRE's proposed amended of notes complaint (0.1). | 0.10 | 1245.00 | $124.50 |
| 04/26/2021 | IDK | BL | E-mails with J Pomerantz re status on oppositions to motions to withdraw reference ▮ | ▮ | ▮ | ▮ |

D-CNL000948

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    41
Invoice 127680
April 30, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/26/2021 | JJK | BL | Prepare objections to reference withdrawal motions of Dondero, NexPoint, HCMFA (separate adversary proceedings). | 4.60 | 995.00 | $4,577.00 |
| 04/26/2021 | JNP | BL | Conference with PSZJ team regarding pending litigation deadlines and responsibilities. | 0.80 | 1295.00 | $1,036.00 |
| 04/26/2021 | JNP | BL | Review memo regarding withdrawal of reference and enforcement of reference. | 0.10 | 1295.00 | $129.50 |
| 04/26/2021 | JNP | BL | Review emails regarding Dondero discovery in notes litigation. | 0.10 | 1295.00 | $129.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    42
Invoice 127680
April 30, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/26/2021 | JAM | BL | Review Dondero's third set of discovery requests (0.2); communications with J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: discovery, potential motion for summary judgment re: against Dondero (0.4). | 0.60 | 1245.00 | $747.00 |

D-CNL000950

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    43
Invoice 127680
April 30, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/26/2021 | HRW | BL | Call with G. Demo, J. Morris, B. Sharp, and meta e-discovery reps regarding responding to various discovery requests in adversary proceedings. | 0.20 | 695.00 | $139.00 |
| 04/26/2021 | HRW | BL | Review discovery demands in Notes Litigation. | 1.00 | 695.00 | $695.00 |
| 04/26/2021 | HRW | BL | Research summary judgement standard for notes litigation. | 2.20 | 695.00 | $1,529.00 |

D-CNL000951

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

Page:   44

Invoice 127680

April 30, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/27/2021 | JJK | BL | Review docs and prepare objections to reference withdrawal motions of Dondero, NexPoint, HCMFA (separate adv. proceedings). | 9.10 | 995.00 | $9,054.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    45
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|



| 04/27/2021 | JAM | BL | Review rules and documents and send e-mail to H. Winograd, J. Pomerantz, I. Kharasch, G Demo re: potential motion for summary judgment (Dondero, notes litigation) (0.5). | 0.50 | 1245.00 | $622.50 |
| 04/28/2021 | JJK | BL | Research and further revisions to objection to Dondero reference motion. | 4.20 | 995.00 | $4,179.00 |

D-CNL000953

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    46
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/28/2021 | JJK | BL | Research/analysis re: Dondero claims and reference issues. | 4.00 | 995.00 | $3,980.00 |
| 04/28/2021 | JJK | BL | Work on withdrawal of reference response | 2.50 | 995.00 | $2,487.50 |
| 04/28/2021 | JNP | BL | Review email from M. Clemente regarding pending notes litigation and forward to Board. | 0.10 | 1295.00 | $129.50 |
| 04/28/2021 | RJF | BL | Review motion to amend, original complaint, related pleadings. | 1.30 | 1395.00 | $1,813.50 |
| 04/28/2021 | JMF | BL | Review HCMFA answer. | 0.30 | 1050.00 | $315.00 |

D-CNL000954

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    47
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  | | | | | | |
| 04/28/2021 | GVD | BL | Review response to motion to withdrawal the reference | 0.50 | 950.00 | $475.00 |
| 04/28/2021 | HRW | BL | Review Dondero's responses to discovery requests in notes litigation. | 0.10 | 695.00 | $69.50 |
| 04/28/2021 | HRW | BL | Draft Responses and Objections for NPA discovery demands in notes litigation. | 0.30 | 695.00 | $208.50 |

D-CNL000955

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027  - 00002

Page:    48
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| ██ | ██ | ██ | ██████████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██████████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██████████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██████████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██████████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██████████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██████████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██████████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██████████████ | ██ | ██ | ██ |
| 04/29/2021 | JAM | BL | Telephone conference with H. Winograd re: responses to Advisors' discovery requests in notes litigation (0.6). | 0.60 | 1245.00 | $747.00 |
| ██ | ██ | ██ | ██████████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██████████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██████████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██████████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██████████████ | ██ | ██ | ██ |
| 04/29/2021 | GVD | BL | Conference with J. Seery re notes enforcement issues | 0.20 | 950.00 | $190.00 |
| ██ | ██ | ██ | ██████████████ | ██ | ██ | ██ |

D-CNL000956

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

Page:    49

Invoice 127680

April 30, 2021

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| ███ | ██ | ██ | ████████████████ | ██ | ██ | ██ |
| ███ | ██ | ██ | ██████████████ | ██ | ██ | ██ |
| ███ | ██ | ██ | ███████████ | ██ | ██ | ██ |
| ███ | ██ | ██ | ████████████████ | ██ | ██ | ██ |
| ███ | ██ | ██ | ██████████████ | ██ | ██ | ██ |
| 04/29/2021 | HRW | BL | Call with G. Demo regarding NPA discovery requests in notes litigation. | 0.40 | 695.00 | $278.00 |
| 04/29/2021 | HRW | BL | Call with G. Demo, K. Hendrix, D. Klos, J. Donahue regarding NPA discovery requests in notes litigation. | 0.30 | 695.00 | $208.50 |
| 04/29/2021 | HRW | BL | Draft responses & objections to NPA's discovery requests in notes litigation. | 8.00 | 695.00 | $5,560.00 |
| 04/29/2021 | HRW | BL | Call with J. Morris regarding NPA discovery in notes litigation. | 0.60 | 695.00 | $417.00 |
| ██████ | ██ | ██ | ████████████████████████ | ██ | | ██ |
| 04/30/2021 | IDK | BL | E-mails with J Kim re opposition to Advisors' and others motions to withdraw the reference (.6); Review of revised oppositions to same (.2). | 0.80 | 1325.00 | $1,060.00 |
| 04/30/2021 | JJK | BL | Additional research for objections to withdrawal reference motions of NexPoint, HCMFA, Dondero, and revise same objections. | 3.60 | 995.00 | $3,582.00 |
| 04/30/2021 | JJK | BL | Revise objections to reference withdrawal motions and emails Kharasch on same. | 2.10 | 995.00 | $2,089.50 |
| ██████ | ██ | ██ | ████████████ | ██ | ██ | ██ |
| ██████ | ██ | ██ | ████████████████ | ██ | ██ | ██ |
| ██████ | ██ | ██ | ███████████ | ██ | ██ | ██ |
| ██████ | ██ | ██ | ████████████████ | ██ | ██ | ██ |
| ██████ | ██ | ██ | ████████ | ██ | ██ | ██ |
| 04/30/2021 | JMF | BL | Review motion to stay adversary proceedings. | 0.40 | 1050.00 | $420.00 |
| ██████ | ██ | ██ | ███████████████ | ██ | ██ | ██ |

D-CNL000957

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    50
Invoice 127680
April 30, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/30/2021 | HRW | BL | Draft responses and objections to NPA's discovery requests in notes litigation. | 3.50 | 695.00 | $2,432.50 |
| 04/30/2021 | HRW | BL | Call with J. Morris regarding NPA discovery requests in notes litigation. | 0.10 | 695.00 | $69.50 |
| 04/30/2021 | HRW | BL | Call with D. Klos regarding NPA discovery requests in notes litigation. | 0.60 | 695.00 | $417.00 |
|  |  |  |  | 548.80 |  | $565,736.50 |

D-CNL000958

**Appx. 02764**