PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717) (*admitted pro hac vice*)
Ira D. Kharasch (CA Bar No. 109084) (*admitted pro hac vice*)
John A. Morris (NY Bar No. 2405397) (*admitted pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
Hayley R. Winograd (NY Bar No. 5612569) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward (Texas Bar No. 24044908)
Zachery Z. Annable (Texas Bar No. 24053075)
10501 N. Central Expy, Ste. 106
Dallas, TX 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § | Case No. 19-34054-sgj11 |
| | § | |
| Reorganized Debtor. | § | |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | |
| | § | |
| Plaintiff, | § | Adversary Proceeding No. |
| | § | |
| vs. | § | 21-03004-sgj |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P., | § | |
| | § | |
| Defendant. | § | |

## REORGANIZED DEBTOR'S WITNESS AND EXHIBIT LIST WITH RESPECT TO EVIDENTIARY HEARING TO BE HELD ON JANUARY 10, 2022

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

Highland Capital Management, L.P. (the "Reorganized Debtor") submits the following witness and exhibit list with respect to *Defendant's Second Motion for Leave to Amend Answer and Brief in Support Thereof* [Docket No. 82], which the Court has set for hearing at 9:30 a.m. (Central Time) on January 10, 2022 (the "Hearing") in the above-styled adversary proceeding (the "Adversary Proceeding").

A.    **Witnesses:**

    1.    Dennis C. Sauter;

    2.    Any witness identified by or called by any other party; and

    3.    Any witness necessary for rebuttal.

B.    **Exhibits:**

| Number | Exhibit | Offered | Admitted |
|--------|---------|---------|----------|
| 1. | Complaint against HCMFA [Docket No. 109] | | |
| 2. | Amended Complaint against HCMS [Docket No. 109] | | |
| 3. | Highland's Consolidated Financial Statements, dated December 31, 2018 [Docket No. 109] | | |
| 4. | HCMFA's Incumbency Certificate, April 2019 | | |
| 5. | Email string re 15(c) Follow up (10/2/21 – 10/6/21) | | |
| 6. | HCMFA's Consolidated Financial Statements and Supplemental Information (December 31, 2018) [Docket No. 109] | | |
| 7. | 5/2/19 e-mail and attachment (Promissory Note) [Docket No. 109] | | |
| 8. | 5/3/19 e-mail [Docket No. 109] | | |
| 9. | 5/3/19 Promissory Note [Docket No. 109] | | |

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 10. | Supplemental 15(c) Information Request 10.23.20 [Docket No. 109] | | |
| 11. | James Dondero's Objections and Responses to Highland Capital Management, L.P.'s Second Set of Interrogatories [Docket No. 109] | | |
| 12. | Peet Burger 7/30/21 Deposition Transcript [Docket No. 109] | | |
| 13. | James Dondero 11/4/21 Deposition Transcript [Docket No. 109] | | |
| 14. | Frank Waterhouse 10/19/21 Deposition Transcript [Docket No. 109] | | |
| 15. | Declaration of Dennis C. Sauter, Jr. [Docket No. 109] | | |
| 16. | Email from David Klos to the Debtor's Corporate Accounting group, with a copy to Melissa Schroth, dated February 2, 2018 [Docket No. 109] | | |
| 17. | (a) Email from Blair Hillis to David Klos and the Debtor's Corporate Accounting group, with a copy to Melissa Schroth, dated August 1, 2018 and (b) an email from David Klos to the Debtor's Corporate Accounting group, with a copy to Melissa Schroth, dated August 1, 2018 [Docket No. 109] | | |
| 18. | Dustin Norris 12/1/21 Deposition Transcript [Docket No. 109] | | |
| 19. | Dennis C. Sauter 11/17/21 Deposition Transcript [Docket No. 109] | | |
| 20. | Kristin Hendrix 10/27/21 Deposition Transcript [Docket No. 109] | | |
| 21. | David Klos 10/27/21 Deposition Transcript [Docket No. 109] | | |
| 22. | Debtor's back-up for the December Monthly Operating Report, titled "December 2019 Due From Affiliates" [Docket No. 109] | | |
| 23. | Debtor's back-up for the September Monthly Operating Report, titled "September 2020 Due From Affiliates" [Docket No. 109] | | |
| 24. | Debtor's back-up for the January 2021 Monthly Operating Report, titled "January 2021 Due From Affiliates" [Docket No. 109] | | |

| Number | Exhibit | Offered | Admitted |
|--------|---------|---------|----------|
| 25. | Debtor's January 2021 Affiliates Loan Receivables Summary [Docket No. 109] | | |
| 26. | Email from Kristin Hendrix to Jim Dondero, with a copy to Frank Waterhouse, dated August 29, 2020 regarding 7/31/20 HCMLP Requests **(REDACTED)** [Docket No. 109] | | |
| 27. | Email from Kristin Hendrix to Jim Dondero, with a copy to Frank Waterhouse and David Klos, dated April 27, 2020 regarding HCMLP Schedule of Investments **(REDACTED)** [Docket No. 109] | | |
| 28. | Declaration of David Klos in Support of HCMLP's Motion for Partial Summary Judgment [Docket No. 109] | | |
| 29. | Declaration of Hayley R. Winograd in Support of HCMLP's Opposition to HCMFA's Second Motion to Amend [Docket No. 109] | | |
| 30. | Email to counsel for HCMFA on October 25, 2021 producing word versions of the HCMFA Notes [Docket No. 109] | | |
| 31. | Any document entered or filed in the Adversary Proceeding, including any exhibits thereto | | |
| 32. | Any document entered or filed in the Reorganized Debtor's Bankruptcy Case, including any exhibits thereto | | |
| 33. | All exhibits necessary for impeachment and/or rebuttal purposes | | |
| 34. | All exhibits identified by or offered by any other party at the Hearing | | |

Dated: January 6, 2022.                **PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No. 143717)
Ira D. Kharasch (CA Bar No. 109084)
John A. Morris (NY Bar No. 266326)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jpomerantz@pszjlaw.com
       ikharasch@pszjlaw.com
       jmorris@pszjlaw.com
       gdemo@pszjlaw.com
       hwinograd@pszjlaw.com-and-

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*