Case 21-03004-sgj Doc 111-25 Filed 01/06/22 Entered 01/06/22 11:03:25 Page 1 of 2

# EXHIBIT 25

| Loan Summary | | |
|---|---|---|
| **HCMLP to HCMSI (GL 14530) - Outstanding Loans** | **Date** | **Principal Amount** |
| HCMSI Restructure | 5/31/2017 | 6,572,061 |
| HCMSI #46 | 3/26/2018 | 158,777 |
| HCMSI #47 | 6/25/2018 | 212,403 |
| HCMSI #48 | 5/29/2019 | 409,586 |
| HCMSI #49 | 6/26/2019 | 153,565 |
| BW Salary Recievable | 12/31/2019 | 12,301 |
| | Sub-total | 7,518,692 |
| | | |
| **Total HCMSI Debt to HCM Outstanding** | | **7,518,692** |
| **Total HCMSI Debt per GL** | | 7,518,692 |
| | | |
| | Reconciled Total | 7,518,692 |
| | Unreconciled Difference | - |
| | | |
| **HCMLP to HCMFA (GL 14531) - Outstanding Loans** | **Date** | **Principal Amount** |
| HCMFA #2 | 2/26/2014 | 2,092,825 |
| HCMFA #5 | 2/26/2016 | 965,395 |
| HCMFA #6 | 5/2/2019 | 2,457,517 |
| HCMFA #7 | 5/3/2019 | 5,119,827 |
| | Sub-total | 10,635,564 |
| | | |
| **Total HCMFA Debt to HCM Outstanding** | | **10,635,564** |
| **Total HCMFA Debt per GL** | | 10,635,564 |
| | | |
| | Reconciled Total | 10,635,564.44 |
| | Unreconciled Difference | - |
| | | |
| **HCMLP to NexPoint Advisors (GL 14532) - Outstanding Loans** | **Date** | **Principal Amount** |
| NexPoint Restructure | 5/31/2017 | 23,034,644 |
| | Sub-total | 23,034,644 |
| | | |
| **Total NexPoint Debt to HCM Outstanding** | | **23,034,644** |
| **Total NexPoint Debt per GL** | | 23,034,644 |
| | | |
| | Reconciled Total | 23,034,644 |
| | Unreconciled Difference | 0.00 |
| | | |
| **HCMLP to HCRE (GL 14533) - Outstanding Loans** | **Date** | **Principal Amount** |
| HCRE #9 | 11/27/2013 | - |
| HCRE Restructure | 5/31/2017 | 5,829,776 |
| HCRE #10 | 10/12/2017 | 3,149,919 |
| HCRE #11 | 10/15/2018 | 874,978 |
| HCRE #12 | 9/25/2019 | 750,279 |
| | Sub-total | 10,604,952 |
| | | |
| **Total HCRE Debt to HCM Outstanding** | | **10,604,952** |
| **Total HCRE Debt per GL** | | 10,604,952 |
| | | |
| | Reconciling Items Compound Interest | - |
| | | |
| | Reconciled Total | 10,604,951.61 |
| | Unreconciled Difference | 0.01 |
| | | |
| **HCMLP Partner Tax Loans (GL 14565) - Outstanding Loans** | **Date** | **Principal Amount** |
| Dondero #4 | 2/2/2018 | 3,687,270 |
| Dondero #5 | 8/1/2018 | 2,619,929 |
| Dondero #6 | 8/13/2018 | 2,622,426 |
| | Sub-total | 8,929,625 |
| | | |
| **Total Partner Debt to HCM Outstanding** | | **8,929,625** |
| Total Partner Debt per GL | | 8,929,625 |
| Reconciling Items | | |
| | Reconciled Total | 8,929,624.74 |
| | Unreconciled Difference | - |
| | | |
| **Get Good Loan (GL 14750) - Outstanding Loans** | **Date** | **Principal Amount** |
| Dugaboy Restructure | 5/31/2017 | 18,286,268 |
| | Sub-total | 18,286,268 |
| | | |
| **Total Partner Debt to HCM Outstanding** | | **18,286,268** |
| Total Partner Debt per GL | | 18,286,268 |
| Reconciling Items | | |
| | Reconciled Total | 18,286,268.16 |
| | Unreconciled Difference | - |