# EXHIBIT 27

**From:** Kristin Hendrix <KHendrix@HighlandCapital.com>
**To:** Jim Dondero <JDondero@HighlandCapital.com>
**Cc:** Frank Waterhouse <FWaterhouse@HighlandCapital.com>, David Klos <DKlos@HighlandCapital.com>
**Subject:** RE: HCMLP Schedule of Investments
**Date:** Mon, 27 Apr 2020 18:21:21 -0500
**Importance:** Normal
**Attachments:** HCMLP_03_31_2020_SOI.pdf; Look_through_of_HF_interests_3.31.20.pdf; HCMLP_Notes_Receivable_&_Other_Net_Working_Capital_Listing_03_31_2020.pdf; HCMLP_Internal_Jefferies_4.24.20.pdf
**Inline-Images:** image001.jpg; image002.jpg

Jim,

Revised schedules are attached with the latest updates.

Thanks,

Kristin

**From:** Kristin Hendrix
**Sent:** Monday, April 27, 2020 5:25 PM
**To:** Jim Dondero
**Cc:** Frank Waterhouse ; David Klos
**Subject:** RE: HCMLP Schedule of Investments

Jim,

Attached are updated files, per your earlier conversation with Dave and Frank. Let us know how else we can help.

Thanks,

Kristin

**From:** Kristin Hendrix
**Sent:** Monday, April 27, 2020 3:20 PM
**To:** Jim Dondero <JDondero@HighlandCapital.com>
**Cc:** Frank Waterhouse <FWaterhouse@HighlandCapital.com>; David Klos <DKlos@HighlandCapital.com>
**Subject:** HCMLP Schedule of Investments

Hi Jim,

I hope you are doing well!

We are sending over a HCMLP SOI, as of 3/31, along with a look through detail to the hedge fund ownership. Please note that the HCMLP investments held at Jefferies are shown gross of their borrow. I have noted those on the schedule. Let us know if you have any questions.

Thanks,

Kristin

**Kristin Hendrix, CPA** | Senior Manager, Corporate Accounting



300 Crescent Court | Suite 700 | Dallas, Texas 75201

O: 972.628.4127 | F: 972.628.4147

khendrix@highlandcapital.com | www.highlandcapital.com



# Highland Capital Management, LP
## Schedule of Investments and Other Net Assets
### As of March 31, 2020



8

**HCMLP Jefferies Margin Summary**



CONFIDENTIAL

D-UDFS-001705

**HCMLP Notes Receivable - Principal**
**As of 3/31/2020**

| | |
|---|---:|
| NexPoint Advisors | $ 23,034,644 |
| Dugaboy | 18,286,268 |
| Highland Capital Management Fund Advisors | 10,458,220 |
| HCRE | 10,192,686 |
| James Dondero | 8,834,770 |
| Highland Capital Management Services | 7,499,238 |
| Multi-Strategy Credit Fund | 5,019,000 |
| Highland Select Equity Fund | 3,000,000 |
| SSP Holdings, LLC | 2,000,000 |
| Siepe | 1,672,321 |
| Trussway | 1,000,000 |
| **Total Notes Receivable** | **$ 90,997,147** |



CONFIRMATIONAL D-UDFS-001706



**Lookthrough of Fund Assets**
**As Of 03/31/2020**

CONFIDENTIAL

D-UDFS-001707