# EXHIBIT 29

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717) (*admitted pro hac vice*)
Ira D. Kharasch (CA Bar No. 109084) (*admitted pro hac vice*)
John A. Morris (NY Bar No. 2405397) (*admitted pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
Hayley R. Winograd (NY Bar No. 5612569) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward (Texas Bar No. 24044908)
Zachery Z. Annable (Texas Bar No. 24053075)
10501 N. Central Expy, Ste. 106
Dallas, TX  75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § | Case No. 19-34054-sgj11 |
| | § | |
| Reorganized Debtor. | § | |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | |
| | § | |
| Plaintiff, | § | Adversary Proceeding No. |
| | § | |
| vs. | § | 21-3004-sgj |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P., | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (6725).  The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

**DECLARATION OF HAYLEY R. WINOGRAD IN SUPPORT OF HIGHLAND CAPITAL MANAGEMENT, L.P.'S OPPOSITION TO DEFENDANT'S SECOND MOTION FOR LEAVE TO AMEND ANSWER**

I, Hayley R. Winograd, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, declare as follows:

1. I am an attorney in the law firm of Pachulski, Stang, Ziehl & Jones LLP, counsel to the above-referenced Reorganized Debtor, and I submit this Declaration in support of *Highland Capital Management, L.P.'s Opposition to Defendant's Second Motion for Leave to Amend Answer* (the "Opposition") being filed concurrently with this Declaration. I submit this Declaration based on my personal knowledge and review of the documents listed below.

2. Attached as **Exhibit A** is a true and correct copy of communications from Highland's counsel to HCMFA's counsel on June 25, 2021, producing the May 2, 2019 e-mail.

3. Attached as **Exhibit B** is a true and correct copy of communications from Highland's counsel to HCMFA's counsel on July 2, 2021, producing Word versions of the HCMFA Notes.

Dated: December 30, 2021.                    */s/ Hayley R. Winograd*
                                                              Hayley R. Winograd

**From:** Hayley R. Winograd
**Sent:** Friday, June 25, 2021 8:15 PM
**To:** 'Rukavina, Davor' <drukavina@munsch.com>; Vasek, Julian <jvasek@munsch.com>
**Cc:** John A. Morris <jmorris@pszjlaw.com>
**Subject:** Debtor's Production to 1st Set of Discovery - Adv. Proc. 21-3004

Counsel,

Below please find the link and password to the production of documents responsive to HCMFA's First Set of Discovery to Plaintiff, at bates numbers: D-HCMFA000001 - D-HCMFA095954.

https://app.everlaw.com/14261/dl/uHZHMIY9wvBBGN7oRKLl42lJv5aGxY0p8OIpH03HhbUS
Password: s4qCG3ppz2DX


Thanks,
Hayley


**Hayley R. Winograd**
Pachulski Stang Ziehl & Jones LLP
Tel: 212.561.7700 | Fax: 212.561.7777
hwinograd@pszjlaw.com



Los Angeles | San Francisco | Wilmington, DE | New York | Houston

**Attachments:**                    HCMFA 7_2_21 Production (2).zip


**From:** Hayley R. Winograd
**Sent:** Friday, July 2, 2021 12:56 PM
**To:** 'Rukavina, Davor' <drukavina@munsch.com>; 'Vasek, Julian' <jvasek@munsch.com>
**Cc:** John A. Morris <jmorris@pszjlaw.com>
**Subject:** RE: Debtor's Supplemental Production to 2nd Set of Discovery - Adv. Proc. 21-3004

Counsel,

Please find in the attached link the Debtor's supplemental production responsive to HCMFA's Second Set of Requests for Production, at bates numbers: D-HCMFA290880 - D-HCMFA290883.

Thanks,
Hayley


**Hayley R. Winograd**
Pachulski Stang Ziehl & Jones LLP
Tel: 212.561.7700 | Fax: 212.561.7777
hwinograd@pszjlaw.com



Los Angeles | San Francisco | Wilmington, DE | New York | Houston