BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Highland Capital Management, L.P. v. Highland Capital Management Fund Advisors, L.P.<br><br>DEBTOR | Defendant's Motion (Second) To Amend Answer #82 | Case # 21–03004–sgj |

**TYPE OF HEARING**

| | | |
|---|---|---|
| Highland Capital Management, L.P.<br><br>**PLAINTIFF / MOVANT** | VS | Highland Capital Management Fund Advisors, L.P.<br><br>**DEFENDANT / RESPONDENT** |
| John A. Morris<br><br>**ATTORNEY** | | Davor Rukavina, Esq.<br><br>**ATTORNEY** |

**EXHIBITS**

| SEE EXHIBIT LIST | SEE EXHIBIT LIST |
|---|---|
| Court Admitted Exhibit's #1 through #31 | Court Admitted Exhibit HCMFA's R#1 – Rebuttal |
| | Court Admitted Defendant's Appendix (Declaration of Dennis C. Sauter, Jr.) In Support of Second Motion of #831 pages |
| | NOTE* Paragraph #6 through #10 of the declaration where not admitted as part of this record |

| | | |
|---|---|---|
| Michael Edmond<br><br>REPORTED BY | January 10, 2022<br><br>HEARING DATE | Stacey G. Jernigan<br><br>JUDGE PRESIDING |