# EXHIBIT 1

| Month | Invoice # | Total Invoice | Misapplied Fees (If any) | Adjusted Invoice |
|---|---|---|---|---|
| December 2020 (Matter 002)* | 126769 | $26,033.00 | $0.00 | $26,033.00 |
| January 2021 (Matter 002)** | 127125 | $53,348.00 | $0.00 | $53,348.00 |
| February 2021 (Matter 002) | 127314 | $1,307.50 | $0.00 | $1,307.50 |
| March 2021 (Matter 002) | 127522 | $53,270.50 | $0.00 | $53,270.50 |
| April 2021 (Matter 002)*** | 127680 | $125,307.50 | $0.00 | $125,307.50 |
| May 2021 (Matter 002) | 127958 | $260,971.50 | $0.00 | $260,971.50 |
| June 2021 (Matter 002) | 128195 | $101,276.50 | $0.00 | $101,276.50 |
| July 2021 (Matter 002) | 128292 | $65,093.00 | $0.00 | $65,093.00 |
| August 1 - 10 2021 (Matter 002)**** | 128474 | $135,289.00 | $0.00 | $135,289.00 |
| August 11 - 31, 2021 (Matter 003) | 128567 | $31,635.50 | $0.00 | $31,635.50 |
| September 2021 (Matter 003) | 128688 | $235,361.50 | $0.00 | $235,361.50 |
| Supplement through October 7, 2021 (Matter 002) (JAM) | 128606 | $3,237.00 | $0.00 | $3,237.00 |
| October 2021 | 128950 | $375,653.50 | $0.00 | $375,653.50 |
| November 2021 | 129043 | $325,888.50 | ($3,221.00) | $322,667.50 |
| December 2021 | 129324 | $345,649.00 | ($2,542.50) | $343,106.50 |
| January 2022 (Matter 004) | 129683 | $140,045.50 | ($5,134.50) | $134,911.00 |
| February 2022 | 129792 | $172,582.50 | $0.00 | $172,582.50 |
| March 2022 | 129886 | $85,373.00 | $0.00 | $85,373.00 |
| April 2022 | 130115 | $109,294.80 | $0.00 | $109,294.80 |
| May 2022 | 130359 | $4,430.50 | $0.00 | $4,430.50 |
| June 2022 | 130403 | $1,674.00 | $0.00 | $1,674.00 |
| July 2022 | 130494 | $21,761.50 | $0.00 | $21,761.50 |
| **TOTAL DUE** | | | | **$2,663,585.30** |

*Differs from Trial Exhibit 169 in that an entry from 12/20/21 was removed, as it does not apply to the Notes Litigation.

**Differs from Trial Exhibit 170 in that a portion of an entry from 1/22/21 totaling 0.2 hours was inadvertently omtited from Trial Exhibit 170.

***Differs from Trial Exhibit 173 in that 2 entries from 4/29/21 totaling 0.7 hours were inadvertently omitted from Trial Exhibit 173.

****Differs from Trial Exhibit 178 in that: (i) eleven entries from 06/04/21, 06/10/21, 07/01/21, 07/06/21, 07/09/21, 07/29/21, 07/30/21, 08/02/21 and 08/10/21 were removed, as they do not apply to the Notes Litigation; (ii) one entry from 8/10/22 totaling 0.1 hour was inadvertently omtited from Trial Exhibit 178.