# EXHIBIT 2

## DECEMBER 2020

| DATE | TKPR | TASK | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 12/5/2020 | GIG | BL | Research re bankruptcy court jurisdiction over note | 2.20 | $895.00 | $1,969.00 |
| 12/7/2020 | IDK | BL | E-mails with G Glazer on status of Stern issues re demand note litigation vs Dondero related entities. | 0.10 | $1,145.00 | $114.50 |
| 12/7/2020 | GIG | BL | Research re bankruptcy court jurisdiction over note | 5.50 | $895.00 | $4,922.50 |
| 12/7/2020 | GIG | BL | Research re bankruptcy court jurisdiction over note | 4.30 | $895.00 | $3,848.50 |
| 12/8/2020 | GIG | BL | Research re bankruptcy court jurisdiction over note | 1.20 | $895.00 | $1,074.00 |
| 12/8/2020 | GIG | BL | Prepare memo re jurisdiction issue | 6.90 | $895.00 | $6,175.50 |
| 12/8/2020 | GIG | BL | Emails Ira D. Kharasch re jurisdiction memo | 0.10 | $895.00 | $89.50 |
| 12/9/2020 | IDK | BL | Attend conference call with J. Pomerantz, others, demand note upcoming litigation, (.8). | 0.80 | $1,145.00 | $916.00 |
| 12/10/2020 | GIG | BL | Emails Ira D. Kharasch re jurisdiction memo | 0.10 | $895.00 | $89.50 |
| 12/11/2020 | GIG | BL | Emails with Gregory V. Demo re jurisdiction | 0.20 | $895.00 | $179.00 |
| 12/11/2020 | GVD | BL | Review research re bankruptcy jurisdiction | 0.30 | $825.00 | $247.50 |
| 12/15/2020 | BEL | BL | Telephone conference with John A. Morris regarding complaint regarding demand notes. | 0.20 | $825.00 | $165.00 |
| 12/15/2020 | BEL | BL | Review demand notes. | 0.50 | $825.00 | $412.50 |
| 12/15/2020 | JAM | BL | telephone conference with B. Levine re: collection actions on demand notes (0.1); | 0.10 | $1,075.00 | $107.50 |
| 12/16/2020 | BEL | BL | Review notes and draft complaint. | 3.70 | $825.00 | $3,052.50 |
| 12/20/2020 | JAM | BL | review/revise complaint against Dondero for breach of demand notes (0.8); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd, B. Levine re: complaint against Dondero (0.1). | 0.90 | $1,075.00 | $967.50 |
| 12/21/2020 | JNP | BL | Review draft complaint against Dondero for demand notes. | 0.10 | $1,075.00 | $107.50 |
| 12/21/2020 | JAM | BL | Telephone conference with J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: HarbourVest settlement, demand notes, (1.0); e-mail to J. Seery, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: complaint against Dondero (demand notes) (0.1). | 1.10 | $1,075.00 | $1,182.50 |
| 12/27/2020 | GVD | BL | Review and revise complaint re demand notes | 0.50 | $825.00 | $412.50 |
| | | | **TOTAL** | | | **$26,033.00** |