# EXHIBIT 3

## JANUARY 2021

| DATE | TKPR | TASK | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 1/7/2021 | JAM | BL | e-mail to M. Clemente, P. Montgomery, J. Pomerantz, G. Demo re: complaint against defaulting demand note parties (0.2); | 0.20 | $1,245.00 | $249.00 |
| 1/9/2021 | IDK | BL | Attend conference call with internal team on prep/status for prosecution of demand notes (2.0) | 2.00 | $1,325.00 | $2,650.00 |
| 1/10/2021 | IDK | BL | E-mails with K Brown re overseeing demand note | 0.20 | $1,325.00 | $265.00 |
| 1/11/2021 | IDK | BL | Telephone conference and e-mails with K Brown re prosecuting demand notes vs Dondero (.2). | 0.20 | $1,325.00 | $265.00 |
| 1/11/2021 | IDK | BL | E-mails with B Levine re demand notes and need to commence actions and prior draft of complaint (.2); E-mails with local counsel re same re writs of attachment for same (.3). | 0.50 | $1,325.00 | $662.50 |
| 1/12/2021 | IDK | BL | E-mails with K Brown, H Winograd re getting complaints filed on demand notes and logistics (.2). | 0.20 | $1,325.00 | $265.00 |
| 1/12/2021 | KHB | BL | Emails with I. Kharasch and Hayley R. Winograd re complaints on promissory notes and writs of attachment. | 0.20 | $1,225.00 | $245.00 |
| 1/12/2021 | GVD | BL | Correspondence with PSZJ litigation team re demand letters | 0.20 | $950.00 | $190.00 |
| 1/12/2021 | HRW | BL | Review Dondero demand note complaint (0.2); Review demand letters (0.3) | 0.50 | $695.00 | $347.50 |
| 1/13/2021 | IDK | BL | E-mails with K Brown, others re legal issues, | 0.40 | $1,325.00 | $530.00 |
| 1/13/2021 | KHB | BL | Review complaint and demand letters re promissory | 1.90 | $1,225.00 | $2,327.50 |
| 1/13/2021 | BEL | BL | Emails regarding draft Dondero complaint. | 0.20 | $950.00 | $190.00 |
| 1/13/2021 | GVD | BL | Conference with K. Brown and H. Winograd re | 0.80 | $950.00 | $760.00 |
| 1/13/2021 | HRW | BL | Call with G. Demo and K. Brown re: demand note complaints (0.6); Call with G. Demo re: demand note complaints (0.1); Review Demand Notes and related documents (0.8); Draft Demand Note Complaints against Dondero and related entities (4.5). | 6.00 | $695.00 | $4,170.00 |
| 1/14/2021 | IDK | BL | E-mails with H Winograd and J Morris re next steps | 0.10 | $1,325.00 | $132.50 |
| 1/14/2021 | JNP | BL | Review email regarding suits against noteholders | 0.10 | $1,295.00 | $129.50 |
| 1/14/2021 | KHB | BL | call with Greg Demo (GD), J. Morris (JM) and Hayley Winograd ("HG") re litigation strategy on promissory notes (.4); confer with HG re form of complaints (.2); review and revise complaint (1.6); emails with HG re revisions to complaints (.5). | 2.70 | $1,225.00 | $3,307.50 |
| 1/14/2021 | JAM | BL | telephone conference with G. Demo re: complaints against makers of notes (0.2); telephone conference with K. Brown, H. Winograd, G. Demo (partial participation) re: complaints against makers of notes (0.5) | 0.70 | $1,245.00 | $871.50 |
| 1/14/2021 | HRW | BL | Draft Demand Note Complaints against Dondero and related entities (5.5); PSZJ call re: Demand Note Complaints and litigation strategy (0.5); Review Demand Notes and related documents (1.0); Call with K. Brown re: Demand Note Complaints (0.1) | 7.10 | $695.00 | $4,934.50 |
| 1/15/2021 | KHB | BL | Work on complaints on promissory notes (4.4). | 5.20 | $1,225.00 | $6,370.00 |
| 1/15/2021 | GVD | BL | Review and revise demand note complaint | 0.30 | $950.00 | $285.00 |
| 1/15/2021 | HRW | BL | Draft Demand Note Complaints against Dondero and related entities (7.5). | 7.50 | $695.00 | $5,212.50 |
| 1/16/2021 | HRW | BL | Draft complaints against Dondero and related | 4.80 | $695.00 | $3,336.00 |
| 1/17/2021 | HRW | BL | Draft complaints against Dondero and related entities re: demand notes (4.5). | 4.50 | $695.00 | $3,127.50 |

## JANUARY 2021

| DATE | TKPR | TASK | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 1/18/2021 | JNP | BL | Conference with Sidley, John A. Morris, Ira D. | 0.70 | $1,295.00 | $906.50 |
| 1/18/2021 | KHB | BL | review comments to complaints on promissory notes by J. Morris and email to J. Morris and H. Winograd re same (.2); work on complaints (.7); call with Committee counsel, J. Morris and J. Pomerantz re litigation strategy (.7). | 1.60 | $1,225.00 | $1,960.00 |
| 1/18/2021 | JAM | BL | review/revise draft Complaint against Dondero for recovery under demand notes (0.9); e-mail to K. Brown, H. Winograd, J. Pomerantz, I. Kharasch, G. Demo re: revisions to draft Complaint against Dondero for recovery under demand notes (0.2); e-mails to Sidley, J. Pomerantz, G. Demo, H. Winograd re: complaints for recovery under demand notes (0.3); | 1.40 | $1,245.00 | $1,743.00 |
| 1/18/2021 | HRW | BL | Draft complaints against Dondero and related entities re: demand notes (7.5); Call with Committee re: litigation strategy (0.8). | 8.30 | $695.00 | $5,768.50 |
| 1/22/2021 | KHB | BL | Emails with H. Winograd and J. Morris re complaints on promissory notes. | 0.20 | $1,225.00 | $245.00 |
| 1/22/2021 | JAM | BL | review complaints concerning demand notes and send e-mail to Z. Annable, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd concerning the same (0.2); review Z. Annable comments to note complaints and cover sheets (0.2); e-mail to Z. Annable re: note complaints and cover sheets (0.1); telephone conference with J. Seery re: note complaints (0.1); | 0.60 | $1,245.00 | $747.00 |
| 1/28/2021 | JMF | BL | Review complaints and background re notes receivables re HCMS, HCRE, and HCMFA. | 1.10 | $1,050.00 | $1,155.00 |
| | | | **TOTAL** | | | **$53,348.00** |