# EXHIBIT 4

## FEBRUARY 2021

| DATE | TKPR | TASK | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 2/2/2021 | HRW | BL | Draft letters to HCRE and HCMS re: partial payments and demand letters (1.3). | 1.30 | $695.00 | $903.50 |
| 2/6/2021 | IDK | BL | E-mails with G Demo re correspondence with Gov | 0.20 | $1,325.00 | $265.00 |
| 2/8/2021 | HRW | BL | Draft follow-up to demand letters for HCRE and HCSM | 0.20 | $695.00 | $139.00 |
| | | | **TOTAL** | | | **$1,307.50** |