# EXHIBIT 6

| DATE | TKPR | TASK | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 4/1/2021 | IDK | BL | E-mails with J Pomerantz, G Demo, CEO re | 0.20 | $1,325.00 | $265.00 |
| 4/1/2021 | JNP | BL | Emails to and from Gregory V. Demo regarding D. Rukavina email regarding withdrawal of the reference. | 0.10 | $1,295.00 | $129.50 |
| 4/1/2021 | JNP | BL | Review and respond to email regarding withdrawal of reference for note lawsuits. | 0.10 | $1,295.00 | $129.50 |
| 4/1/2021 | JAM | BL | Telephone conference with H. Winograd re: discovery in AP against Advisors (notes litigation) (0.1); prepare discovery document requests and interrogatories for AP against Advisors (notes litigation) (0.9); review/revise requests for admission for AP against Advisors (notes litigation (0.3); e-mails with H. Winograd re: discovery requests for AP against Advisors (notes litigation (0.2); e-mail to D. Rukavina, H. Winograd re: discovery in AP against Advisors (notes litigation) (0.1). | 1.60 | $1,245.00 | $1,992.00 |
| 4/1/2021 | HRW | BL | Call with J. Morris re: discovery in NPA demand note litigation (0.1); Draft discovery demands in NPA demand note litigation (1.0); Review adversary proceeding critical dates (0.6). | 1.70 | $695.00 | $1,181.50 |
| 4/2/2021 | JNP | BL | Review witness list and reply brief regarding Committee's motion regarding Dondero discovery. | 0.20 | $1,295.00 | $259.00 |
| 4/4/2021 | JAM | BL | E-mail to H. Winograd re: notes litigation (0.1); | 0.10 | $1,245.00 | $124.50 |
| 4/5/2021 | HRW | BL | Review amended scheduling order for Dondero demand note proceeding (0.5). | 0.50 | $695.00 | $347.50 |
| 4/6/2021 | IDK | BL | E-mails with G Demo re Dondero withdrawal of reference motion and our prior research on jurisdiction issues re same | 0.30 | $1,325.00 | $397.50 |
| 4/7/2021 | JAM | BL | Review Dondero's amended answer in notes | 1.70 | $1,245.00 | $2,116.50 |
| 4/7/2021 | HRW | BL | Draft discovery demands for Dondero demand note | 0.90 | $695.00 | $625.50 |
| 4/8/2021 | HRW | BL | Review demand note adversary proceeding complaints (0.3). | 0.30 | $695.00 | $208.50 |
| 4/9/2021 | IDK | BL | E-mails with G Demo, others on Plan provisions re note collection/litigation issues | 0.30 | $1,325.00 | $397.50 |
| 4/9/2021 | JMF | BL | Review notes receivable litigation and amounts due from noteholders re plan implementation (2.1) | 2.10 | $1,050.00 | $2,205.00 |
| 4/9/2021 | JAM | BL | Review of rules re: withdrawal of the reference (0.4); telephone conference with Z. Annable re: rules for withdrawal of the reference (0.1); | 0.50 | $1,245.00 | $622.50 |
| 4/9/2021 | GVD | BL | Review issues re notes litigation | 0.60 | $950.00 | $570.00 |
| 4/12/2021 | GVD | BL | Review issues re repayment of notes | 0.60 | $950.00 | $570.00 |
| 4/13/2021 | JMF | BL | Review motion and brief for withdrawal of references re demand notes. | 0.50 | $1,050.00 | $525.00 |
| 4/13/2021 | JAM | BL | Review Answers to complaints filed by Advisors in | 0.60 | $1,245.00 | $747.00 |
| 4/14/2021 | JNP | BL | Email to D. Rukavina regarding scheduling for motion to withdraw reference. | 0.10 | $1,295.00 | $129.50 |
| 4/14/2021 | JNP | BL | Email to and from D. Rukavina regarding hearing on motion to withdraw reference. | 0.10 | $1,295.00 | $129.50 |
| 4/14/2021 | JNP | BL | Conference with John A. Morris regarding hearing on motion to withdraw reference. | 0.10 | $1,295.00 | $129.50 |
| 4/14/2021 | JNP | BL | Review motion to withdraw reference. | 0.20 | $1,295.00 | $259.00 |
| 4/14/2021 | JAM | BL | e-mails with D. Rukavina, J. Pomerantz re: scheduling issues concerning adversary proceeding against Advisors and Funds (0.5); e-mail to Court, D. Rukavina, L. Hogewood, J. Pomerantz re: scheduling issues concerning adversary proceeding against Advisors and Funds (0.3;) | 0.80 | $1,245.00 | $996.00 |
| 4/14/2021 | GVD | BL | Correspondence re note and discovery request | 0.10 | $950.00 | $95.00 |
| 4/14/2021 | HRW | BL | Draft Rule 26 disclosures for Dondero demand note adversary proceeding (2.0). | 2.00 | $695.00 | $1,390.00 |

