# EXHIBIT 7

## MAY 2021

| DATE | TKPR | TASK | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 5/1/2021 | GVD | BL | Further revise motion to enforce the reference | 4.30 | $950.00 | $4,085.00 |
| 5/2/2021 | IDK | BL | Review of J Pomerantz comments to draft | 0.30 | $1,325.00 | $397.50 |
| 5/2/2021 | JJK | BL | Analysis withdrawal issues; revise | 4.30 | $995.00 | $4,278.50 |
| 5/2/2021 | GVD | BL | Further revise and circulate motion to enforce the | 4.80 | $950.00 | $4,560.00 |
| 5/2/2021 | GVD | BL | Correspondence re extension of answer date | 0.20 | $950.00 | $190.00 |
| 5/3/2021 | IDK | BL | E-mails with J Kim re his latest revised opposition to | 1.40 | $1,325.00 | $1,855.00 |
| 5/3/2021 | JJK | BL | Emails Pomerantz, Demo re: opp to NexPoint/HCMFA withdrawal reference motions; research/analysis/revisions to same. | 2.40 | $995.00 | $2,388.00 |
| 5/3/2021 | JJK | BL | Prepare opp to HCMFA withdrawal reference motion and analysis for same. | 2.70 | $995.00 | $2,686.50 |
| 5/3/2021 | JJK | BL | Analysis/revise oppositions to NexPoint and HCMFA reference motions. | 3.70 | $995.00 | $3,681.50 |
| 5/3/2021 | JJK | BL | Research/analysis re: reference withdrawal matters. | 1.00 | $995.00 | $995.00 |
| 5/3/2021 | JNP | BL | Brief review of motion to enforce reference. | 1.00 | $1,295.00 | $1,295.00 |
| 5/3/2021 | JNP | BL | Conference with Robert J. Feinstein regarding motion to enforce reference and related litigation matters. | 0.30 | $1,295.00 | $388.50 |
| 5/3/2021 | JNP | BL | Conference with Robert J. Feinstein and Gregory V. Demo regarding motion to enforce reference. | 0.20 | $1,295.00 | $259.00 |
| 5/3/2021 | JNP | BL | Review revised motion to withdraw reference response. | 0.30 | $1,295.00 | $388.50 |
| 5/3/2021 | JNP | BL | Conference with Jonathan J. Kim, Ira D. Kharasch and Gregory V. Demo regarding motion to withdraw | 0.60 | $1,295.00 | $777.00 |
| 5/3/2021 | GVD | BL | Revise and serve demand letter re Dugaboy note | 0.30 | $950.00 | $285.00 |
| 5/3/2021 | GVD | BL | Revise and serve demand letter re Hunter Mountain | 0.30 | $950.00 | $285.00 |
| 5/3/2021 | GVD | BL | Conference with PSZJ team re response to | 0.40 | $950.00 | $380.00 |
| 5/3/2021 | GVD | BL | Review and revise response to motion to enforce the | 1.20 | $950.00 | $1,140.00 |
| 5/3/2021 | GVD | BL | Follow up conference with PSZJ re opposition to | 0.30 | $950.00 | $285.00 |
| 5/3/2021 | GVD | BL | Conference with J. Morris re status of notes | 0.20 | $950.00 | $190.00 |
| 5/4/2021 | IDK | BL | Review of J Kim's next version of opposition to | 1.00 | $1,325.00 | $1,325.00 |
| 5/4/2021 | JJK | BL | Emails Demo, Morris, Pomerantz on withdrawal reference pleadings issues; research/revise | 2.20 | $995.00 | $2,189.00 |
| 5/4/2021 | JJK | BL | Emails Demo on withdrawal reference pleadings | 3.90 | $995.00 | $3,880.50 |
| 5/4/2021 | JNP | BL | Review and comment on latest version on motion to | 0.20 | $1,295.00 | $259.00 |
| 5/4/2021 | RJF | BL | Review and revise motion to enforce the reference. | 1.30 | $1,395.00 | $1,813.50 |
| 5/4/2021 | JAM | BL | Review draft opposition to withdraw the reference | 0.40 | $1,245.00 | $498.00 |
