# EXHIBIT 8

## JUNE 2021

| DATE | TKPR | TASK | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 5/19/2021 | CHM | BL | Review Dondero notes litigation document production and cross check for privilege filter; email production links to H. Winograd and J. Morris. | 4.50 | $750.00 | $3,375.00 |
| 6/1/2021 | JAM | BL | Review/revise objection to HCMS motion for leave to amend answer (2.2); e-mail to J. Pomerantz, G. | 3.00 | $1,245.00 | $3,735.00 |
| 6/1/2021 | LSC | BL | Draft declarations in support of oppositions to HCMS and HCRE motions to amend (1.1); assist with revising and finalizing of oppositions to HCMS and HCRE motions to amend (1.3); revise and finalize exhibits (.5). | 2.90 | $460.00 | $1,334.00 |
| 6/1/2021 | GVD | BL | Review and revise motion for leave to amend HCRE and HCMS answers | 2.00 | $950.00 | $1,900.00 |
| 6/1/2021 | HRW | BL | Draft opposition to HCRE and HCMS motions for leave to amend answer in notes litigation (12.5) | 12.50 | $695.00 | $8,687.50 |
| 6/2/2021 | JMF | BL | Review responses to motions for leave to amend answer. | 0.40 | $1,050.00 | $420.00 |
| 6/2/2021 | GVD | BL | Correspondence with J. Morris re HCRE/HCMS motion for leave to withdraw the reference | 0.40 | $950.00 | $380.00 |
| 6/2/2021 | GVD | BL | Draft demand letter re HCMFA notes and serve same | 0.60 | $950.00 | $570.00 |
| 6/2/2021 | HRW | BL | Review documents produced in Dondero notes litigation (0.1) | 0.10 | $695.00 | $69.50 |
| 6/3/2021 | JAM | BL | E-mail to L. Drawhorn, J. Rudd, J. Pomerantz, G. Demo re: motion to withdraw the reference and related matters (0.3); e-mails w/ M. Aigen, Dondero's other counsel, J. Pomerantz, G. Demo, H. Winograd re: scheduling of expert depositions (0.1); prepare notices of deposition for Nancy Dondero and Dondero's expert witnesses and send to Z. Annable, H. Winograd (0.2); review HCRE/HCMS motions (0.3) | 0.90 | $1,245.00 | $1,120.50 |
| 6/3/2021 | LSC | BL | Review documents, redact, and prepare NexPoint document production (and address numerous issues with). | 8.20 | $460.00 | $3,772.00 |
| 6/3/2021 | GVD | BL | Correspondence with J. Donohue re demand letters on notes | 0.20 | $950.00 | $190.00 |
| 6/3/2021 | GVD | BL | Correspondence with J. Morris re HCRE/HCMS motions for leave to amend | 0.20 | $950.00 | $190.00 |
| 6/3/2021 | GVD | BL | Correspondence with J. Morris and H. Winograd re status of notes litigation | 0.20 | $950.00 | $190.00 |
| 6/3/2021 | HRW | BL | Prepare document production for NexPoint discovery in connection with notes litigation (1.0) | 1.00 | $695.00 | $695.00 |
| 6/3/2021 | HRW | BL | Call with L. Canty re: document production for NexPoint discovery in connection with notes litigation (0.2) | 0.20 | $695.00 | $139.00 |
| 6/3/2021 | HRW | BL | Draft responses and objections to document requests in HCMS notes litigation (1.0) | 1.00 | $695.00 | $695.00 |
| 6/3/2021 | HRW | BL | Prepare search terms for document production in HCMS notes litigation (0.5) | 0.50 | $695.00 | $347.50 |
| 6/4/2021 | LSC | BL | Transmit HCRE document production to additional party. | 0.20 | $460.00 | $92.00 |
| 6/4/2021 | HRW | BL | Draft 30(b)(6) deposition notice directed to HCMS and HCRE (0.6) | 0.60 | $695.00 | $417.00 |
| 6/4/2021 | HRW | BL | Send production for NexPoint discovery demands re: notes litigation to opposing counsel (0.1) | 0.10 | $695.00 | $69.50 |
| 6/6/2021 | HRW | BL | Review HCMFA motion to amend (1.0) | 1.00 | $695.00 | $695.00 |
| 6/7/2021 | JAM | BL | Review/revise Rule 30(b)(6) deposition notice for HCRE (0.1); e-mail to H. Winograd re: Rule 30(b)(6) deposition notice for HCRE (0.1); review/revise Rule 30(b)(6) deposition notice for HCMS (0.1); e-mail to H. Winograd re: Rule 30(b)(6) deposition notice for HCMS (0.1). | 0.40 | $1,245.00 | $498.00 |
| 6/7/2021 | HRW | BL | Communications with DSI re: HCMS discovery (0.2) | 0.20 | $695.00 | $139.00 |
| 6/7/2021 | HRW | BL | Draft R&Os to HCMS discovery (2.6) | 2.60 | $695.00 | $1,807.00 |
| 6/7/2021 | HRW | BL | Draft search terms for HCMS document production (1.0) | 1.00 | $695.00 | $695.00 |

