# EXHIBIT 9

| DATE | TKPR | TASK | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 7/1/2021 | JAM | BL | Further revisions to draft Amended Complaint (0.4); e-mails w/ G. Demo, H. Winograd, J. Pomerantz re: revisions to draft Amended Complaint (0.2). | 0.60 | $1,245.00 | $747.00 |
| 7/1/2021 | GVD | BL | Review revisions to letter re conflicts of interest | 0.40 | $950.00 | $380.00 |
| 7/1/2021 | GVD | BL | Review amended complaint re notes litigation and correspondence re same | 0.30 | $950.00 | $285.00 |
| 7/1/2021 | HRW | BL | Edit and review amended complaint for notes litigation (0.6); Assist client re: verification for HCRE interrogatories in notes litigation (0.1); Review supplemental production for HCMFA and NPA notes litigations (0.1); Send verification for HCRE interrogatories to opposing counsel in notes litigation (0.1). | 0.90 | $695.00 | $625.50 |
| 7/2/2021 | HRW | BL | Review supplemental production for HCMFA and NPA notes litigations (0.2); Send supplemental production for HCMFA and NPA notes litigations to opposing counsel (0.1). | 0.30 | $695.00 | $208.50 |
| 7/3/2021 | GVD | BL | Correspondence with J. Elkin re fraudulent conveyance actions in notes litigation | 0.20 | $950.00 | $190.00 |
| 7/3/2021 | JE | BL | Review additional transcripts and pleadings on fraudulent transfers; correspondence with Mr. Morris and Mr. Demo. | 5.30 | $1,195.00 | $6,333.50 |
| 7/4/2021 | JE | BL | Prepare memo on implications of amending Note Suit Complaints to add fraudulent transfer cause of action. | 10.00 | $1,195.00 | $11,950.00 |
| 7/6/2021 | JAM | BL | E-mail to M. Aigen, other defense counsel on notes litigation, concerning proposed Amended Complaint and scheduling matters (0.3); review written responses and document production from HCRE in notes litigation (0.3). | 0.60 | $1,245.00 | $747.00 |
| 7/7/2021 | JNP | BL | Review Bankruptcy Court report and | 0.10 | $1,295.00 | $129.50 |
| 7/7/2021 | JMF | BL | Review report and recommendations re notes | 0.60 | $1,050.00 | $630.00 |
| 7/7/2021 | JAM | BL | E-mails w/ D. Rukavina re: proposed amended | 0.20 | $1,245.00 | $249.00 |
| 7/8/2021 | JNP | BL | Participate in hearing on motion to amend and motion to stay notes actions. | 0.20 | $1,295.00 | $259.00 |
| 7/8/2021 | JNP | BL | Conference with J. Dubel regarding hearing on notes litigation. | 0.20 | $1,295.00 | $259.00 |
| 7/8/2021 | JAM | BL | Court hearing on HCRE/HCMS motions to withdraw the reference and related matters (0.8); tel c. w/ J. Pomerantz re: court hearing (0.1). | 0.90 | $1,245.00 | $1,120.50 |
| 7/8/2021 | JE | BL | Review certain documents relating to note suits (.5); call with Mr. Pomerantz, Mr. Morris and Mr. Demo regarding reference issues, preference issues and jury trials (.4). | 0.90 | $1,195.00 | $1,075.50 |
| 7/8/2021 | HRW | BL | Send production to counsel for HCRE (0.1). | 0.10 | $695.00 | $69.50 |
| 7/9/2021 | JAM | BL | Review M. Aigen e-mail re: notes litigation and | 0.10 | $1,245.00 | $124.50 |
| 7/11/2021 | JAM | BL | Work on Amended Complaints in notes litigation (2.2); e-mails w/ D. Rukavina re: NexPoint amended | 2.30 | $1,245.00 | $2,863.50 |
| 7/12/2021 | JAM | BL | Analysis of status of each of the Notes Litigations. | 1.20 | $1,245.00 | $1,494.00 |
| 7/13/2021 | JNP | BL | Conference with John A. Morris regarding notes litigation and defenses. | 0.20 | $1,295.00 | $259.00 |
| 7/13/2021 | JAM | BL | E-mail to D. Rukavina re: NexPoint amended | 5.50 | $1,245.00 | $6,847.50 |
| 7/15/2021 | JNP | BL | Review and execute pro hac vice applications for District Court note litigation. | 0.10 | $1,295.00 | $129.50 |
| 7/19/2021 | JMF | BL | Review report and recommendations re notes | 1.10 | $1,050.00 | $1,155.00 |
| 7/19/2021 | JAM | BL | E-mails w/ D. Rukavina re: NexPoint's amended | 0.30 | $1,245.00 | $373.50 |

