# **EXHIBIT 10**

| DATE | TKPR | TASK | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 4/15/2021 | JAM | BL | Review/revise Rule 26 disclosures for Dondero notes litigation (0.8); e-mails with H. Winograd, Z. Annable re: Rule 26 disclosures for Dondero notes litigation (0.2); telephone conference with B. Assink re: Dondero's withdrawal of the reference in notes litigation and related matters (0.1); review Dondero motion to withdraw the reference and stay the notes litigation (0.3). | 0.50 | $1,245.00 | $622.50 |
| 4/23/2021 | JAM | BL | telephone conference with B. Sharp re: e-discovery (0.1); | 0.10 | $1,245.00 | $124.50 |
| 5/25/2021 | CHM | BL | Email K. Kim re document production. | 0.10 | $750.00 | $75.00 |
| 5/25/2021 | CHM | BL | Exchange multiple emails with IDS re document | 0.40 | $750.00 | $300.00 |
| 5/25/2021 | CHM | BL | Emails with J. Morris and B. Sharp re document production. | 0.30 | $750.00 | $225.00 |
| 5/26/2021 | CHM | BL | Prepare Nexpoint document production and check document being produced; email H. Winograd re same. | 3.20 | $750.00 | $2,400.00 |
| 5/26/2021 | CHM | BL | Review email from H. Winograd re RFPs and reply. | 0.10 | $750.00 | $75.00 |
| 5/27/2021 | CHM | BL | Review requests for production and documents being produced and search terms run for completeness. | 4.00 | $750.00 | $3,000.00 |
| 5/27/2021 | CHM | BL | Review search terms and exchange emails with H. Winograd and IDS team re new production searches. | 1.10 | $750.00 | $825.00 |
| 5/28/2021 | CHM | BL | Review email from J. Vaughn and reply. | 0.10 | $750.00 | $75.00 |
| 5/28/2021 | CHM | BL | Run document production and review of documents being produced. | 1.80 | $750.00 | $1,350.00 |
| 6/2/2021 | CHM | BL | Review document production issues and coordinate with IDS team re same. | 0.30 | $750.00 | $225.00 |
| 6/2/2021 | CHM | BL | Email H. Winograd re document production issues. | 0.10 | $750.00 | $75.00 |
| 6/3/2021 | CHM | BL | Review RFPs and coordinate searches with IDS team; review document hits re same. | 3.20 | $750.00 | $2,400.00 |
| 6/7/2021 | CHM | BL | Review email from B. Sharp and reply. | 0.10 | $750.00 | $75.00 |
| 6/7/2021 | CHM | BL | Review RFPs and proposed search terms; email IDS team re same and review results. | 2.50 | $750.00 | $1,875.00 |
| 6/9/2021 | CHM | BL | Correspond with G. Crane and H. Winograd re privilege review and begin preparation of privilege assignments. | 3.00 | $750.00 | $2,250.00 |
| 6/9/2021 | CHM | BL | Review documents for responsiveness and run production. | 3.70 | $750.00 | $2,775.00 |
| 6/9/2021 | CHM | BL | Email IDS team re additional searches. | 0.20 | $750.00 | $150.00 |
| 6/11/2021 | CHM | BL | Review documents flagged by G. Crane and reply re same. | 0.30 | $750.00 | $225.00 |
| 6/11/2021 | JAM | BL | Telephone conference with G. Demo, H. Winograd re: HCMFA and NexPoint motions to amend (0.5);<br>telephone conference with J. Seery re: HCMFA and NexPoint motion to amend (0.1); e-mail to D. Rukavina, J. Vasek, J. Pomerantz, G. Demo, H. Winograd re: proposed amended complaints for HCMFA and NexPoint in notes litigation (0.4);<br>e-mail to D. Rukavina, J. Vasek, J. Pomerantz, G. Demo, H. Winograd re: Rule 30(b)(6) notices in notes litigation (0.2); review/revise subpoena for PwC for HCMFA and NexPoint notes litigation (0.3); communications w/ H. Winograd, Z. Annable re: substance of PwC subpoena and issues concerning service (0.3). | 1.80 | $1,245.00 | $2,241.00 |
| 6/12/2021 | CHM | BL | Review email from J. Morris re G. Crane privilege review and reply. | 0.10 | $750.00 | $75.00 |