## APRIL 2021

| DATE | TKPR | TASK | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 4/15/2021 | IDK | BL | Review and consider G Demo's memo on | 0.40 | $1,325.00 | $530.00 |
| 4/15/2021 | HRW | BL | Prepare Rule 26 disclosures for Dondero demand note adversary proceeding (0.6). | 0.60 | $695.00 | $417.00 |
| 4/16/2021 | IDK | BL | E-mail and telephone conference with J Pomerantz re Dondero withdrawal of reference motions and logistics on response to same and J Kim (.2); E-mail and telephone conference with G Demo re same and relevant pleadings (.2); E-mails with J Kim re need for responses to Dondero withdrawal of reference motions (.2). | 0.60 | $1,325.00 | $795.00 |
| 4/16/2021 | JJK | BL | Research re: reference withdrawal, core matter, Stern, related issues. | 3.70 | $995.00 | $3,681.50 |
| 4/16/2021 | JNP | BL | Conference with Ira D. Kharasch regarding motion | 0.20 | $1,295.00 | $259.00 |
| 4/16/2021 | JNP | BL | Review Dondero motion to stay pending withdrawal | 0.20 | $1,295.00 | $259.00 |
| 4/16/2021 | GVD | BL | Review Dondero motion re withdrawal of the reference | 0.20 | $950.00 | $190.00 |
| 4/16/2021 | GVD | BL | Conference with I. Kharasch re motions to withdraw | 0.20 | $950.00 | $190.00 |
| 4/16/2021 | HRW | BL | Review Dondero withdrawal of reference filed in demand note adversary proceeding (0.5). | 0.50 | $695.00 | $347.50 |
| 4/16/2021 | HRW | BL | Review Dondero's motion to stay demand note | 0.30 | $695.00 | $208.50 |
| 4/18/2021 | JAM | BL | Review Dondero motion to expedite stay motion (0.3); e-mail to J. Pomerantz, I. Kharasch, G. Demo, | 3.40 | $1,245.00 | $4,233.00 |
| 4/17/2021 | HRW | BL | Draft demand note discovery requests (2.5). | 2.50 | $695.00 | $1,737.50 |
| 4/18/2021 | JNP | BL | Review and comment on opposition to motion for stay of discovery and emails regarding same. | 0.20 | $1,295.00 | $259.00 |
| 4/18/2021 | JAM | BL | Review and revise initial draft objection to Dondero's motion to expedite motion for stay (2.9); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: initial draft objection to Dondero's motion to expedite motion for stay (0.1); draft JAM declaration in support of objection to Dondero's motion to expedite motion for stay (0.5); e-mail to Z. Annable, G. Demo, H. Winograd re: declaration and objection concerning Dondero's motion to expedite (0.1). | 3.60 | $1,245.00 | $4,482.00 |
| 4/18/2021 | GVD | BL | Review objection to motion to expedite | 0.30 | $950.00 | $285.00 |
| 4/18/2021 | HRW | BL | Draft demand note discovery requests (3.5). | 3.50 | $695.00 | $2,432.50 |
| 4/19/2021 | JJK | BL | Research/analysis reference withdrawal, core | 7.80 | $995.00 | $7,761.00 |
| 4/19/2021 | JAM | BL | Review/revise objection to Dondero motion to | 2.00 | $1,245.00 | $2,490.00 |
| 4/19/2021 | HRW | BL | Draft discovery demands for HCMFA demand note proceeding (1.2). | 1.20 | $695.00 | $834.00 |
| 4/20/2021 | JJK | BL | Research/analysis of Stern, jurisdiction, reference, related issues. | 3.10 | $995.00 | $3,084.50 |
| 4/20/2021 | JJK | BL | Analysis/research jurisdiction, Stern, reference issues. | 4.30 | $995.00 | $4,278.50 |
| 4/20/2021 | JJK | BL | Research Stern, jurisdiction, reference, related issues. | 3.10 | $995.00 | $3,084.50 |
| 4/20/2021 | JNP | BL | Conference with John A. Morris regarding funds/ advisor adversary proceeding and related. | 0.20 | $1,295.00 | $259.00 |
| 4/21/2021 | JJK | BL | Research and prepare objection to NexPoint | 2.10 | $995.00 | $2,089.50 |
| 4/21/2021 | JJK | BL | Research and prepare objection to | 5.40 | $995.00 | $5,373.00 |
| 4/21/2021 | JJK | BL | Research/draft objection to HCMFA reference | 3.00 | $995.00 | $2,985.00 |
| 4/21/2021 | JNP | BL | Research regarding withdrawal reference and | 0.40 | $1,295.00 | $518.00 |
| 4/22/2021 | JJK | BL | Research re reference withdrawal issues. | 0.80 | $995.00 | $796.00 |