| 5/4/2021 | HRW | BL | Call with DSI regarding NPA document production for demand note proceeding. | 0.50 | $695.00 | $347.50 |
| 5/4/2021 | HRW | BL | Call with R. Half and J. Morris regarding NPA document production in demand note litigation. | 0.20 | $695.00 | $139.00 |
| 5/4/2021 | HRW | BL | Prepare for call with R. Half and J. Morris regarding NPA document production in demand note litigation. | 1.20 | $695.00 | $834.00 |
| 5/4/2021 | HRW | BL | Review J. Seery comments to NPA R&O's in | 0.30 | $695.00 | $208.50 |
| 5/5/2021 | JJK | BL | Research/finalize objection to Dondero motion to withdraw reference. | 3.70 | $995.00 | $3,681.50 |
| 5/5/2021 | JAM | BL | E-mails with B. Assink re: Dondero document production (notes litigation (0.2); review Dondero document production (0.1). | 0.30 | $1,245.00 | $373.50 |

## MAY 2021

| DATE | TKPR | TASK | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 5/5/2021 | HRW | BL | Prepare interrogatory verification for R&Os to NPA | 0.50 | $695.00 | $347.50 |
| 5/6/2021 | IDK | BL | Review of updated opposition to Dondero motion to | 0.80 | $1,325.00 | $1,060.00 |
| 5/6/2021 | IDK | BL | E-mails with J Kim re mistake made in filed | 0.40 | $1,325.00 | $530.00 |
| 5/6/2021 | JJK | BL | Emails Kharasch on withdrawal reference | 4.20 | $995.00 | $4,179.00 |
| 5/6/2021 | HRW | BL | Communicate with R. Half re: NPA production in demand note proceeding (0.9); Call with L. Canty re: NPA production in notes litigation (0.1); Review critical dates re: Dondero stay motion and motion to withdraw reference in notes litigation (0.2); Prepare search terms for NPA production in notes litigation (0.3). | 1.50 | $695.00 | $1,042.50 |
| 5/7/2021 | IDK | BL | Review of draft addendum to prior filed opposition to Dondero motion to withdraw ref and consider changes (.2); E-mails with J Kim and J Pomerantz re same, as well as feedback of local counsel (.3). | 0.50 | $1,325.00 | $662.50 |
| 5/7/2021 | JJK | BL | Two conf. calls (2x 0.3) with Pomerantz, Kharasch, Demo on reference withdrawal oppositions. | 0.60 | $995.00 | $597.00 |
| 5/7/2021 | JNP | BL | Review further filing regarding opposition to motion | 0.10 | $1,295.00 | $129.50 |
| 5/7/2021 | HRW | BL | Review discovery requests in notes litigation (2.0); | 2.30 | $695.00 | $1,598.50 |
| 5/8/2021 | RJF | BL | Review and revise motion to enforce. | 0.80 | $1,395.00 | $1,116.00 |
| 5/8/2021 | JAM | BL | Review/revise document requests, interrogatories, | 1.30 | $1,245.00 | $1,618.50 |
| 5/8/2021 | HRW | BL | Draft discovery demands for notes litigation (3.5); | 4.70 | $695.00 | $3,266.50 |
| 5/9/2021 | HRW | BL | Review discovery requests to Debtor in notes | 3.50 | $695.00 | $2,432.50 |
| 5/10/2021 | RJF | BL | Begin work on motion to dismiss. | 1.00 | $1,395.00 | $1,395.00 |
| 5/10/2021 | JAM | BL | E-mail to J. Rudd, L. Drawhorn re: discovery in | 0.40 | $1,245.00 | $498.00 |
| 5/10/2021 | HRW | BL | Draft and review discovery search criteria for NPA | 5.00 | $695.00 | $3,475.00 |
| 5/11/2021 | JAM | BL | E-mails with B. Assink re: discovery on Dondero | 1.10 | $1,245.00 | $1,369.50 |