## JUNE 2021

| DATE | TKPR | TASK | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 6/7/2021 | HRW | BL | Edit and review 30(b)(6) deposition notice directed to HCMS and HCRE (0.2) | 0.20 | $695.00 | $139.00 |
| 6/8/2021 | HRW | BL | Communications with DSI re: HCMS discovery (0.3) | 0.30 | $695.00 | $208.50 |
| 6/8/2021 | HRW | BL | Draft R&Os to HCMS discovery (1.5) | 1.50 | $695.00 | $1,042.50 |
| 6/8/2021 | HRW | BL | Draft search terms for HCMS document production (1.0) | 1.00 | $695.00 | $695.00 |
| 6/9/2021 | JNP | BL | Review of motion to amend answer. | 0.10 | $1,295.00 | $129.50 |
| 6/9/2021 | JNP | BL | Review motion to modify answer and emails regarding same. | 0.20 | $1,295.00 | $259.00 |
| 6/9/2021 | JMF | BL | Review motion for leave to amend answer. | 0.30 | $1,050.00 | $315.00 |
| 6/9/2021 | JAM | BL | Review/revise R&Os to HCMS's discovery requests | 0.80 | $1,245.00 | $996.00 |
| 6/9/2021 | LSC | BL | Preparation of document production to HCMS, | 5.70 | $460.00 | $2,622.00 |
| 6/9/2021 | HRW | BL | Draft R&Os for HCMS discovery demands (4.3) | 4.30 | $695.00 | $2,988.50 |
| 6/9/2021 | HRW | BL | Communicate with L. Canty re: HCMS document production (0.7) | 0.70 | $695.00 | $486.50 |
| 6/9/2021 | HRW | BL | Organize and review document production for HCMS (1.3) | 1.30 | $695.00 | $903.50 |
| 6/9/2021 | HRW | BL | Send HCMS productions in response to document | 0.20 | $695.00 | $139.00 |
| 6/9/2021 | HRW | BL | Communicate with client re: R&OS to HCMS discovery and verification (0.2) | 0.20 | $695.00 | $139.00 |
| 6/10/2021 | IDK | BL | Office conference with J Morris re upcoming | 0.30 | $1,325.00 | $397.50 |
| 6/10/2021 | JNP | BL | Participation in hearing on motion to amend answer. | 1.50 | $1,295.00 | $1,942.50 |
| 6/10/2021 | JAM | BL | Prepare for hearing on HCRE and HCMS motion for leave to amend (2.3); court hearing on HCRE and HCMS motion for leave to amend (0.8); telephone | 3.30 | $1,245.00 | $4,108.50 |
| 6/10/2021 | LSC | BL | Research in connection with subpoena and correspondence with H. Winograd regarding the same. | 0.90 | $460.00 | $414.00 |
| 6/10/2021 | LSC | BL | Prepare for and assist at hearing on motion to amend. | 3.00 | $460.00 | $1,380.00 |
| 6/10/2021 | GVD | BL | Attend hearing on motion to amend notes | 2.50 | $950.00 | $2,375.00 |
| 6/10/2021 | HRW | BL | Call with J. Morris re: PwC subpoenas (0.1) | 0.10 | $695.00 | $69.50 |
| 6/10/2021 | HRW | BL | Call with G. Demo re: HCMFA motion to amend (0.1) | 0.10 | $695.00 | $69.50 |
| 6/10/2021 | HRW | BL | Review HCMFA motion to amend (1.2) | 1.20 | $695.00 | $834.00 |
| 6/10/2021 | HRW | BL | Draft opposition to HMCFA motion to amend (0.6) | 0.60 | $695.00 | $417.00 |
| 6/10/2021 | HRW | BL | Draft document and deposition subpoenas for PwC (2.6) | 2.60 | $695.00 | $1,807.00 |
| 6/10/2021 | HRW | BL | Call with L. Canty re: PwC subpoenas (0.1) | 0.10 | $695.00 | $69.50 |
| 6/10/2021 | HRW | BL | Hearing on HCRE/HCMS motion to amend answer (1.0) | 1.00 | $695.00 | $695.00 |
| 6/11/2021 | JNP | BL | Review emails regarding consolidation of notes litigation. | 0.10 | $1,295.00 | $129.50 |
| 6/11/2021 | JNP | BL | Review of response to motion to quash. | 0.10 | $1,295.00 | $129.50 |
| 6/11/2021 | JNP | BL | Conference with J. Seery, Robert J. Feinstein and Gregory V. Demo regarding status of Sentinel matters and next steps. | 0.50 | $1,295.00 | $647.50 |
| 6/11/2021 | GVD | BL | Conference with J. Morris and H. Winograd re status of HCMFA amended answer | 0.50 | $950.00 | $475.00 |
| 6/11/2021 | GVD | BL | Correspondence with D. Rukavina re amendments to notes litigation | 0.20 | $950.00 | $190.00 |