| DATE | TKPR | TASK | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 7/20/2021 | JAM | BL | E-mails w/ J. Wander, L. Drawhorn re: PwC subpoena (0.2); e-mails w/ J. Vasek, D. Rukavina, J. Pomerantz re: HCMFA motion for protective order | 0.40 | $1,245.00 | $498.00 |
| 7/21/2021 | JNP | BL | Review brief regarding report and recommendation on withdrawal of reference and emails regarding same. | 0.10 | $1,295.00 | $129.50 |
| 7/21/2021 | JAM | BL | E-mail to J. Vasek, D. Rukavina, J. Pomerantz, H. Wingrad re: motion for protective order (0.3); e-mails w/ M. Aigen re: scheduling stipulation (0.1); e-mails w/ L. Drawhorn, J. Wander re: PwC subpoena (0.2); e-mail to D. Rukavina re: PwC subpoena (0.2). | 0.80 | $1,245.00 | $996.00 |
| 7/23/2021 | IDK | BL | E-mails with local counsel, J. Pomerantz re issues on | 0.80 | $1,325.00 | $1,060.00 |
| 7/23/2021 | JNP | BL | Review and respond to email regarding stipulation to | 0.10 | $1,295.00 | $129.50 |
| 7/23/2021 | JAM | BL | E-mails w/ J. Wander, L. Drawhorn, D. Rukavina re: | 1.40 | $1,245.00 | $1,743.00 |
| 7/24/2021 | IDK | BL | E-mails and telephone conference with J. Pomerantz | 0.90 | $1,325.00 | $1,192.50 |
| 7/26/2021 | IDK | BL | Review and consider J Kim draft motion to strike Dondero objection to report and rec, as well as his summary of caselaw (.5); E-mail J Pomerantz re timing on same (.1); E-mails with attorneys re problems on filing motion to strike same and issues on procedure re District Court for same (.3). | 0.90 | $1,325.00 | $1,192.50 |
| 7/26/2021 | IDK | BL | E-mail local counsel re District Court order adopting R&R of Judge Jurnigan re HCM Services and review of same. | 0.20 | $1,325.00 | $265.00 |
| 7/26/2021 | JNP | BL | Review and respond to email regarding motion to | 0.10 | $1,295.00 | $129.50 |
| 7/26/2021 | RJF | BL | Review draft motion to strike objection to reference | 0.40 | $1,395.00 | $558.00 |
| 7/26/2021 | JAM | BL | Review/analyze HCMLP's audited financials from | 2.00 | $1,245.00 | $2,490.00 |
| 7/27/2021 | IDK | BL | E-mails with J Kim re decision to file response to Dondero objection to R&R vs motion to strike. | 0.20 | $1,325.00 | $265.00 |
| 7/27/2021 | JAM | BL | E-mails w/ J. Seery, L. Canty, M. Aigen re: audited financial statements (0.3). | 0.30 | $1,245.00 | $373.50 |
| 7/29/2021 | JMF | BL | Review notes adversary proceedings district and bankruptcy dockets and draft memorandum re pending issues and status re same. | 2.10 | $1,050.00 | $2,205.00 |
| 7/29/2021 | JAM | BL | Review audited financial statements and prepare for PwC deposition (1.1); e-mails w/ M. Aigen, L. Canty re: PwC financial statements (0.2); e-mails w/ L. Drawhorn, J. Seery re: Wick Phillips proposed withdrawal from notes litigation (0.1). | 1.40 | $1,245.00 | $1,743.00 |
| 7/29/2021 | HRW | BL | Send production to opposing counsel for notes litigation (0.1). | 0.10 | $695.00 | $69.50 |
| 7/29/2021 | HRW | BL | Review objections to R&Rs issued in notes litigations (0.5). | 0.50 | $695.00 | $347.50 |
| 7/29/2021 | HRW | BL | Review and edit chart of District Court proceedings for notes litigations (0.6). | 0.60 | $695.00 | $417.00 |
| 7/30/2021 | JNP | BL | Email to and from Jonathan J. Kim regarding status of reports and recommendations in connection with motion to withdraw reference. | 0.20 | $1,295.00 | $259.00 |
| 7/30/2021 | JAM | BL | E-mail to L. Lambert, M. Clemente, J. Pomerantz re: Advisors' motion for protective order (0.2); prepare for PwC deposition (4.3); PwC deposition (2.0). | 6.50 | $1,245.00 | $8,092.50 |
| 7/30/2021 | HRW | BL | Review pleadings in District Court notes litigations (1.0). | 1.00 | $695.00 | $695.00 |
| 7/30/2021 | HRW | BL | Review deadlines for District Court notes litigations (0.5). | 0.50 | $695.00 | $347.50 |
| 7/30/2021 | HRW | BL | Deposition of Peet Burger for notes litigations (2.0). | 2.00 | $695.00 | $1,390.00 |
| | | | **TOTAL** | | | **$65,093.00** |