| 6/15/2021 | CHM | BL | Review email from G. Crane re privilege review and reply. | 0.10 | $750.00 | $75.00 |
| 6/15/2021 | CHM | BL | Create and update privilege review assignments and email G. Crane re same. | 1.00 | $750.00 | $750.00 |

| DATE | TKPR | TASK | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 6/15/2021 | CHM | BL | Review discovery and deadline tracker and update; coordinate with H. Winograd re next priority. | 0.50 | $750.00 | $375.00 |
| 6/15/2021 | CHM | BL | Emails with G. Crane re parameters of privilege review and RFPs for responsiveness review. | 0.20 | $750.00 | $150.00 |
| 6/15/2021 | CHM | BL | Review G. Crane privilege tagging re HCMS production; email H. Winograd re same. | 0.80 | $750.00 | $600.00 |
| 6/16/2021 | CHM | BL | Emails with J. Morris, G. Demo and IDS team re additional custodian collection. | 0.20 | $750.00 | $150.00 |
| 6/21/2021 | CHM | BL | Review RFP and proposed search terms and coordinate searches with IDS team. | 0.50 | $750.00 | $375.00 |
| 6/22/2021 | CHM | BL | Exchange emails with IDS team re requested searches. | 0.10 | $750.00 | $75.00 |
| 6/23/2021 | CHM | BL | Review email from H. Winograd re HCMFA document searches and reply. | 0.10 | $750.00 | $75.00 |
| 6/23/2021 | CHM | BL | Review RFP and coordinate additional searches with IDS team. | 0.50 | $750.00 | $375.00 |
| 6/24/2021 | CHM | BL | Review email from G. Crane re coding issues; review database and impacted documents. | 0.60 | $750.00 | $450.00 |
| 6/24/2021 | CHM | BL | Draft email to IDS team re pending documents. | 0.40 | $750.00 | $300.00 |
| 6/24/2021 | CHM | BL | Review documents for responsiveness and run production re first portion of HCMFA documents. | 3.90 | $750.00 | $2,925.00 |
| 6/28/2021 | CHM | BL | Review email from G. Crane re review status and reply. | 0.10 | $750.00 | $75.00 |
| 6/28/2021 | CHM | BL | Review documents for responsiveness and run production re 2nd set of HCMFA requests. | 3.50 | $750.00 | $2,625.00 |
| 7/1/2021 | CHM | BL | Review RFPs, run preliminary searches in existing database and email IDS re HCRE search terms. | 0.60 | $750.00 | $450.00 |
| 7/1/2021 | LSC | BL | Prepare supplemental HCMFA production. | 0.30 | $460.00 | $138.00 |
| 7/1/2021 | LSC | BL | Preparation of NPA supplemental production. | 0.30 | $460.00 | $138.00 |
| 7/2/2021 | CHM | BL | Draft email to IDS team re privilege filter issue. | 0.30 | $750.00 | $225.00 |
| 7/2/2021 | CHM | BL | Review prior productions re privilege filter issues. | 3.30 | $750.00 | $2,475.00 |
| 7/6/2021 | LSC | BL | Research and correspondence regarding privileged documents and supplemental document production. | 0.90 | $460.00 | $414.00 |
| 7/7/2021 | LAF | BL | Legal research re: Withdrawal of reference; update chart of rules/general orders in various districts. | 3.30 | $475.00 | $1,567.50 |
| 7/8/2021 | CHM | BL | Review HCRE search results and email IDS re same. | 1.80 | $750.00 | $1,350.00 |
| 7/8/2021 | CHM | BL | Run production re HCRE search results and review same; email link to H. Winograd. | 2.00 | $750.00 | $1,500.00 |
| 7/8/2021 | CHM | BL | Review email from K. Kim re privilege filter and reply. | 0.10 | $750.00 | $75.00 |
| 7/8/2021 | LSC | BL | Retrieve and review HCRE document production. | 1.70 | $460.00 | $782.00 |
| 7/12/2021 | LSC | BL | Circulate responses to Court's order requiring disclosures and correspondence regarding the same. | 0.30 | $460.00 | $138.00 |
| 7/12/2021 | LSC | BL | Review Dondero designation, related documents and correspondence with J. Morris regarding same. | 0.50 | $460.00 | $230.00 |