## APRIL 2021

| DATE | TKPR | TASK | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 4/22/2021 | JNP | BL | Review of memo regarding withdrawal of the reference. | 0.20 | $1,295.00 | $259.00 |
| 4/22/2021 | LAF | BL | Legal research re: "Tax loan" & withdrawal of reference. | 0.50 | $475.00 | $237.50 |
| 4/22/2021 | JAM | BL | Review Dondero discovery requests (0.2); review | 0.50 | $1,245.00 | $622.50 |
| 4/22/2021 | GVD | BL | Review Dondero discovery requests | 0.20 | $950.00 | $190.00 |
| 4/23/2021 | LAF | BL | Citecheck & edit memos on withdrawal of reference. | 5.80 | $475.00 | $2,755.00 |
| 4/25/2021 | JAM | BL | E-mails to L. Drawhorn, J. Seery, J. Pomerantz re: HCRE's proposed amended of notes complaint (0.1). | 0.10 | $1,245.00 | $124.50 |
| 4/26/2021 | IDK | BL | E-mails with J Pomerantz re status on oppositions to motions to withdraw reference, (.2). | 0.20 | $1,325.00 | $265.00 |
| 4/26/2021 | JJK | BL | Prepare objections to reference withdrawal motions of Dondero, NexPoint, HCMFA (separate adversary proceedings). | 4.60 | $995.00 | $4,577.00 |
| 4/26/2021 | JNP | BL | Conference with PSZJ team regarding pending | 0.80 | $1,295.00 | $1,036.00 |
| 4/26/2021 | JNP | BL | Review memo regarding withdrawal of reference | 0.10 | $1,295.00 | $129.50 |
| 4/26/2021 | JNP | BL | Review emails regarding Dondero discovery in | 0.10 | $1,295.00 | $129.50 |
| 4/26/2021 | JAM | BL | Review Dondero's third set of discovery requests | 0.60 | $1,245.00 | $747.00 |
| 4/26/2021 | HRW | BL | Call with G. Demo, J. Morris, B. Sharp, and meta e-discovery reps regarding responding to various discovery requests in adversary proceedings. | 0.20 | $695.00 | $139.00 |
| 4/26/2021 | HRW | BL | Review discovery demands in Notes Litigation. | 1.00 | $695.00 | $695.00 |
| 4/26/2021 | HRW | BL | Research summary judgement standard for notes litigation. | 2.20 | $695.00 | $1,529.00 |
| 4/27/2021 | JJK | BL | Review docs and prepare objections to reference withdrawal motions of Dondero, NexPoint, HCMFA (separate adv. proceedings). | 9.10 | $995.00 | $9,054.50 |
| 4/27/2021 | JAM | BL | Review rules and documents and send e-mail to H. Winograd, J. Pomerantz, I. Kharasch, G Demo re: potential motion for summary judgment (Dondero, notes litigation) (0.5). | 0.50 | $1,245.00 | $622.50 |
| 4/28/2021 | JJK | BL | Research and further revisions to objection to Dondero reference motion. | 4.20 | $995.00 | $4,179.00 |
| 4/28/2021 | JJK | BL | Research/analysis re: Dondero claims and reference | 4.00 | $995.00 | $3,980.00 |
| 4/28/2021 | JJK | BL | Work on withdrawal of reference response | 2.50 | $995.00 | $2,487.50 |