| 5/11/2021 | LSC | BL | Assist with preparation of responses and objections | 0.60 | $460.00 | $276.00 |
| 5/11/2021 | GVD | BL | Conference with counsel to Hunter Mountain re note | 0.30 | $950.00 | $285.00 |
| 5/11/2021 | HRW | BL | Draft search terms for document production for NPA | 1.90 | $695.00 | $1,320.50 |
| 5/12/2021 | HRW | BL | Gather documents responsive to NPA discovery | 0.40 | $695.00 | $278.00 |
| 5/13/2021 | HRW | BL | Draft responses and objections to Dondero discovery in demand note litigation (2.0). | 2.00 | $695.00 | $1,390.00 |
| 5/14/2021 | JAM | BL | Meet and confer call with M Aigen re: Rule 30(b)(6) topics and depositions (0.3); e-mails with M. Aigen, Bonds Ellis, J. Pomerantz re: discovery (0.2); review/revise draft responses and objections to Dondero's discovery requests (notes litigation) (1.1). | 1.60 | $1,245.00 | $1,992.00 |
| 5/14/2021 | HRW | BL | Draft responses and objections to Dondero discovery | 2.50 | $695.00 | $1,737.50 |
| 5/16/2021 | JAM | BL | Draft objection to Dondero's motion to compel (4.2); e-mails with H. Winograd re: draft objection to Dondero's motion to compel (0.1). | 4.30 | $1,245.00 | $5,353.50 |
| 5/17/2021 | JAM | BL | Review/revise objection to Dondero motion to compel (2.0); e-mails with J. Pomerantz, G. Demo, H. Winograd, Z. Annable re: draft objection to Dondero motion to compel (0.2); draft JAM declaration in support of Debtor's objection to Dondero motion to compel (0.7); e-mails with G. Demo, H. Winograd, L. Canty, Z. Annable re: exhibits to JAM declaration (0.2). | 3.10 | $1,245.00 | $3,859.50 |
| 5/17/2021 | LSC | BL | Conduct research in connection with motion to withdraw the reference for G. Demo. | 0.60 | $460.00 | $276.00 |
| 5/17/2021 | LSC | BL | Assist with preparation of exhibits in connection with Debtor's Objection to Motion to Compel Deposition Testimony of James P. Seery, Jr. | 0.40 | $460.00 | $184.00 |

| DATE | TKPR | TASK | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 5/17/2021 | GVD | BL | Review response to motion to compel | 0.30 | $950.00 | $285.00 |
| 5/17/2021 | GVD | BL | Review correspondence re Reid Collins engagement | 0.20 | $950.00 | $190.00 |
| 5/17/2021 | GVD | BL | Prepare for argument on motions to withdraw the reference | 0.80 | $950.00 | $760.00 |
| 5/17/2021 | HRW | BL | Oversee discovery searches and production for NPA notes litigation (0.3); Review opposition to Dondero motion to compel in notes litigation (0.2). | 0.50 | $695.00 | $347.50 |
| 5/18/2021 | JNP | BL | Review motion to withdraw the reference in | 0.40 | $1,295.00 | $518.00 |
| 5/18/2021 | JNP | BL | Review reply regarding motion to withdraw | 0.10 | $1,295.00 | $129.50 |
| 5/18/2021 | JMF | BL | Review response re discovery motion to compel testimony re demand notes. | 0.30 | $1,050.00 | $315.00 |
| 5/18/2021 | GVD | BL | Prepare for argument re motion to withdraw the | 4.90 | $950.00 | $4,655.00 |
| 5/18/2021 | HRW | BL | Gather general discovery in notes litigations (0.5); | 1.20 | $695.00 | $834.00 |
| 5/19/2021 | IDK | BL | Attend conference call with J Pomerantz, others on | 1.20 | $1,325.00 | $1,590.00 |