## JUNE 2021

| DATE | TKPR | TASK | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 6/11/2021 | HRW | BL | Draft subpoenas and ancillary documents for PwC in connection with HCMS notes litigation (1.6) | 1.60 | $695.00 | $1,112.00 |
| 6/11/2021 | HRW | BL | Send PwC subpoena to representative of PwC for HCMS notes litigation (0.2) | 0.20 | $695.00 | $139.00 |
| 6/11/2021 | HRW | BL | Communicate with local counsel and J. Morris re: subpoenas for PwC for HCMS notes litigation (0.6) | 0.60 | $695.00 | $417.00 |
| 6/11/2021 | HRW | BL | Meeting with client for notarization of ROG verification in connection with HCMS R&Os in notes litigation (0.1) | 0.10 | $695.00 | $69.50 |
| 6/11/2021 | HRW | BL | Communications with client and notary for ROG verification in connection with HCMS R&Os in notes litigation (0.1) | 0.10 | $695.00 | $69.50 |
| 6/11/2021 | HRW | BL | Send opposing counsel ROG verification for HCMS R&Os in notes litigation (0.1) | 0.10 | $695.00 | $69.50 |
| 6/11/2021 | HRW | BL | Call with J. Morris and G. Demo re: HCMFA motion to amend answer in notes litigation (0.5) | 0.50 | $695.00 | $347.50 |
| 6/11/2021 | HRW | BL | Draft 30(b)(6) deposition notices for HCMFA and NPA for notes litigations (0.4) | 0.40 | $695.00 | $278.00 |
| 6/14/2021 | JAM | BL | E-mails w/ D. Rukavina re: discovery in the notes litigation against the Advisors (0.3). | 0.30 | $1,245.00 | $373.50 |
| 6/16/2021 | JAM | BL | Draft e-mail to counsel for defendants in notes litigation re: discovery, proposed amendments (0.8). | 0.80 | $1,245.00 | $996.00 |
| 6/16/2021 | JAM | BL | Review/revise e-mail to counsel for defendants in | 0.40 | $1,245.00 | $498.00 |
| 6/17/2021 | HRW | BL | Draft search terms for HCMFA production in notes | 1.50 | $695.00 | $1,042.50 |
| 6/18/2021 | JAM | BL | Review PwC Subpoena from Dondero (0.1); tel c. w/ J. Seery re: PwC subpoena from Dondero (0.1); e-mails w/ M. Aigen, J. Pomerantz re: PwC subpoena and financial statements (0.1). | 0.30 | $1,245.00 | $373.50 |
| 6/21/2021 | JNP | BL | Email to and from Gregory V. Demo regarding concerns with note defendant disposing of assets. | 0.10 | $1,295.00 | $129.50 |
| 6/21/2021 | JAM | BL | Communications w/ M. Aigen, counsel for all defendants, J. Pomerantz, G. Demo, H. Winograd re: discovery and schedule for notes litigations (0.3). | 0.30 | $1,245.00 | $373.50 |
| 6/21/2021 | HRW | BL | Communicate with DSI re: HCMFA discovery in notes litigation (0.2); Review HCMFA motion to amend answer (0.2); Draft search terms for HCMFA discovery in notes litigation (0.3). | 0.70 | $695.00 | $486.50 |
| 6/22/2021 | JAM | BL | Analyze status of notes litigations and prepare | 0.70 | $1,245.00 | $871.50 |
| 6/23/2021 | JAM | BL | Tel c. w/ H. Winograd re: amending the complaint to | 0.20 | $1,245.00 | $249.00 |
| 6/23/2021 | HRW | BL | Communicate with R. Half re: privilege review in | 0.30 | $695.00 | $208.50 |
| 6/24/2021 | JAM | BL | Tel c. w/ counsel to PwC re: subpoena (0.1); tel c. w/ H. Winograd re: amended complaint (0.1). | 0.20 | $1,245.00 | $249.00 |
| 6/24/2021 | HRW | BL | Hearing on HCMFA motion to amend (0.3); Review | 8.40 | $695.00 | $5,838.00 |
| 6/25/2021 | IDK | BL | E-mails with G Demo re issues on Dondero conversion of HCMFA to holding company and impact on note litigation, and related background to same, including memo from Wilmer Hale on same. | 0.40 | $1,325.00 | $530.00 |
| 6/25/2021 | JAM | BL | Tel c. w/ H. Winograd re: amended complaints for notes litigation (0.3). | 0.30 | $1,245.00 | $373.50 |
| 6/25/2021 | GVD | BL | Correspondence with J. Morris and H. Winograd re preparation for amendment to the notes litigation | 0.30 | $950.00 | $285.00 |