| 7/15/2021 | JEO | BL | Review court ordered disclosures | 1.00 | $1,050.00 | $1,050.00 |
| 7/21/2021 | LSC | BL | Retrieve PwC document production. | 0.60 | $460.00 | $276.00 |

| DATE | TKPR | TASK | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 7/24/2021 | JJK | BL | Emails Kharasch on Debtor's motion to strike Dondero objection to R&R. | 0.30 | $995.00 | $298.50 |
| 7/25/2021 | JJK | BL | Research and review pleadings and prepare motion to strike Dondero objection to R&R. | 3.40 | $995.00 | $3,383.00 |
| 7/25/2021 | JJK | BL | Research, review documents, and prepare motion to strike Dondero objection. | 5.90 | $995.00 | $5,870.50 |
| 7/27/2021 | LSC | BL | Redact supplemental document production. | 3.20 | $460.00 | $1,472.00 |
| 7/28/2021 | IDK | BL | E-mails with local counsel and J Pomerantz re new motion for reconsideration filed in District Court to R&R by HCMSI, and next steps re same, and review of same (.5); E-mails with J Kim re same and need to respond to HCMSI pleadings (.2). | 0.70 | $1,325.00 | $927.50 |
| 7/28/2021 | IDK | BL | Review of District Court order adopting R&R of Judge Jurnigan re NexPoint Advisors and its objection to the R&R (.2); E-mails with J Kim re same (.2). | 0.40 | $1,325.00 | $530.00 |
| 7/28/2021 | JJK | BL | Emails Kharasch on multiple replies/objections re: reference withdrawal and consider same. | 0.20 | $995.00 | $199.00 |
| 7/28/2021 | JJK | BL | Research, analysis, pleading review to prepare | 5.00 | $995.00 | $4,975.00 |
| 7/29/2021 | IDK | BL | E-mails with J Kim, others on the status of the 5 objections/motions for reconsideration to bankruptcy court R&R to District Court and issues on our various responses to same (.4); E-mails with H Winograd and J Fried re same and re deadlines to same and updated chart (.2). | 0.60 | $1,325.00 | $795.00 |
| 7/29/2021 | JJK | BL | Research and prepare replies to Dondero, et al. re: bankruptcy court reports. | 3.90 | $995.00 | $3,880.50 |
| 7/29/2021 | JJK | BL | Review pleadings, research, and prepare replies to Dondero, et al., re: bankruptcy court reports. | 4.50 | $995.00 | $4,477.50 |
| 7/29/2021 | JEO | BL | Email follow up on critical dates issue regarding deposition scheduling | 0.20 | $1,050.00 | $210.00 |
| 7/29/2021 | LSC | BL | Preparation of Consolidated Notes Litigation Production. | 2.40 | $460.00 | $1,104.00 |
| 7/30/2021 | CHM | BL | Email correspondence re non-email document collection. | 0.50 | $750.00 | $375.00 |
| 7/30/2021 | CHM | BL | Email IDS team re Surgent screenshot. | 0.10 | $750.00 | $75.00 |
| 7/30/2021 | IDK | BL | E-mails with J Kim, others on status/issues on the 5 Dondero related motions to withdraw the reference and response status/drafts (.4); E-mails with local counsel, H Winograd on updates to timing on filing responses to same (.1). | 0.50 | $1,325.00 | $662.50 |
| 7/30/2021 | JJK | BL | Research and prepare replies/objections to Dondero, et al. re: bankruptcy court reports. | 5.70 | $995.00 | $5,671.50 |
| 7/30/2021 | LSC | BL | Prepare for and assist at deposition of Peet Burger. | 3.00 | $460.00 | $1,380.00 |
| 7/31/2021 | IDK | BL | Review of correspondence to Texas litigation specialists on various questions on motions to withdraw reference and related objections to R&R. | 0.20 | $1,325.00 | $265.00 |

| DATE | TKPR | TASK | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 7/31/2021 | JJK | BL | Research, prepare replies/objections re: bankruptcy court's reports & recommendations. | 5.50 | $995.00 | $5,472.50 |
| 8/1/2021 | JJK | BL | Research, review documents, and prepare replies to objections to reports/recommendations and opposition to motion to reconsider. | 5.20 | $995.00 | $5,174.00 |