| 4/28/2021 | JNP | BL | Review email from M. Clemente regarding pending | 0.10 | $1,295.00 | $129.50 |
| 4/28/2021 | RJF | BL | Review motion to amend, original complaint, related | 1.30 | $1,395.00 | $1,813.50 |
| 4/28/2021 | JMF | BL | Review HCMFA answer. | 0.30 | $1,050.00 | $315.00 |
| 4/28/2021 | GVD | BL | Review response to motion to withdrawal the | 0.50 | $950.00 | $475.00 |
| 4/28/2021 | HRW | BL | Review Dondero's responses to discovery requests in | 0.10 | $695.00 | $69.50 |
| 4/28/2021 | HRW | BL | Draft Responses and Objections for NPA discovery | 0.30 | $695.00 | $208.50 |
| 4/29/2021 | JAM | BL | Telephone conference with H. Winograd re: responses to Advisors' discovery requests in notes litigation (0.6). | 0.60 | $1,245.00 | $747.00 |
| 4/29/2021 | GVD | BL | Conference with DSI/HCMLP/H. Winograd re discovery | 0.30 | $950.00 | $285.00 |
| 4/29/2021 | GVD | BL | Conference with H. Winograd re discovery issues | 0.40 | $950.00 | $380.00 |
| 4/29/2021 | GVD | BL | Conference with J. Seery re notes enforcement issues | 0.20 | $950.00 | $190.00 |
| 4/29/2021 | HRW | BL | Call with G. Demo regarding NPA discovery requests in notes litigation. | 0.40 | $695.00 | $278.00 |
| 4/29/2021 | HRW | BL | Call with G. Demo, K. Hendrix, D. Klos, J. Donahue regarding NPA discovery requests in notes litigation. | 0.30 | $695.00 | $208.50 |
| 4/29/2021 | HRW | BL | Draft responses & objections to NPA's discovery requests in notes litigation. | 8.00 | $695.00 | $5,560.00 |

## APRIL 2021

| DATE | TKPR | TASK | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 4/29/2021 | HRW | BL | Call with J. Morris regarding NPA discovery in notes litigation. | 0.60 | $695.00 | $417.00 |
| 4/30/2021 | IDK | BL | E-mails with J Kim re opposition to Advisors' and others motions to withdraw the reference (.6); Review of revised oppositions to same (.2). | 0.80 | $1,325.00 | $1,060.00 |
| 4/30/2021 | JJK | BL | Additional research for objections to withdrawal reference motions of NexPoint, HCMFA, Dondero, and revise same objections. | 3.60 | $995.00 | $3,582.00 |
| 4/30/2021 | JJK | BL | Revise objections to reference withdrawal motions and emails Kharasch on same. | 2.10 | $995.00 | $2,089.50 |
| 4/30/2021 | JMF | BL | Review motion to stay adversary proceedings. | 0.40 | $1,050.00 | $420.00 |
| 4/30/2021 | HRW | BL | Draft responses and objections to NPA's discovery requests in notes litigation. | 3.50 | $695.00 | $2,432.50 |
| 4/30/2021 | HRW | BL | Call with J. Morris regarding NPA discovery | 0.10 | $695.00 | $69.50 |
| 4/30/2021 | HRW | BL | Call with D. Klos regarding NPA discovery requests | 0.60 | $695.00 | $417.00 |
| | | | **TOTAL** | | | **$125,307.50** |