| 5/19/2021 | JNP | BL | Participate on zoom hearing prep for motions to withdraw the reference with Gregory V. Demo, John | 1.20 | $1,295.00 | $1,554.00 |
| 5/19/2021 | JAM | BL | Review documents and e-mails to H. Winograd, L. | 1.30 | $1,245.00 | $1,618.50 |
| 5/19/2021 | LSC | BL | Review documents and prepare supplemental | 12.90 | $460.00 | $5,934.00 |
| 5/19/2021 | GVD | BL | Attend conference with PSZJ working team re | 1.20 | $950.00 | $1,140.00 |
| 5/19/2021 | GVD | BL | Prepare for argument on motion to withdraw the | 3.10 | $950.00 | $2,945.00 |
| 5/19/2021 | HRW | BL | Send amended discovery R&Os to opposing counsel | 0.50 | $695.00 | $347.50 |
| 5/19/2021 | HRW | BL | Prepare and review document production to | 2.20 | $695.00 | $1,529.00 |
| 5/20/2021 | JNP | BL | Participate in hearing on motion to compel J. Seery testimony. | 1.10 | $1,295.00 | $1,424.50 |
| 5/20/2021 | JNP | BL | Emails to and from J. Seery and Gregory V. Demo regarding Latham communications with DSI. | 0.10 | $1,295.00 | $129.50 |
| 5/20/2021 | JNP | BL | Emails to and from John A. Morris regarding U. S. Trustee inquiry. | 0.10 | $1,295.00 | $129.50 |
| 5/20/2021 | JAM | BL | Preparing for hearing on Dondero's motion to compel (0.3); court conference on Dondero's motion to compel (1.1). | 1.40 | $1,245.00 | $1,743.00 |
| 5/20/2021 | GVD | BL | Attend hearing re motion to compel | 1.10 | $950.00 | $1,045.00 |
| 5/20/2021 | JE | BL | Work on reply brief (11.0); review motion to amend | 13.10 | $1,195.00 | $15,654.50 |
| 5/21/2021 | JMF | BL | Review replies re contempt and reference | 0.40 | $1,050.00 | $420.00 |
| 5/21/2021 | JAM | BL | Finalize responses and objections to Dondero's | 0.20 | $1,245.00 | $249.00 |
| 5/21/2021 | GVD | BL | Prepare witness and exhibit list re notes litigation | 0.60 | $950.00 | $570.00 |
| 5/22/2021 | JNP | BL | Review motion to compel testimony of former | 0.20 | $1,295.00 | $259.00 |
| 5/22/2021 | GVD | BL | Conference with J. Morris, J. Seery, and HCMLP | 1.10 | $950.00 | $1,045.00 |
| 5/22/2021 | GVD | BL | Review motions for leave to amend | 0.20 | $950.00 | $190.00 |
| 5/22/2021 | HRW | BL | Review HCMFA motion to amend answer (0.5). | 0.50 | $695.00 | $347.50 |
| 5/23/2021 | JNP | BL | Emails to and from D. Rukavina regarding Sauter | 0.20 | $1,295.00 | $259.00 |
| 5/23/2021 | JAM | BL | Prepare Subpoena for DC Sauter (notes litigation) | 4.70 | $1,245.00 | $5,851.50 |
| 5/23/2021 | LSC | BL | Preparation of amended exhibit lists (3) and exhibits | 5.60 | $460.00 | $2,576.00 |
| 5/23/2021 | GVD | BL | Conference with J. Morris re motion to withdraw | 0.10 | $950.00 | $95.00 |
| 5/23/2021 | GVD | BL | Conference with J. Seery and J. Morris re depo prep | 1.20 | $950.00 | $1,140.00 |

## MAY 2021

| DATE | TKPR | TASK | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 5/23/2021 | GVD | BL | Conference with J. Morris re evidentiary issues for | 1.10 | $950.00 | $1,045.00 |
| 5/23/2021 | GVD | BL | Prepare for hearing on motion to withdraw the | 2.90 | $950.00 | $2,755.00 |
| 5/24/2021 | IDK | BL | Attend conference call re notes collection issues (.3). | 0.30 | $1,325.00 | $397.50 |