| DATE | TKPR | TASK | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 6/25/2021 | HRW | BL | Draft amended complaint for notes litigation (3.8); Call with J. Morris re: amended complaints for notes litigation (0.2); Research re: additional claims in notes litigation (2.0); Review HCMFA discovery and production (0.2); Send counsel for HCMFA first production (0.1); Review outstanding litigation critical dates (0.4). | 6.70 | $695.00 | $4,656.50 |
| 6/27/2021 | JAM | BL | Review/revise draft Amended Complaint against Dondero (1.2); e-mails w/ H. Winograd, G. Demo re: revised Amended Complaint against Dondero (0.3). | 1.50 | $1,245.00 | $1,867.50 |
| 6/27/2021 | HRW | BL | Draft amended complaint for notes litigation (6.5); Research re: additional claims for amended claim in notes litigation (1.0). | 7.50 | $695.00 | $5,212.50 |
| 6/28/2021 | JNP | BL | Review amended complaint. | 0.20 | $1,295.00 | $259.00 |
| 6/28/2021 | JNP | BL | Conference with John A. Morris regarding amended complaint. | 0.20 | $1,295.00 | $259.00 |
| 6/28/2021 | JNP | BL | Email to and from Ira D. Kharasch and J. Elkin regarding research regarding withdrawal of the | 0.20 | $1,295.00 | $259.00 |
| 6/28/2021 | JAM | BL | Review/revise draft amended complaint against | 1.60 | $1,245.00 | $1,992.00 |
| 6/28/2021 | HRW | BL | Draft amended complaint for notes litigation (1.6); | 3.80 | $695.00 | $2,641.00 |
| 6/29/2021 | JNP | BL | Review opposition to motion to withdraw reference. | 0.30 | $1,295.00 | $388.50 |
| 6/29/2021 | GVD | BL | Correspondence with PSZJ working group re notes litigation | 0.20 | $950.00 | $190.00 |
| 6/29/2021 | GVD | BL | Review amended notes complaint | 0.90 | $950.00 | $855.00 |
| 6/29/2021 | HRW | BL | Research re: amended complaint for notes litigations (1.2); Review amended complaint re: notes litigations (0.5); Draft R&Os for HCRE discovery requests in notes litigation (1.4). | 3.10 | $695.00 | $2,154.50 |
| 6/30/2021 | JAM | BL | E-mails w/ G. Demo, H. Winograd re: potential | 1.60 | $1,245.00 | $1,992.00 |
| 6/30/2021 | GVD | BL | Correspondence with PSZJ team re revisions to | 0.20 | $950.00 | $190.00 |
| 6/30/2021 | HRW | BL | Draft and review R&Os to HCRE discovery in notes litigation (0.7); Draft search terms for HCRE production in notes litigation (1.2); Call with L. Canty re: HCRE production in notes litigation (0.1); Review and gather HCRE production in notes litigation (0.8); Send HCRE production and R&Os to opposing counsel (0.1); Edit amended complaint re: notes litigation (0.6); Research re: fraudulent transfer and fiduciary claims for amended complaint in notes litigation (1.6). | 5.10 | $695.00 | $3,544.50 |
| | | | **TOTAL** | | | **$101,276.50** |