| 8/1/2021 | JJK | BL | Prepare replies to objections to reports/recommendations and motion to reconsider. | 3.60 | $995.00 | $3,582.00 |
| 8/2/2021 | IDK | BL | Review and consider correspondence between H Winograd and local counsel re deadlines to object to pleadings on 5 matters re report and rec to D Court as well as H Winograd of chart on all related actions (.5). | 0.50 | $1,325.00 | $662.50 |
| 8/2/2021 | IDK | BL | E-mails with J Kim re 5 outstanding motions to withdraw reference and objections to report and rec by defendants, and various issues on opponents bias of judge argument (.4); Telephone conference with J Kim re same (.3). | 0.70 | $1,325.00 | $927.50 |
| 8/2/2021 | IDK | BL | E-mails with special Texas litigation counsel on notes litigation and withdrawal of ref and coordination of call re same (.2). | 0.20 | $1,325.00 | $265.00 |
| 8/2/2021 | JJK | BL | Review objections to bankruptcy court reports and prepare additonal responses thereto. | 1.20 | $995.00 | $1,194.00 |
| 8/2/2021 | JJK | BL | Calls Kharasch re: replies to objections to reports/recommendations. | 0.10 | $995.00 | $99.50 |
| 8/2/2021 | JJK | BL | Call Kharasch on several replies re: withdrawal of reference. | 0.20 | $995.00 | $199.00 |
| 8/2/2021 | JJK | BL | Revise replies re: objections to withdrawal of reference, etc. | 0.20 | $995.00 | $199.00 |
| 8/2/2021 | JJK | BL | Prepare replies to objections to Reports, etc. | 1.20 | $995.00 | $1,194.00 |
| 8/3/2021 | IDK | BL | Review and consider J Kim's draft of response to Dondero objection in District Court to bankruptcy report and recommendation and need for changes (.3); Numerous E-mails with J Kim re need for extensive revisions to same and his responses and new draft re same (.5); E-mail H Winograd re materials to supplement same response (.1). | 0.90 | $1,325.00 | $1,192.50 |
| 8/3/2021 | JJK | BL | Review objections to reports/recommendations and prepare additional replies thereto for filing. | 4.80 | $995.00 | $4,776.00 |
| 8/3/2021 | JJK | BL | Emails local counsel, Winograd on Debtor replies re: reports and consider issues (0.6); emails Kharasch, Pomerantz on Dondero and HCMFA | 2.90 | $995.00 | $2,885.50 |

| DATE | TKPR | TASK | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | replies (0.1); prepare replies re: Reports and related research/analysis (2.2). | | | |
| 8/3/2021 | JNP | BL | Conference with John A. Morris and D. Ashby regarding continued investigation. | 0.50 | $1,295.00 | $647.50 |
| 8/3/2021 | JNP | BL | Conference with Farralon, Holland & Knight, John A. Morris and Gregory V. Demo regarding Dondero discovery action. | 0.50 | $1,295.00 | $647.50 |
| 8/3/2021 | HRW | BL | Research and draft response to HCMFA objection to R&R in notes litigation (1.5) | 1.50 | $695.00 | $1,042.50 |
| 8/3/2021 | HRW | BL | Review notes litigations deadlines (0.6) | 0.60 | $695.00 | $417.00 |
| 8/4/2021 | IDK | BL | Telephone conferences with J Morris and J Pomerantz re result of hearing today as well as need for his comments to draft response to Dondero objection to Report and Recommendation to District Court (.4); Telephone conference with J Pomerantz re timing on filing given feedback of litigation | 0.60 | $1,325.00 | $795.00 |
| 8/4/2021 | IDK | BL | E-mails with J Kim and local counsel re status on our response to Dondero objection to R&R (.3); E-mails with J Morris re his revisions to such response, including quick review of same (.2); E-mails with J Kim re same and status on responding to HCMFA objection to R&R and similar changes for same (.2). | 0.70 | $1,325.00 | $927.50 |