| 5/24/2021 | JNP | BL | Review and comment on Gregory V. Demo outline | 0.50 | $1,295.00 | $647.50 |
| 5/24/2021 | JNP | BL | Conference with Gregory V. Demo, Ira D. Kharasch | 0.60 | $1,295.00 | $777.00 |
| 5/24/2021 | JNP | BL | Conference with PSZJ team regarding update on notes litigation. | 0.30 | $1,295.00 | $388.50 |
| 5/24/2021 | JNP | BL | Conference with John A. Morris regarding proposal | 0.10 | $1,295.00 | $129.50 |
| 5/24/2021 | RJF | BL | Internal call regarding notes litigation. | 0.30 | $1,395.00 | $418.50 |
| 5/24/2021 | JMF | BL | Review litigation summary (.3); status call re same | 0.60 | $1,050.00 | $630.00 |
| 5/24/2021 | JMF | BL | Status call re issues in notes payable litigation. | 0.30 | $1,050.00 | $315.00 |
| 5/24/2021 | JMF | BL | Review motion to amend answer re notes litigation. | 0.30 | $1,050.00 | $315.00 |
| 5/24/2021 | JAM | BL | Tel c. w/ J. Dubel re: motions to amend and | 7.00 | $1,245.00 | $8,715.00 |
| 5/24/2021 | GVD | BL | Prepare for hearing on motion to withdraw the reference | 5.80 | $950.00 | $5,510.00 |
| 5/24/2021 | GVD | BL | Attend deposition of J. Seery re Dondero note litigation | 2.60 | $950.00 | $2,470.00 |
| 5/24/2021 | GVD | BL | Conference with J. Seery and J. Morris re follow up to Seery deposition | 0.30 | $950.00 | $285.00 |
| 5/24/2021 | GVD | BL | Conference with PSZJ re status of note litigation and motion to withdraw the reference | 0.60 | $950.00 | $570.00 |
| 5/24/2021 | GVD | BL | Attend PSZJ status conference on notes litigation | 0.30 | $950.00 | $285.00 |
| 5/25/2021 | JNP | BL | Participate on hearing regarding motions to | 2.80 | $1,295.00 | $3,626.00 |
| 5/25/2021 | JNP | BL | Conference with J. Seery and John A. Morris after | 0.40 | $1,295.00 | $518.00 |
| 5/25/2021 | JNP | BL | Emails regarding answer date and response. | 0.10 | $1,295.00 | $129.50 |
| 5/25/2021 | JAM | BL | Prepare Notice of Service of Subpoena (NexBank) | 1.00 | $1,245.00 | $1,245.00 |
| 5/25/2021 | JAM | BL | Tel c. w/ G. Demo re: withdrawal of the reference | 4.80 | $1,245.00 | $5,976.00 |
| 5/25/2021 | LSC | BL | Prepare for and assist at hearing on motions to stay | 2.30 | $460.00 | $1,058.00 |
| 5/25/2021 | LSC | BL | Preparation of supplemental production to Dondero. | 2.00 | $460.00 | $920.00 |
| 5/25/2021 | GVD | BL | Prepare for evidentiary hearing on motion to withdraw reference | 3.80 | $950.00 | $3,610.00 |
| 5/25/2021 | GVD | BL | Attend hearing on motions to withdraw the reference | 2.10 | $950.00 | $1,995.00 |
| 5/25/2021 | GVD | BL | Conference with team re follow up to hearing on motion to withdraw the reference | 0.50 | $950.00 | $475.00 |
| 5/25/2021 | GVD | BL | Conference with J. Morris on evidentiary hearing on motion to withdraw | 0.30 | $950.00 | $285.00 |
| 5/25/2021 | GVD | BL | Conference with J. Romey re status of note litigation | 0.20 | $950.00 | $190.00 |
| 5/26/2021 | JAM | BL | Tel c. w/ D. Rukavina re: discovery concerning | 7.20 | $1,245.00 | $8,964.00 |
| 5/26/2021 | LSC | BL | Preparation of exhibits and materials in connection | 3.20 | $460.00 | $1,472.00 |