| 8/4/2021 | IDK | BL | Numerous E-mails with Gruber, Texas litigation counsel, on their feedback on communications with D Court and timing for responses to Dondero entities objections to R&R (.4). | 0.40 | $1,325.00 | $530.00 |
| 8/4/2021 | JJK | BL | Continue work on replies for filing to objections to reports/recommendations. | 4.70 | $995.00 | $4,676.50 |
| 8/4/2021 | JJK | BL | Emails Kharasch on Reports replies, related research and review; emails local counsel re: same and certificates of interestedness for various suits. | 4.20 | $995.00 | $4,179.00 |
| 8/4/2021 | JNP | BL | Conference with Ira D. Kharasch regarding response regarding objections to reports and recommendation on withdrawal motions. | 0.10 | $1,295.00 | $129.50 |
| 8/4/2021 | JAM | BL | Review/revise draft response to Dondero objection to Report and Recommendations (1.1); e-mail to I. Kharasch, J. Kim, G. Demo re: revised draft response to Dondero objection to Report and Recommendations (0.1). | 1.20 | $1,245.00 | $1,494.00 |
| 8/5/2021 | IDK | BL | E-mail J Kim re his draft response to HCMFA objection to R&R, including review of same (.3); E-mails with J Morris re same and his changes, along with final response (.3). | 0.60 | $1,325.00 | $795.00 |
| 8/5/2021 | JJK | BL | Emails Morris on HCMFA reply matters. | 0.10 | $995.00 | $99.50 |
| 8/5/2021 | JJK | BL | Continue work on replies and filing thereof to | 4.20 | $995.00 | $4,179.00 |

AUGUST 10 2021

| DATE | TKPR | TASK | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | objections to reports/recommendations. | | | |
| 8/5/2021 | JJK | BL | Emails Morris on HCMFA reply and review comments. | 0.10 | $995.00 | $99.50 |
| 8/5/2021 | JJK | BL | Coordinate finalizing HCMFA reply and filing/service; prepare other replies re: Reports. | 3.00 | $995.00 | $2,985.00 |
| 8/5/2021 | JMF | BL | Review response to opposition to bankruptcy court recommendations to district court. | 0.30 | $1,050.00 | $315.00 |
| 8/5/2021 | JAM | BL | Review/revise objection to HCMFA motion for reconsideration of report and recommendations on notes litigation (0.9); e-mails w/ J. Kim, I. Kharasch re: revisions to objection to HCMFA motion for reconsideration of report and recommendations on notes litigation (0.1). | 1.00 | $1,245.00 | $1,245.00 |
| 8/5/2021 | GVD | BL | Correspondence with working group re status of notes litigation | 0.20 | $950.00 | $190.00 |
| 8/6/2021 | IDK | BL | Review of draft response to HCRE objection in D Court to R&R, along with J Kim commentary on same. | 0.40 | $1,325.00 | $530.00 |
| 8/6/2021 | JAM | BL | Review/revise scheduling stipulation for notes litigation (0.6); e-mail to H. Winograd re: revised scheduling stipulation (0.1); e-mail to M. Aigen re: revised scheduling stipulation (0.1). | 0.80 | $1,245.00 | $996.00 |
| 8/6/2021 | LSC | BL | Assist with preparation of discovery requests, including preparation of exhibits. | 1.40 | $460.00 | $644.00 |
| 8/9/2021 | HRW | BL | Call with J. Morris re: amended complaints re: notes | 0.20 | $695.00 | $139.00 |
| 8/10/2021 | IDK | BL | Review of J Kim's response to motion for reconsideration of R&R by HCRE Partners (.3); E-mails with J Morris re need for his feedback (.1); Review of revised response to HCRE objection (.2); E-mails with J Kim and Local counsel re same (.1). | 0.70 | $1,325.00 | $927.50 |
| 8/10/2021 | IDK | BL | Review of HCMS motion for reconsideration to D Court of R&R of bankruptcy court (.3); E-mails with J Kim re same and need for response to same and issues re same (.2). | 0.50 | $1,325.00 | $662.50 |
| | | | | **TOTAL** | | **$135,289.00** |