| 5/26/2021 | HRW | BL | Review production for NPA discovery requests in notes litigation (0.3) | 0.30 | $695.00 | $208.50 |
| 5/27/2021 | JNP | BL | Conference with John A. Morris regarding Dondero amended answer and discovery issues. | 0.20 | $1,295.00 | $259.00 |
| 5/27/2021 | JAM | BL | Review/revise written responses to Advisor's | 2.70 | $1,245.00 | $3,361.50 |
| 5/28/2021 | JNP | BL | Conference with John A. Morris regarding Dondero | 0.10 | $1,295.00 | $129.50 |
| 5/28/2021 | JAM | BL | Prepare for Dondero deposition (3.5); Dondero | 8.80 | $1,245.00 | $10,956.00 |

## MAY 2021

| DATE | TKPR | TASK | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 5/28/2021 | LSC | BL | Preparation for and assist at deposition of Jim | 5.50 | $460.00 | $2,530.00 |
| 5/28/2021 | GVD | BL | Revise and circulate response to resignation letter | 0.20 | $950.00 | $190.00 |
| 5/28/2021 | GVD | BL | Attend Dondero Deposition (partial) | 1.60 | $950.00 | $1,520.00 |
| 5/28/2021 | HRW | BL | Prepare responses and objections to HCMFA | 0.40 | $695.00 | $278.00 |
| 5/28/2021 | HRW | BL | Deposition of Dondero in connection with notes | 3.50 | $695.00 | $2,432.50 |
| 5/28/2021 | HRW | BL | Review production for NPA discovery requests in | 0.30 | $695.00 | $208.50 |
| 5/29/2021 | JAM | BL | E-mails to Counsel re: Zoom instructions for | 0.60 | $1,245.00 | $747.00 |
| 5/29/2021 | JAM | BL | Review HCMFA's second request for discovery | 4.40 | $1,245.00 | $5,478.00 |
| 5/29/2021 | HRW | BL | Draft opposition to HCRE and HCMS motions for leave to amend answer in notes litigation (2.0) | 2.00 | $695.00 | $1,390.00 |
| 5/29/2021 | HRW | BL | Call with J. Morris re: opposition to HCRE and HCMS motions for leave to amend answer in notes litigation (0.3) | 0.30 | $695.00 | $208.50 |
| 5/30/2021 | JAM | BL | Review documents (1.9); tel c. w/ G. Demo re: document review/facts (1.1); e-mails w/ G. Demo re: facts (0.3); tel c. w/ G. Demo re: document review/facts (0.6); prepare for depositions (0.8) | 4.70 | $1,245.00 | $5,851.50 |
| 5/30/2021 | GVD | BL | Conference with J. Morris re deposition preparation | 0.60 | $950.00 | $570.00 |
| 5/30/2021 | HRW | BL | Draft opposition to HCRE and HCMS motions for leave to amend answer in notes litigation (3.5) | 3.50 | $695.00 | $2,432.50 |
| 5/31/2021 | JAM | BL | Analyze G. Scott prior deposition transcript (2.4); analysis of use of Scott transcript, and e-mail to J. Pomerantz, G. Demo, H. Winograd concerning the same (0.6); prepare for Dondero and Scott depositions (6.4); e-mails w/ L. Canty re: deposition exhibits (0.2); tel c. w/ G. Demo, C. Wilkins re: potential conflicts (0.2) | 9.80 | $1,245.00 | $12,201.00 |
| 5/31/2021 | JAM | BL | Review/revise discovery requests for HCRE (notes litigation (0.4); e-mail to L. Drawhorn, G. Demo, H. Winograd, J. Rudd re: discovery requests for HCRE (notes litigation) (0.1); tel c. w/ H. Winograd re: status of brief for opposition to motion to amend (0.2) | 0.70 | $1,245.00 | $871.50 |
| 5/31/2021 | HRW | BL | Draft opposition to HCRE and HCMS motions for leave to amend answer in notes litigation (9.5) | 9.50 | $695.00 | $6,602.50 |
| | | | **TOTAL** | | | **$260,971.50** |